THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| OL PRIVATE COUNSEL, <br><br> Plaintiff, <br><br> v. <br><br> EPHRAIM OLSON <br><br> Defendant. | **ORDER ADOPTING [20] REPORT AND RECOMMENDATION** <br><br> Case No. 2:21-cv-455 <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

The Report and Recommendation[1] issued by United States Magistrate Judge Daphne A. Oberg on February 10, 2022, recommends that the court deny Defendant Ephraim Olson's Motion to Join Thomas Olson as a Counterclaim Defendant.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[3] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the Magistrate Judge's analysis and conclusions are sound, the court ADOPTS the Report and Recommendation WITHOUT MODIFICATION. Accordingly, Defendant's Motion to Join Thomas Olson as a Counterclaim Defendant is DENIED.

---

[1] ECF No. 20, filed February 10, 2022.

[2] ECF No. 8, filed August 3, 2021.

[3] ECF No. 20 at 10.

Signed March 2, 2022.

BY THE COURT

_____
David Barlow
United States District Judge