Scott M. Lilja #4231
Sarah C. Vaughn #14615
FABIAN VANCOTT
95 South State Street, Ste. 2300
Salt Lake City, UT 84111-2323
Telephone: (801) 531-8900
slilja@fabianvancott.com
svaughn@fabianvancott.com
*Attorneys for Defendant Ephraim Olson*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| OL PRIVATE COUNSEL, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM OLSON, an individual,<br><br>Defendant. | REQUEST TO SUBMIT FOR DECISION DEFENDANT'S SHORT FORM DISCOVERY MOTION TO COMPEL FURTHER 30(b)(6) DEPOSITION OF OLPC AND FOR SANCTIONS<br><br>HEARING REQUESTED<br><br>Case No. 2:21-cv-00455-DBB<br><br>Judge David Barlow<br>Magistrate Judge Daphne A. Oberg |

Defendant Ephraim Olson ("**Olson**"), by and through counsel and pursuant to DUCivR 7-3, hereby submits this Request for Hearing and Decision. In support of this Request, Olson represents as follows:

1. On May 22, 2023, Olson filed *Defendant's Short Form Discovery Motion to Compel Further 30(b)(6) Deposition of OLPC and for Sanctions* ("the Motion") [Dkt. No.143].

1

2. On May 30, 2023, Plaintiff OL Private Counsel, LLC ("**OLPC**") filed its response in opposition to Olson's Motion [Dkt. No. 146].

3. Olson's Motion is now fully briefed. Pursuant to DUCivR 7-3, Olson hereby submits his Motion and requests a hearing.

DATED this 1st day of June, 2023.

Respectfully Submitted,

FABIAN VANCOTT

*/s/ Sarah C. Vaughn*
Scott M. Lilja
Sarah C. Vaughn
*Attorneys for Ephraim Olson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2023, a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION DEFENDANT'S SHORT FORM DISCOVERY MOTION TO COMPEL FURTHER 30(b)(6) DEPOSITION OF OLPC AND FOR SANCTIONS** was served through the court's efiling system which caused notice of filing to be sent to all counsel of record.

*/s/ Sarah C Vaughn*

4890-5942-7431, v. 1