Scott M. Lilja #4231
Sarah C. Vaughn #14615
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 532-3370
slilja@fabianvancott.com
svaughn@fabianvancott.com

*Attorneys for Defendant Ephraim Olson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **OL PRIVATE COUNSEL, LLC**, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**EPHRAIM OLSON**, an individual,<br><br>Defendant. | **MOTION FOR LEAVE TO FILE UNDER SEAL:**<br><br>**RENEWED MOTION FOR SPOLIATION SANCTIONS RE TIM AKARAPANICH CLOUD DATA**<br>And<br>**EXHIBITS D, E, AND THERETO**<br><br>Case No. 2:21-cv-00455-DBB<br><br>Judge David B. Barlow<br>Magistrate Daphne A. Oberg |

Pursuant to DUCivR 5-3, Defendant requests that his RENEWED MOTION FOR SPOLIATION SANCTIONS RE TIM AKARAPANICH CLOUD DATA (redacted version filed as Dkt, # 302) and Exhibits D, E, and F thereto (redacted versions filed as Dkt. #s 302-4, 302-5, and 302-6) be filed under seal. Exhibits D and F are a documents which OLPC marked as confidential documents designated pursuant to the Standard Protective Order in this case. Exhibit

1

E is a document produced in response to a subpoena which the respondent marked as confidential documents designated pursuant to the Standard Protective Order in this case.

Paragraph 9(c) the Standard Protective Order governing this case requires that such documents remain under seal and not be disclosed until the Court resolves the Motion. Seeking to comply with the Standard Protective Order in this case, Defendant requests the Court file these documents under seal.

DATED this 6th day of September 2024.

                                          FABIAN VANCOTT

                                          */s/ Sarah C. Vaughn*
                                          Scott M. Lilja
                                          Sarah C. Vaughn
                                          *Attorney for Defendant Ephraim Olson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2024, a true and correct copy of the foregoing was served through the court's e-filing system on the following:

David J. Jordan
David L. Mortensen
Monica S. Call
FOLEY & LARDNER LLP
299 S. Main Street, Suite 2000
Salt Lake City, UT 84111
*djordan@foley.com*
*dmortensen@foley.com*
*mcall@foley.com*

                                        */s/ Sarah C Vaughn*