Scott M. Lilja #4231
Sarah C. Vaughn #14615

**FABIAN VANCOTT**

95 South State Street, Suite 2300
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 532-3370
slilja@fabianvancott.com
svaughn@fabianvancott.com

*Attorneys for Defendant Ephraim Olson*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **OL PRIVATE COUNSEL, LLC**, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**EPHRAIM OLSON**, an individual,<br><br>Defendant. | **ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL:**<br><br>**RENEWED MOTION FOR SPOLIATION SANCTIONS RE TIM AKARAPANICH CLOUD DATA**<br>And<br>**EXHIBITS D, E, AND THERETO**<br><br>Case No. 2:21-cv-00455-DBB<br><br>Judge David B. Barlow<br>Magistrate Daphne A. Oberg |

Before the Court is Defendant's Motion to File Under Seal his *Renewed Motion For Spoliation Sanctions Re Tim Akarapanich Cloud Data* (The "Renewed Motion") and Exhibits D, E, And F Thereto.

The Motion is GRANTED and IT IS HEREBY ORDERED THAT the afore-mentioned Renewed Motion and Exhibits D, E, and F thereto shall be filed and thereafter remain under seal for the duration of this proceeding.

1

Dated: \_\_\_\_, 2024.         BY THE COURT:

_____