Scott M. Lilja #4231
Sarah C. Vaughn #14615
FABIAN VANCOTT
95 South State Street, Ste. 2300
Salt Lake City, UT 84111-2323
Telephone: (801) 531-8900
slilja@fabianvancott.com
svaughn@fabianvancott.com
*Attorneys for Defendant Ephraim Olson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| OL PRIVATE COUNSEL, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM OLSON, an individual,<br><br>Defendant. | **APPENDIX TO EXHIBITS TO:**<br><br>MOTION FOR SUMMARY JUDGMENT DISMISSING PLAINTIFF'S COMPLAINT OR IN THE ALTERNATIVE DISMISSING CLAIMS FOR COMPUTER FRAUD AND ABUSE ACT, INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS, CONVERSION, AIDING AND ABETTING CONVERSION, AND INJUNCTIVE RELIEF<br><br>Case No. 2:21-cv-00455-DBB<br><br>Judge David Barlow<br>Magistrate Judge Daphne A. Oberg |

| Ex. # | Description | Bates # |
|---|---|---|
| 1 | 2021-03-12 Complaint | |
| 2 | 2021-07-13 First Amended Complaint | |
| 3 | 2021-04-14 OLPC's Initial Disclosures | |
| 4 | 2021-08-25 OLPC's Supplemental Initial Disclosures | |
| 5 | 2022-09-22 OLPC's Supplemental Initial Disclosures | |
| 6 | 2023-02-15 OLPC 30(b)(6) Deposition, pages 73-89,100-109 | |
| 7 | OL Private Counsel, LLC's Expert Report – Rick Hoffman **CONFIDENTIAL/Filed Under Seal** | |

1

| 8 | OL Private Counsel, LLC's Expert Reports - Regard, Waldrip, Hafen<br>**CONFIDENTIAL/Filed Under Seal** | |
|---|---|---|
| 9 | 2024-12-19 Thomas Olson Third 30(b)(6) Deposition | |
| 10 | Peacock Linder Invoices<br>**CONFIDENTIAL/Filed Under Seal** | OLPC 14849-14854 |
| 11 | 2020-11-18 Mareva Injunction Order | EO 8966-8971 |
| 12 | Affidavit of Carolyn Olson in Mareva Injunction<br>**CONFIDENTIAL/Filed Under Seal** | OLPC 12737-13040 |
| 13 | 2023-11-29 Keundig Deposition, pages 109-127 | |
| 14 | Carolyn Olson Text with Tim Akarapanich<br>**CONFIDENTIAL/Filed Under Seal** | OLPC 0164 |
| 15 | 2022-07-08 Carolyn Olson Deposition, pages 120-129 | |
| 16 | Ruth Doxey Family Trust<br>**CONFIDENTIAL/Filed Under Seal** | OLPC 0428-440 |
| 17 | 2022-05-20 OLPC Response to First and Second Requests for Discovery | |
| 18 | 2024-05-22 OLPC's Second Supplemental Response to Interrogatory No. 13 | |
| 19 | 2019-05-24 Email from Hyrum Olson to Carolyn Olson Subject: Agreement<br>**CONFIDENTIAL/Filed Under Seal** | OLPC 2518-2538 |
| 20 | Foley & Lardner Invoices<br>**CONFIDENTIAL/Filed Under Seal** | OLPC 14200-14233; OLPC 14828-14829 |
| 21 | 2022-04-14 *Burton v. Lemons* First Amended Complaint | YorkHowell_000536-551 |
| 22 | 2022-07-20 Naomi Burton Deposition, pages 142-153 | |
| 23 | *Olson v. Olson* Divorce Docket, Case No. 204904555 | |
| 24 | BLG Invoices<br>**CONFIDENTIAL/Filed Under Seal** | Ex. 24 OLPC 14885-14909 |
| 25 | *Olson v. Olson*, Case No. 2201-04486, Statement of Defense | PLF001458-1468 |