# EXHIBIT 7

# Filed Under Seal

Subject to Protective Order
Confidential



# EXPERT WITNESS REPORT

---

## OL Private Counsel, LLC

## v.

## Ephraim Olson

Case No.: 210901401

---

_Submitted by:_

**Richard S. Hoffman, CPA/ABV**

Managing Director

_Date of Report:_

July 12, 2024

Subject to Protective Order
Confidential





REDACTED

---

[2] Complaint, p. 2.

LONEPEAK
VALUATION GROUP

Subject to Protective Order
Confidential





Subject to Protective Order
Confidential

REDACTED

4



Subject to Protective Order
Confidential



REDACTED

Subject to Protective Order
Confidential

REDACTED







*Lone Peak Valuation Group*
**OLPC v. Olson**

**CV of Rick Hoffman** **Appendix B**



Curriculum Vitae of Rick Hoffman

**RICK S. HOFFMAN, CPA/ABV**

Lone Peak Valuation Group
6955 Union Park Center, Suite 200
Cottonwood Heights, Utah 84047
Tel. (801) 321-6334
Email:   rhoffman@lpvgroup.com


Mr. Hoffman has over thirty years of experience in public accounting and consulting. He has been primarily involved with calculating damages related to commercial litigation and has spent considerable time performing business valuations inside and outside of the litigation arena, with particular emphasis in the valuation of intellectual property.
Mr. Hoffman is a Certified Public Accountant, Accredited in Business Valuation and has hundreds of hours of additional training in the areas of valuation, litigation, and lost profit calculations. He has taught on the subject of damages and has testified in State Court, Federal Court, Arbitrations, and acted as Special Master.


## EMPLOYMENT HISTORY

November 2023 to Present                    Managing Director and Principal
                                            Lone Peak Valuation Group
                                            Cottonwood Heights, Utah
                                            Litigation/Consulting Services


April 2008 to November 2023                 Co-Founding Shareholder and Principal
                                            Lone Peak Valuation Group
                                            Salt Lake City, Utah
                                            Litigation/Consulting Services


January 2013 to April 2023                  President
                                            Ranchland Packaging
                                            Butte, Montana
                                            Livestock Processing


July 2013 to Present                        Valuation Advisor
                                            Intuitive Funding
                                            Salt Lake City, Utah
                                            Venture Capitalist


December 2000 to April 2008                 Managing Director
                                            LECG, LLC
                                            Salt Lake City, Utah

1



Curriculum Vitae of Rick Hoffman

|                              | Litigation/Consulting Services |
|------------------------------|--------------------------------|
| September 1992 to November 2000 | Director<br>Pricewaterhouse Coopers LLP<br>Salt Lake City, Utah<br>Litigation/Consulting Services |
| September 1989 to August 1992 | Sr. Associate<br>Arthur Andersen & Company<br>Houston, Texas<br>Litigation/Consulting Services |

## EDUCATION & CREDENTIALS
Certified Public Accountant, Accredited in Business Valuations
Adjunct Professor – University of Utah (2002)
Co-Instructor NACVA – Valuation of Intellectual Property Damages Southwest Texas State University, San Marcos, Texas
BA Accounting, 1989 (Magna Cum Laude)
Assistant Adjunct Professor- University of Utah (2022)

## PROFESSIONAL MEMBERSHIPS
American Institute of Certified Public Accountants
American Society of Appraisers (1999-2000)
Association of Investment Management Research (1998-2000)
Cardiovascular Credentialing International – Public Member (2012-2020)
Games Development Association – Patent Committee (2000-2001)
National Association of Certified Valuation Analysts (1999 - 2008)
National Litigation Certification Board – NACVA (2001-2001)
National Litigation Review Board (2005-2006)
Board Member of NACVA (2005-2006)
Management Advisory Council of LECG, LLC 2005
Editorial Advisory Board for National Litigation Consultants (2005-2006)
Board Member of Journal of Business Valuation (2006-2010)
Board Member of Utah Clean Energy Association (2011 – 2018)
Judicial Performance Evaluation Committee, Supreme Court Nominee (2016-Present)
Online Dispute Resolution Committee, Utah State Courts (2016-2018)
Bar Commission, Supreme Court of Utah Appointment (2020)
Innovation Office Board – Supreme Court Appointee (2020-2022)
Utah State Bar- Co-chair of the Budget & Finance Committee (2021-Present)
Community Justice Advocates of Utah - Board Member (2024-Present)
Traditional Nomination Committee- Business Chancery Court (2024-Present)



