# EXHIBIT 8

# Filed Under Seal



3000 K Street NW, Suite 330
Washington, DC 20007

202.249.7880

@iDiscoveryInc

idsinc.com



OL Private Counsel, LLC

v.

Ephraim Olson

# Expert Report
# of
# Daniel L. Regard II

July 12, 2024

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



CONFIDENTIAL

REDACTED

CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II

REDACTED

CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II



REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*

REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*

REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II

REDACTED

- 11 -

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II

REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



REDACTED

CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II



CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II



CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



REDACTED

CONFIDENTIAL

REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*

REDACTED

CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II

REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*

REDACTED

CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II



REDACTED

CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II

REDACTED

CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II

REDACTED

CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II

REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*

REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II



REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



REDACTED

CONFIDENTIAL

REDACTED

CONFIDENTIAL

OL Private Counsel v. Ephraim Olson
Expert Report of Daniel L. Regard II

REDACTED

CONFIDENTIAL

*OL Private Counsel v. Ephraim Olson*
*Expert Report of Daniel L. Regard II*



REDACTED

Signed on the <u>12th</u> day of <u>July 2024</u>.

_____
Daniel L. Regard II

- 36 -

CONFIDENTIAL

# Exhibit A





# DAN REGARD
## Managing Director

**iDiscovery Solutions, Inc.**
3000 K Street NW, Suite 330
Washington, DC 20007

**+1.202.249.7877**

dregard@idsinc.com

Profile on LinkedIn

@iDiscoveryInc

Mr. Regard is an electronic discovery and computer science consultant with 30 years' experience in consulting to legal and corporate entities. A programmer and an attorney by training, Mr. Regard has conducted system investigations, created data collections, and managed discovery on over a thousand matters. He is responsible for the development and implementation of case and matter strategies that leverage technology in litigation and investigations. Mr. Regard has both national and international experience advising on such issues as electronic discovery, computer forensics, structured data, and information management. He is a frequent speaker, teacher, and publisher on issues of electronic discovery.

Prior to founding iDiscovery Solutions, Inc. in 2008, Mr. Regard was the national director of e-Discovery for LECG. He was also the national director of Electronic Evidence & Consulting for FTI Consulting and was an electronic discovery and data analytics team leader in Analytical Dispute Services at Deloitte & Touche, where he managed multi-national, multi-jurisdictional, and multi-counsel litigation support projects. He began his career as the founder of a nationwide litigation-technology company.

Mr. Regard is a member of the Sedona Conference WG1: Electronic Document Retention and Production, and WG6: International Electronic Information Management, Discovery and Disclosure. He is a board member of Georgetown Advanced Institute for e-Discovery, one of the original four founders of the EDiscovery Institute (EDI), and a founding member of the Masters Cabinet. Mr. Regard is the founder of b-Discovery, a monthly e-Discovery networking group that meets throughout the United States.



©2021 iDiscovery Solutions | All Rights Reserved

**SELECT COMPUTER FORENSIC EXPERIENCE**

- In the international consumer electronics industry, analyzed dozens of computers and databases related to e-tail marketing of counterfeit goods.
- In the military armor industry, analyzed computers, removable devices, and emails related to theft of intellectual property.
- In trucking and transportation, conducted a search and destroy mission to eradicate U.S. military grade design documents from European-based engineering offices.
- Before the international trade commission, located, traced, and remediated the disclosure of privileged documents via FTP configurations and Internet search bots.
- In the financial sector, conducted an in-depth analysis of Microsoft Exchange email and Bloomberg chat messages.
- In medical device industry, testified on the definition, content and functionality of "native format" for emails and other user documents.
- In the insurance industry, analyzed and testified on metadata artifacts related to water remediation cost estimate files.

**EDUCATION**

- BS in Computer Science, University of Southwestern Louisiana
- JD, Tulane University
- MBA, Tulane University
- Certificate in European Legal Practice, Tulane University

**PUBLICATIONS (Past 10 Years)**

1. D. Regard, The Federal Judges' Guide to Discovery (4th ed.), _Database Discovery_, Electronic Discovery Institute (pending).
2. D. Regard, The Federal Judges' Guide to Discovery (4th ed.), _Mobile Forensics_, Electronic Discovery Institute (pending).
3. _Fact Crashing_, Data Analysis in E-Discovery, self-published, October 2022.
4. D. Regard, _Mobile Devices_, in Hon. Xavier Rodriguez et al., Essentials of E-Discovery (Texas State Bar Assn., 2021).
5. D. Regard, Published Interview, _Taking Advantage of an Emergent New Area of Evidence_, Corporate Counsel Business Journal. (March-April 2020).
6. D. Regard, _The Internet of Things Brings Risks and Rewards: A network of devices emitting massive amounts of data provides answers – and raises ethical concerns_, Metropolitan Corporate Counsel, Interview (June 21, 2016).



©2021 iDiscovery Solutions | All Rights Reserved

7.    D. Regard, _The Apple, the Fall and the Exile:  The International Effect of Hacking One iPhone_, Digital Discovery and E-Evidence (BNA, March, 2016) (http://www.bna.com/apple-fall-exile-n57982068332/)

8.    D. Regard, T. Irgang, _Will Apple give in to FBI demands to hack into a San Bernardino shooter's phone?_ SmartCEO, Interview (Feb. 2016).

9.    D. Regard, _The FBI's Battle with Apple over the San Bernardino iPhone: The agency's request from the technology giant could have long-reaching implications_, Metropolitan Corporate Counsel, Interview (Feb. 2016).

10.   D. Regard, C. Platt, _A Brief Legal History of Time: Part Two of Two_, Digital Discovery and E-Evidence (BNA, February 2016).

11.   D. Regard, C. Platt, _A Brief Legal History of Time: Part One of Two_, Digital Discovery and E-Evidence (BNA, January 2016).

12.   D. Regard et al, The Federal Judges' Guide to Discovery (2nd ed.), _Format of Discovery_, Electronic Discovery Institute (Jan. 2016).

13.   D. Regard, _Proportionality, FRCP Changes and the Perspective of a Litigation Technologist_, Metropolitan Corporate Counsel, Interview (Dec. 2015).

14.   D. Regard, _The Real Problem: Technology_, Metropolitan Corporate Counsel (Dec. 2015).

15.   D. Regard et al, The Duke Law Center Proportionality Guidelines, Guidelines and Practices for Implementing the 2015 Discovery Amendments to Achieve Proportionality, Judicature (2015).

16.   D. Regard & Hon. R. Hedges (Ret.), _Application of Search Analytics in the Healthcare Profession_, Journal of AHIMA (May 2015).

17.   D. Regard & K. Shuart, _Consensus Coding: A Game Changer for Human Review_, Metropolitan Corporate Counsel (Jan. 2015).

18.   D. Regard & J. Whitehead, Digital Coordination: _Is Your Computer Forensics Investigation A Symphony or A Circus?_ The Metropolitan Corporate Counsel (Dec. 2013).

19.   D. Regard & T. Matzen, _A Re-Examination of Blair & Maron (1985)_, ICAL 2013 DESI V (June 2013).

20.   D. Regard, Predictive Coding, educational video, (BNA publications, 2012).

21.   D. Regard & A. Diana, _Shifting E-Discovery Costs to the Losing Party_ (Executive Counsel, Sept. 2012).

22.   D. Regard & K Brady, _Agnes and the Best Evidence Rule or Why You'll Never Get an Original Copy and Why It Doesn't Matter_, Digital Discovery and E-Evidence (BNA Insight, May 10, 2012).

23.   The Sedona Conference, The Sedona Principles for the Mitigation of Conflicts Between EU Data Protection Laws and US Preservation and Discovery Obligations (Jan. 2012).

24.   D. Regard & D. Kessler, _The Discovery of Structured Data_, in Hon. Mag. Paul W. Grimm et al., Managing E-Discovery & ESI: From Pre-Litigation to Trial (American Bar Assn 2011).



©2021 iDiscovery Solutions | All Rights Reserved

25. The Sedona Conference, The Sedona Conference Database Principles: Addressing the Preservation & Production of Databases & Database Information in Civil Litigation (Nov. 2011).

