# EXHIBIT 10

# Filed Under Seal



REDACTED

CONFIDENTIAL OL PRIVATE COUNSEL-EPHRAIM OLSON 14849



REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14850



Page 2

REDACTED
CONFIDENTIAL OL PRIVATE COUNSEL-EPHRAIM OLSON 14851

REDACTED





REDACTED

CONFIDENTIAL                                                OL PRIVATE COUNSEL-EPHRAIM OLSON 14853

REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14854