Curriculum Vitae of Rick Hoffman

**SPEECHES, ARTICLES, AND BOOKS**

*"Utah's Legal Sandbox"*, presented to Silicone Slopes, Feb 2021

*"Driving Value in a Credentialing Business"* – Presented to Cardiovascular Credentialing International BOD, Feb 2021

*"Chapter 31-Lost Profits (and Other Damages) in Trademark and Copyright Cases", The Comprehensive Guide to Economic Damages Sixth Edition-* Volume One Chapter 31, Excerpt from BVR, 2021

*"The Business of Law is Open for Business", Silicon Slopes Magazine*, article by Rick Hoffman, Member, *Office of Legal Services Innovation*, Winter 2020 issue

*"Data Analytics and Process Improvement",* Speech Presented at the Joseph Smith Memorial Building, Salt Lake City, Utah, October 2015

*"Negotiating and Litigating over Intellectual Property: What is This Stuff Really Worth and Can We Really Place a Value on it?"* Idaho State Bar, July 2014

*"Helping Clients Realize Successful Liquidity Events",* The Journal Entry, Feature Article, October 2013

*"Using Valuation Skills to Help Prepare a Business for Sale",* QuickRead National Association of Certified Valuation Analysts, July 2013

*"Applied Economics",* Guest Lecturer, University of Utah, July 2013

*"Trial Advocacy",* Guest Lecturer, University of Utah College of Law, March 2013

*"Business and Intellectual Property Damages",* National Association of Certified Valuation Analysts, Las Vegas, Nevada, December 2012

*"Earn Outs – Snake Oil or Cure-All?"* Speech Presented at the Utah State Bar Convention, Sun Valley, Utah, July 2012

*"Valuing Multi-Level Marketing Companies",* Grant Thornton's Direct Sellers Conference, October 2011

*"Lost Profits in Trademark and Copyright Cases*", a chapter in *"The Comprehensive Guide to Lost Profits Damages"*, Business Valuation Resources, LLC June 2009

*"Financial Discovery",* Utah Bar Association, August 2006

*"Improving the Rigor of Your Market Approach",* National Litigation Consultants Review, Feature Article, February 2006

*"Keeping Track of Your Experience",* National Litigation Consultants Review, Feature Article, November 2005



Curriculum Vitae of Rick Hoffman

*"Valuing Intellectual Property and Other Intangible Assets",* Business Valuation Resources, LLC, Telephone Conference, June 2005

*"Value of Intellectual Property Damage Calculation",* National Association of Certified Valuation Analysts, Las Vegas, Nevada, November 2004

*"Intellectual Property Damages: Guideline and Analysis, 2004 Supplement",* Wiley Publications, November 2004

*"Valuation in Context of a Merger",* Kennesaw State University, February 2004

*"Valuing Start Up Technology Companies*", National Internal Revenue Service, September 2003

*"Corporate Analysis of Intellectual Property*", Executive MBA Program, University of Utah, June 2003

*"Value of Intellectual Property",* National Association of Certified Valuation Analysts, New York, New York, June 2003

*"Intellectual Property Damages: Guidelines and Analysis*", Wiley Publications, November 2002

*"Valuing Patents that are Not Generating Sales",* The RMA Journal, May 2002

*"An Introduction to Valuing Intellectual Property*", The RMA Journal, May 2002

*"How Intellectual Property Influences Your Existing Loans",* The RMA Journal, April 2002

*"Intellectual Property Valuation",* American Institute of Certified Public Accountants, National Valuation Conference, December 2001

*"Calculating Intellectual Property Damages*", National Association of Certified Valuation Analysts, Chicago, Illinois, December 2001

*"Calculating Intellectual Property Damages",* Nation Association of Certified Valuation Analysts, Washington D.C., November 2001

*"Reasonable Royalty Calculation*", Valuation Examiner, Summer 2001

*"Calculating Damages in Intellectual Property Cases",* National Association of Certified Valuation Analysts, November 2001