**SPECIAL MASTER and COURT APPOINTED NEUTRAL EXPERIENCE**

1. Court Appointed Neutral, software code analysis, Bold LLC claimant, and Rocket Resume, Inc., and Stephen Zimmerman, respondents. JAMS Arbitration Case Reference No. 5425001441, 2024.
2. Court Appointed Neutral, forensic inspection and data remediation, Ocean Spray v. Penwell, 2024.
3. Court Appointed Neutral, Digital Forensics and Email Authentication, _Kalamas v. John Muir Health et al._, Superior Court of the State of California County of Contra Costa, Case No. C22-00088, 2023.
4. Special Master of ESI Discovery, E-Discovery, _In Re: Generic Pharmaceuticals Pricing Antitrust Litigation (MDL 2724)_, 2:16-md-02724-CMR, Eastern District of Pennsylvania, 2019.
5. Neutral Application Data Examiner, _Joseph Strauch and Timothy Colby et al. on behalf of other similarly situated individuals v. Computer Sciences Corporation_, U.S. District Court for the District of Connecticut, USDC Civil No. 3:14-cv-00956 (JBA), 2019. Appointed by the Court at the nomination of the Plaintiff, later, served as Plaintiff's expert.
6. Neutral Forensic Examiner, _Yahoo! Inc. Customer Data Security Breach Litigation_, Superior Court of the State of California for the County of Orange, No. 16-MD-02752-LHK, 2018.
7. Court Appointed Expert, _Abilify (Aripiprazole) Products Liability Litigation_, U.S. District Court for The Northern District of Florida, Pensacola Division, Case No. 3:16-MD-2734, 2017.
8. Independent Expert, _Klipsch Group, Inc., v. Big Box Limited et al._, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), March 2014.
9. E-Discovery Neutral, _Legg v. American Eagle Outfitters, Inc._, U.S. District Court, Southern District of Florida, Case No. 0:14-cv-61058-BB, 2014.
10. E-Discovery Special Master, _Federal Trade Commission v. Boehringer Ingelheim Pharmaceuticals, Inc._, U.S. District Court, District of Columbia, 2010-2011.

**TESTIFYING EXPERIENCE (Past 10 Years)**

1. Device Forensics, deposition, _SageWater v. David Hossfeld_, U.S. Dist. Court E.D. Va., Civil Action No. 1:23-cv-0770, June 2024.
2. Document Forensics, declaration, _Anderson & Anderson v. U.S. Bank National Assoc., Through Its Parent U.S. Bancorp and USAA Federal Savings Bank_, 40th Judicial Dist. Ct. for the Parish of St. John the Baptist, State of Louisiana, No: 75720, Div. "C", June 2024.



3.  Device Forensics, declaration, _SageWater v. David Hossfeld_, U.S. Dist. Court E.D. Va., Civil Action No. 1:23-cv-0770, May 2024.

4.  Data analysis for Wage and Hour, declaration, _O'Reilly et al., v. CAE Integrated, LLC, and Ryan F. Jacob_, U.S. Dist. Court W.D. Tx., Civil Action No. 1:21-CV-348-DAE, March 2024.

5.  E-Mail Analysis, declaration, _Shijiazhuang Hongray Group v. World Trading 23 Inc. and World Tech Toys_, United States District Court for the Central District of California Eastern Division, Case No.: 5:21-cv-00972, November 2023.

6.  Spoliation, declaration, N.T.A.A. (NO Talk All Action) Inc., Ryan Robinson vs. Nordstrom, Inc., Nike Inc, U.S. Dist. Court C.D. Ca., Case No. 2:21-cv-00398, August 2023.

7.  PDF Signature Authentication, trial testimony, _Laba v. JBO Worldwide Supply Pty Ltd._, US. District Court S. D. N. Y., Case No: 1:20-cv-03443-AKH, June 2023.

8.  Email Metadata, trial testimony, _Deccan Value LLC, et al. v. Malik v. Bodas_, Superior Court of Stamford CT, Docket No. FST-CV-21-6052725-S, May 2023.

9.  E-Mail Analysis, Barcode Analysis, deposition, _Shijiazhuang Hongray Group v. World Trading 23 Inc. and World Tech Toys_, United States District Court for the Central District of California Eastern Division, Case No.: 5:21-cv-00972, May 2023.

10. Intellectual Property Forensics Analysis, trial testimony, _Philips Medical Systems, et al. v TEC Holdings, Inc., et al._, W.D.N.C., Case 3:0-cv-00021-MOC-DCK, April 2023.

11. iPhone Text Message Forensics, declaration, _Fedorka and Fedorka v. UPMC et al., Luketich v. D'Cunha and Shaheen_, Court of Common Pleas of Alleghany County, Pennsylvania, Civil Division No. 18-017177, March 2023.

12. Text Message Forensics, declaration, _State of Hawai'l v. Curtis Ryan Beekum_, March 2023.

13. E-Mail Analysis, Barcode Analysis, declaration, _Shijiazhuang Hongray Group v. World Trading 23 Inc. and World Tech Toys_, United States District Court for the Central District of California Eastern Division, Case No.: 5:21-cv-00972, January 2023.

14. Data preservation analysis (iPhone, Samsung, Motorola, TracFone), testimony, _Jane Doe v. Willis et al._, U.S. Dist. Court M. D. Fl., Tampa Division, Civil Action No. 8:21-CV-01576-VMC-CPT, January 2023.

15. Data analysis for Wage and Hour, deposition, _O'Reilly et al., v. CAE Integrated, LLC, and Ryan F. Jacob_, U.S. Dist. Court W.D. Tx., Civil Action No. 1:21-CV-348-DAE, December 2022.

16. Digital forensics, deposition, _Thor Equities, LLC v. Scheinberg et al._, Circuit Court for Montgomery County, MD, Civil No. 485298-V, November 2022.

17. Data analysis for Wage and Hour, declaration, _O'Reilly et al., v. CAE Integrated, LLC, and Ryan F. Jacob_, U.S. Dist. Court W.D. Tx., Civil Action No. 1:21-CV-348-DAE, November 2022.

18. Digital signature verification (Adobe Sign), hearing testimony, _Rhythm Management Group Corp. v. Daniel Heaton_, Circuit Court of Maryland for Montgomery County, Case No.: C-15-CV-22-003342, October 2022.

19. Data preservation analysis (iPhone, Samsung, Motorola, TracFone), declaration, _Jane Doe v. Willis et al._, U.S. Dist. Court M. D. Fl., Tampa Division, Civil Action No. 8:21-CV-01576-VMC-CPT, October 2022.



20. PDF Signature Authentication, 3rd declaration, _Laba v. JBO Worldwide Supply Pty Ltd._, US. District Court S. D. N. Y., Case No: 1:20-cv-03443-AKH, October 2022.

21. PDF Signature Authentication, 2ⁿᵈ declaration, L_aba v. JBO Worldwide Supply Pty Ltd._, US. District Court S. D. N. Y., Case No: 1:20-cv-03443-AKH, September 2022.

22. PDF Signature Authentication, declaration, _Laba v. JBO Worldwide Supply Pty Ltd._, US. District Court S. D. N. Y., Case No: 1:20-cv-03443-AKH, September 2022.

23. iPhone Text Message Forensics, declaration, _Fedorka and Fedorka v. UPMC et al., Luketich v. D'Cunha and Shaheen_, Court of Common Pleas of Alleghany County, Pennsylvania, Civil Division No. 18-017177, August 2022.

24. Forensic Analysis of IP Exfiltration, trial testimony, _KeyBank National Association v. Williams and Weldon_, U.S. District Court for the District of Colorado, Civil Action No. 1:19-cv-03714-CMA, August 2022.

25. Intellectual Property Forensics Analysis, reply declaration, _Philips North America LLC v. Martin Little_, E.D.N.C., Case 5:20-CV-00657-BO, May 2022.

26. Data Recovery from Backup Tapes, reply declaration, _Singer et al. v. Bank of Palestine_, U.S. District Court EDNY, No. 19-cv-0006 (ENV)(RML), May 2022.