*"Intellectual Property Section",* Utah State Bar, September 2000

4



Curriculum Vitae of Rick Hoffman

*"Calculating Intellectual Property Damages",* National Association of Certified Valuation Analysts, Dallas, Texas, May 2000

*"Valuing Intellectual Property",* Guest Lecturer, University of Utah, February 2000

*"Patent Damages",* Utah Bar Association, April 1999

*"Performing Business Valuations",* Guest Lecturer, University of Utah, October 1998

*"Maximizing the Value of Intellectual Property",* Law and Economic Society, January 1999

*"Business Valuations",* Utah Bar Association, July 1998

*"Calculating Personal Injury Damages",* Young Lawyers Association, November 1997

*"Calculating Personal Injury Damages",* Utah Bar Association, July 1997



Curriculum Vitae of Rick Hoffman

## Prior Testimony Experience

**Central Valley Administrators, Inc. v. D. Stephen Sorensen and Sorensen Living Trust**
Arbitration
San Diego, California

**Vitamins Online v. HeartWise**
Trial
Salt Lake City

**HGC Platinum vs. Preferred Product Placement Corporation**
Deposition
Salt Lake City, Utah

**HGC Platinum vs. Preferred Product Placement Corporation**
Deposition
Salt Lake City, Utah

**Celtig v. Aaron Patey, et al**
Trial
Central Utah

**Ryan J. Banasky, et al, v. Larry K. Hanson, et al**
Deposition
Tooele, Utah

**Bruce Jones v. Utah Transit Authority**
Arbitration
Salt Lake City, Utah

**Wasatch Distributing v. Carlson Distribution**
Deposition
Weber County, Utah

**Camille Howard v. Coco & Main Inc., Nick Mark, and Danielle Bullard**
Deposition
Third Judicial District Court
Salt Lake County
State of Utah

**US Magnesium, LLC vs. ATI Titanium, LLC and Allegheny Technologies Incorporated**
Deposition
Salt Lake City, Utah

**CH4 Energy-Finley Utah, LLC v. Salt Lake Garfield & Western Railway Co.**
Arbitration
Salt Lake City, Utah

**Davis v. Wasatch County**
Trial
Salt Lake City, Utah

**Mint Solar v. Sams Club**
Deposition
Arkansas

**Ameritech College Holdings, LLC; Ameritech College Operations, LLC; and Ameritech College, LLC v. Julie Aiken**
Deposition
Salt Lake City, Utah

**United States v. RAPower**
Deposition
Salt Lake City, Utah

**Hairware v. Executive Hair Suppliers, et al.**
Trial
Salt Lake City, Utah

**R. Wayne Klein v. Justin D. Heideman LLC DBA Heideman & Associates**
Deposition
United States District Court
District of Utah
Central Division



Curriculum Vitae of Rick Hoffman

**Cvent, Inc. v. RainFocus, Inc., et al.**
Deposition
United States District Court
District of Utah
Central Division

**Mecham, et al v. Gay, et al**
Arbitration
Fourth Judicial District Court
Utah County
State of Utah

**Consolidated Cases of Goldbergs v. Nelson and Tetrick**
Trial
Third Judicial District Court
Salt Lake County, Utah

**Ameritech v. Aiken**
Trial
Third Judicial District Court
Salt Lake County
State of Utah

**Vivint, Inc v. Alarm.com Inc**
Deposition
United States District Court
District of Utah

**Mark R. Gordon v. Pamela J. Gordon and Team Prosper Inc.**
Trial
Second Judicial Circuit
County of Lincoln
State of South Dakota

**Grimmer & Associates v. The NRLA**
Arbitration
Utah

**Tullis, Parry v. IHC Health Services, et al.**
Deposition
Third Judicial District Court
Salt Lake County
State of Utah

**CAMPBELL INVESTMENTS, LLC;KEVIN CAMPBELL; and KODY CAMPBELL v. DICKEY'S BARBECUE RESTAURANTS, INC.**
Deposition
United States District Court
District of Utah
Central Division

**CoBon Energy vs. AGTC**
Trial
Fourth Judicial District Court
Utah County
State of Utah

**Orgain, Inc. v. Northern Innovations Holdings, et al**
Deposition
United States District Court
Central District of California
Southern Division