27. Data Recovery from Backup Tapes, declaration, _Singer et al. v. Bank of Palestine_, U.S. District Court EDNY, No. 19-cv-0006 (ENV)(RML), April 2022.

28. Intellectual Property Forensics Analysis, declaration, _Philips North America LLC v. Martin Little_, E.D.N.C., Case 5:20-CV-00657-BO, March 2022.

29. Data Availability, deposition, _MSP Recovery Claims, et al., v. Tower Hill Preferred Insurance Company, et al._, ("Tower Hill II") N.D. Fla., Gainesville Division, Case no. 1:18-cv-00157, February 2022.

30. Forensic Analysis of IP Exfiltration, deposition, _KeyBank National Association v. Williams and Weldon_, U.S. District Court for the District of Colorado, Civil Action No. 1:19-cv-03714-CMA, February 2022.

31. Data Availability, declaration, _MSP Recovery Claims, et al., v. Tower Hill Preferred Insurance Company, et al._, ("Tower Hill II") N.D. Fla., Gainesville Division, Case no. 1:18-cv-00157, January 2022.

32. Data Availability, deposition, _MSP Recovery Claims Series LLC et al. v Integon National Insurance Co. et al._, U.S. Dist. Court for the S.D. of FL., Case No. 1:20-cv-24051-AMC, December 2021.

33. ESI Protocols, Reasonableness of Technology Assisted Review (TAR) and Search Terms, 3rd expert declaration, _In Re Diisocyanates Antitrust Litigation_, MDL 2862, (W.D.Pa.), Master Docket No. 18-1001, December 2021.

34. PDF Signature Authentication, preliminary declaration, _Laba v. JBO Worldwide Supply Pty Ltd._, US. District Court S. D. N. Y., Case No: 1:20-cv-03443-AKH, December 2021.

35. Forensic Analysis of IP Exfiltration, declaration, _KeyBank National Association v. Williams and Weldon_, U.S. District Court for the District of Colorado, Civil Action No. 1:19-cv-03714-CMA, December 2021.



36. Data Availability, declaration, *MSP Recovery Claims Series LLC et al. v Integon National Insurance Co., et al.*, U.S. Dist. Court for the S.D. of FL., Case No. 1:20-cv-24051-AMC, November 2021.

37. Data Availability, deposition, *Velez et al., v. Florida Power & Light Company*, Circuit Court of the 11th Circuit in and for Miami-Dade County, Florida, Case No. 2017-CA-022854-CA-01, October 2021.

38. Intellectual Property Forensics Analysis, deposition, *Philips Medical Systems, et al. v TEC Holdings, Inc., et al.*, N.D. Ga., Case 1:17-cv-02864-LLM, September 2021.

39. Audio Records and Ordinary Course of Business, declaration, *Diamond Resorts U.S. Collection Development LLC v. Reed Hein & Associates, LLC d/b/a Timeshare Exit Team, et al.*, U.S. Dist. Court Dist. of Nevada, Case No. 2:17-cv-03007-APG, August 2021.

40. Intellectual Property Forensics Analysis, report, *Philips Medical Systems, et al. v Zimmerman*, W.D. NC, Charlotte Division, Civil No: 3:19-cv-444, August 2021.

41. Intellectual Property Forensics Analysis, report, *Philips Medical Systems, et al. v Dorow and Griswold*, N.D. Ga., Civil No: 19-cv-272, August 2021.

42. Data Matching, deposition, MSPA Claims, *Series, LLC, v. Atlantic Specialty Insurance Company*, M.D. Fla., Case no. 6:20-cv-00553-RBD-EJK, August 2021.

43. Email Authenticity, Expert report, *Jawahar Jain v. Samsung Research America, Inc., et al.*, Superior Court of the Stae of California, County of Santa Clara, Case No. 17-CCV-318162, August 2021.

44. ESI Protocols, Reasonableness of Technology Assisted Review (TAR) and Search Terms, Unsworn Testimony, *In Re Diisocyanates Antitrust Litigation*, MDL 2862, (W.D.Pa.), Master Docket No. 18-1001, July 2021.

45. Data Matching, expert report, *MSPA Claims, Series, LLC et al., v. Plymouth Kingsway Amigo Insurance Co.*, S.D. Fla., Civil Action No. 2016-CV-20212-JLK, June 2021.

46. Data Matching, expert report, *MSPA Claims, Series, LLC et al., v. Plymouth Rock Assurance Corporation, Inc. et al.*, D. Mass., Case no. 1:18-cv-11702-ADB, July 2021.

47. Intellectual Property Forensics Analysis, report, *Philips Medical Systems, et al. v TEC Holdings, Inc., et al.*, N.D. Ga., Case 1:17-cv-02864-LLM, July 2021.

48. Data Matching, affidavit, *MSPA Claims, Series, LLC, v. Atlantic Specialty Insurance Company*, M.D. Fla., Case no. 6:20-cv-00553-RBD-EJK, July 2021.

49. Data Matching, affidavit, *MSPA Claims, Series, LLC, v. United Automobile Insurance Company*, S.D. Fla., Case no. 1:20-cv-20887, June 2021.

50. Data Availability, report, *MSP Recovery Claims, Series LLC, et al., v. Markel American Insurance Company*, et al., S.D. Fla., Case no. 1:20-cv-24063, May 2021.

51. Data Availability, expert report, *MSP Recovery Claims, Series LLC, et al., v. Markel American Insurance Company*, et al., S.D. Fla., Case no. 1:20-cv-24063, May 2021.

52. Data Availability, rebuttal report, *MSPA Claims, Series, LLC, v. United Automobile Insurance Company*, S.D. Fla., Case no. 1:20-cv-20887, May 2021.



53. Data Availability, expert report, _MSP Recovery Claims, Series LLC and MSPA Claims 1, LLC, v. American National General Insurance Co, and American National Property & Casualty Co_, S.D. Fla., Case no. 1:20-cv-24077, May 2021.

54. Analysis of iPhone, Text Messages, and Fonts, trial testimony, _Rossbach v. Montefiore Medical Center et al._, (SDNY, 2021), case 1:19-cv-05758 , April 2021.

55. Reasonableness of Technology Assisted Review (TAR) and Search Terms, 2nd expert declaration, _In Re Diisocyanates Antitrust Litigation_, MDL 2862, (W.D.Pa.), Master Docket No. 18-1001, April 2021.

56. Analysis of iPhone, Text Messages, and Fonts, expert report, _Rossbach v. Montefiore Medical Center et al._, (SDNY, 2021), case 1:19-cv-05758 , April 2021.

57. Reasonableness of Technology Assisted Review (TAR) and Search Terms, 1st expert declaration, _In Re Diisocyanates Antitrust Litigation_, MDL 2862, (W.D.Pa.), Master Docket No. 18-1001, April 2021.

58. Analysis of Document Metadata, expert report, _Grace Instrument Industries v. Chandler Instruments Co._, S.D. Texas, Houston Division, Civil Action No. 4:20-cv-1749, March 2021.

59. Trademark Specimen Forensic Review, Preliminary Report, BNG MiraclePet, March 2021.

60. Analysis of Computer Logs, expert report, _Center For Workplace Compliance (f/k/a/ Equal Employment Advisory Council) v. Littler Mendelson, P.C. et al._, E.D.Va., Civil Action No. 1:20-cv-1387, March 2021.

61. Analysis of Google Gmail, report, _Mirata Pharmaceuticals, LLC v. The Administrators of the Tulane Education Fund_, JAMS Ref No. 1425031941, February 2011.

62. Application Data Analysis, trial testimony, _Sinclair v. Wireless Advocates, LLC_, S.D. Fla., Collective Action Complaint, Case no. 0:20-cv-60886, February 2021.

63. Application Data Analysis, deposition, _Sinclair v. Wireless Advocates, LLC_, S.D. Fla., Collective Action Complaint, Case no. 0:20-cv-60886, January 2021.

64. Application Data Analysis, declaration, _Sinclair v. Wireless Advocates, LLC_, S.D. Fla., Collective Action Complaint, Case no. 0:20-cv-60886, January 2021.