**Mark R. Gordon v. Pamela J. Gordon and Team Prosper Inc.**
Deposition
Second Judicial Circuit
County of Lincoln
State of South Dakota

**South State Investments v. Fresenius Medical Care North America**
Arbitration
Utah

**ADDICTION TREATMENT CENTERS, INC., and ST. GEORGE DETOX CENTER LLC v. SHADOW MOUNTAIN, LLC; ROUND HILL SERVICES, LLC; DAVID SKELTON; DAVID BRADLEY; and ROBB HOLUB**
Deposition
United States District Court
District of Utah

**US Magnesium vs. PVS Chloralkali, Inc.**
Trial
United States District Court
District of Utah
Central Division



Curriculum Vitae of Rick Hoffman

**AKB Properties v. Rubberball Productions**
Trial
Fourth Judicial District Court
Utah County
State of Utah

**Jeffery Lucian Puchalski and Carla Lynn Furno v. TCFC Hotel Co and Dakota Mountain Lodge HOA**
Arbitration
America Arbitration Association
Utah

**Richard Leines v. Homeland Vinyl Products**
Trial
United States District Court
Eastern District of California

**Holmes, Patrick v. IHC Health Services, Inc. et al.**
Trial
Third Judicial District Court
Summit County, State of Utah

**Kelly Cropper, Kelly Cropper Family Trust, Groom Crop, LLC, Shona Cropper, Shawn Cropper v. Linda Groom, Matt Dastrup, Alicia Dastrup**
Arbitration
Iron County
State of Utah

**Dallin Winward v. Mountain Orthopedics, LLC, et al.**
Deposition
Second Judicial District Court
Davis County
State of Utah

**Mayo Foundation for Medical Education and Research v. Knowledge to Practice, Inc.,**
United States District Court
District of Minnesota

**Devan Spivey and Kristin Spivey v. Tooele Orthopedics & Sports Medicine Specialists**
Trial
Third District Court
Tooele County
State of Utah

**ST. GEORGE DETOX CENTER LLC v. SHADOW MOUNTAIN, LLC**
Trial
United States District Court
State of Utah

**Payton LaRocque and William Porreca v. Jeffrey L. Sherrow and Clawson Properties, LLC**
Trial
Salt Lake County
State of Utah

**Wealthy Inc and Dale Buczkowski v. Spencer Cornelia, Cornelia Media, LLC and Cornelia Education, LLC.**
United States District Court
District of Nevada

**CLEARPLAY, INC v. DISH NETWORK, LLC, and ECHOSTAR TECHNOLOGIES, LLC**
Deposition
United States District Court
District of Utah
Central Division

**Miller, Heather Estate v Davis County et al**
Trial
United States District Court
State of Utah
Central Division

**Downing v. Davis (The Ranch Case)**
Deposition
First Judicial District Court
Rich County
State of Utah

**Thomas Mahoney v. Emerson Electric Co.**
Deposition
Fourth Judicial District Court
County of Ada
State of Idaho



Curriculum Vitae of Rick Hoffman

**Gordon Oswald and Sachiko Oswald v. Trivani LLC**
Trial
Fourth District Court
Utah County
State of Utah

**Sandra Lee Knowles v. David Smith, M.D.**
Trial
Fourth Judicial District Court
Utah County
State of Utah

**Ennis, et al v. Alder Protection Holdings**
Deposition
United States District Court
District of Utah
Central Division

**Orgain, Inc. v. Northern Innovations Holding Corp., et al.**
Trial
United States District Court of California
Southern Division

**Moxie Pest Control v. Aptive Environmental, Kyle Nielson, and Connor Ruggio**
Deposition
United States District Court
District of Utah
Central Division

**Jeffrey Jevne v. JR Simplot Company; Simplot Phosphates, LLC; BT Incorporated; Clair Anderson; Sue Loeffker; Elizabeth Berthoud; and Robert Mathern**
Deposition
District Court of Sweetwater County, Wyoming
Third Judicial District

**CWS. LLC v. Scott Montgomery**
Trial
Third Judicial District Court
County of Utah
State of Utah

**Sharee Petrie and Cory Petrie as the parents of Lydia Petrie v. Eric Huish, DO, et al.**
Deposition
Superior Court
State of Arizona
County of Maricopa