65. Data Availability, deposition, _MSPA Claims 1, LLC, v. Covington Specialty Insurance Company_, S.D. Fla., Case no. 1:19-cv-21583, January 2021.

66. Analysis of Metadata, expert declaration, _Purevbat et al. v. Axlehire, Inc., et al._, Superior Court of the State of California County of Los Angeles, Case No. 19STCV42056, November 2020.

67. Data Availability, rebuttal report, _MSPA Claims 1, LLC, v. Covington Specialty Insurance Company_, S.D. Fla., Case no. 1:19-cv-21583, November 2020.

68. Data Availability, declaration, _MSPA Claims 1, LLC, v. Covington Specialty Insurance Company_, S.D. Fla., Case no. 1:19-cv-21583, October 2020.

69. Data Availability, deposition, _MSPA Claims 1, LLC, v. Tower Hill Prime Insurance Company and Tower Hill Claims Service, LLC_, N.D. Fla., Gainesville Division, Case no. 1:18-cv-00157, June 2020.



©2021 iDiscovery Solutions | All Rights Reserved

70. Data Availability, expert report, *MSPA Claims 1, LLC, v. Tower Hill Prime Insurance Company and Tower Hill Claims Service, LLC*, N.D. Fla., Gainesville Division, Case no. 1:18-cv-00157, May 2020.

71. Technology Assisted Review (TAR), declaration, *William Morris Endeavor Entertainment LLC, et al., v. Writers Guild of America West, Inc., et al.*, C.D. Ca., Western District, Case no. 2:19-cv-05465-AB (FFMx), April 2020.

72. Data Analysis, declaration, *Fischer v Sentry Insurance*, United States District Court for the Western District of Wisconsin, Case no. 19-cv-156, March 2020.

73. E-Discovery and Document Review, deposition, *Brouwer et al. v. Wyndham Vacation Resorts, Inc., et al.*, Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2014-CA-008535, December 2019.

74. Data Availability, deposition, *MSP Recovery Claims, Series LLC v. AIX Specialty Insurance Company*, United States District Court for the Middle District of Florida, Case No. 1:18-cv-01456-PGB-DCI, November 2019.

75. Data Availability, declaration, *MSP Recovery Claims, Series LLC v. AIX Specialty Insurance Company*, United States District Court for the Middle District of Florida, Case No. 1:18-cv-01456-PGB-DCI, September 2019.

76. Non-Public Availability of Data, declaration, *LabMD v Tiversa*, United States District Court for the Western District of Pennsylvania, No. 2:15-cv-00092-MPK, September 2019.

77. PeopleSoft Analysis, deposition, *Lopes v. Kohl's Department Stores, Inc.*, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, October 2019.

78. Compensation Analysis, deposition, *Lopes v. Kohl's Department Stores, Inc.*, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, September 2019.

79. Compensation Analysis, declaration, *Lopes v. Kohl's Department Stores, Inc.*, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, August 2019.

80. Data Availability, rebuttal declaration, *MAO-MSO Recovery II, LLC v. Mercury General*, United States District Court Central District of California, Case No. 2:17-cv-02525, 2:17-cv-02557, June 2019.

81. Compensation Analysis, declaration, *Lopes v. Kohl's Department Stores, Inc.*, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, August 2019.

82. Data Availability, deposition, *MAO-MSO Recovery II, LLC v. Mercury General*, United States District Court Central District of California, Case No. 2:17-cv-02525, 2:17-cv-02557, June 2019.

83. Data Availability, deposition, *MAO-MSO Recovery II, LLC v. State Farm*, United States District Court for the Central District of Illinois Peoria Division, Case No. 1:17-cv-01537-JBM-JEH, April 2019.



84. Data Availability, declaration, *MAO-MSO Recovery II, LLC v. State Farm*, United States District Court for the Central District of Illinois Peoria Division, Case No. 1:17-cv-01537-JBM-JEH, April 2019.

85. Data Availability, deposition, *MAO-MSO Recovery II, LLC v. Mercury General*, United States District Court Central District of California, Case No. 2:17-cv-02525, 2:17-cv-02557, April 2019.

86. Computer Forensics, court testimony, *Securities Exchange Commission v. McGinnis et al.*, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, March 2019.

87. Computer Software Analysis, mediation testimony, *SelecTransportation Resources LLC v NSEIT (US), Inc.*, District Court of Harris County, Texas, November 2018.

88. Computer Forensics, court testimony, *Securities Exchange Commission v. McGinnis et al.*, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, November 2018.

89. Computer Forensics, deposition, *Securities Exchange Commission v. McGinnis et al.*, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, July 2018.

90. Computer Forensics, expert report, *Securities Exchange Commission v. McGinnis et al.*, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, May 2018.

91. E-Discovery Expert, unsworn testimony, *Wolford and Taylor v Bayer Essure Inc., et al., Commonwealth of Kentucky*, Pike Circuit Court, Division 1, Civil Action No. 16-CI-00907, May 2018.

92. E-Discovery Expert, unsworn testimony, *McLaughlin v. Bayer Essure Inc., et al.*, US District Court for the District of Eastern Pennsylvania, Case No. 2:14-cv-07315, May 2018.

93. Computer Forensics, deposition, *Securities Exchange Commission v. McGinnis et al.*, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, May 2018.

94. Computer, MS Outlook and MS Word Forensics, deposition, *Squire Patton Boggs (US) LLP v. Republic Services, Inc.*, et al., Court of Common Pleas, Cuyahoga County, Ohio, Case No: CV-16-870257, May 2018.

95. Document Search and Retrieval, testimony, *Klebba et al. v. Wyndham Vacation Resorts, Inc.*, et al., Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2014-CA-008535, March 2018.

96. Enterprise Architecture and Information Retrieval, testimony, *Klebba et al. v. Wyndham Vacation Resorts, Inc.*, et al., Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2014-CA-008535, December 2017.

97. Computer Forensics, ESI Cost and Burden, testimony, *United States v. David Shulick*, U.S. District Court for the Eastern District of Pennsylvania, Criminal No. 16-428, October 2017.

98. Enterprise Architecture and Information Retrieval, testimony, *Klebba et al. v. Wyndham Vacation Resorts, Inc.*, et al., Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2014-CA-008535, September 2017.

99. Computer Forensics, affidavit, *PNC Bank*, *National Association v. Vander Molen*, US District Court for the Western District of Pennsylvania, Civil Action No. 2:17-CV-00867-CRE, July 2017.



©2021 iDiscovery Solutions | All Rights Reserved

100. Computer Forensics, expert report (supplemental), *Securities Exchange Commission v. McGinnis et al.*, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, July 2017.

101. Compensation Analysis, accounting report, *Lopes v. Kohl's Department Stores, Inc.*, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, June 2017.

102. Compensation System Applications, deposition, *Eldard, Wall, et al. v. Hewlett-Packard Co., et al.*, Case No. 30-2012-00537897-CU-BT-CXC, Superior Court of the State of California for the County of Orange, May-June 2017.

103. Compensation System Applications, declaration, *Eldard, Wall, et al. v. Hewlett-Packard Co., et al.*, Case No. 30-2012-00537897-CU-BT-CXC, Superior Court of the State of California for the County of Orange, May 2017.

104. Cellphone Forensics, declaration, *Urias et al. v. Lopez et al.*, Cause No. B-140516, District Court of Ector County, Texas, 161st Judicial District, May 2017.

105. Email Forensics, declaration, *Garrubbo v Plainfield Country Club et al*, Docket No. Mid-L-7273-13, Superior Court of New Jersey, Law Division: Middlesex County, March 2017.

106. Email Forensics, declaration, *Kraja v Bellagio, LLC et al*, Case No. 2:15-cv-01983-APG-NJK, US District Court, District of Nevada, February 2017.

107. Electronic Discovery, adequacy of search, declaration, *Immigrant Defense Project v. United States Immigration and Customs Enforcement Agency (ICE) et al.*, Case No. 16 Civ. 387 (KBF), US District Court, Southern District of New York, November 2016.