**Todd S. Winegar v. Bringard Millworks, LC**
Deposition
Third Judicial District Court
Salt Lake County
State of Utah

**Vivint Solar, Inc v. Jim Lundberg**
Deposition
Court of Chancery
State of Delaware

**Travis Hudak v. Lone Peak Advisors, LLC, et. al.**
Arbitration
Third District Court
Salt Lake County, Utah

**Purple Innovation, LLC v. Responsive Surface Technology, LLC**
Arbitration
United States District Court
District of Utah

**Bush, Melvin v. IHC Health Services, Inc; Hill, Bruce MD; et al.**
Trial
Fourth Judicial District Court
Utah County
State of Utah

**GXO Logistics Supply Chain, Inc. (f/k/a XPO Logistics Supply Chain) v. Young Living Essential Oils, LC**
Deposition
United States District Court
Northern District of Mississippi

**West Desert Investments, LLC v. AHC Utah SNF Holdings, LLC and Ogden RP SNF, LLC**
Arbitration
American Arbitration Association
Weber County
State of Utah



Curriculum Vitae of Rick Hoffman

**Holly Whiting v. Steward Health Care Network Inc., et al**
Deposition
Third Judicial District Court
Salt Lake City
State of Utah

**Oghenetega Emuveyan v. Steve Ewing; Geneva Rock Products Inc; and Clyde Companies, Inc.**
Trial
Third District Court
Salt Lake County
State of Utah

**Todd S. Winegar v. Bringard Millworks, LC**
Deposition
Third Judicial District Court
Salt Lake County
State of Utah

**Kaiser Aluminum Warrick, LLC v. US Magnesium, LLC**
Deposition
United States District Court
Southern District of New York

**Zion Pharmaceuticals, LLC v. Seth Gomm, Zachary Kerr, Zion Lion Kompany, Intrepid LLC, Cedar Odessey LLC, Vroom LLC, 127 UT Dispensary LLC**
Arbitration
American Arbitration Association

**Cody Percevich v. Henry Comiter MD et al**
Deposition
In Circuit Court
Seventh Judicial Circuit
State of South Dakota
County of Pennington



*Lone Peak Valuation Group*
**OLPC v. Olson**

**Summary of Damages**                                                                                                                                            **Schedule 1**

| Damage Category | Amount | | Source |
|---|---|---|---|
| Foley & Lardner Invoices | $ | 109,832 | Schedule 2 |
| BLG Invoices | $ | 237,450 | Schedule 3 |
| Peacock Linder Invoices | $ | 108,758 | Schedule 4 |
| **Total Damages** | **$** | **456,040** | |



*Lone Peak Valuation Group*
OLPC v. Olson

**Foley Lardner Invoices**                                                                                                                    Schedule 2

| Invoice # | Date of Invoice | Description | Amount (USD) | Source |
|-----------|-----------------|-------------|-------------:|--------|
| 50495492 | 10/17/2022 | Burton v. Lemons | $ 7,586 | OL Private Counsel-Ephraim Olson 14200 |
| 50597189 | 4/13/2023 | Burton v. Lemons | $ 1,125 | OL Private Counsel-Ephraim Olson 14203 |
| 50622715 | 5/24/2023 | Burton v. Lemons | $ 9,688 | OL Private Counsel-Ephraim Olson 14206 |
| 50659410 | 7/21/2023 | Burton v. Lemons | $ 24,838 | OL Private Counsel-Ephraim Olson 14209 |
| 50684319 | 8/28/2023 | Burton v. Lemons | $ 29,119 | OL Private Counsel-Ephraim Olson 14214 |
| 50703887 | 9/30/2023 | Burton v. Lemons | $ 13,751 | OL Private Counsel-Ephraim Olson 14219 |
| 50717712 | 10/24/2023 | Burton v. Lemons | $ 8,558 | OL Private Counsel-Ephraim Olson 14223 |
| 50759664 | 12/29/2023 | Burton v. Lemons | $ 14,793 | OL Private Counsel-Ephraim Olson 14227 |
| 50795696 | 2/29/2024 | Burton v. Lemons | $ 375 | OL Private Counsel-Ephraim Olson 14231 |
| | | **Total Legal Fees** | **$ 109,832** | **To Schedule 1** |