108. Electronic Discovery, inspection of enterprise systems, *Arine vs. Aaroma Holdings, LLC*, Docket No. MID-L-7291-11, Superior Court of New Jersey, Law Division, Middlesex County, October 2016.

109. Electronic Discovery, adequacy of search, declaration, *National Day Laborer Organizing Network (NDLON) et al v. United States Immigration and Customs Enforcement Agency (ICE) et al.*, Case No. 16 Civ. 387 (KBF), US District Court, Southern District of New York, October 2016.

110. Software Code Analysis, trial testimony, *HESC v. Valtech Technologies, Inc. et al.*, 68th District Court, Dallas County, Docket # DC-13-065947-C, October 2016.

111. Software Code Analysis, deposition, *HESC v. Valtech Technologies, Inc. et al.*, 68th District Court, Dallas County, Docket # DC-13-065947-C, August 2016.

112. Compensation Analysis, accounting report, *Lopes v. Kohl's Department Stores, Inc.*, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, August 2016.

113. Forensic Data Recovery, affidavit, *Arine v. AAroma Holdings, LLC et al.*, Superior Court of New Jersey Law Division: Middlesex County, Docket No. MID-L-7291-11, June 2016.

114. Software Code Analysis, expert report, *HESC v. Valtech Technologies, Inc. et al.*, 68th District Court, Dallas County, Docket # DC-13-065947-C, June 2016.



©2021 iDiscovery Solutions | All Rights Reserved

115. Application Forensics, deposition, _ARKO Plumbing Corp. v. Rudd et al._, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL, Case No.: 13-019894-CA-06, May 2016.

116. Computer, MS Outlook and MS Word Forensics, report, _Luri v Republic Services, Inc. et al._, Court of Common Pleas, Cuyahoga County, Ohio, Case No: CV 07-633043, April 2016.

117. Application Forensics, declaration, _ARKO Plumbing Corp. v. Rudd et al._, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL, Case No.: 13-019894-CA-06, April 2016.

118. Email and Internet Forensics, affidavit, _Bowman v. Infrahealth Enterprises, LLC, et al._, District Court of Travis County, Texas, 261st Judicial District, Cause No. D-1-GN-14-001548, February 2016.

119. Structured Data Acquisition and Production, unsworn testimony, _In Re Blue Cross Blue Shield Antitrust Litigation_, U.S. District Court, Northern District of Alabama, No. 13-20000, January 2016.

120. Database Forensics, Computer Forensics, declaration in support of fee application, _Klipsch Group, Inc., v. Big Box Limited et al._, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), January 2016.

121. Computer Forensics, deposition, _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, December 2015.

122. Compensation Analysis, accounting report, _Lopes v. Kohl's Department Stores, Inc._, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, December 2015.

123. Compensation Analysis, accounting report, _Lopes v. Kohl's Department Stores, Inc._, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, October 2015.

124. ESI Best Practices, deposition, _LaBarre et al. v. Occidental Chemical Company, et al._, Twenty-Third Judicial Dist. Court, Parish of Assumption, State of Louisiana, Docket no. 33796, October 2015.

125. Compensation Analysis, interim report, _Lopes v. Kohl's Department Stores, Inc._, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, October 2015.

126. Computer Forensics, expert report (supplemental), _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, October 2015.

127. Relative Accessibility of ESI, affidavit, _Wal-Mart Stores, Inc., v. Cuker Interactive, LLC_, Western District of Arkansas, C.A. No. 5:14-cv-5262, September 2015.

128. Computer Forensics, Time Stamps, expert affidavit, _Pursuit Partners, LLC v. UBS et al._, Superior Court at Waterbury, Docket No. UWY-X10-CV-08-403318-S, August 2015.



129. PeopleSoft and Kronos, evidentiary hearing testimony, _Lopes v. Kohl's Department Stores, Inc._, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, August 2015.

130. Application Forensics, declaration, _ARKO Plumbing Corp. v. Rudd et al._, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL, Case No.: 13-019894-CA-06, June 2015.

131. Structured Data, expert report, _Myers v. Wal-Mart Stores, Inc., et al._, Southern District of Mississippi, Civil Action No.: 1:14CV264-HSO-RHW, June 2015.

132. Software Code Analysis, expert disclosure, _HESC v. Valtech Technologies, Inc. et al._, 68th District Court, Dallas County, Docket # DC-13-065947-C, June 2015.

133. Computer Forensics, expert report, _Indiana Electrical Workers Pension Trust Fund IBEW v. Wal-Mart Stores, Inc._, Court of Chancery, State of Delaware, Case No. 7779-CB, February 2015.

134. Database Forensics, Computer Forensics, declaration, _Klipsch Group, Inc., v. Big Box Limited et al_, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), February 2015.

135. Format of Production, affidavit, _Zaremba v. Biomet et al._, Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida, Case No. 2014-CA-01932-NC, January 2015.

136. Database Forensics, Computer Forensics, trial testimony, _Klipsch Group, Inc., v. Big Box Limited et al._, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), January 2015.

137. Computer Forensics, declaration, _L-3 Communications Corp., et al., v. Jaxon Engineering & Maintenance, Inc., et al._, US District Court, District of Colorado, November 2014.

138. Database Forensics, Computer Forensics, deposition testimony, _Klipsch Group, Inc., v. Big Box Limited et al._, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), November 2014.

139. Computer Forensics, expert report, _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, November 2014.

140. E-mail, supplemental declaration, Martin, _Covarrubias and Greenwold v. Ernst & Young, LLP_, American Arbitration Association, No. 74 20 1200 0645 12, November 2014.

141. Computer Forensics, deposition, _Debs v. Prepared Insurance Company_, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 12-02393 CA 08, October 2014.

142. E-mail, declaration, Martin, _Covarrubias and Greenwold v. Ernst & Young, LLP_, American Arbitration Association, No. 74 20 1200 0645 12, October 2014.

143. Computer Forensics, declaration, _Debs v. Prepared Insurance Company_, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 12-02393 CA 08, October 2014.



©2021 iDiscovery Solutions | All Rights Reserved

144. Electronic Discovery, Email, Databases, Records Retention, Preservation, Spoliation, declaration, _Van Treek v. Klinck, Takeda Pharmaceuticals America, Inc., et al.,_ State of Wisconsin, Milwaukee County, Circuit Court, Case No. 12CV007359, September 2014.

145. Records Retention, Data Restoration, Corporate Systems, NMRA 1-30(b)(6) deposition, _Bishop-Dudasik v. Takeda Pharmaceuticals America, Inc.,_ et al, State of New Mexico, County of Santa Fe, First Judicial District Circuit, Case no. D-101-CV-2012-00285, August 2014.

146. Database Forensics, Computer Forensics, expert report, _Klipsch Group, Inc., v. Big Box Limited et al.,_ US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), August 2014.

147. Electronic Discovery, Legal Holds, Reasonable Anticipation, expert testimony, _Wisniewski v. Takeda Pharmaceuticals America, Inc., et al.,_ Court of Common Pleas, Philadelphia County, Case No. 120702272, July 2014.

148. E-Discovery Protocol Compliance, declaration, _LendingTree, LLC v. Zillow, Inc. et al.,_ US District Court, Western District of North Carolina, Case No. 3:10-cv-00439-FDW-DCK, June 2014.

**SELECT SPEAKING ENGAGEMENTS AND CONFERENCES (Past 5 Years)**

1. University of Texas Law School, e-Discovery guest speaker, _Data, Law, and Justice_, March 2024.
2. Academy of Court Appointed Neutrals (ACAN), annual conference, member and attendee, Ft. Lauderdale, FL, March 2024.
3. Storage Technology Showcase, attendee, Norfolk, VA, March 2024.
4. University of Florida Levin College of Law 11th Annual Conference Board, advisory board member, speaker, _Mobile Forensics_, Tampa Bay, Florida, February 2024.
5. Duquesne Kline School of Law, e-Discovery guest speaker, _Big Data and the Law_, Pittsburgh, PA, February 2024.
6. Sedona Conference Working Group 6 (WG6), International Disclosure, Discovery and Privacy, attendee, Brussels, Belgium, January 2024.
7. International High-Tech Computer Investigators Association (HTCIA), speaker, Mock Trial, Expert Witnesses, Phoenix, Arizona, September 2023.
8. The ABA Cross-Border Institute, advisory board member, Paris, France, July 2023.
9. International Association of Judges, panelist, _Technology and Access to Justice in the Modern Courtroom_, Washington, D.C., May 2023.
10. Temple Law School, guest lecturer, _Data and Where It Lives_, Philadelphia, PA., February 2023.
11. University of Florida Levin College of Law 10th Annual Conference Board, speaker, _Integrating Data_, Tampa Bay, Florida, February 2023.
12. Sedona Conference, Mid-year Meeting, WG6, London, UK, January 2023.