*Lone Peak Valuation Group*

**OLPC v. Olson**

**BLG Invoices**

Schedule 3

| Invoice # | Date of Invoice | Description | Amount (CAD) | $ CADUSD Exchange Rate <1> | USD Equivalent | Source |
|---|---|---|---|---|---|---|
| 698295808 | 9/21/2023 | Hyrum Olson, the Waterton Land Trust, Joshua Tanner Olson | $ 105,196 | $ 0.7420 | $ 78,057 | OL Private Counsel-Ephraim Olson 14857 |
| 698302370 | 10/12/2023 | Hyrum Olson, the Waterton Land Trust, Joshua Tanner Olson | $ 9,188 | $ 0.7356 | $ 6,759 | OL Private Counsel-Ephraim Olson 14870 |
| 698312621 | 11/7/2023 | Hyrum Olson, the Waterton Land Trust, Joshua Tanner Olson | $ 74,984 | $ 0.7301 | $ 54,743 | OL Private Counsel-Ephraim Olson 14876 |
| 698324437 | 12/7/2023 | Hyrum Olson, the Waterton Land Trust, Joshua Tanner Olson | $ 22,940 | $ 0.7357 | $ 16,878 | OL Private Counsel-Ephraim Olson 14886 |
| 698334608 | 12/31/2023 | Hyrum Olson, the Waterton Land Trust, Joshua Tanner Olson | $ 9,492 | $ 0.7553 | $ 7,170 | OL Private Counsel-Ephraim Olson 14892 |
| 698350597 | 2/5/2024 | Hyrum Olson, the Waterton Land Trust, Joshua Tanner Olson | $ 70,304 | $ 0.7424 | $ 52,193 | OL Private Counsel-Ephraim Olson 14897 |
| 698360144 | 3/5/2024 | Hyrum Olson, the Waterton Land Trust, Joshua Tanner Olson | $ 29,383 | $ 0.7368 | $ 21,650 | OL Private Counsel-Ephraim Olson 14904 |
| | | **Total Legal Fees** | $ 321,487 | | $ 237,450 | To Schedule 1 |

<1> Schedule 5.

<2> Fx data was not available on this date. I utilized the next available date of data on January 1, 2024. See Schedule 5.



**Lone Peak Valuation Group**
OLPC v. Olson

**Peacock Linder Invoices**                                                                                              Schedule 4

| Invoice # | Date of Invoice | Description | Amount (CAD) | $ CADUSD Exchange Rate [1] | USD Equivalent | Source |
|---|---|---|---|---|---|---|
| 26775 | 12/31/2020 | RE: Trust and Matrimonial Issues | $ 138,674 | $ 0.78 | $ 108,758 | OL Private Counsel-Ephraim Olson 14853 |
| | | **Total Legal Fees** | **$ 138,674** | | **$ 108,758** | **To Schedule 1** |

<1> Schedule 5.



*Lone Peak Valuation Group*
**OLPC v. Olson**

**CAD to USD Exchange Rate History**                                                                                              **Schedule 5**

*Source: https://ca.finance.yahoo.com/quote/CADUSD%3DX/history*

| Date | Open | High | Low | Close | Adj Close |
|---|---|---|---|---|---|
| 12/31/2020 | 0.784277 | 0.786528 | 0.783939 | 0.784271 | 0.784271 |
| 9/21/2023 | 0.742021 | 0.742391 | 0.739525 | 0.742021 | 0.742021 |
| 10/12/2023 | 0.735592 | 0.736485 | 0.731727 | 0.735592 | 0.735592 |
| 11/7/2023 | 0.730071 | 0.730353 | 0.726048 | 0.730071 | 0.730071 |
| 12/7/2023 | 0.735738 | 0.736806 | 0.734338 | 0.735738 | 0.735738 |
| 1/1/2024 | 0.755333 | 0.755333 | 0.754774 | 0.755333 | 0.755333 |
| 2/5/2024 | 0.742385 | 0.742666 | 0.738367 | 0.742385 | 0.742385 |
| 3/5/2024 | 0.736811 | 0.737637 | 0.735045 | 0.736811 | 0.736811 |