13. Georgetown Advanced E-Discovery Institute, Annual Conference, advisory board, attendee, Washington, D.C., November 2022.
14. Today's General Counsel, webinar, *Fact Crashing™,* October 2022.
15. Sedona Conference, Annual Meeting, WG1, Philadelphia, PA, October 2022.
16. Electronic Discovery Institute, attendee, Leadership Conference, Miami, Florida, October 2022.
17. The ABA Cross-Border Institute, director and panelist, Cross-Border E-Discovery, Amsterdam, The Netherlands, July 2022.
18. The Commerce Club - Atlanta, CLE Presentation, *Structured Data and Fact Crashing™,* Atlanta, GA, April 2022.
19. University of Florida Levin School of Law, 9th Annual E-Discovery Conference, *Structured Data and the Internet of Things*, Tampa Bay, FL, March 2022.
20. University Club of Orlando, CLE Presentation, *Structured Data and Fact Crashing™,* Orlando, FL, March 2022.
21. University of Florida Levin College of Law 9th Annual Conference Board, remote speaker, *How to be an Effective On-Line Speaker: PowerPoint and Zoom tips*, Tampa Bay, Florida, January 2022.
22. Georgetown Global Advanced E-Discovery Institute, Annual Conference, advisory board, speaker: *Social Justice and E-Discovery*, Washington, D.C., November 2021.
23. eDiscovery Leaders Live, George Socha and Dan Regard, podcast, November 2021.
24. Sedona Conference, Annual Meeting, WG1, Database Discovery, panelist, Cleveland, OH, October 2021.
25. Electronic Discovery Institute, attendee, Leadership Conference, Santa Barbara, California, October 2021.
26. University of Florida Levin College of Law, guest lecturer, *Search Terms and Technology Assisted Review,* Tampa Bay, Florida, October 2021.
27. William & Mary Law School, guest lecturer, *Introduction of Computers and Big Data for Lawyers*, Williamsburg, VA, September 2021.
28. Chats with Tom and Rachi, CEO Dan Regard, podcast, May 2021.
29. Temple Law School, guest lecturer, *Computers for Lawyers,* Philadelphia, PA., April 2021.
30. University of Florida Levin School of Law, Media, *Technology, and Law, Surveillance Capitalism*, Tampa Bay, FL, March 2021.
31. University of Florida Levin School of Law, E-Discovery Conference, *Short Messages*, Tampa Bay, FL, March 2021.
32. University of Florida Levin School of Law, guest lecturer, *The Future of Litigation*, Tampa Bay, FL, March 2021.
33. Motivational speaker, *How to Moderate a Remote Panel*, University of Florida, Pottstown, PA, February 2021.
34. Clear Law Institute, webinar, *Ready to Remain Remote? Legal, Technical and Cyber Concerns for a Remote Workforce,* speaker, Pottstown, PA, February 2021.



35. Georgetown Global Advanced E-Discovery Institute, Annual Conference, advisory board, speaker, Washington, D.C., November 2020.
36. Lean Discovery, *Data as a Digital Witness*, podcast, September, 2020.
37. iDiscovery Solutions, webinar, *Fact Crashing Roadshow*, speaker, Pottstown, PA, August 2020.
38. Clear Law Institute, webinar, *Best Practices for Conducting Remote Depositions,* speaker, Pottstown, PA, August 2020.
39. CCBJ Perspectives Podcast, webinar*, Fact Crashing*, Pottstown, PA, September 2020.
40. The Sedona Conference, webinar, Virtual Town Hall: *Conducting eDiscovery in Disputes involving Artificial Intelligence,* speaker, Pottstown, PA, July 2020.
41. Baker Donelson CEO Podcast, Sitting with the C-Suite, interviewee, Pottstown, PA, June 2020.
42. Nextpoint, webinar, *Best Practices for Remote Depositions*, speaker, Pottstown, PA, June 2020.
43. CCBJ Perspectives Podcast, interview, *The Impact of Big Data in Litigation*, Pottstown, PA, June 2020.
44. The Masters Conference, webinar, *Best Practices for Remote Depositions*, speaker, Pottstown, PA, April 2020.
45. Georgetown Advanced E-Discovery Institute, Annual Conference, director, speaker, Washington, D.C., November 2019.
46. Motivational speaker, *How to Moderate a Remote Panel*, Georgetown AEDI, Pottstown, PA, September 2020.
47. Clear Law Institute, webinar, *The Impact of Big Data in Litigation*, speaker, Washington, D.C., September 2019.
48. The Sedona Conference, Working Group 6, Mid-year Meeting, St. Pete, Florida, January 2019.
49. Clear Law Institute, webinar, *E-Discovery Under the GDPR: Tension with U.S. Rules and Avoiding Penalties for Noncompliance,* Washington, D.C., March 2019
50. Eighth Annual ASU-Arkfeld eDiscovery and Digital Evidence Conference, *Detecting Fabricated Evidence* – Panel, Phoenix, AZ, March 2019.

## PROFESSIONAL AFFILIATIONS

- Louisiana Bar Association
- American Bar Association
- International Bar Association
- Sedona Conference Working Group 1 on Electronic Document Retention and Production
- Sedona Conference Working Group 6 on International Electronic Information Management, Discovery and Disclosure
- Georgetown Advanced Institute for e-Discovery, Director
- George Washington Law School, Discovery Proportionality Steering Committee
- Electronic Discovery Institute (EDI)
- University of Florida, e-Discovery Conference, Steering Committee



©2021 iDiscovery Solutions | All Rights Reserved

- ABA Cross-Border Institute, Steering Committee





🏠 3000 K Street NW, Suite 330
Washington, DC 20007

☎ 202.249.7880

🐦 @iDiscoveryInc

🌐 idsinc.com



OL Private Counsel, LLC

v.

Ephraim Olson

**Errata
to
Expert Report
of
Daniel L. Regard II**

September 4, 2024

*OL Private Counsel v. Ephraim Olson*
*Errata to Expert Report of Daniel L. Regard II*

<u>**Table of Contents**</u>

Errata ......................................................................................................................................... 3

*OL Private Counsel v. Ephraim Olson*
*Errata to Expert Report of Daniel L. Regard II*

**Errata**



*OL Private Counsel v. Ephraim Olson*
*Errata to Expert Report of Daniel L. Regard II*

REDACTED

Signed on the <u>4th</u> day of <u>September 2024</u>.

_____
Daniel L. Regard II



June 24, 2024



REDACTED



*817 Double Eagle Dr., Midway, UT 84049 435 962 4510*

REDACTED



*817 Double Eagle Dr., Midway, UT 84049 435 962 4510*

REDACTED

Sincerely,

Stuart T. Waldrip
Judge (ret.)

*817 Double Eagle Dr., Midway, UT 84049 435 962 4510*

# Exhibit A

**STUART T. WALDRIP**
Judge, Orange County Superior Court (Ret.)
817 Double Eagle Drive, Midway, Utah 84049  435 962 4510

**Judicial Assignments:**



    Judge, California Superior Court, County of Orange 1996 - 2002
    Presided over Complex Civil, Felony Criminal and General Civil Trials
    Chairman, Court Technology Committee
    Member, Judicial Council Advisory Committee on Civil and Small Claims
    Member, State-wide Revision Committee, Civil Jury Instructions

**Education:**

    Stanford University, AB 1961 - Economics; Graduate Studies Program, 1964
    J.D. University of Utah College of Law, 1967
        Honors and Awards:
            Utah Law Review staff, 1965 - 1967; Assistant Editor, 1966-1967
            Rocky Mountain Mineral Law Foundation Scholarship
            Partial tuition waiver
            Delta Theta Phi Law Fraternity honors at graduation

**Professional:**

    History and Nature of Prior Law Practice:
        Rutan & Tucker, Trial Department, 1967 - 1979
        Dataramics and Mediscan, V.P. and General Counsel, 1979 - 1980
        Law Offices of Stuart T. Waldrip, APC 1980 - 1996
            Business Litigation practice.  Expert witness in malpractice, fee and ethics matters.

    Professional Associations:
        Fellow, American College of Trial Lawyers, since 1991
        State Bar of California
            Executive Committee, Conference of Delegates, 1991-1994; Vice Chair, 1993-94
            Calendar Coordinating Committee, c. 1980 -1985, Chairman, c. 1985
            Delegate, Conference of Delegates - over 15 years
        U. S. District Court, Central District of California
            Lawyer Member, Ninth Circuit Judicial Conference, 1991-1994
        Orange County Bar Association
            President, 1987; President Elect, 1986; Treasurer, 1985; Executive Committee Member, 1985-1988; Board of Directors, 1977-79, 1982-88
        Association of Business Trial Lawyers, Orange County, Director 1996-2000
        Orange County Bar Foundation, Director, c. 1985-1992
        J. Reuben Clark Law Society, Orange County Chapter, President, 1990-1993
            Executive Committee, 1990-2000; Advisory Council, 2000-2002
        Member, California State Bar, Utah State Bar

    Adjunct Professor of Civil Trial Practice, BYU Law School 2006 - 08 ; Teaching faculty for Rutter Group and CEB courses

    Mediator, Arbitrator Judicate West (CA) and IDR, Inc. (UT) since 2005

**Honors and Awards:**

    Inaugural recipient, Lifetime Achievement Award, Constitutional Rights Foundation of Orange County, 2002
    Orange County Bar Association Franklin G. West Award Recipient, 1996
    Outstanding Attorney Volunteer Award, Constitutional Rights Foundation, 1996
    Outstanding Lawyer Award, J. Reuben Clark Law Society, Orange County, 1994
    Bill of Rights in Action Award, Constitutional Rights Foundation, Orange Co., 1993
    Community Service Award, Orange County Bar Foundation, 1991
    Award of Merit, Orange County Bar Association, 1980

**Publications:**

    Note, Fraudulent Financial Statements and Section 17 of the Bankruptcy Act, 1967 Utah Law Review 281 [Cited by
        U.S. Supreme Court in Brown v. Felsen, 442 U.S. 127]
    Note, General Adjudication Proceedings in the 17 Western States, 1966 Utah Law Rev. 152
    Various articles, Orange County Lawyer, Orange County Bar Journal, and The Forum

**Community:**

    Temporary Judge and Arbitrator, Orange County Superior Court, over 20 years
    Constitutional Rights Foundation, Orange County Chapter, Director, 1984-1992, 1995 -2001;  Vice President, 1991-1992
    Amicus Publico (now Public Law Center), volunteer, Board of Directors, 1987
    Orange Cares (homeless program) - founding member of advisory board, 1993-1996
    Church of Jesus Christ of Latter-day Saints – Former Mission President,
        Stake President and Bishop

# Exhibit B

**STUART T. WALDRIP**
Judge, Orange County Superior Court (Ret.)
817 Double Eagle Drive, Midway, Utah 84049 435 962 4510

## Documents Reviewed

| | | |
|---|---|---|
| EphraimOlson_00008397 | MED-0000001 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0485 |
| EphraimOlson_00008398 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0001 | |
| EphraimOlson_00008399 | | OL PRIVATE COUNSEL-EPHRAIM OLSON 0486 |
| EphraimOlson_00008400 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0330 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0487 |
| EphraimOlson_00008420 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0331 | |
| EphraimOlson_00008438 | | OL PRIVATE COUNSEL-EPHRAIM OLSON 0488 |
| EphraimOlson_00008458 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0332 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0501 |
| EphraimOlson_00008474 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0341 | |
| EphraimOlson_005397 | | OL PRIVATE COUNSEL-EPHRAIM OLSON 0502 |
| EphraimOlson_005398 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0360 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0503 |
| EphraimOlson_005415 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0374 | |
| EphraimOlson_005416 | | OL PRIVATE COUNSEL-EPHRAIM OLSON 0512 |
| EphraimOlson_005434 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0388 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0531 |
| EphraimOlson_005435 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0408 | |
| EphraimOlson_005455 | | OL PRIVATE COUNSEL-EPHRAIM OLSON 0545 |
| EphraimOlson_005456 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0428 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0559 |
| EphraimOlson_005574 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0441 | |
| EphraimOlson_005575 | | OL PRIVATE COUNSEL-EPHRAIM OLSON 0579 |
| EphraimOlson_008475 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0465 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0599 |
| EphraimOlson_008476 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0473 | |
| EphraimOlson_008477 | | OL PRIVATE COUNSEL-EPHRAIM OLSON 0612 |
| EphraimOlson_008495 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0474 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0636 |
| EphraimOlson_008511 | OL PRIVATE COUNSEL-EPHRAIM OLSON 0479 | |
| EphraimOlson_008531 | | OL PRIVATE COUNSEL-EPHRAIM OLSON 0702, OL |

PRIVATE COUNSEL-EPHRAIM OLSON 0702

OL PRIVATE COUNSEL-EPHRAIM OLSON 0703

OL PRIVATE COUNSEL-EPHRAIM OLSON 0714

OL PRIVATE COUNSEL-EPHRAIM OLSON 0715

OL PRIVATE COUNSEL-EPHRAIM OLSON 0720

OL PRIVATE COUNSEL-EPHRAIM OLSON 0721

OL PRIVATE COUNSEL-EPHRAIM OLSON 0726

OL PRIVATE COUNSEL-EPHRAIM OLSON 0727

OL PRIVATE COUNSEL-EPHRAIM OLSON 0728

OL PRIVATE COUNSEL-EPHRAIM OLSON 0737

OL PRIVATE COUNSEL-EPHRAIM OLSON 0756

OL PRIVATE COUNSEL-EPHRAIM OLSON 0770

OL PRIVATE COUNSEL-EPHRAIM OLSON 0784

OL PRIVATE COUNSEL-EPHRAIM OLSON 0804

OL PRIVATE COUNSEL-EPHRAIM OLSON 0824

OL PRIVATE COUNSEL-EPHRAIM OLSON 0837

OL PRIVATE COUNSEL-EPHRAIM OLSON 08475

OL PRIVATE COUNSEL-EPHRAIM OLSON 08479

OL PRIVATE COUNSEL-EPHRAIM OLSON 08481

OL PRIVATE COUNSEL-EPHRAIM OLSON 08485

OL PRIVATE COUNSEL-EPHRAIM OLSON 08487

OL PRIVATE COUNSEL-EPHRAIM OLSON 08489

OL PRIVATE COUNSEL-EPHRAIM OLSON 0861

OL PRIVATE COUNSEL-EPHRAIM OLSON 0869

OL PRIVATE COUNSEL-EPHRAIM OLSON 0870

OL PRIVATE COUNSEL-EPHRAIM OLSON 0882

OL PRIVATE COUNSEL-EPHRAIM OLSON 0883

OL PRIVATE COUNSEL-EPHRAIM OLSON 1267

OL PRIVATE COUNSEL-EPHRAIM OLSON 1268

OL PRIVATE COUNSEL-EPHRAIM OLSON 1307

OL PRIVATE COUNSEL-EPHRAIM OLSON 13290

OL PRIVATE COUNSEL-EPHRAIM OLSON 13309

OL PRIVATE COUNSEL-EPHRAIM OLSON 13330

OL PRIVATE COUNSEL-EPHRAIM OLSON 13372

OL PRIVATE COUNSEL-EPHRAIM OLSON 13390

OL PRIVATE COUNSEL-EPHRAIM OLSON 13407

OL PRIVATE COUNSEL-EPHRAIM OLSON 1348

OL PRIVATE COUNSEL-EPHRAIM OLSON 1367

OL PRIVATE COUNSEL-EPHRAIM OLSON 1390

OL PRIVATE COUNSEL-EPHRAIM OLSON 2539

OL PRIVATE COUNSEL-EPHRAIM OLSON 2540

OL PRIVATE COUNSEL-EPHRAIM OLSON 2889

OL PRIVATE COUNSEL-EPHRAIM OLSON 2910

OL PRIVATE COUNSEL-EPHRAIM OLSON 2933

OL PRIVATE COUNSEL-EPHRAIM OLSON 2965

OL PRIVATE COUNSEL-EPHRAIM OLSON 2986

OL PRIVATE COUNSEL-EPHRAIM OLSON 3016

2024.02.16 – OL Private Counsel – Supplemental Response to Seventh Set of Written Discovery

OL_Private_Counsel_-_Response_to_Eighth_Set_of_Written_Discovery

OL_Private_Counsel_-_Response_to_Seventh_Set_of_Written_Discovery

OLPC v. Olson Second Supplemental Responses to Defendant's First and Second Set of Discovery Requests

2021-07-13 - OLPC Ephraim Olson Amended Complaint

2021-07-27 (0002) Notice of Removal including District Court Pleadings

2021-08-03 (0007) Answer to Amended Complaint, Counterclaim and Third-Party Complaint, and Jury Demand

2021-08-03 (0015) Answer to Amended Complaint, Counterclaim and Third-Party Complaint

2021-08-24 (0011) OL Private Counsel, LLC's Answer to Counterclaim

2022-06-01 (0036) Memorandum Decision and Order Granting Motion to Dismiss Counterclaims

# Exhibit C

**STUART T. WALDRIP**
Judge, Orange County Superior Court (Ret.)
817 Double Eagle Drive, Midway, Utah 84049 435 962 4510

## Expert testimony given during the previous 4 years

None

**JONATHAN O. HAFEN**
Attorney at Law
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
jhafen@parrbrown.com

August 12, 2024



Page 2 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 3 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 4 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 5 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 6 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 7 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 8 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 9 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 10 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 11 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 12 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion

REDACTED

Page 13 of 13
*OLPC v. Olson*
Jonathan O. Hafen Expert Opinion



Best Regards,

Jonathan O. Hafen

# JONATHAN HAFEN
*SHAREHOLDER, PARR BROWN GEE & LOVELESS*

Phone: (801) 257-7915
jhafen@parrbrown.com

101 South 200 East, Suite 700
Salt Lake City, UT 84111

## PROFESSIONAL EXPERIENCE

**Parr, Brown, Gee & Loveless,** Shareholder, Salt Lake City, UT 1995 – Present.
- Practice areas include legal malpractice defense, receiverships, commercial litigation, shareholder disputes, securities, and labor and employment.
- Tried numerous cases to a successful outcome for clients, including achieving some of Utah's largest awards for plaintiffs in tortious interference, breach of contract, and eminent domain matters, as well as many favorable defense rulings; leads Parr Brown's Receivership Group, members of which collectively have recovered over $1 billion for victims of some of the nation's largest ponzi schemes; currently serving as court-appointed receiver in the Rust Rare Coin matter.

**Sidley Austin,** Associate, Chicago, IL, 1992 – 1995.
- Member of the Regulated Industries Practice Group; provided legal services for clients such as AT&T and Commonwealth Edison.

## EDUCATION

**J.D.**, Brigham Young University, *magna cum laude*                1991
- Order of the Coif
- Executive Editor, Brigham Young University Law Review

**B.A**, Brigham Young University, *summa cum laude*                1988
- Valedictorian, College of Humanities

**A.A**, Ricks College, *with highest honors*                1986

## BAR ADMISSIONS

- Utah (Federal and State Courts)
- Wyoming (Federal and State Courts)
- Illinois (Federal and State Courts)
- United States Supreme Court
- Eleventh Circuit Court of Appeals
- Tenth Circuit Court of Appeals
- Ninth Circuit Court of Appeals

## CLERKSHIPS

- 1991, Clerk to the Honorable Monroe G. McKay, Chief Judge of the U.S. Tenth Circuit Court of Appeals.

## SELECTED PROFESSIONAL ACTIVITIES AND COMMUNITY SERVICE

- National President, Federal Bar Association
- Chair, Utah State Bar Continuing Legal Education Advisory Committee
- Board Member, Utah Center for Legal Inclusion
- Board Member, Salt Lake Chamber of Commerce
- Board Member, Women's Leadership Institute
- Past President, BYU Alumni Association
- Chair, Tuacahn Center for the Arts
- Former Chair, Supreme Court Advisory Committee on the Utah Rules of Civil Procedure
- Former Chair, Current Executive Committee Member, Litigation Section, Utah State Bar
- Mentor in formal programs administered by the Utah State Bar, Federal Bar Association, Brigham Young University, and Brigham Young University Law School
- Board Member, Utah Tennis Association
- Member, Labor & Employment Section, Utah State Bar
- Member, Securities Section, Utah State Bar
- Past President, Parr Brown Gee & Loveless

## SELECTED PUBLICATIONS AND PRESENTATIONS

- The Federal Lawyer, Summer 2024 issue: "Service with a Smile"
- Ethics CLE, Rule 1 of Utah's Rules of Professional Conduct, Utah State Bar Summer Convention, June 2024
- The Federal Lawyer, Winter 2024 issue: "Every Superhero Has an Origin Story: What's Yours?"
- New Lawyer Training Program, Trial Skills, Utah State Bar, March 2024
- The Federal Lawyer, Spring 2024 issue: "The FBA: Connected for Good"
- Coalition Building, U.S. Railway Association, October 2023
- The Federal Lawyer, Fall 2023 issue: "Take a Walk, Take a Friend"
- Community Engagement to Diversify the Legal Community: Examples from Utah
- Federal Bar Association National Convention, Memphis TN, September 2023
- Lessons from Veteran Practitioners for All Stages of a Legal Career
- Utah State Bar Summer Convention, July 2023
- Improving Our Practice and Sustaining Our Industry, Utah State Bar, June 2023
- Making the Most of a 30(b)(6) Deposition, Utah State Bar Litigation Skills Series, June 2021
- Yes, You Can Do a Virtual Jury Trial! Utah State Bar, January 2021
- Best Practices in Pursuing and Defending Summary Judgment Motions, Utah State Bar, October 2020
- Commencement Speaker, Brigham Young University, April 2019
- Federal Bar Association Leadership Training, Washington, D.C., March 2012-present

- Federal Bar Association National Council Presentations, multiple states, Washington, D.C., and Puerto Rico, 2011-present
- Effective Written Discovery, Utah State Bar Litigation Section, September 2020
- Speaking on Business, Staying Safe to Stay Open, Salt Lake Chamber, August 2020
- Innovation in Law Practice Symposium: Silver Linings to Carry Away from the Pandemic, Utah State Bar Litigation Section, August 2020
- Professionalism in Litigation and Arbitration – Best Practices, Utah State Bar Litigation Section, June 2020
- Direct and Cross Examinations in Depositions and at Trial, Fall Forum Trial Academy, November 2019

### SELECTED AWARDS AND RECOGNITION

- Inaugural recipient of the Charlotte L. Miller Mentorship Award, Utah State Bar
- Named one of the "Top 10" Lawyers in the Mountain States (Utah, Nevada, Idaho, Montana, and Wyoming) by Super Lawyers Magazine
- Martindale-Hubbell AV rating
- Chambers Band 1 Utah Litigator
- Repeatedly named by Utah Business magazine as one of Utah's Legal Elite
- Repeatedly named Utah "Lawyer of the Year" by Best Lawyers in Labor & Employment practice areas
- Recognized for work in "bet the company" litigation by Best Lawyers
- Recipient, Exceptional Service Award, BYU Law School
- Recipient, multiple President's Awards, Federal Bar Association
- Recipient, Distinguished Service Award, Federal Bar Association, Utah Chapter
- Recipient, Chamber Champion Award, Salt Lake Chamber of Commerce