# EXHIBIT 12

# Complete Version Filed Under Seal

**Form 49**

[Rule 13.19]

Clerk's Stamp:

| | |
|---|---|
| COURT FILE NUMBER | |
| COURT | COURT OF QUEEN'S BENCH OF ALBERTA |
| JUDICIAL CENTRE | **CALGARY** |
| PLAINTIFF(S) | **CAROLYN OLSON and yet to be named parties who may be trustees, beneficiaries, shareholders and whose losses are not yet known** |
| DEFENDANT(S) | **THOMAS H. OLSON, INDIVIDUALLY and as PROTECTOR of THE OLSON ESTATE TRUST, WATERTON LAND TRUST, JOHN DOE and ABC CORPORATION and JANE DOE AS TRUSTEE OF XYZ TRUST** |
| DOCUMENT | **AFFIDAVIT** |
| ADDRESS FOR SERVICE AND CONTACT INFORMATION OF PARTY FILING THIS DOCUMENT | Doris C.E. Bonora, Q.C, G. James Thorlakson and Meghan Bell<br>Dentons Canada LLP<br>2500 Stantec Tower,<br>10220 - 103 Avenue NW<br>Edmonton, Alberta T5J 0K4<br>Ph. (780) 423-723-7234  Fax (780) 423-7276<br>File No.: 583342-1 |

I, Carolyn Olson, am an individual who currently resides in Salt Lake County, State of Utah, MAKE OATH AND SAY THAT:

## 36 Year Marriage

1.  I previously resided in Calgary, Alberta for many years.

2.  The Defendant, Thomas Olson ("Thomas"), is an individual who appears to claim his residence as many places, one of which includes Manitoba, Canada, since at

NATDOCS\49901147\V-8



- 2 -

least January 9, 2020. Thomas has interests in many assets located throughout the world, including significant interests in land in Alberta.

3.      Thomas has assets in Alberta, being his shares in 1377823 Alberta Ltd. and Olson's Wild West Buffalo Ranches Ltd. Copies of corporate registry searches for those companies are attached as **Exhibits "1"** and **"2"** respectively.

4.      Thomas and I were husband and wife and are currently separated. We were married on July 1, 1980 and had ten children together. One of our children is deceased. Alberta is where we primarily raised our children.

5.      After having been married for thirty-six years, I learned of Thomas' adultery with his butler. I decided to separate in early January 2016 when I refused to return with him to Thailand.

6.      I am currently the Respondent in matrimonial proceedings brought by Thomas in the Third Judicial District Court in and for Salt Lake County, in the State of Utah, Action 204904555. As more particularly described below, this application is brought because there have been several concerning changes to the various trusts and assets both before and after the granting of an injunction in the Utah Proceedings.

## Web of International Asset Protection Trusts and Assets

7.      Thomas has involvement in assets located in many places in the world including significant trusts and corporations with land holdings in Alberta.

8.      Thomas is an international tax and asset protection lawyer, who had a practice in Canada and internationally. I am a homemaker and stay-at-home mom. I homeschooled all of our children.

9.      We started our marriage with humble means. During the marriage, Thomas and I worked hard together to build a home, with the plan of providing a bright future for our children, which included, among other things, using the funds we had acquired throughout our marriage to purchase and cultivate wild bison ranches in Southern Alberta and investments in oil and gas, with the goal of setting up long-term family assets for our large family.

10.     During our marriage, we were able to acquire substantial assets. Trusts were created for my benefit and for the benefit of our children. Most of the trusts were set up while we were residing in Alberta.

NATDOCS\49901147\V-8

- 3 -

11. Thomas had been acting in his capacity as an international tax and asset protection lawyer with respect to the assets acquired during our marriage. We were able to acquire assets of value that Thomas arranged for us, to contribute (based on his advice) to trusts, corporations and/or partnerships. Thomas made promises to me that all asset protection steps that he was taking or advising me to sign off on would be for my benefit. I completely trusted Thomas and trusted that the steps and structures he was taking and setting up were for our mutual benefit and for the benefit of our children.

12. Thomas encouraged me to sign documents without reading them or understanding them because he knew I trusted him. He acted as my husband and our family lawyer.

13. Thomas, and/or various law firms that he retained, set up trusts, corporations, partnerships and other similar structures with the stated goal of protecting and preserving our assets.

14. After we separated, I discovered many of the assets acquired during the marriage, for the benefit of our life together and the future of our children, had been transferred over time to a web of trusts, corporate interests, and partnerships outside of my control. The depth and breadth and intricacies of the web are not fully known to me, and since the separation, Thomas has continued to change the structures, or the control of the structures, without my knowledge or consent.

15. Thomas is a settlor of the following trusts, which contain assets acquired while we were married: The Olson Estate Trust, The Carolyn Olson Spousal Trust, and The Thomas H. Olson Trust. There may be other trusts, but the web of trusts is so extensive it is difficult to know what other trusts exist.

16. Several of Thomas' interests and holdings were revealed during the information leak commonly known as the 'Bahamas Leak' which I only recently discovered.

17. On or about May 28, 2020, a search was conducted using the International Consortium of Investigative Journalist ("ICIJ") Offshore Leaks Database. The searches reveal that Thomas had several interests and holdings offshore. The searches revealed the following:

(a) Now attached to this Affidavit and marked as **Exhibit "3"** is a true copy of the ICIJ Offshore Leaks Database search revealing Thomas as the officer and president of the offshore entity International Commercial Services Ltd.

NATDOCS\49901147\V-8

(b)     Now attached to this Affidavit and marked as **Exhibit "4"** is a true copy of the ICIJ Offshore Leaks Database search revealing Thomas as the director of the offshore entity North American Gas Futures Inc.

(c)     Now attached to this Affidavit and marked as **Exhibit "5"** is a true copy of the ICIJ Offshore Leaks Database indicating Thomas as the vice president and president of the intermediary entity OL PCC Administrative Services Limited of the entity OL Private Corporate Counsel Ltd.

(d)     Now attached to this Affidavit and marked as **Exhibit "6"** is a true copy of the ICIJ Offshore Leaks Database indicating Thomas as the director and president of the intermediary entity OL Private corporate counsel International Ltd. and the entity OL Private Corporate Counsel Ltd.

18.     Thomas is the protector of the following trusts, which contain assets acquired while Thomas and I were married: The Olson Estate Trust, White Buffalo Trust, and Waterton Land Trust. Now attached and marked as **Exhibit "7"** is a true copy of the White Buffalo Trust Settlement dated March 15, 2005, indicating the beneficiaries of the trust are to be Thomas, myself and our children at the second schedule, at page 15.

19.     OL Private Counsel, LLC, is a Limited Liability Company registered and incorporated by Thomas in the State of Utah, which contains assets acquired while Thomas and I were married.

20.     The disputed assets and trusts are cross-border in nature and are found in Utah, Alberta, Manitoba, the United Kingdom, Thailand, and the Cook Islands. Most of the relevant trusts and companies are located in Alberta, and I believe have a real and substantial connection to Alberta. Assets acquired while Thomas and I were married have been contributed to at least 76 entities, including, but not limited to the following:

a)     847334 Alberta Ltd., Alberta, Canada;

b)     900969 Alberta Ltd., Alberta, Canada;

c)     910175 Alberta Ltd., Alberta, Canada;

d)     1377823 Alberta Ltd., Alberta, Canada;

e)     1482398 Alberta Ltd. Alberta, Canada;

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12740

- 5 -

f)   1637660 Alberta Ltd., Alberta, Canada;

g)   1838780 Alberta Ltd., Alberta, Canada;

h)   1871086 Alberta Ltd., Alberta, Canada;

i)   Balmoral Commercial Services, LLC; Nevada, United States;

j)   Bay Street Custodians, Inc., Bahamas;

k)   Bison Conservation Ranch, Ltd., Manitoba, Canada;

l)   Blakiston Energy Partnership, Unknown;

m)   Chief Mountain Buffalo Ranch, Ltd. Alberta, Canada;

n)   Chief Mountain Buffalo Ranch, Inc., Alberta, Canada;

o)   Chief Mountain Investments, Ltd., Alberta, Canada;

p)   Chief Mountain Ranches, Ltd., Alberta, Canada;

q)   Dungarvan Oil and Gas, Alberta, Canada;

r)   Gas Company Ltd., Unknown;

s)   Genparis Investments Ltd., possibly Alberta, Canada;

t)   Goal Line Enterprises, Inc., Bahamas;

u)   High Country Buffalo, Ltd., Alberta, Canada;

v)   HS Professional Corporation, Utah, United States;

w)   Indefatigable, Ltd., Unknown;

x)   Integrated Business Analysis, Unknown;

y)   International Tax Advisors, LLC, Utah United States;

z)   Knucklehead Gas Company, Alberta, Canada;

aa)   Laga Management, Inc. Alberta, Canada;

bb)   Majestic Investment Partnership, Unknown;

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12741

*CRWO*

- 6 -

| | |
|---|---|
| cc) | Maier Family Management, Ltd., Bahamas; |
| dd) | Moose Mountain Buffalo Ranches, Alberta, Canada; |
| ee) | OL Private Counsel PTE, Singapore; |
| ff) | OL Private Corporate Counsel, Ltd., Bahamas; |
| gg) | OL Private Counsel, LLC, Unknown; |
| hh) | Old Man on His Back Buffalo Ranch, Ltd., Saskatchewan; |
| ii) | Olson Bison Conservation Ranches, LP, Alberta, Canada; |
| jj) | Olson Buffalo Ranches, Ltd., Alberta, Canada; |
| kk) | Olson Buffalo Company, Ltd., Alberta, Canada; |
| ll) | Olson Legal Management, Inc., Alberta, Canada; |
| mm) | Olson Lemons, LLP, Utah, USA; |
| nn) | Olson Oil and Gas Co, Ltd. Alberta, Canada; |
| oo) | Olson Reid, LLP, Unknown; |
| pp) | Olson Reid, P.C., Unknown; |
| qq) | Olson Reid Tax Consultants, Inc., Alberta, Canada; |
| rr) | Olson's Wild West Buffalo Ranches, Ltd, Alberta, Canada; |
| ss) | Pine River Ranches, Ltd., Manitoba, Canada; |
| tt) | Spionkop Investment Partnership, Unknown; |
| uu) | Sweet Grass Ranch, Ltd., Manitoba, Canada; |
| vv) | Thomas Olson, P.C., Unknown; |
| ww) | Waterton Land Trust, L.P., Unknown; |
| xx) | Waterton Land Trust, Ltd., Alberta, Canada; |
| yy) | Waterton Bison Park Corp., Unknown; |

CONFIDENTIAL

*CRWO*

OL PRIVATE COUNSEL-EPHRAIM OLSON 12742

- 7 -

zz) White Buffalo Energy Partnership, Alberta, Canada;

aaa) Wild Horse Buffalo Ranch, Unknown;

bbb) Wild Horse Ranch, Inc., Unknown;

ccc) Wild Horse Ranch Production;, Unknown;

ddd) Wild West Buffalo Company, Ltd., Alberta, Canada;

eee) Wild West Buffalo Ranches, Ltd., Alberta, Canada;

fff) Carolyn Olson Children's Trust, Unknown;

ggg) Carolyn Olson Spousal Trust, Alberta, Canada;

hhh) George Whitehead Trust, Alberta, Canada;

iii) Jack Hardy Olson Estate Trust, Unknown;

jjj) Laga Management Trust, Unknown;

kkk) Melba Marlene Olson Estate Trust, Unknown;

lll) Olson Estate Trust, Cook Islands;

mmm) Olson Manitoba Conservation Trust, Alberta, Canada or Cook Islands;

nnn) Ruth Doxey Family Trust, Alberta, Canada;

ooo) Thomas H. Olson Trust, Alberta, Canada;

ppp) Waterton Land Trust, Cook Islands;

qqq) William Bell Hardy Trust, Alberta, Canada;

rrr) White Buffalo Trust, Cook Islands;

sss) 5583293 Manitoba Ltd, Manitoba, Canada;

ttt) Duck River Ranch Ltd., Manitoba, Canada;

uuu) OL, LLC, Colorado, United States;

vvv) North American Gas Futures, Inc., Unknown;

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12743

*CRWO*

- 8 -

www) International Commercial Services Ltd., Unknown;

xxx) OL Private Corporate Counsel International Ltd., Unknown.

21. Any knowledge or participation by me in this intricate web was based on the legal advice given to me by Thomas, with whom I believed there was a relationship of trust and confidence.

22. Thomas, specifically represented to me that I was protected in every transaction and that every transaction was done for my protection and the protection of our family. He represented that he was carrying out these transactions on behalf of the family. The recent actions of Thomas and the review of these holdings and entities shows Thomas was not acting in my best interests.

23. Thomas used me and our children and used his partners in his law firm to be the trustees, protectors, directors and other roles to set up the structures mentioned above.

24. Despite the elaborate web, Thomas has maintained control through various ways, such as naming himself as the Protector of various trusts and appointing our children as director and trustee positions to whom he gives detailed instructions. Thomas has also worked to entice allegiance to him and against me with our children and thus has removed the children as directors and trustees and other roles of influence for the children who express any alliance to me.

25. One of our sons, Hyrum Olson ("Hyrum") has shown allegiance to Thomas. Hyrum has refused to talk with me for many weeks, I believe at the request of Thomas. We used to speak on the phone every Sunday but that tradition has now ceased entirely starting when Thomas and I separated.

26. Thomas claims that the vast majority of assets acquired while Thomas and I were married are not available to the Court for distribution while at the same time he lives in and benefits from the assets, including, but not limited to, thousands of acres of bison ranches in Alberta, two luxury condominiums in Thailand, and a London flat valued at approximately 3.9 million in British Pounds Sterling (approximately 6.7 million in Canadian Dollars). Now attached to this affidavit and marked as **Exhibit "8"** is the June 26, 2020 property report of the London Flat located in Whitehall Court, City of Westminster, in central-London, depicting the exquisiteness of the London Flat property.

27. Although title to the London Flat appears to be in Hyrum's name, I note from one of Thomas's Scotiabank Visa Statements (attached hereto as **Exhibit "9"**) that

NATDOCS\49901147\V-8

CONFIDENTIAL

*CRWO*

OL PRIVATE COUNSEL-EPHRAIM OLSON 12744

- 9 -

Thomas incurred a personal charge in respect of the Farmer's Club associated with the London Flat.

28. Now attached as **Exhibit "10"** is the Official copy of register of title, title number NGL984802, for September 11, 2020, indicating Hyrum as the Proprietor of the London flat, in Whitehall Court, Westminster, in central-London. Now attached to this affidavit and marked as **Exhibit "11"** is a true copy of Her Majesty's Land Registry Official Copy of title plan of the London Flat property located in Whitehall Court, City of Westminster, in central-London.

## Thomas' Control Over Trusts

29. Thomas's control, despite appointing third parties, has been previously discussed and held in the following case: *Nature Conservancy of Canada v. Waterton Land Trust Ltd.*, 2014 ABQB 303. Attached and marked as **Exhibit "12"** to this Affidavit are copies of excerpts from the Nature Conservancy of Canada case commenting on Thomas's control.

30. I believe Thomas uses the promise of assets to entice some of our children to take steps to act against my interests. Not all of our children have been so enticed and have relayed the enticements they have been offered by Thomas to me. Thomas has created this conspiracy to hurt me and prevent me from attaining assets by using the love of our children and the enticement of a reward of distributions of trust income and/or dividends from the various corporations.

31. Thomas has skillfully given his adult children ostensible control over some of the trusts, in a way designed to pit them against my best interests and maintain his own interests and control. There is now a family divide based on our children's allegiance to us. The trusts are being controlled so that only Thomas and a few of our adult children that work for him receive the benefits. Thomas employs three of our adult children, Joshua Olson ("Joshua"), Hyrum and Ruth Olson (Bigler) ("Ruth"). He has ceased all communications with Ephraim Olson ("Ephraim") and Naomi Olson (Burton) ("Naomi") because they disagreed of his treatment of me. He has also ceased communication with several of our younger children.

## Utah Proceedings and Injunction

32. Thomas commenced a matrimonial action in Utah which automatically results in an injunction to prevent the further dealing of assets which may be subject to division in the divorce (the "Utah Injunction"). A Domestic Relations Injunction was issued on August 7, 2020 in the Third Judicial District Court in and for Salt Lake County, in the State of Utah, by Judge Mark Kouris (the "Utah Injunction".) The Utah Injunction prohibits the transfer, encumbrance, concealment or disposal of

NATDOCS\49901147\V-8

*CRWO*

- 10 -

either party's property unless consented to, allowed by court order, in the usual course of business or to provide for the necessaries of life. Attached as **Exhibit "13"** is a true copy of the Utah Injunction.

33.    As set out below, Thomas has taken, or caused to be taken, many actions to change control of assets while the Utah Injunction was in place and of course without disclosure I will not know what he has done with the assets.

**_"Dad is making some changes"_ - Changes to the Trusts**

34.    In the past year, Thomas has made a number of changes to the various trusts and corporations. Leading up to the commencement of the matrimonial proceedings in Utah, there were a number of changes made by Thomas.

35.    Attached as **Exhibit "14"** is a true copy of the Olson Verified Motion for Temporary Orders with Exhibits filed on November 10, 2020. I have reviewed this Motion and swear to the truth of the factual allegations set out in that Motion. As more particularly described below, there have been changes to the assets and trusts before and after the Utah Injunction.

36.    On or about Sunday December 22, 2019, Hyrum sent to his sister, Naomi, a series of texts and enclosed DocuSign documents. Hyrum stated that Thomas was making some changes to the various international trusts and corporations and requested she look at the documents and let him know if she has any questions or concerns and to sign the documents soon. The proposed resolution would have replaced Naomi with Joshua with respect to the Olson Manitoba Conservation Trust.

37.    Attached hereto as **Exhibit "15"** is the December 22, 2019 text message correspondence between Hyrum and Naomi indicating changes to the international trust would be occurring and the attached DocuSign documents for Naomi's Trust Resignation as Director and Officer of the Waterton Land Trust Ltd. The text sent to Naomi by Hyrum states, "_Dad is making some changes on the various internal trusts and corporations..._"

38.    Based on Hyrum's statement "Dad is making some changes..." I verily believe that Thomas is the directing mind behind the changes to the trusts and assets leading up to Thomas's issuance of proceedings as well as the changes made after the Utah Injunction. I do not believe it likely that any of the others would change anything without involving Thomas and having his approval for the change.

39.    Naomi was also the trustee of the Olson Manitoba Conservation Trust. I believe that the trust has been amended to provide that it be governed by Cook Island

NATDOCS\49901147\V-8

CONFIDENTIAL

*CRW8*

OL PRIVATE COUNSEL-EPHRAIM OLSON 12746

- 11 -

Law. Naomi was asked to resign in December 2019 and refused to do so. As far as I know, there is no protector of the trust, and if there is, I have not been advised of this.

40.     On January 9, 2020, Thomas removed Ephraim as a director of 1377823 Alberta Ltd. ("137") and appointed Joshua in his stead. Now attached to this affidavit and marked as **Exhibit "16"** is a true copy of the Certified Copy of Change Director/Shareholder that demonstrates Thomas is the 100 percent voting shareholder and director and that Ephraim was removed as director as of January 1, 2020 of the entity 137. Thomas used his Thailand address, even though this is supposed to be an Alberta corporation.

41.     On or about June 26, 2020, a corporate search was conducted of 137 revealing the directors as Joshua and Thomas and indicating that no transfer of the shares or other securities of the corporation shall be made or registered without the approval of the directors of the corporation. Please refer to **Exhibit "1"** is a true copy of the Alberta corporate search of 137 conducted on June 26, 2020.

42.     On or about January 17, 2020, Thomas made further changes to the Knucklehead Gas Company Ltd., another Alberta corporation, making himself and Hyrum the new directors. Thomas used a Manitoba address. The voting shareholder is Hyrum Olson as Trustee of George Whitehead Family Trust. Now attached to this Affidavit and marked as **Exhibit "17"** is a true copy of the certified copy of the Alberta Amendment dated January 17, 2020 changing Thomas to the director.

43.     Ephraim was also a director of Olson's Wild West Buffalo Ranches Ltd. On or about January 9, 2020, Thomas filed a change regarding directors of Olson's Wild West Buffalo Ranches Ltd., removing Ephraim as the sole-director and placing himself and Joshua as the new directors. Thomas and Joshua used a Manitoba address. Now attached to this affidavit and marked as **Exhibit "18"** is a true copy of the Form 6, dated January 9, 2020, removing Ephraim as director of Olson's Wild West Buffalo Ranches Ltd. and placing himself and our son Joshua Olson ("Joshua") as the new directors.

44.     Attached as **Exhibit "19"** is a certified copy of the Alberta Amendment dated February 20, 2020, making Thomas and Joshua as directors and removing Ephraim as director as of January 9, 2020 of Olson's Wild West Buffalo Ranches Ltd.

45.     A corporate search of Moose Mountain Buffalo Ranch LLP, conducted on September 2, 2020, reveals that Olson's Wild West Buffalo Ranches Ltd. is the

NATDOCS\49901147\V-8

*CRWO*

- 12 -

general partner of the entity. Now attached to this Affidavit and marked as **Exhibit "20"** is a true copy of the corporate search of Moose Mountain Buffalo Ranch.

46. In or about 2009, Thomas, as limited partner of Moose Mountain Buffalo Ranch LLP, was subject to an audit and was found by the CRA to have misrepresented as in 2009, Moose Mountain Buffalo Ranch LLP entered into a contract with Olson Bison conservative Ranch LLP to care for bison and failed to ensure the information filed on the MMBR tax return was accurate and complete. Now attached and marked as **Exhibit "21"** to this Affidavit is a true copy of the CRA Recommendation Report regarding Thomas' misrepresentation.

47. A corporate search of Olson Oil and Gas Company reveals it is a Limited Partnership, whose general partner is Wild West Buffalo Ranches Ltd. A true copy of a Corporate Registry Search of Olson Oil and Gas Company is attached as **Exhibit "22"**.

48. An Alberta corporate search dated September 2, 2020 reveals that the Wild West Buffalo Ranches Ltd. in Alberta has been dissolved with a dissolution date of March 28, 2017. Now attached to this Affidavit and marked as **Exhibit "23"** is a true copy of the Alberta Wild West Buffalo Ranches Ltd. corporate search dated September 2, 2020.

49. It is unclear to me why the corporate registry of Wild West Buffalo Ranches shows a dissolution date of March 28, 2017 but still shows as the General Partner of Olson Oil and Gas Company in the September 2, 2020 search. Even Thomas had trouble keeping up with the web of entities. He would get behind and then bring home stacks of documents for signature by me and by our children with all different years on them. Thomas would tell us to use different pens so that it wasn't clear to authorities that documents were being signed all at the same time and not on the date suggested. He told us this was fine to do and was done all the time and we relied on him for that advice.

**Changes to Trusts and Assets *After* Utah Injunction**

50. The Utah Injunction is in place, but I believe it has been breached by Thomas in his dealing with our assets, changing of ownership of assets and taking control of assets to my detriment. Yet, Thomas had the audacity of admonishing me for attempting to sell the grand piano so I could have funds to live on (which I believe was needed to provide for the necessaries of life as allowed by the Utah Injunction) and attempting to remind me, through my counsel, Patricia Kuendig, that the Domestic Relations Injunction prohibits the parties from disposing of assets without the consent of the other part of by court order. Now attached to the Affidavit and

NATDOCS\49901147\V-8

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12748

- 13 -

marked as **Exhibit "24"** is a true copy of the email dated August 14, 2020 setting out that the Utah Injunction prohibits the parties from disposing their assets without the consent of either party or Court Order, and Thomas' knowledge thereof.

51.     There have been several changes to control of the trusts and companies after the Utah Injunction was granted on August 7, 2020, as described in my Motion for Temporary Orders (**Exhibit "14"**), paragraph 22:

(a)     On September 2, 2020, Mr. Lemons ceased being trustee of the Waterton Land Trust and the Olson Estate Trust. Notably, Mr. Lemons had not yet been served and, pursuant to the trust terms would have had to provide 30-days notice of a resignation, so it appears that Mr. Olson, as protector of the trusts removed him.

(b)     On September 4, 2020, Hyrum (a Virginia resident) resigned as trustee of the Thomas H. Olson Trust and his brother Joshua (a Canadian resident) was appointed in his stead.

(c)     On or about September 30, 2020, 1482930 Alberta Ltd. ("148"), a company that Ephraim was the director and shareholder of, was voluntary dissolved. Ruth authorized the dissolution of 148. Now attached to this affidavit and marked as **Exhibit "25"** is a true copy of the Certificate of Dissolution of 148's voluntarily dissolution, dated September 30, 2020. I am advised by Ephraim that even though he was the director and shareholder, he was not involved in this dissolution. I believe there were loans owed to 148 from other entities and Thomas wanted to avoid Ephraim trying to collect the money and giving it to me.

(d)     On October 9, 2020, Thomas emailed me and stated "Thomas H Olson has ceased to be the protector of the White Buffalo Trust, the Waterton Land Trust and the Olson Estate Trust." See **Exhibit K** to my Motion (**Exhibit "14"**)

(e)     I have not shared a copy of my divorce filing with either Bruce or Hyrum, so the only way they could have known about it to take the above action would be through Thomas.

52.     I am the successor protector to Mr. Olson under the White Buffalo Trust, a copy of which is already attached as **Exhibit "7"**, referenced above.  So either I am now the protector or Thomas, prior to his resignation, Mr. Olson consented to an amendment of the trust or appointed a different successor protector to maintain indirect control. Thomas has not disclosed to me the identity of the current protector of the White Buffalo Trust.

NATDOCS\49901147\V-8

*CRuO*

     OL PRIVATE COUNSEL-EPHRAIM OLSON 12749

- 14 -

53.    Ephraim was the director and president of Duck River Ranch Ltd. Now attached as **Exhibit "26"** is the Manitoba corporate search of Duck River Ranch Ltd.

54.    Ephraim is the trustee of the following trusts, which contain assets acquired while Thomas and I were married: The Ruth Doxey Family Trust and The Carolyn Olson Spousal Trust.

55.    The Ruth Doxey Family Trust was established in February 28, 1992. The beneficiaries of the Trust are Thomas, Carolyn and their children. In December 26, 2010, Thomas declined the appointment as a replacement trustee of the Ruth Doxey Family Trust and a Notice was provided to Ephraim, appointing him to act as the trustee. Now attached to this Affidavit and marked as **Exhibit "27"** is a true copy of the Resolution of the Trustee of the Ruth Doxey Family Trust passed as of December 26, 2010, Thomas' resignation of the Ruth Doxey Family Trust and the Notice and appointment of Ephraim as the trustee.

56.    Litigation is imminent in Alberta relating to a dispute whereby Thomas is denying Ephraim as the sole trustee of the Ruth Doxey Family Trust and this is an attempt by Thomas to control the Ruth Doxey Family Trust. I believe the purpose of this action (described at p. 7, paragraph c of my Motion (**Exhibit "14"**) is to prevent Ephraim from being able to assist me as beneficiary of this trust so I am less able to defend myself against Thomas.

57.    Now attached as **Exhibit "28"** is a true copy of the corporate search dated October 15, 2020 for the Waterton Land Trust Ltd., indicating the directors as Naomi Burton and Ephraim Olson, with Thomas Olson listed as the trustee of the Waterton Land Trust.

**Need for a Mareva Injunction**

58.    Having regard to Thomas's pattern of control as evidenced in the attached exhibits, as well as the comments of the Court in the *Waterton Trust* case, I believe that Thomas is using his control over non-arms length trusts and companies to impair my claims to marital/family property, as well as my direct interests in the various trusts and assets. I therefore believe it is necessary to include an order prohibiting anyone having notice of the injunction I am seeking from making changes to the trusts or corporations.

59.    Based on these changes of control, I am concerned that Thomas has wrongfully transferred or caused to be transferred assets and funds for no consideration or for inadequate consideration with the intention of hindering my claims against those assets in the Utah Proceedings and elsewhere.

NATDOCS\49901147\V-8

CONFIDENTIAL    OL PRIVATE COUNSEL-EPHRAIM OLSON 12750

- 15 -

60.     Thomas retained the benefits of assets acquired while Thomas and I were married in a means inequitable to me because I trusted that he was dealing with the assets for our mutual benefit.  Such representation and reliance has now allowed Thomas to fraudulently and without colour of right reorganize the assets, take control of the assets and manipulate the assets for his benefit and to my detriment.

61.     Thomas also has access to homes in Thailand, UK and the USA and appears to have the ability to move assets or cause them to be moved without regard for my interests.

62.     I believe that a real and substantial connection exists between Alberta and the facts on which the within claim is based and it is properly part of this Court's jurisdiction.

63.     I have limited resources but do have access to the Carolyn Olson Spousal Trust as beneficiary, which I have used sparingly for my support.  I wish to have an order to allow me to use these assets for my support.  I have no objection to Thomas making representations as to what assets can be made available for his support.

64.     Thomas received a substantial tax refund from the sale of land in Canada in recent years. Upon information and belief, those are the funds that he has transferred and is holding in Bulgaria.  It is also my belief that he has placed substantial assets in Bulgaria to obtain Bulgarian citizenship.

65.     Currently, I do not have sufficient funds to cover for my own support or the anticipated legal fees. I will be doing an application for a request of legal fees in Utah but are months away from the hearing, the Motion for the Temporary Orders (attached as **Exhibit "14"**)  first being schedule in late February.

66.     I make this Affidavit in support of a world-wide *Mareva* Injunction. Many of the assets are cross-border and worldwide in nature and the injunction would therefore need to have extraterritorial effect to ensure its effectiveness.

67.     I believe that if action is not taken, there is a real and significant risk that Thomas will remove or dissipate the assets, or cause further changes of control and irreparable harm will be done to me and my family if the relief is not granted.

68.     In support of this application, I have given an Undertaking in Damages.  I have an interest in various family/marital assets, many of which are in Alberta.  Without limiting the foregoing, as part of those assets I am the registered owner of the following lands in Alberta with a value $642,000.00 in 2006 when the land was transferred. Now attached to this Affidavit and marked as **Exhibit "29"** is a true

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12751

- 16 -

copy of the Alberta Land Titles Office Transfer of Land for the following property valued at $642,000.00 in 2006:

MERIDIAN 4 RANGE 30 TOWNSHIP 3
SECTION 27
QUARTER NORTH WEST
EXCEPTING THEREOUT ALL MINES AND MINERALS
AREA: 64.7 HECTARES (160 ACRES) MORE OR LESS

and

THE SOUTH WEST QUARTER OF SECTION 27
IN TOWNSHIP 3
RANGE 30
WEST OF THE FOURTH MERIDIAN
CONTAINING 65.2 HECTARES (161 ACRES) MORE OR LESS
EXCEPTING THE ROADWAY ON PLAN 897 LK CONTAINING
0.109 HECTARE (0.27 ACRE) MORE OR LESS
EXCEPTING THEREOUT ALL MINES AND MINERALS

69. The Deponent, Carolyn Olson, was not physically present before the Commissioner of Oaths in and for Alberta for the swearing / affirmation of this Affidavit, but was linked with the Commissioner for Oaths in and for Alberta utilizing video technology and following the process described in Court of Queen's Bench of Alberta (NPP#2020-02) Notice to the Profession and Public: Remote Commissioning of Affidavit for use in Civil and Family Proceedings during the COVID-19 Pandemic.

| | |
|---|---|
| SWORN (OR AFFIRMED) BEFORE ME at Edmonton, Alberta, this 13 day of November, 2020 | ) ) ) ) |
| _____ Commissioner for Oaths in and for the Province of Alberta | *Carolyn RW Olson* **CAROLYN OLSON** |

NATDOCS\49901147\V-8

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12752

CROO

This is Exhibit "1" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 12753

# Government of Alberta ■

# Corporation/Non-Profit Search

## Corporate Registration System

| | |
|---|---|
| Date of Search: | 2020/06/26 |
| Time of Search: | 02:52 PM |
| Service Request Number: | 33658449 |
| Customer Reference Number: | 96541 |

**Corporate Access Number:** 2013778234
**Business Number:** 815168950
**Legal Entity Name:** 1377823 ALBERTA LTD.

**Name History:**

| Previous Legal Entity Name | Date of Name Change (YYYY/MM/DD) |
|---|---|
| 1377823 ALBERTA LTD. | 2008/12/19 |
| TOM OLSON PROFESSIONAL CORPORATION | 2014/07/02 |

**Legal Entity Status:** Active
**Alberta Corporation Type:** Numbered Alberta Corporation
**Registration Date:** 2008/01/29 YYYY/MM/DD
**Date of Last Status Change:** 2014/06/04 YYYY/MM/DD

**Registered Office:**
**Street:** 71 EDENWOLD PLACE NW
**City:** CALGARY
**Province:** ALBERTA
**Postal Code:** T3A3T8

**Mailing Address:**
**Post Office Box:** PO BOX 256, 16 MIDLAKE BLVD SE
**City:** CALGARY
**Province:** ALBERTA
**Postal Code:** T2X2X7

**Email Address:** LEGAL@OLTAX.COM

**Directors:**

**Last Name:** OLSON
**First Name:** JOSHUA
**Street/Box Number:** P.O. BOX 10

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12754

| | |
|---|---|
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |

| | |
|---|---|
| **Last Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |

**Voting Shareholders:**

| | |
|---|---|
| **Last Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |
| **Street:** | 287 LIBERTY BLD., 21ST FLR. 2102, 2103 SILOM ROAD |
| **City:** | SURIYAWONG, BANGRAK |
| **Postal Code:** | 10500 |
| **Country:** | THAILAND |
| **Percent Of Voting Shares:** | 100 |

# Details From Current Articles:

### The information in this legal entity table supersedes equivalent electronic attachments

| | |
|---|---|
| **Share Structure:** | UNLIMITED CLASS A THROUGH TO AND INCLUDING CLASS Z SHARES, AS MORE PARTICULARLY DESCRIBED IN SCHEDULE A ATTACHED TO THESE ARTICLES. |
| **Share Transfers Restrictions:** | NO TRANSFER OF ANY SHARES OR OTHER SECURITIES OF THE CORPORATION SHALL BE MADE OR REGISTERED IN THE SECURITIES REGISTER OF THE CORPORATION WITHOUT THE APPROVAL OF THE DIRECTORS OF THE CORPORATION. |
| **Min Number Of Directors:** | 1 |
| **Max Number Of Directors:** | 10 |
| **Business Restricted To:** | NONE. |
| **Business Restricted** | NONE. |

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12755

**From:**

**Other Provisions:** AS SET OUT IN SCHEDULE B ATTACHED TO THESE ARTICLES.

## Other Information:

**Last Annual Return Filed:**

| File Year | Date Filed (YYYY/MM/DD) |
|-----------|-------------------------|
| 2019 | 2019/12/30 |

**Outstanding Returns:**

Annual returns are outstanding for the 2020 file year(s).

**Filing History:**

| List Date (YYYY/MM/DD) | Type of Filing |
|------------------------|----------------|
| 2008/01/29 | Incorporate Alberta Corporation |
| 2014/03/02 | Status Changed to Start for Failure to File Annual Returns |
| 2014/07/02 | Name/Structure Change Alberta Corporation |
| 2017/02/09 | Change Address |
| 2019/12/30 | Enter Annual Returns for Alberta and Extra-Provincial Corp. |
| 2020/01/17 | Change Director / Shareholder |
| 2020/02/19 | Update BN |

**Attachments:**

| Attachment Type | Microfilm Bar Code | Date Recorded (YYYY/MM/DD) |
|-----------------|--------------------|-----------------------------|
| Share Structure | ELECTRONIC | 2008/01/29 |
| Other Rules or Provisions | ELECTRONIC | 2008/01/29 |
| Restrictions on Business | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2014/07/02 |

The Registrar of Corporations certifies that, as of the date of this search, the above information is an accurate reproduction of data contained in the official public records of Corporate Registry.



This is Exhibit "2" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12758

# Corporation/Non-Profit Search

## Corporate Registration System

**Government of Alberta** ■

| | |
|---|---|
| Date of Search: | 2020/11/12 |
| Time of Search: | 02:29 PM |
| Search provided by: | ELDOR-WAL REGISTRATIONS (1987) LTD |
| Service Request Number: | 34377821 |
| Customer Reference Number: | |

**Corporate Access Number:** 2114097898
**Business Number:**
**Legal Entity Name:** OLSON'S WILD WEST BUFFALO RANCHES LTD.

| | |
|---|---|
| **Legal Entity Status:** | Active |
| **Extra-Provincial Type:** | Federal Corporation |
| **Registration Date:** | 2008/06/23 YYYY/MM/DD |
| **Date of Last Status Change:** | 2018/10/31 YYYY/MM/DD |
| **Date Of Formation in Home Jurisdiction:** | 2007/06/12 YYYY/MM/DD |
| **Home Jurisdiction:** | CANADA |
| **Home Jurisdiction CAN:** | 678910 |

**Primary Attorney:**

| Last Name | First Name | Middle Name | Firm Name | Street | City | Province | Postal Code |
|---|---|---|---|---|---|---|---|
| BIGLER | RUTH | | | #6 MANYHORSES RISE | REDWOOD MEADOWS | ALBERTA | T3Z1A1 |

**Head Office Address:**

| | |
|---|---|
| **Street:** | #6 MANYHORSES RISE |
| **City:** | REDWOOD MEADOWS |
| **Province:** | ALBERTA |
| **Postal Code:** | T3Z1A1 |
| **Email Address:** | LEGAL@OLTAX.COM |

**Directors:**

| | |
|---|---|
| **Last Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | HOWARD |
| **Street/Box Number:** | P.O. BOX 10 |

 OL PRIVATE COUNSEL-EPHRAIM OLSON 12759

| | |
|---|---|
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |

| | |
|---|---|
| **Last Name:** | OLSON |
| **First Name:** | JOSHUA |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |

**Voting Shareholders:**

| | |
|---|---|
| **Last Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |
| **Street:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |
| **Percent Of Voting Shares:** | 100 |

**Associated Registrations under the Partnership Act:**

| Trade Partner Name | Registration Number |
|---|---|
| MOOSE MOUNTAIN BUFFALO RANCH | LP5862495 |
| OLSON BISON CONSERVATION RANCHES LIMITED PARTNERSHIP | LP14753446 |
| OLSON'S HIGH COUNTRY BISON COMPANY | LP14231336 |

# Other Information:

**Last Annual Return Filed:**

| File Year | Date Filed (YYYY/MM/DD) |
|---|---|
| 2019 | 2020/05/21 |

**Outstanding Returns:**

Annual returns are outstanding for the 2020 file year(s).

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12760

**Filing History:**

| List Date (YYYY/MM/DD) | Type of Filing |
|---|---|
| 2008/06/23 | Register Extra-Provincial Profit / Non-Profit Corporation |
| 2018/08/02 | Status Changed to Start for Failure to File Annual Returns |
| 2019/03/05 | Change Attorney |
| 2019/06/04 | Change Address |
| 2020/02/20 | Change Director / Shareholder |
| 2020/05/21 | Enter Annual Returns for Alberta and Extra-Provincial Corp. |

The Registrar of Corporations certifies that, as of the date of this search, the above information is an accurate reproduction of data contained in the official public records of Corporate Registry.



OL PRIVATE COUNSEL-EPHRAIM OLSON 12761

This is Exhibit "3" referred to in the Affidavit of Carolyn Olson sworn before me on November 13, 2020.

_____

A Commissioner for Oaths in and for the Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12762



**ICIJ** **OFFSHORE LEAKS DATABASE**
by The International Consortium of Investigative Journalists

ABOUT    DOWNLOAD    SUPPORT US

## This data should be public.

We need your support to keep it that way.

Make a donation to keep it free, open and accessible.

Donate now

Search the full Offshore Leaks database    SEARCH

OFFICER
# OLSON THOMAS H.

  

Connected to **1 entity**

Connected to **1 officer**

🔒  Data from: Bahamas Leaks

ℹ  The Bahamas Leaks data is current through early 2016.

🔍  Search in opencorporates

💬  Got a tip? Help ICIJ investigate: contact us or get in touch securely



Category
● Officer
● Entity

Database powered by Neo4j. What is it?

CONNECTIONS ℹ

https://offshoreleaks.icij.org/nodes/22012898

1/3

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12763

# Entity



| | Role | From | To | Incorporation | Jurisdiction | Status | Data From |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL ... ES LTD. | President | 23-OCT-2010 | - | 20-DEC-2000 | Bahamas | - | Bahamas Leaks |

**SEE ALL POWER PLAYERS**

## ABOUT THIS DATABASE

This ICIJ database contains information on more than 785,000 offshore entities that are part of the Panama Papers, the Offshore Leaks, the Bahamas Leaks and the Paradise Papers investigations. The data covers nearly 80 years up to 2016 and links to people and companies in more than 200 countries and territories.

- About this data
- About ICIJ
- FAQ
- Download
- Data sources
- How to use this database
- Credits

## DISCLAIMER

There are legitimate uses for offshore companies and trusts. We do not intend to suggest or imply that any people, companies or other entities included in the ICIJ Offshore Leaks Database have broken the law or otherwise acted improperly. Many people and entities have the same or similar names. We suggest you confirm the identities of any individuals or entities located in the database based on addresses or other identifiable information. If you find an error in the database please get in touch with us.

## DOWNLOAD DATA

The ICIJ Offshore Leaks Database is licensed under the Open Database License and contents under Creative Commons Attribution-ShareAlike license. Always cite the International Consortium of Investigative Journalists when using this data. You can download a raw copy of the database here.



**SUPPORT US**

Help ICIJ investigate

### ABOUT US

**The International Consortium of Investigative Journalists** is a global network of more than 190 investigative journalists in more than 65 countries who collaborate on in-depth investigative stories.

Learn more

### SUPPORT US

**Independent, fearless investigative journalism is expensive and ICIJ relies on your support.**

Help protect global societies from unprecedented threats by supporting independent investigative journalism.

Become a sponsor

**INTERNATIONAL CONSORTIUM OF INVESTIGATIVE JOURNALISTS**

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12764



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12765

This is Exhibit "4" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 12766



| ICIJ | OFFSHORE LEAKS DATABASE | ABOUT | DOWNLOAD |

## This data should be public.

We need your support to keep it that way.

Make a donation to keep it free, open and accessible.

**Donate now**



| Search the full Offshore Leaks database | SEARCH |

OFFICER

# OLSON THOMAS

  

Connected to **1 entity**

Connected to **1 officer**

- 🔒 Data from: Bahamas Leaks
- ℹ️ The Bahamas Leaks data is current through early 2016.
- 🔍 Search in opencorporates
- 💬 Got a tip? Help ICIJ investigate: contact us or tell to us securely





| Category |
| --- |
| ● Officer |
| ● Entity |



Database powered by Neo4j. What is it?

## CONNECTIONS ℹ️

CONFIDENTIAL                                                OL PRIVATE COUNSEL-EPHRAIM OLSON 12767

OFFSHORE LEAKS DATABASE                                    ABOUT    DOWNLOAD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| North America | | Director | 23-JUN-2008 | - | 23-JUN-2008 | Bahamas | - | Bahamas Leaks |

SEE ALL
POWER PLAYERS

### ABOUT THIS DATABASE

This ICIJ database contains information on more than 785,000 offshore entities that are part of the Panama Papers, the Offshore Leaks, the Bahamas Leaks and the Paradise Papers investigations. The data covers nearly 80 years up to 2016 and links to people and companies in more than 200 countries and territories.

- About this data
- About ICIJ
- FAQ
- Download
- Data sources
- How to use this database
- Credits

### DISCLAIMER

There are legitimate uses for offshore companies and trusts. We do not intend to suggest or imply that any people, companies or other entities included in the ICIJ Offshore Leaks Database have broken the law or otherwise acted improperly. Many people and entities have the same or similar names. We suggest you confirm the identities of any individuals or entities located in the database based on addresses or other identifiable information. If you find an error in the database please get in touch with us.

### DOWNLOAD DATA

The ICIJ Offshore Leaks Database is licensed under the Open Database License and contents under Creative Commons Attribution-ShareAlike license. Always cite the International Consortium of Investigative Journalists when using this data. You can download a raw copy of the database here.



SUPPORT US

Help ICIJ investigate

ABOUT US

**The International Consortium of Investigative Journalists** is a global network of more than 190 investigative journalists in more than 65 countries who collaborate on in-depth investigative stories.

Learn more

SUPPORT US

**Independent, fearless investigative journalism is expensive and ICIJ relies on your support.**

Help protect global societies from unprecedented threats by supporting independent investigative journalism.

Become a sponsor

**INTERNATIONAL CONSORTIUM
OF INVESTIGATIVE JOURNALISTS**

CONFIDENTIAL                                                      OL PRIVATE COUNSEL-EPHRAIM OLSON 12768



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12769

This is Exhibit "5" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 12770



# This data should be public.

We need your support to keep it that way.

Make a donation to keep it free, open and accessible.

**Donate now**

[ Search the full Offshore Leaks database ]  **SEARCH**

ENTITY

# OL PCC Administrative Services Limited

Connected to **3 officers**

Connected to **1 intermediary**

🏛 Incorporated: **30-NOV-2011** ❓   ⊘ Struck off: **02-JAN-2014** ❓

🌐 Registered in: Bahamas

🔒 Data from: Bahamas Leaks

❓ The Bahamas Leaks data is current through early 2016.

🔍 Search in opencorporates

🔎 Got a tip? Help ICIJ investigate: contact us or leak to us securely.



Category
● Officer
● Entity
● Intermediary

Database powered by Neo4j. Neo4j logo

CONFIDENTIAL     OL PRIVATE COUNSEL-EPHRAIM OLSON 12771



| | Role | From | To | Data From |
|---|---|---|---|---|
| OLSON THOMAS H. | President | 08/05/2012 | - | Bahamas Leaks |
| OLSON THOMAS H. | Vice president | 30-NOV-2011 | 08-MAY-2012 | Bahamas Leaks |
| PINDER L. RYAN | President | 30-NOV-2011 | 08-MAY-2012 | Bahamas Leaks |

## Intermediary

| | Status | Data From |
|---|---|---|
| OL PRIVATE C... | - | Bahamas Leaks |

**SEE ALL POWER PLAYERS**

### ABOUT THIS DATABASE

This ICIJ database contains information on more than 785,000 offshore entities that are part of the Panama Papers, the Offshore Leaks, the Bahamas Leaks and the Paradise Papers investigations. The data covers nearly 80 years up to 2016 and links to people and companies in more than 200 countries and territories.

- About this data
- About ICIJ
- FAQ
- Download
- Data sources
- How to use this database
- Credits

### DISCLAIMER

There are legitimate uses for offshore companies and trusts. We do not intend to suggest or imply that any people, companies or other entities included in the ICIJ Offshore Leaks Database have broken the law or otherwise acted improperly. Many people and entities have the same or similar names. We suggest you confirm the identities of any individuals or entities located in the database based on addresses or other identifiable information. If you find an error in the database please get in touch with us.

### DOWNLOAD DATA

The ICIJ Offshore Leaks Database is licensed under the Open Database License and contents under Creative Commons Attribution-ShareAlike license. Always cite the International Consortium of Investigative Journalists when using this data. You can download a raw copy of the database here.

**SUPPORT US**

Help ICIJ investigate

ABOUT US

**The International Consortium of Investigative Journalists** is a global network of more than 190 investigative journalists in more than 65 countries who collaborate on in-depth investigative stories.

Learn more

SUPPORT US

**Independent, fearless investigative journalism is expensive and ICIJ relies on your support.**

Help protect global societies from unprecedented threats by supporting independent investigative journalism.

Become a sponsor

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12772



CONFIDENTIAL                                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12773

This is Exhibit "6" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL



# OFFSHORE LEAKS DATABASE
by The International Consortium of Investigative Journalists

ABOUT    DOWNLOAD    SUPPORT US

## This data should be public.

We need your support to keep it that way.
Make a donation to keep it free, open and accessible.

**Donate now**

Search the full Offshore Leaks database    SEARCH

ENTITY

## OL PRIVATE CORPORATE COUNSEL INTERNATIONAL LTD.

  

Connected to **1 officer**

Connected to **1 intermediary**

- Incorporated: 04-OCT-2011
- Registered in: Bahamas
- Data from: Bahamas Leaks
- The Bahamas Leaks data is current through early 2016.
- Search in opencorporates
- Got a tip? Help ICIJ investigate: contact us or leak to us securely





Category
- Officer
- Entity
- Intermediary

Database powered by Neo4j.

CONFIDENTIAL                              OL PRIVATE COUNSEL-EPHRAIM OLSON 12775

CONNECTIONS ⓘ

## Officer

| | Role | From | To | Data From |
|---|---|---|---|---|
| OLSON THOMAS | Director / president | 04/10/2011 | → | Bahamas Leaks |

## Intermediary



| | | Status | Data From |
|---|---|---|---|
| OL PRIVATE | | - | Bahamas Leaks |

SEE ALL
POWER PLAYERS

### ▌ ABOUT THIS DATABASE

This ICIJ database contains information on more than 785,000 offshore entities that are part of the Panama Papers, the Offshore Leaks, the Bahamas Leaks and the Paradise Papers investigations. The data covers nearly 80 years up to 2016 and links to people and companies in more than 200 countries and territories.

- About this data
- About ICIJ
- FAQ
- Download
- Data sources
- How to use this database
- Credits

### ▌ DISCLAIMER

There are legitimate uses for offshore companies and trusts. We do not intend to suggest or imply that any people, companies or other entities included in the ICIJ Offshore Leaks Database have broken the law or otherwise acted improperly. Many people and entities have the same or similar names. We suggest you confirm the identities of any individuals or entities located in the database based on addresses or other identifiable information. If you find an error in the database please get in touch with us.

### ▌ DOWNLOAD DATA

The ICIJ Offshore Leaks Database is licensed under the Open Database License and contents under Creative Commons Attribution-ShareAlike license. Always cite the International Consortium of Investigative Journalists when using this data. You can download a raw copy of the database here.



SUPPORT US

Help ICIJ investigate

### ▌ ABOUT US

**The International Consortium of Investigative Journalists** is a global network of more than 190 investigative journalists in more than 65 countries who collaborate on in-depth investigative stories.

Learn more

### ▌ SUPPORT US

**Independent, fearless investigative journalism is expensive and ICIJ relies on your support.**

Help protect global societies from unprecedented threats by supporting independent investigative journalism.

Become a sponsor

CONFIDENTIAL                                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 12776



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12777

This is Exhibit "7" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12778



CONFIDENTIAL



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12780



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12781



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12782



CONFIDENTIAL OL PRIVATE COUNSEL-EPHRAIM OLSON 12783

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12784



CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 12785



[redacted]

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12787



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12788



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12789



OL PRIVATE COUNSEL-EPHRAIM OLSON 12790



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12791



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12792



OL PRIVATE COUNSEL-EPHRAIM OLSON 12793



CONFIDENTIAL



CONFIDENTIAL



OL PRIVATE COUNSEL-EPHRAIM OLSON 12796



CONFIDENTIAL                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12797

This is Exhibit "8" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL



# Phil Spencer's
# Property 🏠 Report

PROPERTY INFORMATION · TITLE REGISTER · PROPERTY VALUE · CRIME · SCHOOLS · RESIDENTS

**Flat 75 3 Whitehall Court London SW1A 2EL**

**1 9 2 .com** / move iQ
People | Businesses | Places

**DATE:**
26/06/20

Respondent 003305

 OL PRIVATE COUNSEL-EPHRAIM OLSON 12799



Phil Spencer's
**Property Report**





## Introduction

Research is absolutely key to all successful property purchases and I should know because over the last twenty odd years I have been involved in hundreds of property transactions.

Being armed with the right information can help you with every aspect of the purchase. It can help you refine where you want to live, arm you with the figures to support strong negotiation and even help you avoid costly mistakes and abortive costs.

So, congratulations on buying this
property report as it shows that you are on the right track. Over the next few pages we will cover everything you need to know about the property and the surrounding area.

Good luck.



CONFIDENTIAL    OL PRIVATE COUNSEL-EPHRAIM OLSON 12800



**Phil Spencer's**
**Property Report**

**1 9 2 .com**
People | Businesses | Places

**move**

## Table of Contents

### About This Property



**Property Information**
Property details
Title register
Photos
Floor plan
Neighbourhood photos
Maps



**Property Value**
Address valuation
Street summary
Neighbourhood value map
Area prices comparison

**Residents**
Residents
Businesses
Neighbours



**Planning Applications**
Summary
Nearest 15 planning applications

### Surrounding Area



**Crime**
Force summary
Neighbourhood crime
Area comparison
Crime over time
Comparison of outcomes
Crime rate
Comparison of crime



**Schools**
Primary schools map
Primary schools details
Secondary schools map
Secondary schools details



**Nearby Services**
Nearest businesses

**DISCLAIMER**

The information in this Property Report is obtained from a number of sources. This Property Report is provided on an 'as is' basis. Whilst Hooyu Ltd has used its reasonable endeavours to ensure accuracy of the information contained herein, it cannot warrant or guarantee the accuracy or reliability of that information. Hooyu Ltd expressly disclaims all or any warranties, express or implied, relating to this Property Report, including in particular any warranties of merchantability or fitness for a particular purpose. You are advised not to rely solely on information in the Property Report in making any decisions, any reliance that you do place on the information is entirely at your own risk. This Property Report is subject to the Terms and Conditions of www.192.com.

Data within this report uses the following sources:
Zoopla Property Group Ltd, © 2020
Land Registry Crown copyright, © 2020
police.uk
Ofsted
Google Maps

Creditsafe, All Rights Reserved © 2020
118 Business Information Ltd, © 2020
Department of Education
Hooyu Ltd

CONFIDENTIAL                                OL PRIVATE COUNSEL-EPHRAIM OLSON 12801



Phil Spencer's
**Property** 🏠 **Report**

**1 9 2 .com**
People | Businesses | Places

/ move⁵⁷

## 🏠 Property Information

## How to use this section of the report:

This section of your report provides an overview of the property you are interested in. It contains a variety of images of the area - from street scene to county - information about the energy efficiency of the property, summary accommodation, and where available, an extract of the Official Copy of Register of Title, as held by the Land Registry.

Here are some practical tips and suggestions on how to use this information:

Summary accommodation and energy efficiency ratings should be cross-referenced with the latest information being made available by sales or lettings agents marketing a property.

If you're not overly familiar with the location, it's worth ahead of any viewings comparing the images and description provided in the sales particulars with the reality of the surrounding area. Clever things can be done with property photography and less favourable views and details may sometimes be left out. Here you get a comprehensive view of the immediate surrounding area. This can save you valuable time on wasted viewings.



A review of the photos is good point of reference, post viewings. If you've viewed a number of properties in the same day it can be hard to recall the detail. Using these images will help you recall location features and support your choice on whether to dismiss, second view or make an offer.

The extract of the Official Copy of Register of Title can seem like a complex document at a glance, but it contains some very useful information that you may wish to review ahead of making any offers. It will normally advise you who currently owns the property, when they acquired it and how much they paid.

It is useful to compare this information to what you have been told, and ensure there are no anomalies. Equally if you are considering making an offer, it can sometimes be useful to know what the current owners paid and then what house prices may have done during the period of their ownership in terms of you forming an opinion on what is a reasonable price.

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12802



Phil Spencer's
**Property & Report**

 

## Property Information

### Property details



**Flat 75 3 Whitehall Court**
London SW1A 2EL

| PROPERTY OVERVIEW | | | |
|---|---|---|---|
| Flat | Bedrooms | 3 | |
| | Receptions | N/A | |
| | Bathrooms | 3 | |
| | New Building | NO | |

WAS FOR SALE — As of 05/10/2017

This property was last displayed on Zoopla by **Sothebys Realty UK** on **05/10/2017** with a sale price of **£3,850,000**

   

**PROPERTY DESCRIPTION AS OF 05/10/2017**

- 24 hour porterage
- Residents street parking
- Passenger lift
- Generous ceiling heights
- Immaculately presented
- Entitlement to membership to Farmer's Club

Benefiting from a fabulous double reception room with high ceilings and period features, the property is ideal for entertaining and provides three well-proportioned double bedrooms (all en suite) alongside the 24 hour porterage service and direct access to the Horse Guards Hotel. Whitehall Court is situated moments from the River Thames, and offers easy access to Westminster and Embankment Underground stations, alongside the international amenities of Mayfair, St James's and the West End.

Read more at https://www.zoopla.co.uk/property-history/flat-7...

**ENERGY EFFICIENCY RATING**

**Energy Performance Certificates** present the energy efficiency of dwellings on a scale of A to G. The most efficient homes - which should have the lowest fuel bills - are in band A.



 

Data within Property Information contains the following sources:
Zoopla Property Group Ltd; and/or Land Registry; Google Maps;

© Hooyu Ltd
Respondent 003309

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12803

 Phil Spencer's
**Property**  **Report**

 

## Property Information

### Title register

*We are waiting for a response from the Land Registry service for property ownership details. Your report will automatically be updated with this information when it is available. Please go to Your Account to get the updated report.*

*It may be that the Land Registry office is closed at the moment, the opening hours are:*

*Between 0630 hours and 2300 hours everyday including bank holidays.*

CONFIDENTIAL                                                  OL PRIVATE COUNSEL-EPHRAIM OLSON 12804



**Phil Spencer's**
**Property Report**

## Property Information



📷 Property photos - Last published on Zoopla: 05/10/2017





These pictures were taken the last time this property was marketed on Zoopla on 05/10/2017.

Respondent 003311

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12805

Phil Spencer's
**Property** 🏠 **Report**



## Property Information





These pictures were taken the last time this property was marketed on Zoopla on 05/10/2017.

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12806

**Phil Spencer's**
**Property** 🏠 **Report**



## Property Information





These pictures were taken the last time this property was marketed on Zoopla on 05/10/2017.

CONFIDENTIAL                                              OL PRIVATE COUNSEL-EPHRAIM OLSON 12807




## Property Information





These pictures were taken the last time this property was marketed on Zoopla on 05/10/2017.

CONFIDENTIAL                              OL PRIVATE COUNSEL-EPHRAIM OLSON 12808

Phil Spencer's
**Property Report**



## Property Information





These pictures were taken the last time this property was marketed on Zoopla on 05/10/2017.

CONFIDENTIAL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12809



**Phil Spencer's**
**Property Report**





These pictures were taken the last time this property was marketed on Zoopla on 05/10/2017.

CONFIDENTIAL                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 12810

Phil Spencer's
Property Report
192.com
People | Businesses | Places
move

## Property Information

### Floor plan



**Whitehall Court, SW1**
Gross internal area (approx.)
203 Sq m (2180 Sq ft)
For identification only, Not to Scale

Floor Plan by capital group 020 8671 7722

© Hooyu Ltd
Respondent 003317

CONFIDENTIAL     OL PRIVATE COUNSEL-EPHRAIM OLSON 12811

Phil Spencer's
**Property Report**

 

## Property Information

### Neighbourhood photos

  

  

  

  

Respondent 003318

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12812

 

 **Phil Spencer's Property Report**

## Property Information

### Property maps





Respondent 003319

CONFIDENTIAL       OL PRIVATE COUNSEL-EPHRAIM OLSON 12813

Phil Spencer's
**Property Report** 

## Property Information





CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12814

Phil Spencer's
**Property** 🏠 **Report**

 

## Property Value

## How to use this section of the report:

This section of the report pulls together, in one handy chapter, a cross-section of data on the potential price bracket the subject property is likely to fall in to. This data is merely a guide and will be affected by many additional factors, but should help you reach a more informed opinion on price.

The 'Neighbourhood Properties Value Map' is a particularly useful reference point, as this tells you when the last sales took place in the surrounding area and what other buyers paid, rather than just what sellers were asking. Using these price comparables can help support your negotiations for a discount if you are haggling on price, or equally if you are being asked to pay over a guide price, it can help clarify your thinking on what is a fair figure to pay for a property.



Respondent 003321

CONFIDENTIAL                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 12815

Phil Spencer's
**Property Report**



## Property Value

### Valuation for this address



**Zoopla PROPERTY ESTIMATED VALUE**

**£2,965,000**

**Zoopla ESTIMATED VALUE RANGE**

| FROM | TO |
|---|---|
| £2,866,000 | £3,064,000 |

**Zoopla EST. RENTAL RANGE (PPM)**

| FROM | TO |
|---|---|
| £10,350 | £12,450 |

CUMULATIVE EST. VALUE CHANGE

**PROPERTY VALUATION HISTORY**

Zoopla ESTIMATES

| Estimated in 2016 | Estimated in 2017 | Estimated in 2018 | Estimated in 2019 | Estimated in 2020 |
|---|---|---|---|---|
| £3,533,969 | £3,669,554 | £3,517,200 | £3,198,489 | £2,965,000 |

This property has not been sold according to the Land Registry.

### This street property summary



| THIS STREET AVERAGE SALE PRICE OVER LAST 12 MONTHS | NUMBER OF SALES OVER LAST 12 MONTHS ON THIS STREET | HIGHEST PRICE PAID ON THIS STREET OVER THE LAST 12 MONTHS | NUMBER OF PROPERTIES AVAILABLE FOR SALE ON THIS STREET |
|---|---|---|---|
| £1,392,500 | 2 | £1,615,000 | 5 |

**LATEST PROPERTIES SOLD ON THIS STREET**

| 03 Dec 2018 | 30 Apr 2019 | 04 Jun 2019 | 09 Jul 2019 | 30 Aug 2019 |
|---|---|---|---|---|
| £1,850,000 Flat 143b, 4 Whitehall Court Flat | £1,275,000 Flat 113, 4 Whitehall Court Flat | £1,375,000 Flat 97, 3 Whitehall Court Flat | £1,170,000 Flat 74a, 3 Whitehall Court Flat | £1,615,000 Flat 66, 3 Whitehall Court Flat |

Data within Property Value contains the following sources:
Zoopla Property Group Ltd; and/or Land Registry; Google Maps;

Respondent 003322

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12816

Phil Spencer's
**Property Report**

 

 **Property Value**

## Neighbourhood properties value map



| | |
|---|---|
| **Flat 109 4 White..**  (A) | **Flat 114 4 White..** (B) |
| UNKNOWN | FLAT |
| Zoopla ESTIMATED VALUE | Zoopla ESTIMATED VALUE |
| £1,348,000 | £660,000 |








**Flat 109 4 White..** (A) — UNKNOWN
Zoopla ESTIMATED VALUE £1,348,000
CUMULATIVE EST. VALUE CHANGE
10% 4% 9% 4%
0%
-10% -5%
-20% -12%
2015 2016 2017 2018 2019 2020
LAST SALE £895,000 20 Jul 2007
Zoopla EST. RENTAL RANGE (ppm)
From £5,900 To £7,000

**Flat 114 4 White..** (B) — FLAT
Zoopla ESTIMATED VALUE £660,000
CUMULATIVE EST. VALUE CHANGE
10% 4% 8% 4%
0%
-10% -5%
-20% -12%
2015 2016 2017 2018 2019 2020
LAST SALE £150,000 25 Jun 1997
Zoopla EST. RENTAL RANGE (ppm)
From £2,300 To £2,800

**Flat 116 4 White..** (C) — FLAT
Zoopla ESTIMATED VALUE £1,526,000
CUMULATIVE EST. VALUE CHANGE
10% 4% 8% 4%
0%
-10% -5%
-20% -12%
2015 2016 2017 2018 2019 2020
LAST SALE £725,000 09 Jan 2004
Zoopla EST. RENTAL RANGE (ppm)
From £5,250 To £6,450

**Flat 117a 4 Whit..** (D) — FLAT
Zoopla ESTIMATED VALUE £1,405,000
CUMULATIVE EST. VALUE CHANGE
10%
0%
-10% -5%
-20% -12%
2015 2016 2017 2018 2019 2020
LAST SALE £565,000 18 Feb 2002
Zoopla EST. RENTAL RANGE (ppm)
From £4,850 To £5,950

**Flat 120 4 White..** (E) — FLAT
Zoopla ESTIMATED VALUE £3,441,000
CUMULATIVE EST. VALUE CHANGE
10% 4% 9% 4%
0%
-10% -5%
-20% -12%
2015 2016 2017 2018 2019 2020
LAST SALE £1,300,000 21 May 2001
Zoopla EST. RENTAL RANGE (ppm)
From £12,000 To £14,450

**Flat 121 4 White..** (F) — FLAT, 2 bedrooms
Zoopla ESTIMATED VALUE £1,238,000
CUMULATIVE EST. VALUE CHANGE
10% 4% 9% 4%
0%
-10% -5%
-20% -12%
2015 2016 2017 2018 2019 2020
LAST SALE £475,000 06 Mar 2002
Zoopla EST. RENTAL RANGE (ppm)
From £4,250 To £5,250

**Flat 122 4 White..** (G) — FLAT
Zoopla ESTIMATED VALUE £2,565,000
CUMULATIVE EST. VALUE CHANGE
10% 8%
0%
-10% -12%
-20%
2015 2016 2017 2018 2019 2020
LAST SALE £3,100,000 31 Jul 2017
Zoopla EST. RENTAL RANGE (ppm)
From £8,900 To £10,800

**Flat 123 4 White..** (H) — FLAT, 2 bedrooms
Zoopla ESTIMATED VALUE £280,000
CUMULATIVE EST. VALUE CHANGE
10%
0%
-10% -12%
-20%
2015 2016 2017 2018 2019 2020
LAST SALE £323,400 26 May 2015
Zoopla EST. RENTAL RANGE (ppm)
From £950 To £1,200

Respondent 003323

CONFIDENTIAL     OL PRIVATE COUNSEL-EPHRAIM OLSON 12817



## Phil Spencer's
## Property Report

 

# Property Value

## Area property prices comparison

### CUMULATIVE CHANGE COMPARISON



### AVERAGE PRICES IN THIS AREA - APR 2020

This chart shows the **average price of property in SW1A** compared to the national average.



### PROPERTY TYPE VALUE COMPARISON

This shows the **annual average price** achieved by property types in SW1A by year.



© Hooyu Ltd
Respondent 003324

CONFIDENTIAL　　　　　　　　　　　　　　　　OL PRIVATE COUNSEL-EPHRAIM OLSON 12818





## Residents

## How to use this section of the report:

As the adage goes, 'you can't choose your neighbours', however, it can be useful to understand who lives in the area, check if a property is associated with any type of business and cross reference who you know an occupier to be with public data.

Knowing who resides at the property can help indicate if the owner has tenants or lodgers. If this report shows there are registered residents at the property, different to your expectation it's worth querying the terms of the tenancy or lodgings including notice periods and expectations of them when their tenancy ends i.e. cleaning, inventory etc. You want to be sure that you don't inherit any issues from an existing tenant and a property you are interested in will be vacant when you are expecting it to be.

It's also important to know if the property is or has ever been, used as a business premises and if so what this is/was. Bearing in mind that there is a legal requirement to publish a registered business address it might be something you feel you want to investigate further and is always worth raising further queries with the sales agent.



Respondent 003325

CONFIDENTIAL                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 12819


Phil Spencer's
Property Report

 

 **Residents**

 Property residents

*There are no residents for this address on the Open or Edited Electoral Registers.*

Residential information only goes back to 2002, the residents may have been present at this address before that time.

Data within the property residents section contains the following sources:
Residential information from the Open/Edited Electoral Registers; Property sale information from The Land Registry;

Businesses at this address

There are **15 businesses** listed at this address.

## ORSINIBREWIN LIMITED
## Architectural Services

**REGISTERED DATE:** 13 Dec 2013
**NUMBER OF EMPLOYEES:** 6

| | | |
|---|---|---|
| ☉ **ADDRESS:** | Flat 52, 3 Whitehall Court | ☎ **TELEPHONE:** 020 7839 5707 |

## B A S I C
## Research Institutions and Organisations

**REGISTERED DATE:** N/A
**NUMBER OF EMPLOYEES:** 4

**KNOWN FOR:**
- ✓ Funders
- ✓ Patrons
- ✓ investment

| | | |
|---|---|---|
| ☉ **ADDRESS:** | Flat 82, 3 Whitehall Court | ☎ **TELEPHONE:** 020 7766 3461 |

## BAHAMAS ASSET RECOVERY LTD

**REGISTERED DATE:** 11 Oct 2017
**NUMBER OF EMPLOYEES:** N/A

| | |
|---|---|
| ☉ **ADDRESS:** | Flat 56, 3 Whitehall Court |

Respondent 003326

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12820

Phil Spencer's
**Property Report**

 

## Residents

### West India Committee

Charities and Charitable Organisations

**REGISTERED DATE:** N/A
**NUMBER OF EMPLOYEES:** 5

**ADDRESS:** 3 Whitehall Court     **TELEPHONE:** 020 7799 5441

### WILLIP LIMITED

Computer Software (Development)

**REGISTERED DATE:** 20 May 2005
**NUMBER OF EMPLOYEES:** N/A

**ADDRESS:** Flat 77a, 3 Whitehall Court     **TELEPHONE:** 020 7930 0271

### Global Partnership

Financial Services

**REGISTERED DATE:** N/A
**NUMBER OF EMPLOYEES:** 5

**ADDRESS:** Flat 90, 3 Whitehall Court     **TELEPHONE:** 020 7321 0965

### 98 WHITEHALL COURT LLP

**REGISTERED DATE:** 03 Sep 2014
**NUMBER OF EMPLOYEES:** 1

**ADDRESS:** Suite 98, 3 Whitehall Court

Respondent 003327

CONFIDENTIAL     OL PRIVATE COUNSEL-EPHRAIM OLSON 12821



Phil Spencer's
Property Report

 

## 👥 Residents

### INDUSTRY AND PARLIAMENT TRUST

Education Services

**REGISTERED DATE:** 14 Apr 1977
**NUMBER OF EMPLOYEES:** 12

| 🌐 ADDRESS: | Suite 101, 3 Whitehall Court | ☎ TELEPHONE: | 020 7839 9400 |
|---|---|---|---|

### Whitehall Court London

Estate Management Services

**REGISTERED DATE:** N/A
**NUMBER OF EMPLOYEES:** 10

| 🌐 ADDRESS: | Suite 55, 3 Whitehall Court | ☎ TELEPHONE: | 020 7930 3160 |
|---|---|---|---|

### The Farmers Club

Committee Managed Organisations

**REGISTERED DATE:** N/A
**NUMBER OF EMPLOYEES:** 50

| 🌐 ADDRESS: | Flat 70b, 3 Whitehall Court | ☎ TELEPHONE: | 020 7930 3557 |
|---|---|---|---|

### Unesco UK National Commission

Representative Office

**REGISTERED DATE:** N/A
**NUMBER OF EMPLOYEES:** 5

| 🌐 ADDRESS: | Flat 71a, 3 Whitehall Court | ☎ TELEPHONE: | 020 7766 3492 |
|---|---|---|---|

Respondent 003328



 

## Residents

### UNITED KINGDOM NATIONAL COMMISSION FOR UNESCO

Secondary Schools (Local Authority)

**REGISTERED DATE:** 13 Oct 2006
**NUMBER OF EMPLOYEES:** 6

**ADDRESS:** Suite 98, 3 Whitehall Court       **TELEPHONE:** 020 7766 3444

---

### CLARENDON OPPORTUNITY LIMITED PARTNERSHIP

**REGISTERED DATE:** 06 May 2008
**NUMBER OF EMPLOYEES:** N/A

**ADDRESS:** Suite 101a, 3 Whitehall Court

---

### UK CHINA TECHNOLOGY AND CREATIVE INDUSTRY ASSOCIATION

Clubs Social and Associations

**REGISTERED DATE:** 24 May 2018
**NUMBER OF EMPLOYEES:** N/A

**ADDRESS:** Flat 97a, 3 Whitehall Court

---

### ST NICHOLAS RETAIL PARK LIMITED PARTNERSHIP

**REGISTERED DATE:** 03 Feb 2003
**NUMBER OF EMPLOYEES:** N/A

**ADDRESS:** Suite 101a, 3 Whitehall Court

---

Data within the businesses at this address section contains the following sources:
192.com; Creditsafe; 118 Data;

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12823

 

**Phil Spencer's**
**Property Report**

##  Residents

### Neighbours



| Flat 63, 3 Whitehall Court | | | (A) |
|---|---|---|---|
| **NEIGHBOURS** | **TIME OF OCCUPANCY** | **TELEPHONE** | |
| Charles F Wardle | 2002-20 | Not Listed | |
| Lesley A Wardle | 2011-20 | Not Listed | |

| Flat 67, 3 Whitehall Court | | | (B) |
|---|---|---|---|
| **NEIGHBOURS** | **TIME OF OCCUPANCY** | **TELEPHONE** | |
| Dorothy Simms | 2016-20 | Not Listed | |

| Flat 70c, 3 Whitehall Court | | | (C) |
|---|---|---|---|
| **NEIGHBOURS** | **TIME OF OCCUPANCY** | **TELEPHONE** | |
| Michael A Bowes Lyon | 2016-20 | Not Listed | |

| Flat 70b, 3 Whitehall Court | | | (D) |
|---|---|---|---|
| **NEIGHBOURS** | **TIME OF OCCUPANCY** | **TELEPHONE** | |
| Yi Xie | 2012, 2014-19 | Not Listed | |

| Flat 70a, 3 Whitehall Court | | | (E) |
|---|---|---|---|
| **NEIGHBOURS** | **TIME OF OCCUPANCY** | **TELEPHONE** | |
| Eleanor Kate Fallon | 2020 | Not Listed | |

| Flat 71, 3 Whitehall Court | | | (F) |
|---|---|---|---|
| **NEIGHBOURS** | **TIME OF OCCUPANCY** | **TELEPHONE** | |
| Fredric W Bentley | 2011-20 | Not Listed | |

Data within the neighbours section contains the following sources:
Open/Edited Electoral Registers; Telephone Directory; Google Maps;

26/06/20     Page 26     © Hooyu Ltd
Respondent 003330



Phil Spencer's
Property Report



**Planning**

## How to use this section of the report:

Here you are provided with the details and status of all registered planning applications
within a 0.5 mile radius of the subject property's postcode in the past 5 years and within
the past 12-months.

Knowing about a future planning application or
decision that could negatively affect the property
could save you time and money in the long-run.
Having this detail in advance means you can
conduct further research BEFORE you make a
decision to submit an offer. Deciding to withdraw
or renegotiate your offer once your solicitors clock
has started ticking will inevitably cost you.

You can also use this information to review what
type of planning application has been granted in
the local area and as a gauge as to what you could
potentially undertake yourself to extend, renovate
or refurbish the property you may be
interested in.



Respondent 003331

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12825

Phil Spencer's
**Property Report**



## Planning applications

### Planning applications summary



ALL REGISTERED PLANNING
APPLICATIONS IN THIS AREA
WITHIN THE LAST 5 YEARS

889

Within 0.5 mile radius

REGISTERED PLANNING
APPLICATIONS IN THIS AREA
WITHIN THE LAST 12 MONTHS

195

Within 0.5 mile radius

### Nearby planning applications by postcode



© Hooyu Ltd
Respondent 003332

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12826

 

Phil Spencer's
**Property** Report


## Planning applications



🕐 **Nearest 15 planning applications**

🏠 **SW1A 2EL** - This property registered applications



**Ground Floor, 3 Whitehall Court, London,**     02/04/2019
Demolish existing bathroom to create two shower rooms for room 14A and 15. Associated changes to room 17.

**Westminster**

Status: Plans Approved - Listed Building Consent

Full details of planning application

**Flat 90, 3 Whitehall Court, London,**     04/03/2019
Amalgamation of two residential flats (90 and 90A) into a self contained flat (Class C3); replacement of two windows to the lightwells at sixth floor level with steel casement windows with receded privacy glass to one; and reglazing of existing headlights. (Linked to 19/01588/LBC)

**Westminster**

Status: Plans Approved - Detail Plans Granted

Full details of planning application

**Flat 90, 3 Whitehall Court, London,**     04/03/2019
Amalgamation of two residential flats (90 and 90A) into a self contained flat (Class C3); replacement of two windows to the lightwells at sixth floor level with steel casement windows with receded privacy glass to one; and reglazing of existing headlights. (Linked to 19/01587/FULL)

**Westminster**

Status: Plans Approved - Listed Building Consent

Full details of planning application

---

26/06/20     Page 29     © Hooyu Ltd
Respondent 003333

CONFIDENTIAL     OL PRIVATE COUNSEL-EPHRAIM OLSON 12827



 





CONFIDENTIAL    OL PRIVATE COUNSEL-EPHRAIM OLSON 12828



Respondent 003335

CONFIDENTIAL                                                      OL PRIVATE COUNSEL-EPHRAIM OLSON 12829









**Flat 84, 3 Whitehall Court, London,** 08/08/2016

Internal works including demolition of existing partitions walls and construction of new partition walls, formation of a structural opening in existing floor slab, construction of internal staircase, and internal entrance lobby. Installation of secondary glazing to front and rear elevations and replacement windows to the rear lightwell at fifth floor level.

**Westminster**

Status: Plans Approved - Detail Plans Granted

Full details of planning application

**Flat 84, 3 Whitehall Court, London,** 08/08/2016

Replacement windows to the rear lightwell at fifth floor level. (Linked with 16/07541/LBC).

**Westminster**

Status: Plans Approved - Detail Plans Granted

Full details of planning application

**Ground Floor, 3 Whitehall Court, London,** 08/07/2016

Scheme comprises internal alteration of the House Managers office to provide additional staff facilities, including, office, wash closet lobby, kitchenette and break out area. The works include the installation of new mechanical and electrical services as shown on plan.

**Westminster**

Status: Plans Approved - Listed Building Consent

Full details of planning application

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12830

  










© Hooyu Ltd
Respondent 003337

CONFIDENTIAL     OL PRIVATE COUNSEL-EPHRAIM OLSON 12831


Phil Spencer's
**Property Report**

 

 **Crime**

**Police force summary for 2018**

## Metropolitan Police Service

This policing neighbourhood is in the Metropolitan area.

| TOTAL WORKFORCE | POLICE OFFICERS | POLICE STAFF | POLICE COMMUNITY SUPPORT OFFICER | SPECIAL CONSTABLES |
|---|---|---|---|---|
| 40216 | 30136 | 8817 | 1263 | 2062 |

**ADDRESS:** Metropolitan Police Service, New Scotland Yard, Broadway, London, SW1H 0BG



Data within Crime contains the following sources:
police.uk; Google Maps;

© Hooyu Ltd
Respondent 003338

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12832





 Phil Spencer's
**Property Report**

## 🔒 Crime

### 📍 Crime in this neighbourhood – May 2019










---

**Crime on or near Whitehall Court** (A)

**6 CRIMES WERE REPORTED HERE IN MAY 2019.**

| | |
|---|---|
| Anti-social behaviour | 1 |
| Burglary | 1 |
| Other theft | 3 |
| Theft from the person | 1 |

---

**Crime on or near Scotland Place** (B)

**6 CRIMES WERE REPORTED HERE IN MAY 2019.**

| | |
|---|---|
| Anti-social behaviour | 1 |
| Robbery | 1 |
| Other theft | 1 |
| Violence & sexual offences | 1 |
| Theft from the person | 2 |

---

**Crime on or near Embankment Place** (C)

**10 CRIMES WERE REPORTED HERE IN MAY 2019.**

| | |
|---|---|
| Anti-social behaviour | 2 |
| Other theft | 2 |
| Shoplifting | 1 |
| Violence & sexual offences | 1 |
| Theft from the person | 4 |

---

**Crime on or near Craven Street** (D)

**9 CRIMES WERE REPORTED HERE IN MAY 2019.**

| | |
|---|---|
| Anti-social behaviour | 3 |
| Other theft | 4 |
| Theft from the person | 2 |

---

**Crime on or near Craig's Court** (E)

**34 CRIMES WERE REPORTED HERE IN MAY 2019.**

| | |
|---|---|
| Anti-social behaviour | 1 |
| Robbery | 1 |
| Other theft | 28 |
| Theft from the person | 4 |

---

**Crime on or near Northumberland Street** (F)

**10 CRIMES WERE REPORTED HERE IN MAY 2019.**

| | |
|---|---|
| Anti-social behaviour | 5 |
| Robbery | 1 |
| Other theft | 1 |
| Violence & sexual offences | 1 |
| Theft from the person | 2 |

---

**Crime on or near Victoria Embankment** (G)

**15 CRIMES WERE REPORTED HERE IN MAY 2019.**

| | |
|---|---|
| Robbery | 2 |
| Other theft | 4 |
| Criminal damage & arson | 1 |
| Public order | 2 |
| Theft from the person | 6 |

---

**Crime on or near Corner House Street** (H)

**4 CRIMES WERE REPORTED HERE IN MAY 2019.**

| | |
|---|---|
| Other theft | 2 |
| Theft from the person | 2 |

---

© Hooyu Ltd
Respondent 003339

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12833

 

Phil Spencer's
**Property Report**



 **Crime**

**Area comparison year ending September 2018**

### COMPARISON WITHIN METROPOLITAN POLICE FORCE AREA

In the year ending September 2018, in City of Westminster **the crime rate was higher than average** for the Metropolitan Police force area.

### COMPARISON WITH CRIME IN OTHER SIMILAR AREAS

In the year ending September 2018, in City of Westminster **the crime rate was higher than average** crime rate across similar areas.



© Hooyu Ltd
Respondent 003340

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12834


Phil Spencer's
**Property Report**

 

## Crime

### Comparison of crime over time ending September 2018

**CRIME CHANGES OVER TIME IN CITY OF WESTMINSTER AND IN THE METROPOLITAN POLICE FORCE AREA**

In the quarter ending September 2018 **the crime rate was Up in City of Westminster** compared with the corresponding quarter in 2017

In the quarter ending September 2018 **the crime rate was Up in the Metropolitan Police force area** compared with the corresponding quarter in 2017



### Comparison of outcomes for this force - April 2018 and April 2019

| | TOTAL NUMBER OF OUTCOMES | NO FURTHER ACTION (%) | OFFENDER DEALT WITH BY POLICE (%) | OFFENDER SENT TO COURT (%) | OFFENDER DEALT WITH AT COURT (%) |
|---|---|---|---|---|---|
| **THIS FORCE** | | **THIS FORCE** | **THIS FORCE** | **THIS FORCE** | **THIS FORCE** |
| April 2018 | 41,002 | 71.6% | 7.5% | 12.1% | 8.8% |
| April 2019 | 10,204 | 1.2% | 33.1% | 42.5% | 23.2% |
| **NATIONAL** | | **NATIONAL** | **NATIONAL** | **NATIONAL** | **NATIONAL** |
| April 2018 | 368,689 | 77.1% | 5.0% | 11.0% | 6.9% |
| April 2019 | 331,319 | 78.1% | 5.3% | 11.4% | 5.2% |

© Hooyu Ltd
Respondent 003341

CONFIDENTIAL                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 12835

Phil Spencer's **Property** Report


# Crime

### Crime rate per 1,000 population for this force - year to Sep 2017 and 2018



**METROPOLITAN** Crime Rate Year to Sep 2018 per 1,000 population — 83.3

**NATIONAL** Crime Rate Year to Sep 2018 per 1,000 population — 61.4

**ABOVE NATIONAL AVERAGE**

**ANTISOCIAL BEHAVIOUR**
THIS FORCE
2017 46.0
2018 40.8
NATIONAL
2017 39.6
2018 36.9

**BURGLARY**
THIS FORCE
2017 20.8
2018 18.1
NATIONAL
2017 15.7
2018 14.7

**VEHICLE CRIME**
THIS FORCE
2017 10.9
2018 9.9
NATIONAL
2017 6.6
2018 6.2

**ROBBERY**
THIS FORCE
2017 7.1
2018 5.4
NATIONAL
2017 2.1
2018 1.8

**VIOLENT CRIME**
THIS FORCE
2017 29.4
2018 36.8
NATIONAL
2017 21.4
2018 25.8

**OTHER THEFT**
THIS FORCE
2017 61.1
2018 55.7
NATIONAL
2017 41.2
2018 39.3

**CRIMINAL DAMAGE AND ARSON**
THIS FORCE
2017 6.6
2018 6.9
NATIONAL
2017 8.9
2018 8.7

**SHOPLIFTING**
THIS FORCE
2017 4.4
2018 4.8
NATIONAL
2017 5.5
2018 5.7

**DRUGS**
THIS FORCE
2017 12.1
2018 10.6
NATIONAL
2017 6.9
2018 6.2

**PUBLIC DISORDER AND WEAPONS**
THIS FORCE
2017 11.7
2018 12.3
NATIONAL
2017 7.9
2018 8.1

**POSSESSION OF WEAPONS**
THIS FORCE
2017 0.5
2018 0.5
NATIONAL
2017 0.4
2018 0.4

**VIOLENCE AND SEXUAL OFFENCES**
THIS FORCE
2017 2.5
2018 3.2
NATIONAL
2017 2.1
2018 2.8

**PUBLIC ORDER**
THIS FORCE
2017 3.2
2018 4.2
NATIONAL
2017 2.2
2018 2.5

**THEFT FROM THE PERSON**
THIS FORCE
2017 5.5
2018 3.8
NATIONAL
2017 1.7
2018 1.3

**BICYCLE THEFT**
THIS FORCE
2017 2.3
2018 2.1
NATIONAL
2017 1.6
2018 1.6

© Hooyu Ltd
Respondent 003342

CONFIDENTIAL OL PRIVATE COUNSEL-EPHRAIM OLSON 12836

 **Phil Spencer's**
**Property Report**

 

 ## Crime

### Comparison of crime types in this force

**COMPARISON OF CRIME TYPES IN THIS FORCE BETWEEN APRIL 2018 AND APRIL 2019**

From the total number of crimes registered in Metropolitan Police area, **the highest percentage was violence and sexual offences** whilst **the lowest percentage was possession of weapons**.

| | | | |
|---|---|---|---|
| Violence and sexual offences: | 21.4% | 251,736 | |
| Anti-social behaviour: | 20.8% | 244,956 | |
| Other theft: | 11.4% | 133,573 | |
| Vehicle crime: | 10.8% | 126,832 | |
| Burglary: | 7.5% | 87,649 | |
| Criminal damage and arson: | 5.2% | 61,601 | |
| Public order: | 4.5% | 53,055 | |
| Theft from the person: | 4.4% | 51,498 | |
| Shoplifting: | 4.0% | 46,919 | |
| Drugs: | 3.3% | 39,207 | |
| Robbery: | 3.2% | 37,628 | |
| Bicycle theft: | 1.9% | 21,945 | |
| Other crime: | 1.0% | 11,382 | |
| Possession of weapons: | 0.6% | 7,411 | |

**NUMBER OF CRIMES IN THIS FORCE BETWEEN APRIL 2018 AND APRIL 2019**



© Hooyu Ltd
Respondent 003343

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12837





**Phil Spencer's**
**Property Report**

## Schools

### Primary schools map



| Outstanding | Good | Requires Improvment | Inadequate | Not Rated |

| SCHOOL | SCHOOL NAME AND TYPE | OVERSUBSCRIPTION AND ADMISSION STATUS | 2013 KEY STAGE 2 % ACHIEVING EXPECTED LEVEL | | OFSTED GRADE |
|---|---|---|---|---|---|
| A | St Clement Danes CofE Primary School<br>Voluntary aided school | Oversubscribed<br>This catchment area is currently unknown | This school<br>Local Area Average<br>National Average | 88%<br>87%<br>80% | Outstanding |
| B | Soho Parish CofE Primary School<br>Voluntary aided school | Not oversubscribed<br>Inside admission area | This school<br>Local Area Average<br>National Average | 93%<br>87%<br>80% | Outstanding |
| C | St Matthew's School, Westminster<br>Voluntary aided school | Not oversubscribed<br>Inside admission area | This school<br>Local Area Average<br>National Average | 93%<br>87%<br>80% | Good |
| D | Oasis Academy Johanna<br>Academy converter | Not oversubscribed<br>Inside admission area | This school<br>Local Area Average<br>National Average | 79%<br>87%<br>80% | Good |
| E | St Josephs Catholic Primary School<br>Voluntary aided school | Not oversubscribed<br>Inside admission area | This school<br>Local Area Average<br>National Average | 85%<br>87%<br>80% | Good |
| F | Westminster Abbey Choir School<br>Other independent school | Unknown<br>This catchment area is currently unknown | This school<br>Local Area Average<br>National Average | Not Known | Not Rated |

These are the nearest six schools to the property searched. For admission criteria please contact the schools directly.

Data within Schools contains the following sources:
Department of Education; Ofsted; Google Maps;

26/06/20

Page 40

© Hooyu Ltd
Respondent 003344

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12838

 

Phil Spencer's
**Property** Report

 **Schools**

 **Primary schools details**

**St Clement Danes CofE Primary School**
Voluntary aided school

Click here
VIEW FULL DETAILS



School Admission area trend

Oversubscribed - This catchment area is currently unknown

Successful admission area

Not oversubscribed

Not available

2012 2014 2015 2016 2017 2018 2019

Admissions for pupils          Admission based on catchment area

| STATUS | PRIORITY ADMISSION | PRIORITY ADMISSION | CUT OFF TYPE | CUT OFF DISTANCE | AVAILABLE PLACES | NUMBER OF APPLICANTS |
|---|---|---|---|---|---|---|
| Oversubscribed | Church of England | Catchment area (unknown) | Straight line | None | 30 pupils | 80 pupils |

School Information

| NUMBER OF PUPILS | AGE RANGE | CLASSROOM SIZE | RELIGION | ENGLISH AS FIRST LANGUAGE | GENDER SPLIT (BOYS/GIRLS) | PUPILS TAKING FREE MEALS |
|---|---|---|---|---|---|---|
| 224 | 3 -11 years old | 28 pupils | Church of England | 40 % of pupils | 48% - 52% of pupils | 18 % of pupils |

School Performance

KS2: ACHIEVING EXPECTED LEVEL (2015)    KS2: EXCEEDING EXPECTED LEVEL (2015)



88%  87%  80%
This school
Local Area Average
National Average

12%  19%  24%
This school
Local Area Average
National Average

OFSTED INSPECTION RESULTS:
View Report



| CRITERIA | '07 | '11 | '14 |
|---|---|---|---|
| Overall Grade: | 3 | 2 | 1 |
| Quality of Teaching: | 3 | 2 | 1 |
| Achievement of Pupils: | 3 | 2 | 1 |
| Behaviour and Safety of Pupils: | 2 | 2 | 1 |
| Leadership and Management | 3 | 2 | 1 |

**1** - Outstanding **2** - Good **3** - Requires Improv.
**4** - Inadequate **NR** - Not Rated

| | | |
|---|---|---|
| ADDRESS: | Drury Lane , WC2B 5SU | WEBSITE: http://www.st-clement-danes.westminster.sch.uk/ |
| TELEPHONE: | 020 3096 9745 | HEADTEACHER: Miss Patricia Coxhead |

© Hooyu Ltd
Respondent 003345

CONFIDENTIAL          OL PRIVATE COUNSEL-EPHRAIM OLSON 12839

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12840












CONFIDENTIAL                                      OL PRIVATE COUNSEL-EPHRAIM OLSON 12841





**Phil Spencer's**
**Property Report**



CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12842


**Phil Spencer's Property Report**





## Schools

St Joseph's Catholic Primary School



### School Admission area trend

Not oversubscribed ✓  Easy to get a place ✓

This is a Faith School

Successful admission area — Not over-subscribed — Not available

Not Oversubscribed / Not Oversubscribed / Not Available / Not Oversubscribed / Not Oversubscribed / Not Available / Not Available / Not Available / Not Oversubscribed / Not Available

2009 2010 2011 2012 2013 2014 2015 2016 2017 2018

### Admissions for pupils

Admission based on faith

| STATUS | PRIORITY ADMISSION | PRIORITY ADMISSION | CUT OFF TYPE | CUT OFF DISTANCE | AVAILABLE PLACES | NUMBER OF APPLICANTS |
|---|---|---|---|---|---|---|
| ✓ Not oversubscribed | Roman Catholic | No catchment area | None | None N/A | 30 pupils | 58 pupils |

PLACES FOR SIBLINGS
12

### School Information

| NUMBER OF PUPILS | AGE RANGE | CLASSROOM SIZE | RELIGION | ENGLISH AS FIRST LANGUAGE | GENDER SPLIT (BOYS/GIRLS) | PUPILS TAKING FREE MEALS |
|---|---|---|---|---|---|---|
| 220 | 3 - 11 years old | 27 pupils | Roman Catholic | 55 % of pupils | 53% - 47% of pupils | 24 % of pupils |

### School Performance

**KS2: ACHIEVING EXPECTED LEVEL (2015)**

80% 85% 87% 80%
60%
40%
20%

This school / Local Area Average / National Average

**KS2: EXCEEDING EXPECTED LEVEL (2015)**

80%
60%
40%
26% 19% 24%
20%

This school / Local Area Average / National Average

**OFSTED INSPECTION RESULTS:**
View Report

| CRITERIA | '09 | '14 | '18 |
|---|---|---|---|
| Overall Grade: | 2 | 1 | 2 |
| Quality of Teaching: | 2 | 1 | 2 |
| Achievement of Pupils: | 2 | 1 | 2 |
| Behaviour and Safety of Pupils: | 2 | 1 | 1 |
| Leadership and Management | 2 | 1 | 2 |

1 - Outstanding 2 - Good 3 - Requires Improv.
4 - Inadequate NR - Not Rated

⊕ **ADDRESS:** Macklin Street , WC2B 5NA
☎ **TELEPHONE:** 020 7242 7712
**WEBSITE:** http://www.stjosephs.camden.sch.uk/
**HEADTEACHER:** Miss Helen Tyler

CONFIDENTIAL    OL PRIVATE COUNSEL-EPHRAIM OLSON 12843



CONFIDENTIAL                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12844

 



## Phil Spencer's Property Report

### Schools

#### Secondary schools map



| | Outstanding | | Good | | Requires Improvment | | Inadequate | | Not Rated |
|---|---|---|---|---|---|---|---|---|---|

| SCHOOL | SCHOOL NAME AND TYPE | OVERSUBSCRIPTION AND ADMISSION STATUS | EXAM RESULTS (2014) GCSE | | OFSTED GRADE |
|---|---|---|---|---|---|
| A | Oasis Academy South Bank — Free schools | Oversubscribed — This catchment area is currently unknown | This school / Local Area Average / National Average | Not Known | Outstanding |
| B | London Nautical School — Foundation school | Not oversubscribed — Inside admission area | This school 60% / Local Area Average 44% / National Average 53% | | Good |
| C | DLD College London — Other independent school | Unknown — This catchment area is currently unknown | This school 7% / Local Area Average 44% / National Average 53% | | Not Rated |
| D | Westminster School — Other independent school | Unknown — This catchment area is currently unknown | This school 100% / Local Area Average 44% / National Average 53% | | Not Rated |
| E | The Royal Ballet School — Other independent school | Unknown — This catchment area is currently unknown | This school 85% / Local Area Average 44% / National Average 53% | | Not Rated |
| F | City Lit — Further education | Unknown — This catchment area is currently unknown | This school / Local Area Average / National Average | Not Known | Not Rated |

CONFIDENTIAL    OL PRIVATE COUNSEL-EPHRAIM OLSON 12845



**Phil Spencer's**
**Property Report**





## Schools

### Secondary schools details

Respondent 003352

CONFIDENTIAL          OL PRIVATE COUNSEL-EPHRAIM OLSON 12846





**Phil Spencer's**
**Property Report**

## 📋 Schools



CONFIDENTIAL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12847

 



CONFIDENTIAL OL PRIVATE COUNSEL-EPHRAIM OLSON 12848






Respondent 003355

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12849








© Hooyu Ltd
Respondent 003356

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12850

  



© Hooyu Ltd
Respondent 003357

CONFIDENTIAL OL PRIVATE COUNSEL-EPHRAIM OLSON 12851



CONFIDENTIAL    OL PRIVATE COUNSEL-EPHRAIM OLSON 12852



**Phil Spencer's Property Report**

 

## Nearest Businesses and Services



### Businesses within 5 miles



| | | | | |
|---|---|---|---|---|
| 9 SUPERMARKETS | 12 CONVENIENCE STORES | 256 RESTAURANTS | 69 PUBS/BARS | 5 POST OFFICES |
| 11 BANKS | 7 GYMS | 0 PETROL STATIONS | 34 COFFEE SHOPS | 13 TAKE AWAYS |

### Nearest businesses



© Hooyu Ltd
Respondent 003359

CONFIDENTIAL                OL PRIVATE COUNSEL-EPHRAIM OLSON 12853

 

## Phil Spencer's Property Report

## Nearest Businesses and Services



**Supermarkets**

A. Tesco Express
1-4 Charing Cross,
SW1A 2DR
0345 026 9353
0.2 Miles

B. Sainsbury's Local
36-37 Strand, WC2N 5HY
020 7930 7006
0.2 Miles

C. Tesco Express
Portcullis House,
SW1A 2JR
0345 026 9357
0.3 Miles

D. Tesco Metro
22-25 Bedford Street,
WC2E 9EQ
0345 677 9173
0.4 Miles

E. Tesco Express
125 The Strand,
WC2R 0AP
0345 026 9336
0.4 Miles

**Convenience Stores**

A. Jumbo the South
African Shop
33 Villiers Street,
WC2N 6NG
020 7839 6415
0.2 Miles

B. Whistlestop Within
Charing Cross Train
Station
Charing Cross Station
Strand, WC2N 5HS
020 7321 0583
0.2 Miles

C. M & S Simply Food
Main Station Entrance
Charing Cross Street
London, WC2N 5HS
020 7925 2451
0.2 Miles

D. A P Food
21-22 Embankment
Place, WC2N 6NN
020 7839 7796
0.2 Miles

E. Co-op Food
456-459 Strand,
WC2R 0RG
020 7839 4570
0.2 Miles



**Restaurants**

A. 1 2 L 2
2 Whitehall Court,
SW1A 2EJ
020 7451 9333
0 Miles

B. The Northall
Restaurant
10a Northumberland
Avenue, WC2N 5AE
020 7321 3100
0.1 Miles

C. R S Hispaniola
Victoria Embankment,
WC2N 5DJ
020 7839 3011
0.1 Miles

D. McDonald's
45-47 Whitehall,
SW1A 2BX
020 7930 4480
0.1 Miles

E. 50 Kale
7 Northumberland
Avenue, WC2N 5BY
020 7930 9955
0.1 Miles

**Pubs/Bars**

A. Kerridges Bar &
Grill
10a Northumberland
Avenue, WC2N 5AE
020 7321 3244
0.1 Miles

B. The Clarence
53 Whitehall, SW1A 2HP
020 7930 4808
0.1 Miles

C. Boyds Grill & Wine
Bar
8 Northumberland
Avenue, WC2N 5BY
020 7808 3344
0.1 Miles

D. The Old Shades
37 Whitehall, SW1A 2BX
020 7839 8577
0.1 Miles

E. Sherlock Holmes
10 Northumberland
Street, WC2N 5DB
020 7930 2644
0.1 Miles

© Hooyu Ltd
Respondent 003360

CONFIDENTIAL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12854

Phil Spencer's
**Property Report**

1 9 2 .com
People | Businesses | Places

move

# Nearest Businesses and Services



**Post Offices**

A. Portcullis House Post Office
Portcullis House Bridge Street, SW1A 2LW
0345 722 3344
0.3 Miles

**Banks**

A. RBS
49 Charing Cross, SW1A 2DX
020 7839 1200
0.2 Miles

B. HSBC Bank Plc
455 Strand, WC2R 0RH
0345 740 4404
0.2 Miles

C. Natwest
36-39 Strand, WC2N 5JB
0345 788 8444
0.2 Miles

D. Lloyds Bank
48-49 Strand, WC2N 5LL
0345 602 1997
0.2 Miles

E. Halifax
51-55 Strand, WC2N 5LS
0345 720 3040
0.3 Miles



**Gyms**

A. Westminster Gym
1 Canon Row, SW1A 2JN
020 7219 5546
0.3 Miles

B. Club at County Hall
Riverside Building, County Hall Westminster Bridge Road, SE1 7PB
020 7902 8023
0.3 Miles

C. Fitness First the Strand
6 Bedford Street, WC2E 9HZ
020 3096 7551
0.3 Miles

D. GymBox
42-49 St Martin's Lane, WC2N 4ED
020 7395 0270
0.4 Miles

E. PureGym London Piccadilly
Rex House 4-12 Regent Street, SW1Y 4PE
0345 013 3386
0.4 Miles

**Petrol Stations**

There are no Petrol Stations within 5 miles of this property.

CONFIDENTIAL   OL PRIVATE COUNSEL-EPHRAIM OLSON 12855






Respondent 003362

CONFIDENTIAL                                                   OL PRIVATE COUNSEL-EPHRAIM OLSON 12856

 

# Moving home with confidence

contact us:
partnerships@192.com

Hooyu Ltd
Unit 8 Quayside Lodge
William Morris Way
London
SW6 2UZ

Respondent 003363

This is Exhibit "9" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12858



**Scotiabank**®

260 - 61ST AVENUE. S.W.
CALGARY, AB T2H 3A2

SBVREP_10100_D20127_A E S 52639

MR THOMAS H OLSON
16 MIDLAKE BLVD SE
SUITE 256
CALGARY, AB  T2X 2X7

**Borrowers on this account;**
MR THOMAS H OLSON

This statement covers transactions posted to your account during the Statement Period.

### *Scotia Rewards*® Summary

Based on your eligible purchases, please find below the *Scotia Rewards* points you have earned on your Scotiabank Passport Visa Infinite card for this statement period

| | |
|---|---|
| Beginning points balance | 1,536,577 |
| Points earned (2x earn rate**) | 2,362 |
| Points earned (1x earn rate**) | 44,157 |
| Bonus points earned | 10,250 |
| **Ending points balance** | **1,593,346** |

† Points redeemed includes points that were transferred to another product or converted to another rewards currency

** when you use your Scotiabank Passport Visa Infinite card, you earn 2 points for every $1 spent on eligible everyday purchases at grocery stores, dining, entertainment purchases, and daily transit purchases (including buses, subways, taxis and more!) and 1 point for every $1 spent on all other eligible purchases.

® *Scotia Rewards* points earned, including any bonus points earned, points adjustments or points redeemed on the Statement Date may not be reflected.

For more information on your *Scotia Rewards* points, and to sign-up for email offers, visit www.scotiarewards.com or call 1-800-665-2582

### Transactions since your last statement

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| | | | MR THOMAS H OLSON - 4537 470 428 670 029 | |
| 001 | Apr 6 | Apr 7 | APPLE.COM/BILL 866-712-7753 ON   (APPLE PAY) | 2.93 |
| 002 | Apr 6 | Apr 7 | NORTH WEST DIAMOND DRILLI PINE RIVER MB | 25.70 |

*Continued on page 3*

P

| Statement Period | Apr 7, 2020 - May 6, 2020 |
|---|---|
| Statement date | May 6, 2020 |
| Account # | ██████████0 029 |
| Page | 1 of 5 |

# Scotiabank Passport™ Visa Infinite* card

**If you have any questions about this statement, call us at:**
1-888-999-2718 / 416-288-4676
TTY Service 1-800-645-0288

| Payment due date | **May 27, 2020** |
|---|---|
| **Total minimum payment** | **$10.00** |
| Current minimum payment | $10.00 |

| Previous balance, Apr 6/20 | | $12,853.08 |
|---|---|---|
| Interest | + | $0.00 |
| Payments/credits | - | $52,044.60 |
| Purchases/charges | + | $54,908.06 |
| **New balance** | **=** | **$15,716.54** |
| Credit limit | | $30,000.00 |
| Credit available | | $14,283.00 |

### Interest Information
Annual interest rates as of statement date:
| Cash advances | 22.99% |
|---|---|
| Purchases | 19.99% |

THO000148

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12859

**Scotiabank®**

| Statement Period | Apr 7, 2020 - May 6, 2020 |
|---|---|
| Statement date | May 6, 2020 |
| Account # | ███████ 0 029 |
| Page | 2 of 5 |

**Scotiabank Passport Visa Infinite card**

## INFORMATION ABOUT YOUR SCOTIABANK STATEMENT

**Review your statement carefully:** If you believe there is an error, contact us through any branch or at any number listed on this statement **within 15 days** of your statement date. Otherwise it is considered correct (except any item or credit posted in error).
**Other Important Information:** This statement is a summary only. Review the Agreements that apply to your Account including: the Credit Agreement (if you entered into one when you applied), your Personal Credit Agreement Booklet (if you received one), the Revolving Credit Agreement (received with your Card) and the Disclosure Statement or other disclosures we send you (all the "Account Agreements") for more details about this Account.

1. **PAYMENTS:** The TOTAL MINIMUM PAYMENT on this statement includes your minimum payment and any amount(s) shown as overdue or overlimit. Overdue or overlimit amount(s) must be paid in full. We must receive your minimum payment by the PAYMENT DUE DATE shown on your statement. Your payment options are shown below.

   If your Account goes into default and we demand the balance in full, we will no longer send statements. However, we will continue to charge interest on your Account.

   We reserve the right to hold funds until your payment has cleared. This may temporarily affect your available credit.

   Please refer to your Account Agreements for information about the minimum payment or how your payments are applied to your Account.

2. **INTEREST CHARGES:** We calculate interest on the portion of your debt to which interest applies using the annual interest rate(s) shown on the front of your statement, or which we have notified you of separately.

   For Scotiabank Visa credit card accounts, we will not charge interest on any new purchases and interest-bearing fees (annual fees, dishonoured payment fee, dishonoured Scotia Credit Card Cheque fees, replacement fees and overlimit fees) if we receive payment, by the PAYMENT DUE DATE, of the entire balance on the statement on which they first appear. If your current balance on this statement is not paid in full, we will charge interest on all new purchases and interest-bearing fees from their transaction date to the date they are paid in full. Note that purchases made with your *ScotiaLine* access card are treated as advances.

   Interest is charged and is payable on each cash advance, balance transfer, Scotia® Credit Card Cheque and cash-like transaction on a Scotiabank credit card and all advances on a line of credit from the transaction date shown on the statement to the date it is repaid in full. **There is no interest-free grace period for cash advances, balance transfers, *Scotia* Credit Card Cheques and cash-like transactions on a credit card or advances on a line of credit.**

   We calculate interest on your debt daily but we only add it to your debt once a month on each statement. We calculate the amount of daily interest by adding any new transactions (including new advances) and subtracting any payments and then multiplying the unpaid balance of the debt on which interest is payable by the annual interest rate then dividing by 365 or 366 in a leap year. Interest is charged on a leap day in a leap year. Any unpaid interest on your current statement is added to the balance on your next statement. **However, we do not charge interest on interest.**

   Interest is charged at the rate(s) applicable under the Account Agreements both before and after the final payment date, maturity, default and judgment, until the account has been paid off in full.

   Interest appearing on this statement is calculated only to the statement date. We will continue to charge interest on the amounts you owe until we receive payment in full. This interest will be reflected on your next statement. To pay off the full amount you owe and stop interest from accruing, ask your branch for your payout balance and pay that amount at the branch the same day. This figure may not include insurance premiums and/or transactions not posted to your Account.

3. **INTEREST RATE CHANGES:** We will tell you the applicable interest rates on your Account. We may change these rates from time to time as described in our Account Agreements and as permitted by applicable law. For variable interest rate accounts, interest is composed of two factors: our prime rate and an adjustment factor. We will change our prime rate from time to time and will post a notice of this in our branches. We may also change the adjustment factor, but we will give you prior notice with the effective date of the change.

4. **TRANSACTION & POSTING DATES:** There are dates shown next to each transaction on your statement; "TRANS DATE" is the date the transaction occurred; and "POST DATE" is the date the transaction is applied (posted) to your Account.

5. **TRANSACTIONS IN FOREIGN CURRENCY:** See the section "Dealing with transactions in a foreign currency" in your Revolving Credit Agreement for full details about Transactions in a Foreign Currency and your Disclosure Statement or other disclosures for any foreign currency conversion mark-up(s) that may apply.
   **For Scotiabank U.S. Dollar Visa credit card accounts:** Transactions in a currency other than U.S. dollars are charged or credited to your Account in U.S. dollars.
   **For other Scotiabank Visa credit card accounts and ScotiaLine access cards:** Transactions in a foreign currency are charged or credited to your Account in Canadian dollars. The exchange rate is determined by Visa Inc. on our behalf on the date that the Transaction is settled with Visa Inc. This exchange rate may be different from the rate in effect on the transaction date. When the Transaction is posted to your Account, in addition to the exchange rate, you may be charged a foreign currency conversion mark-up for each transaction. The mark-up is disclosed in your Disclosure Statement and applies to both debit and credit transactions.

**For Scotiabank Visa credit card payments and Scotia Credit Card Cheques:** The exchange rate will be the posted rate charged to customers at any of our branches on the date the Transaction occurs. For any reversal of these Transactions, the exchange rate will be determined in the same manner as of the date the Transaction is reversed. The Bank's exchange rate may not be the same rate as the exchange rate set by Visa Inc.
**For Scotia Line of Credit accounts:** Foreign currency transactions are not permitted, except when using a ScotiaLine access card.

6. **HOW TO CONTACT US OR TO REPORT A LOST OR STOLEN CARD, PIN OR UNAUTHORIZED USE. If your Card, (including a Cheque), PIN or Password is LOST OR STOLEN or you suspect UNAUTHORIZED USE of your Card, PIN, Password or Account please contact us IMMEDIATELY at any of these numbers:**
   - Toronto area                                    416-288-1440
   - All other area codes within Canada    1-800-387-6466
   - Outside Canada (Collect)                  416-288-1440
   When you tell us that a Card, PIN or Password was lost or stolen, we will block the Account to prevent unauthorized use. As such, you will not be liable for any transactions made on the Account that occur *after* you tell us that a Card, PIN or Password was lost or stolen because we will consider that unauthorized use. Review your Account Agreements to learn more about how you can avoid unauthorized use on your Account.
   If you have general questions about your statement or your Account, you can write to us at:
   Scotiabank Contact Centres, P. O. Box 4100, Postal Station "A" Toronto, Ontario M5W 1T1

7. **PAYMENT OPTIONS:**
   - Option 1: Pay your Account at:
     - *Scotia OnLine*® Financial Services: www.scotiaonline.scotiabank.com
     - Scotiabank ABM in Canada (except *Scotiabank* U.S. Dollar VISA card)
     - *TeleScotia*® automated telephone banking at 1-800-267-1234
   - Option 2: At any Scotiabank branch in Canada.
   - Option 3: Use the branch, ABM, telephone or mobile and online banking services of any other financial institution in Canada.
   - Option 4: By mail to the address shown above. Make your payment payable to Scotiabank. Complete and return the payment slip attached to your statement (if applicable) along with your payment.
   PLEASE WRITE YOUR ACCOUNT NUMBER ON THE FRONT OF YOUR CHEQUE OR MONEY ORDER (payable to Scotiabank).
   *For Options 3 or 4: Please allow time for your payment to reach us so that we have time to process it and apply it to your Account.*

8. **\*\*\* ESTIMATE OF THE TIME IT WILL TAKE TO PAY THE OUTSTANDING BALANCE FOR CREDIT CARD ACCOUNTS:** This calculation is approximate and for informational purposes only. The calculation assumes: (i) the outstanding balance on this statement is rounded up to the nearest $100; (ii) the first minimum payment is the amount shown in the TOTAL MINIMUM PAYMENT box, including any overlimit or overdue amount; (iii) each subsequent minimum payment is based on a declining balance and a declining minimum payment; (iv) each minimum payment will be received by us on its corresponding payment due date; (v) monthly interest is added to the Account using a constant interest rate equal to the current Preferred Rate for purchases, except that the higher Standard Rate for purchases is used if that rate is currently applicable to your Account; and (vi) monthly interest is calculated by multiplying the entire projected outstanding balance for each statement period by the annual interest rate(s), then dividing by 360, and then multiplying by 30. The actual time to pay your outstanding balance will depend on various factors including actual interest rate(s) that apply and amounts, timing and payment application, the nature of any transactions and any applicable grace periods.

®™Registered trademarks or trademarks of The Bank of Nova Scotia. *Visa Int./Lic. User.
All other marks are the respective property of their owners.

Date revised July 2019

SPVREF_10100_D20127_A-0030718   101092

THO000149



Statement Period    Apr 7, 2020 - May 6, 2020
Statement date      May 6, 2020
Account #           ████████ 0 029
Page                3 of 5

## Scotiabank Passport Visa Infinite card

## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 003 | Apr 6 | Apr 7 | AMZN Mktp CA*JB6CY1BI3 WWW.AMAZON.CA ON | 45.99 |
| 004 | Apr 6 | Apr 7 | COMPANIES OFFICE WINNIPEG MB | 65.00 |
| 005 | Apr 6 | Apr 7 | AMZN Mktp CA*ED8GQ3S63 WWW.AMAZON.CA ON | 159.99 |
| 006 | Apr 6 | Apr 7 | RINGCENTRAL 650-4724100 CA | 245.37 |
| 007 | Apr 7 | Apr 7 | DATABANK HOLDINGS 410-246-8834 TX AMT 482.57 UNIT ED STATES DOL LAR | 688.34 |
| 008 | Apr 7 | Apr 8 | KUBRA/EPCOR EZ-PAY FEE 800-766-6616 ON | 11.34 |
| 009 | Apr 7 | Apr 8 | EPCORENERGY-EZ-PAY 800-667-2345 AB | 647.81 |
| 010 | Apr 8 | Apr 9 | CREDIT VOUCHER/RETURN HOTELSCOM9195198088357 TH.HOTELS.COM ON | 77.50- |
| 011 | Apr 9 | Apr 13 | CREDIT VOUCHER/RETURN HOTELSCOM919556I294127 HOTELS.COM ON | 175.51- |
| 012 | Apr 10 | Apr 13 | MAVERICK LAW OP 403-949-3339 AB | 36.23 |
| 013 | Apr 10 | Apr 13 | BABYTEL INC MONTREAL QC | 44.10 |
| 014 | Apr 10 | Apr 13 | INFORMATION SERVICES C 866-275-4721 SK | 100.00 |
| 015 | Apr 11 | Apr 13 | USZOOM I POSTAL1 USZOOM I 8455795570 NY AMT      3.30 UNIT ED STATES DOL LAR | 4.62 |
| 016 | Apr 12 | Apr 13 | CHATABOX CHEPSTOW  AMT       24.60 UNIT ED STATES DOL LAR | 34.47 |
| 017 | Apr 13 | Apr 14 | QuickBooks 888-829-8589 AB | 113.00 |
| 018 | Apr 13 | Apr 14 | BELL MTS WINNIPEG MB | 290.61 |
| 019 | Apr 13 | Apr 14 | PC-CANADA.COM 8557210241 ON | 548.78 |
| 020 | Apr 13 | Apr 14 | BEST BUY.CA # 900 MISSISSAUGA ON | 3,938.51 |
| 021 | Apr 14 | Apr 15 | TCD*THOMSONREUTERCARSW 800-387-5160 ON | 142.85 |
| 022 | Apr 14 | Apr 15 | TCD*THOMSONREUTERCARSW 800-387-5160 ON | 160.00 |
| 023 | Apr 15 | Apr 16 | KUBRA/EPCOR EZ-PAY FEE 800-766-6616 ON | 6.48 |
| 024 | Apr 15 | Apr 16 | CORPORATE FILINGS LLC 888-7898466 WY AMT      50.00 UNIT ED STATES DOL LAR | 70.67 |
| 025 | Apr 15 | Apr 16 | FIDO Mobile *876624263 888-481-3436 ON | 75.48 |
| 026 | Apr 15 | Apr 16 | EPCORENERGY-PHONEPYMNT 800-667-2345 AB | 370.34 |
| 027 | Apr 15 | Apr 16 | LITVAK LITVAK MEHRTENS 303-8370757 CO AMT      650.00 UNIT ED STATES DOL LAR | 918.77 |
| 028 | Apr 15 | Apr 16 | ThinkTel 866-9284465 ON | 3,251.29 |
| 029 | Apr 15 | Apr 16 | HANKS. PETERSON PC 801-3630940 UT AMT 4,527.50 UNIT ED STATES DOL LAR | 6,399.62 |
| 030 | Apr 15 | Apr 15 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 12,853.08- |
| 031 | Apr 16 | Apr 17 | TODOIST.COM HTTPSTODOIST. CA AMT 15.00 UNIT ED STATES DOL LAR | 21.28 |
| 032 | Apr 16 | Apr 17 | SMS EQUIPMENT - 126 WINNIPEG MB | 3,482.30 |
| 033 | Apr 16 | Apr 17 | BEST BUY.CA # 900 MISSISSAUGA ON | 3,938.51 |
| 034 | Apr 17 | Apr 17 | AMZN Mktp CA*Z05YM3JM3 WWW.AMAZON.CA ON | 19.99 |
| 035 | Apr 17 | Apr 17 | AMZN Mktp CA*TT0PR5533 WWW.AMAZON.CA ON | 115.30 |
| 036 | Apr 17 | Apr 20 | APPLE.COM/BILL 866-712-7753 ON   (APPLE PAY) | 4.19 |
| 037 | Apr 18 | Apr 20 | USZOOM I POSTAL1 USZOOM I 8455795570 NY AMT       6.60 UNIT ED STATES DOL LAR | 9.32 |
| 038 | Apr 19 | Apr 20 | EDF ENERGY-ECOM PLYMOUTH  AMT 22.81 POUN D STERLING | 40.13 |
| 039 | Apr 20 | Apr 21 | XPLORNET MARKHAM ON | 67.19 |
| 040 | Apr 20 | Apr 21 | QuickBooks 888-829-8589 AB | 73.52 |
| 041 | Apr 20 | Apr 21 | Amazon.ca*G302Y74S3 AMAZON.CA ON | 161.55 |
| 042 | Apr 20 | Apr 21 | DIRECT ENERGY REGULATED EDMONTON AB | 242.21 |
| 043 | Apr 20 | Apr 21 | CORPORATION SERVICE CO 866-403-5272 DE AMT      391.00 UNIT ED STATES DOL LAR | 553.42 |
| 044 | Apr 20 | Apr 21 | RECEIPT BANK WWW.RECEIPTBA DC | 599.00 |
| 045 | Apr 20 | Apr 21 | CROWE MACKAY LLP CALGARY AB | 1,837.50 |

*Continued on next page*

THO000150

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12861



**Statement Period** Apr 7, 2020 - May 6, 2020
**Statement date** May 6, 2020
**Account #** ▓▓▓▓▓▓▓▓0 029
**Page** 4 of 5

Scotiabank Passport Visa Infinite card

## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 046 | Apr 20 | Apr 21 | CROWE MACKAY LLP CALGARY AB | 2,047.50 |
| 047 | Apr 20 | Apr 21 | ACCU SEARCH EDMONTON AB | 8,331.15 |
| 048 | Apr 20 | Apr 20 | MB-CREDIT CARD/LOC PAY. FROM - 62299025 1682 | 35,000.00- |
| 049 | Apr 21 | Apr 21 | Amazon.ca Prime Member amazon.ca/pri BC | 8.39 |
| 050 | Apr 21 | Apr 21 | ONCORP 416-964-2677 ON | 165.07 |
| 051 | Apr 21 | Apr 21 | ONCORP 416-964-2677 ON | 165.07 |
| 052 | Apr 21 | Apr 21 | ONCORP 416-964-2677 ON | 165.07 |
| 053 | Apr 21 | Apr 21 | ONCORP 416-964-2677 ON | 165.07 |
| 054 | Apr 21 | Apr 21 | ONCORP 416-964-2677 ON | 165.07 |
| 055 | Apr 21 | Apr 21 | ONCORP 416-964-2677 ON | 165.07 |
| 056 | Apr 22 | Apr 23 | NORTH WEST DIAMOND DRILLI PINE RIVER MB | 39.53 |
| 057 | Apr 22 | Apr 23 | OTI*OPEN TEXT INC 519-888-7111 TX AMT 150.00 UNIT ED STATES DOL LAR | 213.61 |
| 058 | Apr 22 | Apr 23 | BEST BUY.CA # 899 RICHMOND BC | 335.99 |
| 059 | Apr 22 | Apr 23 | CREDIT VOUCHER/RETURN BEST BUY.CA # 900 MISSISSAUGA ON | 3,938.51- |
| 060 | Apr 23 | Apr 24 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT 0.25 UNIT ED STATES DOL LAR | 0.36 |
| 061 | Apr 23 | Apr 24 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT 0.25 UNIT ED STATES DOL LAR | 0.36 |
| 062 | Apr 23 | Apr 24 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT 0.25 UNIT ED STATES DOL LAR | 0.36 |
| 063 | Apr 23 | Apr 24 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT 0.25 UNIT ED STATES DOL LAR | 0.36 |
| 064 | Apr 24 | Apr 27 | MONSTER WORLDWIDE CANADA MONTREAL QC | 786.45 |
| 065 | Apr 25 | Apr 27 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT 3.30 UNIT ED STATES DOL LAR | 4.66 |
| 066 | Apr 25 | Apr 27 | MB LIQUOR MART #7 DAUPHIN MB | 83.38 |
| 067 | Apr 25 | Apr 28 | SAFEWAY #4833 DAUPHIN MB | 241.33 |
| 068 | Apr 25 | Apr 28 | WAL-MART STORE#3022 DAUPHIN MB | 288.33 |
| 069 | Apr 25 | Apr 28 | SAFEWAY #4833 DAUPHIN MB | 365.74 |
| 070 | Apr 27 | Apr 28 | FLEETIO.COM HTTPSWWW FLEE AL AMT 186.00 UNIT ED STATES DOL LAR | 262.67 |
| 071 | Apr 27 | Apr 28 | ROMEO AMSTERDAM AMT 8.99 EURO | 13.75 |
| 072 | Apr 27 | Apr 28 | TCD*THOMSONREUTERCARSW 800-387-5160 ON | 142.85 |
| 073 | Apr 27 | Apr 28 | DNH*GODADDY.COM CAD 480-505-8855 BC | 199.98 |
| 074 | Apr 27 | Apr 28 | LEGAL EDUCATION SOCIETY O 780-420-1987 AB | 252.00 |
| 075 | Apr 27 | Apr 28 | PUROLATOR/5150824 MISSISSAUGA ON | 390.15 |
| 076 | Apr 28 | Apr 29 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT 0.25 UNIT ED STATES DOL LAR | 0.35 |
| 077 | Apr 28 | Apr 29 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT 0.50 UNIT ED STATES DOL LAR | 0.70 |
| 078 | Apr 28 | Apr 29 | BAKER COMPUTERS DAUPHIN MB | 163.35 |
| 079 | Apr 29 | Apr 29 | AMZN Mktp US*DJ2D33E53 Amzn.com/bill WA AMT 22.34 UNIT ED STATES DOL LAR | 31.45 |
| 080 | Apr 29 | Apr 29 | INFORMATION SERVICES C 866-275-4721 SK | 50.00 |
| 081 | Apr 29 | Apr 30 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 22.89 |
| 082 | Apr 29 | Apr 30 | VALLEY DOOR SYSTEMS SWAN RIVER MB | 651.29 |
| 083 | Apr 30 | May 1 | APPLE.COM/BILL 866-712-7753 ON | 4.19 |
| 084 | Apr 30 | May 1 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 176.38 |
| 085 | May 1 | May 1 | APPLE.COM/CA 800-676-2775 ON | 2,047.71 |
| 086 | May 1 | May 4 | EX NETWORKS LIMITE RS AMT 400.00 POUN D STERLING | 708.19 |
| 087 | May 1 | May 4 | AWP HEALTH & LIFE DUBLIN 12 AMT 2,660.00 UNIT ED STATES DOL LAR | 3,753.79 |
| 088 | May 2 | May 4 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 109.10 |
| 089 | May 2 | May 4 | HEXNODE MITSOGO INC HTTPSWWW.HEXN CA AMT 100.30 UNIT ED STATES DOL LAR | 141.54 |
| 090 | May 4 | May 5 | KUBRA/EPCOR EZ-PAY FEE 800-766-6616 ON | 5.08 |
| 091 | May 4 | May 5 | AMZN Mktp CA*2D9OZ8Y63 WWW.AMAZON.CA ON | 9.99 |
| 092 | May 4 | May 5 | CHIEF MOUNTAIN GAS CO-OP CARDSTON AB | 20.67 |

*Continued on next page*

THO000151

SBVREP_10100_D2O127_A - 0030716    101094

OL PRIVATE COUNSEL-EPHRAIM OLSON 12862

## Scotiabank®



# Scotiabank Passport
# Visa Infinite card

## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 093 | May 4 | May 5 | AMZN Mktp CA*2B1QJ0KH3 WWW.AMAZON.CA ON | 109.54 |
| 094 | May 4 | May 5 | Amazon.ca*564XO1FO3 AMAZON.CA ON | 157.89 |
| 095 | May 4 | May 5 | CHIEF MOUNTAIN GAS CO-OP CARDSTON AB | 161.07 |
| 096 | May 4 | May 5 | WESTERN CANADA WELDING PR LETHBRIDGE AB | 181.55 |
| 097 | May 4 | May 5 | EPCORENERGY-EZ-PAY 800-667-2345 AB | 290.09 |
| 098 | May 4 | May 5 | SPRUCE COUNTRY COMPUTER SWAN RIVER MB | 873.59 |
| 099 | May 4 | May 6 | BELL MTS WINNIPEG MB | 169.64 |
| 100 | May 5 | May 5 | 1PASSWORD TORONTO ON AMT 45.94 UNIT ED STATES DOL LAR | 65.02 |
| 101 | May 5 | May 6 | GODADDY.COM CANADA 480-5058855 BC | 439.98 |
| | | | SUB-TOTAL CREDITS - 4537 470 428 670 029 | $52,044.60- |
| | | | SUB-TOTAL DEBITS - 4537 470 428 670 029 | $54,908.06 |

## Interest charges

| | |
|---|---|
| Cash advances/cheques | $0.00 |
| Special rate offers | $0.00 |
| Purchases | $0.00 |

As per your instruction, the payment will be automatically debited from your designated account provided funds are available.

**Update to important notice about Fee and Other Changes:**
We recognize this is an uncertain time for everyone. As such, previously communicated changes to cash advance fees (and if applicable, *Scotia Rewards* point redemption requirements), described in your February statement, or your Welcome Package with your new Card, will not take effect in May 2020.
**However**, changes to the Revolving Credit Agreement **are still in effect as of May 1, 2020**. More details at: www.scotiabank.com/revolvingcreditagreement

Estimate of the time it will take to pay the "New Balance" shown on this statement, through minimum payments*** : 131 Years and 8 Months.

SBVRFP_10100_D20127_A - 0030718  HRI - - 3 - 3 - 19 - -  10105

THO000152

CONFIDENTIAL



SB\REP_10100_D2017Z_A • 0030718    101096

THO000153



**Scotiabank**

260 - 61ST AVENUE. S.W.
CALGARY, AB T2H 3A2

| | |
|---|---|
| **Statement Period** | May 7, 2020 - Jun 4, 2020 |
| **Statement date** | Jun 4, 2020 |
| **Account #** | ████████0 029 |
| **Page** | 1 of 5 |

## Scotiabank Passport™ Visa Infinite* card

SBVREP_10100_D20156_A E S 52639

MR THOMAS H OLSON
16 MIDLAKE BLVD SE
SUITE 256
CALGARY, AB  T2X 2X7

**If you have any questions about this statement, call us at:**
1-888-999-2718 / 416-288-4676
TTY Service 1-800-645-0288

| | |
|---|---|
| **Payment due date** | **Jun 25, 2020** |
| **Total minimum payment** | **$0.00** |
| Current minimum payment | $0.00 |
| Previous balance, May 6/20 | $15,716.54 |
| Interest                + | $0.00 |
| Payments/credits         - | $106,505.49 |
| Purchases/charges        + | $86,971.28 |
| **New balance            =** | **$3,817.67 CR** |
| Credit limit | $30,000.00 |
| Credit available | $33,817.00 |

**Borrowers on this account;**
MR THOMAS H OLSON

This statement covers transactions posted to your account during the Statement Period.

### Scotia Rewards® Summary

**Interest Information**
Annual interest rates as of statement date:
Cash advances                  22.99%
Purchases                      19.99%

Based on your eligible purchases, please find below the *Scotia Rewards* points you have earned on your Scotiabank Passport Visa Infinite card for this statement period

| | |
|---|---|
| Beginning points balance | 1,593,346 |
| Points earned (2x earn rate**) | 1,540 |
| Points earned (1x earn rate**) | 64,015 |
| Bonus points earned | 12,000 |
| **Ending points balance** | **1,670,901** |

† Points redeemed includes points that were transferred to another product or converted to another rewards currency

** when you use your Scotiabank Passport Visa Infinite card, you earn 2 points for every $1 spent on eligible everyday purchases at grocery stores, dining, entertainment purchases, and daily transit purchases (including buses, subways, taxis and more!) and 1 point for every $1 spent on all other eligible purchases.

® *Scotia Rewards* points earned, including any bonus points earned, points adjustments or points redeemed on the Statement Date may not be reflected.

For more information on your *Scotia Rewards* points, and to sign-up for email offers, visit www.scotiarewards.com or call 1-800-665-2582

### Transactions since your last statement

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| MR THOMAS H OLSON - 4537 470 428 670 029 | | | | |
| 001 | May 6 | May 7 | Amazon.ca*CB73J73F3 AMAZON.CA ON | 157.89 |
| 002 | May 6 | May 7 | AMZN Mktp CA*PC14V9Sl3 WWW.AMAZON.CA ON | 196.00 |

*Continued on page 3*

THO000154

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12865

SBVREP_10100_D20156_A-0029314  HR--3-1-15--096415

**Scotiabank**

### Scotiabank Passport Visa Infinite card

## INFORMATION ABOUT YOUR SCOTIABANK STATEMENT

**Review your statement carefully:** If you believe there is an error, contact us through any branch or at any number listed on this statement **within 15 days** of your statement date. Otherwise it is considered correct (except any item or credit posted in error).
**Other Important Information:** This statement is a summary only. Review the Agreements that apply to your Account including: the Credit Agreement (if you entered into one when you applied), your Personal Credit Agreement Booklet (if you received one), the Revolving Credit Agreement (received with your Card) and the Disclosure Statement or other disclosures we send you (all the "Account Agreements") for more details about this Account.

1. **PAYMENTS:** The TOTAL MINIMUM PAYMENT on this statement includes your minimum payment and any amount(s) shown as overdue or overlimit. Overdue or overlimit amount(s) must be paid in full. We must receive your minimum payment by the PAYMENT DUE DATE shown on your statement. Your payment options are shown below.

   If your Account goes into default and we demand the balance in full, we will no longer send statements. However, we will continue to charge interest on your Account.

   We reserve the right to hold funds until your payment has cleared. This may temporarily affect your available credit.

   Please refer to your Account Agreements for information about the minimum payment or how your payments are applied to your Account.

2. **INTEREST CHARGES:** We calculate interest on the portion of your debt to which interest applies using the annual interest rate(s) shown on the front of your statement, or which we have notified you of separately.

   For Scotiabank Visa credit card accounts, we will not charge interest on any new purchases and interest-bearing fees (annual fees, dishonoured payment fee, dishonoured Scotia Credit Card Cheque fees, replacement fees and overlimit fees) if we receive payment, by the PAYMENT DUE DATE, of the entire balance on the statement on which they first appear. If your current balance on this statement is not paid in full, we will charge interest on all new purchases and interest-bearing fees from their transaction date to the date they are paid in full. Note that purchases made with your *ScotiaLine* access card are treated as advances.

   Interest is payable on each cash advance, balance transfer, Scotia® Credit Card Cheque and cash-like transaction on a Scotiabank credit card and all advances on a line of credit from the transaction date shown on the statement to the date it is repaid in full. **There is no interest-free grace period for cash advances, balance transfers, *Scotia* Credit Card Cheques and cash-like transactions on a credit card or advances on a line of credit.**

   We calculate interest on your debt daily but we only add it to your debt once a month on each statement. We calculate the amount of daily interest by adding any new transactions (including new advances) and subtracting any payments and then multiplying the unpaid balance of the debt on which interest is payable by the annual interest rate then dividing by 365 or 366 in a leap year. Interest is charged on a leap day in a leap year. Any unpaid interest on your current statement is added to the balance on your next statement. **However, we do not charge interest on interest.**

   Interest is charged at the rate(s) applicable under the Account Agreements both before and after the final payment date, maturity, default and judgment, until the account has been paid off in full.

   Interest appearing on this statement is calculated only to the statement date. We will continue to charge interest on the amounts you owe until we receive payment in full. This interest will be reflected on your next statement. To pay off the full amount you owe and stop interest from accruing, ask your branch for your payout balance and pay that amount at the branch the same day. This figure may not include insurance premiums and/or transactions not posted to your Account.

3. **INTEREST RATE CHANGES:** We will tell you the applicable interest rates on your Account. We may change these rates from time to time as described in our Account Agreements and as permitted by applicable law. For variable interest rate accounts, interest is composed of two factors: our prime rate and an adjustment factor. We will change our prime rate from time to time and will post a notice of this in our branches. We may also change the adjustment factor, but we will give you prior notice with the effective date of the change.

4. **TRANSACTION & POSTING DATES:** These dates are shown next to each transaction on your statement; "TRANS DATE" is the date the transaction occurred; and "POST DATE" is the date the transaction is applied (posted) to your Account.

5. **TRANSACTIONS IN FOREIGN CURRENCY:** See the section "Dealing with transactions in a foreign currency" in your Revolving Credit Agreement for full details about Transactions in a Foreign Currency and your Disclosure Statement or other disclosures for any foreign currency conversion mark-up(s) that may apply.
   **For Scotiabank U.S. Dollar Visa credit card accounts:** Transactions in a currency other than U.S. dollars are charged or credited to your Account in U.S. dollars.
   **For other Scotiabank Visa credit card accounts and ScotiaLine access cards:** Transactions in a foreign currency are charged or credited to your Account in Canadian dollars. The exchange rate is determined by Visa Inc. on our behalf on the date that the Transaction is settled with Visa Inc. This exchange rate may be different from the rate in effect on the transaction date. When the Transaction is posted to your Account, in addition to the exchange rate, you may be charged a foreign currency conversion mark-up for each transaction. The mark-up is disclosed in your Disclosure Statement and applies to both debit and credit transactions.

**For Scotiabank Visa credit card payments and Scotia Credit Card Cheques:** The exchange rate will be the posted rate charged to customers at any of our branches on the date the Transaction occurs. For any reversal of these Transactions, the exchange rate will be determined in the same manner as of the date the Transaction is reversed. The Bank's exchange rate may not be the same rate as the exchange rate set by Visa Inc.
**For Scotia Line of Credit accounts:** Foreign currency transactions are not permitted, except when using a ScotiaLine access card.

6. **HOW TO CONTACT US OR TO REPORT A LOST OR STOLEN CARD, PIN OR UNAUTHORIZED USE. If your Card, (including a Cheque), PIN or Password is LOST OR STOLEN or you suspect UNAUTHORIZED USE of your Card, PIN, Password or Account please contact us IMMEDIATELY at any of these numbers:**
   - Toronto area       416-288-1440
   - All other area codes within Canada   1-800-387-6466
   - Outside Canada (Collect)     416-288-1440

   When you tell us that a Card, PIN or Password was lost or stolen, we will block the Account to prevent unauthorized use. As such, you will not be liable for any transactions made on the Account that occur *after* you tell us that a Card, PIN or Password was lost or stolen because we will consider that unauthorized use. Review your Account Agreements to learn more about how you can avoid unauthorized use on your Account.

   If you have general questions about your statement or your Account, you can write to us at:
   Scotiabank Contact Centres, P. O. Box 4100, Postal Station "A"
   Toronto, Ontario M5W 1T1

7. **PAYMENT OPTIONS:**
   - Option 1: Pay your Account at:
     - *Scotia OnLine*® Financial Services:
       www.scotiaonline.scotiabank.com
     - Scotiabank ABM in Canada (except *Scotiabank* U.S. Dollar VISA card)
     - *TeleScotia*® automated telephone banking at
       1-800-267-1234
   - Option 2: At any Scotiabank branch in Canada.
   - Option 3: Use the branch, ABM, telephone or mobile and online banking services of any other financial institution in Canada.
   - Option 4: By mail to the address shown above. Make your payment payable to Scotiabank. Complete and return the payment slip attached to your statement (if applicable) along with your payment.
   PLEASE WRITE YOUR ACCOUNT NUMBER ON THE FRONT OF YOUR CHEQUE OR MONEY ORDER (payable to Scotiabank).
   *For Options 3 or 4: Please allow time for your payment to reach us so that we have time to process it and apply it to your Account.*

8. ***** **ESTIMATE OF THE TIME IT WILL TAKE TO PAY THE OUTSTANDING BALANCE FOR CREDIT CARD ACCOUNTS:** This calculation is approximate and for informational purposes only. The calculation assumes: (i) the outstanding balance on this statement is rounded up to the nearest $100; (ii) the first minimum payment is the amount shown in the TOTAL MINIMUM PAYMENT box, including any overlimit or overdue amount; (iii) each subsequent minimum payment is based on a declining balance and a declining minimum payment; (iv) each minimum payment will be received by us on its corresponding payment due date; (v) monthly interest is added to the Account using a constant interest rate equal to the current Preferred Rate for purchases, except that the higher Standard Rate for purchases is used if that rate is currently applicable to your Account; and (vi) monthly interest is calculated by multiplying the entire projected outstanding balance for each statement period by the annual interest rate(s), then dividing by 360, and then multiplying by 30. The actual time to pay your outstanding balance will depend on various factors including actual interest rate(s) that apply and amounts, timing and payment application, the nature of any transactions and any applicable grace periods.

®™Registered trademarks or trademarks of The Bank of Nova Scotia. *Visa Int./Lic. User.
All other marks are the respective property of their owners.

Date revised July 2019

SBVREF_10100_D20155_A - 0029314    096416

THO000155



| | | | |
|---|---|---|---|
| **Statement Period** | | | May 7, 2020 - Jun 4, 2020 |
| **Statement date** | | | Jun 4, 2020 |
| **Account #** | | | ██████████0 029 |
| **Page** | | | 3 of 5 |



## Scotiabank Passport Visa Infinite card

## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 003 | May 6 | May 7 | GODADDY.COM CANADA 480-5058855 BC | 199.98 |
| 004 | May 6 | May 7 | RINGCENTRAL 650-4724100 CA | 245.37 |
| 005 | May 6 | May 8 | BAHAMAS GOV'T- USD (ECOMM NASSAU AMT       10.00 UNIT ED STATES DOL LAR | 14.18 |
| 006 | May 7 | May 7 | DATABANK HOLDINGS 410-246-8834 TX AMT       482.57 UNIT ED STATES DOL LAR | 683.32 |
| 007 | May 7 | May 8 | MANITOBA COMPANIES OFFICE WINNIPEG MB | 45.00 |
| 008 | May 7 | May 8 | ADVIC BEARING & AUTO DAUPHIN MB | 88.72 |
| 009 | May 7 | May 11 | BAHAMAS GOV'T- USD (ECOMM NASSAU AMT       10.00 UNIT ED STATES DOL LAR | 14.00 |
| 010 | May 7 | May 11 | SPEEDY SEARCH KELOWNA BC | 24.68 |
| 011 | May 8 | May 11 | APPLE COM/BILL 866-712-7753 ON   (APPLE PAY) | 73.49 |
| 012 | May 9 | May 11 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT       2.20 UNIT ED STATES DOL LAR | 3.08 |
| 013 | May 10 | May 11 | BELL MTS WINNIPEG MB | 40.94 |
| 014 | May 10 | May 11 | BABYTEL INC MONTREAL QC | 44.10 |
| 015 | May 10 | May 11 | BELL MTS WINNIPEG MB | 115.98 |
| 016 | May 10 | May 11 | LITVAK LITVAK MEHRTENS 303-8370757 CO AMT       2,860.00 UNIT ED STATES DOL LAR | 4,005.43 |
| 017 | May 11 | May 12 | CORPORATE FILINGS LLC 888-7898466 WY AMT       49.00 UNIT ED STATES DOL LAR | 68.83 |
| 018 | May 11 | May 12 | CORPORATE FILINGS LLC 888-7898466 WY AMT       50.00 UNIT ED STATES DOL LAR | 70.23 |
| 019 | May 11 | May 12 | TCD*THOMSONREUTERCARSW 800-387-5160 ON | 142.85 |
| 020 | May 11 | May 12 | OTI*OPEN TEXT INC 519-888-7111 TX AMT       150.00 UNIT ED STATES DOL LAR | 210.69 |
| 021 | May 11 | May 12 | SWAN VALLEY CO-OP  QPE SWAN RIVER MB | 399.00 |
| 022 | May 11 | May 12 | THOMSON WEST*TCD 800-328-4880 MN AMT       425.51 UNIT ED STATES DOL LAR | 597.67 |
| 023 | May 11 | May 12 | ACCU SEARCH EDMONTON AB | 6,113.46 |
| 024 | May 11 | May 11 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 30,000.00- |
| 025 | May 12 | May 12 | CHATABOX CHEPSTOW  AMT       24.60 UNIT ED STATES DOL LAR | 34.55 |
| 026 | May 12 | May 13 | TEAMVIEWER.COM* GOEPPINGEN  AMT       3,572.40 UNIT ED STATES DOL LAR | 5,030.65 |
| 027 | May 12 | May 13 | ACCU SEARCH EDMONTON AB | 11,749.29 |
| 028 | May 12 | May 14 | SPEEDY SEARCH KELOWNA BC | 24.68 |
| 029 | May 12 | May 14 | MANITOBA COMPANIES OFFICE WINNIPEG MB | 45.00 |
| 030 | May 12 | May 14 | MANITOBA COMPANIES OFFICE WINNIPEG MB | 45.00 |
| 031 | May 12 | May 14 | THOMPSON DORFMAN SWEATMAN WINNIPEG MB | 4,024.24 |
| 032 | May 13 | May 14 | -FEDEX-*93030687 T1800 4633339 ON | 41.82 |
| 033 | May 13 | May 14 | WPG FREE PRESS SUBSC'N 204-697-7001 MB | 107.04 |
| 034 | May 13 | May 14 | QuickBooks 888-829-8589 AB | 113.00 |
| 035 | May 13 | May 14 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 315.42 |
| 036 | May 13 | May 14 | WAWANESA_BROKERS 204-985-3811 MB | 442.00 |
| 037 | May 13 | May 14 | ONCORP 416-964-2677 ON | 97.27 |
| 038 | May 14 | May 15 | STATE OF COLORADO RCLE 3039287869 CO AMT       10.00 UNIT ED STATES DOL LAR | 14.14 |
| 039 | May 14 | May 19 | BAHAMAS GOV'T- USD (ECOMM NASSAU AMT       10.00 UNIT ED STATES DOL LAR | 14.12 |
| 040 | May 15 | May 15 | ONCORP 416-964-2677 ON | 165.07 |
| 041 | May 15 | May 15 | ONCORP 416-964-2677 ON | 165.07 |
| 042 | May 15 | May 19 | NORTH WEST DIAMOND DRILLI PINE RIVER MB | 13.55 |
| 043 | May 15 | May 19 | FIDO Mobile *876624263 888-481-3436 ON | 83.72 |
| 044 | May 16 | May 19 | TODOIST HTTPSTODOIST. CA AMT       1.63 UNIT ED STATES DOL LAR | 2.30 |
| 045 | May 16 | May 19 | APPLE.COM/BILL 866-712-7753 ON   (APPLE PAY) | 4.19 |
| 046 | May 16 | May 19 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT       4.40 UNIT ED STATES DOL LAR | 6.21 |

*Continued on next page*

THO000156

SB/REF_10100_D20156_A-0029314  HRI--3 -2 -16 -  -  096417

OL PRIVATE COUNSEL-EPHRAIM OLSON 12867



| | | |
|---|---|---|
| Statement Period | May 7, 2020 - Jun 4, 2020 | |
| Statement date | Jun 4, 2020 | |
| Account # | ██████0 029 | |
| Page | 4 of 5 | |

### Scotiabank Passport Visa Infinite card

## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT(S) |
|-------|-------------|-----------|---------|-----------|
| 047 | May 18 | May 19 | KUBRA/EPCOR EZ-PAY FEE 800-766-6616 ON | 6.43 |
| 048 | May 18 | May 19 | XPLORNET MARKHAM ON | 67.19 |
| 049 | May 18 | May 19 | EPCORENERGY-EZ-PAY 800-667-2345 AB | 367.52 |
| 050 | May 19 | May 20 | DNH*GODADDY.COM CAD 480-505-8855 BC | 25.24 |
| 051 | May 19 | May 20 | SWAN VALLEY CO-OP QPE SWAN RIVER MB | 50.30 |
| 052 | May 19 | May 20 | SPRUCE COUNTRY COMPUTER SWAN RIVER MB | 341.60 |
| 053 | May 20 | May 21 | QuickBooks 888-829-8589 AB | 73.52 |
| 054 | May 20 | May 21 | DIRECT ENERGY REGULATED EDMONTON AB | 215.76 |
| 055 | May 20 | May 21 | ThinkTel 866-9284465 ON | 3,250.90 |
| 056 | May 20 | May 22 | BAHAMAS GOV'T- USD (ECOMM NASSAU AMT      10.00 UNIT ED STATES DOL LAR | 13.97 |
| 057 | May 20 | May 22 | COMPANIES OFFICE WINNIPEG MB | 65.00 |
| 058 | May 20 | May 22 | COMPANIES OFFICE WINNIPEG MB | 65.00 |
| 059 | May 20 | May 22 | COMPANIES OFFICE WINNIPEG MB | 65.00 |
| 060 | May 20 | May 22 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 6,450.00- |
| 061 | May 21 | May 22 | Amazon.ca Prime Member amazon.ca/pri BC | 8.39 |
| 062 | May 21 | May 22 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 480.74 |
| 063 | May 21 | May 22 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 806.41 |
| 064 | May 21 | May 25 | TIMRICK WELDING & MACHINE SWAN RIVER MB | 457.63 |
| 065 | May 21 | May 21 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 20,000.00- |
| 066 | May 22 | May 22 | INFORMATION SERVICES C 866-275-4721 SK | 115.00 |
| 067 | May 22 | May 22 | INFORMATION SERVICES C 866-275-4721 SK | 270.00 |
| 068 | May 23 | May 25 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT      2.25 UNIT ED STATES DOL LAR | 3.16 |
| 069 | May 23 | May 25 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT      2.25 UNIT ED STATES DOL LAR | 3.16 |
| 070 | May 23 | May 25 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT      5.50 UNIT ED STATES DOL LAR | 7.73 |
| 071 | May 24 | May 25 | HANKS & MORTENSEN 801-3630940 UT AMT 6,937.54 UNIT ED STATES DOL LAR | 9,748.62 |
| 072 | May 25 | May 25 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 90.32 |
| 073 | May 25 | May 26 | VALLEY DOOR SYSTEMS SWAN RIVER MB | 710.02 |
| 074 | May 26 | May 27 | THE FARMERS CLUB WESTMINSTER  AMT 450.00 POUN D STERLING | 770.10 |
| 075 | May 26 | May 27 | AMZN Mktp US Amzn.com/bill WA AMT 4.11 UNIT ED STATES DOL LAR | 5.65- |
| 076 | May 26 | May 28 | BELL MTS WINNIPEG MB | 169.64 |
| 077 | May 26 | May 28 | FLEETIO.COM HTTPSWWW.FLEE AL AMT 186.00 UNIT ED STATES DOL LAR | 257.14 |
| 078 | May 26 | May 28 | MB JUSTICE FINES/AMENDES WINNIPEG MB | 476.00 |
| 079 | May 26 | May 28 | WWW NLC ORG UK LONDON  AMT 798.00 POUN D STERLING | 1,357.82 |
| 080 | May 27 | May 28 | MONSTER WORLDWIDE CANADA MONTREAL QC | 786.45 |
| 081 | May 27 | May 28 | AMZN Mktp US Amzn.com/bill WA AMT 36.32 UNIT ED STATES DOL LAR | 49.84- |
| 082 | May 28 | Jun 1 | MAINTENANCE WELDING PRODU WINNIPEG MB | 257.16 |
| 083 | May 29 | Jun 1 | USZOOM I POSTAL1 USZOOM I 8455795770 NY AMT      0.50 UNIT ED STATES DOL LAR | 0.69 |
| 084 | May 29 | Jun 1 | MANITOBA COMPANIES OFFICE WINNIPEG MB | 45.00 |
| 085 | May 29 | Jun 1 | MANITOBA COMPANIES OFFICE WINNIPEG MB | 45.00 |
| 086 | May 29 | May 29 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 30,000.00- |
| 087 | May 30 | Jun 1 | APPLE.COM/BILL 866-712-7753 ON | 4.19 |
| 088 | May 30 | Jun 1 | NORTH WEST DIAMOND DRILLI PINE RIVER MB | 71.75 |
| 089 | Jun 1 | Jun 2 | EX NETWORKS LIMITE RS  AMT      400.00 POUN D STERLING | 681.70 |
| 090 | Jun 1 | Jun 3 | SEMTRACK AGENCIES AND DES ETHELBERT MB | 28,401.00 |
| 091 | Jun 1 | Jun 3 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 20,000.00- |
| 092 | Jun 2 | Jun 3 | EE TOP UP VESTA A91E934 AMT      35.00 POUN D STERLING | 59.53 |
| 093 | Jun 2 | Jun 3 | HEXNODE MITSOGO INC HTTPSWWW.HEXN CA AMT      100.30 UNIT ED STATES DOL LAR | 136.28 |

*Continued on next page*

THO000157

---

| Statement Period | May 7, 2020 - Jun 4, 2020 |
|---|---|
| Statement date | Jun 4, 2020 |
| Account # | ▮▮▮▮0 029 |
| Page | 5 of 5 |

# Scotiabank®

## Scotiabank Passport Visa Infinite card

### Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 094 | Jun 4 | Jun 4 | INFORMATION SERVICES C 866-275-4721 SK | 50.00 |
| | | | SUB-TOTAL CREDITS - 4537 470 428 670 029 | $106,505.49- |
| | | | SUB-TOTAL DEBITS - 4537 470 428 670 029 | $86,971.28 |

### Interest charges

| Cash advances/cheques | $0.00 |
|---|---|
| Special rate offers | $0.00 |
| Purchases | $0.00 |

As per your instruction, the payment will be automatically debited from your designated account provided funds are available.

**Update to important notice about Fee and Other Changes:**
We recognize this is an uncertain time for everyone. As such, previously communicated changes to cash advance fees (and if applicable, *Scotia Rewards* point redemption requirements), described in your February statement, or your Welcome Package with your new Card, will not take effect in May 2020.
**However**, changes to the Revolving Credit Agreement **are still in effect as of May 1, 2020**. More details at: www.scotiabank.com/revolvingcreditagreement

Your account has a credit balance. No payment is required. You may obtain your credit by transferring the amount to another Scotiabank account by using a Scotiabank ABM, TeleScotia or Scotia OnLine. You can also obtain your credit by completing a cash advance or by calling us at 1-800-4-SCOTIA. Some service fees may apply.

SBVRP_10100_D20156_A - 0029314  HRI - - 3 - 3 - 17 - -  096419

THO000158





SBVREP_10100_D20156_A - 0029314   096420

THO000159

OL PRIVATE COUNSEL-EPHRAIM OLSON 12870



**Scotiabank®**

260 - 61ST AVENUE. S.W.
CALGARY, AB T2H 3A2

| Statement Period | Jun 5, 2020 - Jul 7, 2020 |
|---|---|
| Statement date | Jul 7, 2020 |
| Account # | 0 029 |
| Page | 1 of 5 |

P

## Scotiabank Passport™ Visa Infinite* card

SBVREP_10100_D20189_A E S 52639

MR THOMAS H OLSON
16 MIDLAKE BLVD SE
SUITE 256
CALGARY, AB  T2X 2X7

**If you have any questions about this statement, call us at:**
1-888-999-2718 / 416-288-4676
TTY Service 1-800-645-0288

| Payment due date | **Jul 28, 2020** |
|---|---|
| **Total minimum payment** | **$0.00** |
| Current minimum payment | $0.00 |

| Previous balance, Jun 4/20 | $3,817.67- |
|---|---|
| Interest + | $0.00 |
| Payments/credits - | $83,441.63 |
| Purchases/charges + | $69,176.25 |

**Borrowers on this account;**
MR THOMAS H OLSON

| **New balance =** | **$18,083.05 CR** |
|---|---|
| Credit limit | $30,000.00 |
| Credit available | $48,083.00 |

This statement covers transactions posted to your account during the Statement Period.

**Interest Information**
Annual interest rates as of statement date:

| Cash advances | 22.99% |
|---|---|
| Purchases | 19.99% |

*Scotia Rewards®* **Summary**

Based on your eligible purchases, please find below the *Scotia Rewards* points you have earned on your Scotiabank Passport Visa Infinite card for this statement period

| Beginning points balance | 1,670,901 |
|---|---|
| Points earned (2x earn rate**) | 709 |
| Points earned (1x earn rate**) | 91,192 |
| Bonus points earned | 20,000 |
| **Ending points balance** | **1,782,802** |

† Points redeemed includes points that were transferred to another product or converted to another rewards currency

** when you use your Scotiabank Passport Visa Infinite card, you earn 2 points for every $1 spent on eligible everyday purchases at grocery stores, dining, entertainment purchases, and daily transit purchases (including buses, subways, taxis and more!) and 1 point for every $1 spent on all other eligible purchases.

® *Scotia Rewards* points earned, including any bonus points earned, points adjustments or points redeemed on the Statement Date may not be reflected.

For more information on your *Scotia Rewards* points, and to sign-up for email offers, visit www.scotiarewards.com or call 1-800-665-2582

## Transactions since your last statement

| REF.# | TRANS. DATE | POST DATE | DETAILS | | AMOUNT($) |
|---|---|---|---|---|---|
| | | | MR THOMAS H OLSON - 4537 470 428 670 029 | | |
| 001 | Jun 5 | Jun 5 | 1PASSWORD TORONTO ON AMT UNIT ED STATES DOL LAR | 45.94 | 62.22 |

*Continued on page 3*

SBVREP_10100_D20169_A-0029444   HRI - 3 - 1 - 31 - -   097919

THO000160

**Scotiabank®**

| | |
|---|---|
| **Statement Period** | Jun 5, 2020 - Jul 7, 2020 |
| **Statement date** | Jul 7, 2020 |
| **Account #** | ████████0 029 |
| Page | 2 of 5 |

### Scotiabank Passport Visa Infinite card

## INFORMATION ABOUT YOUR SCOTIABANK STATEMENT

**Review your statement carefully:** If you believe there is an error, contact us through any branch or at any number listed on this statement **within 15 days** of your statement date. Otherwise it is considered correct (except any item or credit posted in error).
**Other Important Information:** This statement is a summary only. Review the Agreements that apply to your Account including: the Credit Agreement (if you entered into one when you applied), your Personal Credit Agreement Booklet (if you received one), the Revolving Credit Agreement (received with your Card) and the Disclosure Statement or other disclosures we send you (all the "Account Agreements") for more details about this Account.

1. **PAYMENTS:** The TOTAL MINIMUM PAYMENT on this statement includes your minimum payment and any amount(s) shown as overdue or overlimit. Overdue or overlimit amount(s) must be paid in full. We must receive your minimum payment by the PAYMENT DUE DATE shown on your statement. Your payment options are shown below.

   If your Account goes into default and we demand the balance in full, we will no longer send statements. However, we will continue to charge interest on your Account.

   We reserve the right to hold funds until your payment has cleared. This may temporarily affect your available credit.

   Please refer to your Account Agreements for information about the minimum payment or how your payments are applied to your Account.

2. **INTEREST CHARGES:** We calculate interest on the portion of your debt to which interest applies using the annual interest rate(s) shown on the front of your statement, or which we have notified you of separately.

   For Scotiabank Visa credit card accounts, we will not charge interest on any new purchases and interest-bearing fees (annual fees, dishonoured payment fee, dishonoured Scotia Credit Card Cheque fees, replacement fees and overlimit fees) if we receive payment, by the PAYMENT DUE DATE, of the entire balance on the statement on which they first appear. If your current balance on this statement is not paid in full, we will charge interest on all new purchases and interest-bearing fees from their transaction date to the date they are paid in full. Note that purchases made with your *ScotiaLine* access card are treated as advances.

   Interest is payable on each cash advance, balance transfer, Scotia® Credit Card Cheque and cash-like transaction on a Scotiabank credit card and all advances on a line of credit from the transaction date shown on the statement to the date it is repaid in full. **There is no interest-free grace period for cash advances, balance transfers, *Scotia* Credit Card Cheques and cash-like transactions on a credit card or advances on a line of credit.**

   We calculate interest on your debt daily but we only add it to your debt once a month on each statement. We calculate the amount of daily interest by adding any new transactions (including new advances) and subtracting any payments and then multiplying the unpaid balance of the debt on which interest is payable by the annual interest rate then dividing by 365 or 366 in a leap year. Interest is charged on a leap day in a leap year. Any unpaid interest on your current statement is added to the balance on your next statement. **However, we do not charge interest on interest.**

   Interest is charged at the rate(s) applicable under the Account Agreements both before and after the final payment date, maturity, default and judgment, until the account has been paid off in full.

   Interest appearing on this statement is calculated only to the statement date. We will continue to charge interest on the amounts you owe until we receive payment in full. This interest will be reflected on your next statement. To pay off the full amount you owe and stop interest from accruing, ask your branch for your payout balance and pay that amount at the branch the same day. This figure may not include insurance premiums and/or transactions not posted to your Account.

3. **INTEREST RATE CHANGES:** We will tell you the applicable interest rates on your Account. We may change these rates from time to time as described in our Account Agreements and as permitted by applicable law. For variable interest rate accounts, interest is composed of two factors: our prime rate and an adjustment factor. We will change our prime rate from time to time and will post a notice of this in our branches. We may also change the adjustment factor, but we will give you prior notice with the effective date of the change.

4. **TRANSACTION & POSTING DATES:** These dates are shown next to each transaction on your statement; "TRANS DATE" is the date the transaction occurred; and "POST DATE" is the date the transaction is applied (posted) to your Account.

5. **TRANSACTIONS IN FOREIGN CURRENCY:** See the section "Dealing with transactions in a foreign currency" in your Revolving Credit Agreement for full details about Transactions in a Foreign Currency and your Disclosure Statement or other disclosures for any foreign currency conversion mark-up(s) that may apply.
   **For Scotiabank U.S. Dollar Visa credit card accounts:** Transactions in a currency other than U.S. dollars are charged or credited to your Account in U.S. dollars.
   **For other Scotiabank Visa credit card accounts and ScotiaLine access cards:** Transactions in a foreign currency are charged or credited to your Account in Canadian dollars. The exchange rate is determined by Visa Inc. on our behalf on the date that the Transaction is settled with Visa Inc. This exchange rate may be different from the rate in effect on the transaction date. When the Transaction is posted to your Account, in addition to the exchange rate, you may be charged a foreign currency conversion mark-up for each transaction. The mark-up is disclosed in your Disclosure Statement and applies to both debit and credit transactions.

**For Scotiabank Visa credit card payments and Scotia Credit Card Cheques:** The exchange rate will be the posted rate charged to customers at any of our branches on the date the Transaction occurs. For any reversal of these Transactions, the exchange rate will be determined in the same manner as of the date the Transaction is reversed. The Bank's exchange rate may not be the same rate as the exchange rate set by Visa Inc.
**For Scotia Line of Credit accounts:** Foreign currency transactions are not permitted, except when using a ScotiaLine access card.

6. **HOW TO CONTACT US OR TO REPORT A LOST OR STOLEN CARD, PIN OR UNAUTHORIZED USE. If your Card, (including a Cheque), PIN or Password is LOST OR STOLEN or you suspect UNAUTHORIZED USE of your Card, PIN, Password or Account please contact us IMMEDIATELY at any of these numbers:**
   - Toronto area — 416-288-1440
   - All other area codes within Canada — 1-800-387-6466
   - Outside Canada (Collect) — 416-288-1440

   When you tell us that a Card, PIN or Password was lost or stolen, we will block the Account to prevent unauthorized use. As such, you will not be liable for any transactions made on the Account that occur *after* you tell us that a Card, PIN or Password was lost or stolen because we will consider that unauthorized use. Review your Account Agreements to learn more about how you can avoid unauthorized use on your Account.

   If you have general questions about your statement or your Account, you can write to us at:

   Scotiabank Contact Centres, P. O. Box 4100, Postal Station "A"
   Toronto, Ontario M5W 1T1

7. **PAYMENT OPTIONS:**
   - Option 1: Pay your Account at:
     - *Scotia OnLine*® Financial Services: www.scotiaonline.scotiabank.com
     - Scotiabank ABM in Canada (except *Scotiabank* U.S. Dollar VISA card)
     - *TeleScotia*® automated telephone banking at 1-800-267-1234
   - Option 2: At any Scotiabank branch in Canada.
   - Option 3: Use the branch, ABM, telephone or mobile and online banking services of any other financial institution in Canada.
   - Option 4: By mail to the address shown above. Make your payment payable to Scotiabank. Complete and return the payment slip attached to your statement (if applicable) along with your payment.
   PLEASE WRITE YOUR ACCOUNT NUMBER ON THE FRONT OF YOUR CHEQUE OR MONEY ORDER (payable to Scotiabank).
   *For Options 3 or 4: Please allow time for your payment to reach us so that we have time to process it and apply it to your Account.*

8. **\*\*\* ESTIMATE OF THE TIME IT WILL TAKE TO PAY THE OUTSTANDING BALANCE FOR CREDIT CARD ACCOUNTS:** This calculation is approximate and for informational purposes only. The calculation assumes: (i) the outstanding balance on this statement is rounded up to the nearest $100; (ii) the first minimum payment is the amount shown in the TOTAL MINIMUM PAYMENT box, including any overlimit or overdue amount; (iii) each subsequent minimum payment is based on a declining balance and a declining minimum payment; (iv) each minimum payment will be received by us on its corresponding payment due date; (v) monthly interest is added to the Account using a constant interest rate equal to the current Preferred Rate for purchases, except that the higher Standard Rate for purchases is used if that rate is currently applicable to your Account; and (vi) monthly interest is calculated by multiplying the entire projected outstanding balance for each statement period by the annual interest rate(s), then dividing by 360, and then multiplying by 30. The actual time to pay your outstanding balance will depend on various factors including actual interest rate(s) that apply and amounts, timing and payment application, the nature of any transactions and any applicable grace periods.

®™Registered trademarks or trademarks of The Bank of Nova Scotia. *Visa Int./Lic. User.
All other marks are the respective property of their owners.

Date revised July 2019

097920

SBVREF_10100_D20189_A - 0029444

THO000161

Statement Period: Jun 5, 2020 - Jul 7, 2020
Statement date: Jul 7, 2020
Account #: ███████ 0 029
Page: 3 of 5

# Scotiabank®



## Scotiabank Passport
## Visa Infinite card

## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 002 | Jun 5 | Jun 5 | DATABANK HOLDINGS 410-246-8834 TX AMT 482.57 UNIT ED STATES DOL LAR | 653.59 |
| 003 | Jun 6 | Jun 8 | RINGCENTRAL 650-4724100 CA | 245.37 |
| 004 | Jun 8 | Jun 9 | EDF ENERGY-ECOM PLYMOUTH  AMT 50.00 POUN D STERLING | 85.44 |
| 005 | Jun 9 | Jun 10 | SWAN VALLEY CO-OP  QPE SWAN RIVER MB | 399.00 |
| 006 | Jun 10 | Jun 11 | BABYTEL INC MONTREAL QC | 44.10 |
| 007 | Jun 10 | Jun 11 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 270.67 |
| 008 | Jun 12 | Jun 12 | CHATABOX CHEPSTOW  AMT       24.60 UNIT ED STATES DOL LAR | 33.54 |
| 009 | Jun 12 | Jun 12 | DELL CANADA INC 800-WWWDELL ON | 41.99 |
| 010 | Jun 12 | Jun 15 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 143.45 |
| 011 | Jun 12 | Jun 15 | CHIEF MOUNTAIN GAS CO-OP CARDSTON AB | 247.19 |
| 012 | Jun 13 | Jun 15 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT       4.40 UNIT ED STATES DOL LAR | 6.01 |
| 013 | Jun 13 | Jun 15 | QuickBooks 888-829-8589 AB | 113.00 |
| 014 | Jun 13 | Jun 15 | DELL CANADA INC 800-WWWDELL ON | 1,624.46 |
| 015 | Jun 15 | Jun 16 | FIDO Mobile *876624263 888-481-3436 ON | 56.00 |
| 016 | Jun 15 | Jun 16 | DISCOUNT DAVES 780-4540893 AB | 4,134.90 |
| 017 | Jun 15 | Jun 17 | RINGCENTRAL 650-4724100 CA | 572.39 |
| 018 | Jun 15 | Jun 19 | CREDIT VOUCHER/RETURN  DISCOUNT DAVES 780-4540893 AB | 59.40- |
| 019 | Jun 16 | Jun 16 | DELL CANADA INC 800-WWWDELL ON | 463.04 |
| 020 | Jun 16 | Jun 16 | DELL CANADA INC 800-WWWDELL ON | 680.38 |
| 021 | Jun 16 | Jun 17 | TODOIST HTTPSTODOIST. CA AMT       6.00 UNIT ED STATES DOL LAR | 8.18 |
| 022 | Jun 16 | Jun 17 | Amazon.ca*MS0LS9A71 AMAZON.CA ON | 17.58 |
| 023 | Jun 16 | Jun 17 | MAZERGROUP STE ROSE DAUPHIN MB | 243.21 |
| 024 | Jun 17 | Jun 18 | APPLE.COM/BILL 866-712-7753 ON    (APPLE PAY) | 4.19 |
| 025 | Jun 17 | Jun 18 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 210.38 |
| 026 | Jun 17 | Jun 24 | LAW SOCIETY OF MANITOBA WINNIPEG MB | 630.00 |
| 027 | Jun 18 | Jun 19 | FARONICS CORPORATION COQUITLAM BC | 6,733.12 |
| 028 | Jun 18 | Jun 22 | PETROCAN-HWY 16 RUSSELL MB | 9,955.36 |
| 029 | Jun 20 | Jun 22 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT       7.70 UNIT ED STATES DOL LAR | 10.49 |
| 030 | Jun 20 | Jun 22 | QuickBooks 888-829-8589 AB | 73.52 |
| 031 | Jun 21 | Jun 22 | Amazon.ca Prime Member amazon.ca/pri BC | 8.39 |
| 032 | Jun 21 | Jun 22 | XPLORNET MARKHAM ON | 67.19 |
| 033 | Jun 22 | Jun 23 | SQ *NORTHLAND LOCK & SAFE Gilbert Plain MB | 58.24 |
| 034 | Jun 22 | Jun 23 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 1,837.40 |
| 035 | Jun 22 | Jun 23 | CREDIT VOUCHER/RETURN  RINGCENTRAL 650-4724100 CA | 572.39- |
| 036 | Jun 22 | Jun 22 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 10,000.00- |
| 037 | Jun 23 | Jun 23 | DELL CANADA INC 800-WWWDELL ON | 2,009.60 |
| 038 | Jun 23 | Jun 24 | CORPORATE FILINGS LLC 888-7898466 WY AMT       50.00 UNIT ED STATES DOL LAR | 67.86 |
| 039 | Jun 25 | Jun 25 | DELL CANADA INC 800-WWWDELL ON | 63.81 |
| 040 | Jun 25 | Jun 26 | DIRECT ENERGY REGULATED EDMONTON AB | 178.89 |
| 041 | Jun 25 | Jun 26 | XTREME WEAR PARTS INC VM 800-9361320 AB | 1,629.60 |
| 042 | Jun 25 | Jun 26 | HANKS  PETERSON PC 801-3630940 UT AMT 6,426.54 UNIT ED STATES DOL LAR | 8,787.00 |
| 043 | Jun 25 | Jun 29 | ROCKY RIDGE WELDING PINE RIVER MB | 119.24 |
| 044 | Jun 25 | Jun 25 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 30,000.00- |
| 045 | Jun 26 | Jun 29 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 42.69 |
| 046 | Jun 26 | Jun 29 | CALGARY OFFICE CONNECT CALGARY AB | 600.03 |
| 047 | Jun 26 | Jun 29 | WAWANESA_BROKERS 204-985-3811 MB | 666.00 |
| 048 | Jun 26 | Jun 29 | XPLORNET MARKHAM ON | 748.20 |

*Continued on next page*

THO000162

SBVREP_10100_D20169_A-0029444  HRI - - 3 - 2 - 00 - -  097921

OL PRIVATE COUNSEL-EPHRAIM OLSON 12873


**Scotiabank®**

| | |
|---|---|
| **Statement Period** | Jun 5, 2020 - Jul 7, 2020 |
| **Statement date** | Jul 7, 2020 |
| **Account #** | ▉▉▉▉▉▉▉0 029 |
| **Page** | 4 of 5 |

**Scotiabank Passport Visa Infinite card**

## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 049 | Jun 26 | Jun 29 | PETROCAN-HWY 16 RUSSELL MB | 7,790.99 |
| 050 | Jun 26 | Jun 29 | PC - PAYMENT  FROM - ****02* 1682 | 40,000.00- |
| 051 | Jun 27 | Jun 29 | XPLORNET MARKHAM ON | 145.60 |
| 052 | Jun 27 | Jun 29 | FLEETIO.COM HTTPSWWW.FLEE AL AMT | 255.15 |
| 053 | Jun 27 | Jun 29 | 186.00 UNIT ED STATES DOL LAR<br>IN *WORLD SOFTWARE CORPOR 201-4443228<br>NJ AMT      6,480.00 UNIT ED STATES DOL<br>LAR | 8,889.25 |
| 054 | Jun 28 | Jun 29 | USZOOM I POSTAL1 USZOOM 8455795770 NY<br>AMT      3.30 UNIT ED STATES DOL LAR | 4.53 |
| 055 | Jun 28 | Jun 29 | DAUPHIN CO-OP MAIN ST G/B DAUPHIN MB | 21.73 |
| 056 | Jun 28 | Jun 29 | MB LIQUOR MART #7 DAUPHIN MB | 71.08 |
| 057 | Jun 28 | Jun 30 | #280 MARK'S DAUPHIN MB | 111.99 |
| 058 | Jun 28 | Jul 2 | SAFEWAY #4833 DAUPHIN MB | 354.39 |
| 059 | Jun 28 | Jul 2 | WAL-MART STORE#3022 DAUPHIN MB | 409.14 |
| 060 | Jun 29 | Jun 30 | AMZN Mktp CA*MJ4YY1LT1<br>WWW.AMAZON.CA ON | 109.54 |
| 061 | Jun 30 | Jul 2 | APPLE.COM/BILL 866-712-7753 ON | 4.19 |
| 062 | Jun 30 | Jul 2 | PUROLATOR/5150824 MISSISSAUGA ON | 41.96 |
| 063 | Jun 30 | Jul 2 | SPRUCE COUNTRY COMPUTER SWAN RIVER MB | 336.00 |
| 064 | Jul 1 | Jul 2 | GLOBAL BIZZ FORCE INC 8443085349 CA AMT | 27.19 |
| 065 | Jul 1 | Jul 2 | 19.99 UNIT ED STATES DOL LAR<br>EX NETWORKS LIMITE RS  AMT      400.00<br>POUN D STERLING | 678.76 |
| 066 | Jul 2 | Jul 3 | HEXNODE  MITSOGO INC HTTPSWWW.HEXN<br>CA AMT      100.30 UNIT ED STATES DOL<br>LAR | 136.68 |
| 067 | Jul 2 | Jul 6 | PETROCAN-HWY 5A WEST DAUPHIN MB | 3,269.83 |
| 068 | Jul 3 | Jul 3 | CREDIT VOUCHER/RETURN   DELL CANADA INC<br>800-WWWDELL ON | 41.99- |
| 069 | Jul 3 | Jul 3 | CREDIT VOUCHER/RETURN   DELL CANADA INC<br>800-WWWDELL ON | 463.03- |
| 070 | Jul 3 | Jul 3 | CREDIT VOUCHER/RETURN   DELL CANADA INC<br>800-WWWDELL ON | 680.37- |
| 071 | Jul 3 | Jul 6 | SRFAX 604-7138000 BC | 52.45 |
| 072 | Jul 3 | Jul 6 | Amazon.ca*MJ7KD73E0 AMAZON.CA ON | 181.72 |
| 073 | Jul 3 | Jul 6 | AMZN Mktp CA*MJ45M5GS1<br>WWW.AMAZON.CA ON | 273.17 |
| 074 | Jul 3 | Jul 7 | WWW.CANADIANTIRE.CA 8667467287 ON | 111.99 |
| 075 | Jul 4 | Jul 6 | DELL CANADA INC 800-WWWDELL ON | 57.74 |
| 076 | Jul 4 | Jul 6 | DELL CANADA INC 800-WWWDELL ON | 57.74 |
| 077 | Jul 4 | Jul 6 | Amazon.ca*MJ2Q42JE0 AMAZON.CA ON | 115.73 |
| 078 | Jul 5 | Jul 6 | 1PASSWORD TORONTO ON AMT      45.94<br>UNIT ED STATES DOL LAR | 62.41 |
| 079 | Jul 6 | Jul 7 | RINGCENTRAL 650-4724100 CA | 245.37 |
| 080 | Jul 7 | Jul 7 | DELL CANADA INC 800-WWWDELL ON | 57.74 |
| 081 | Jul 7 | Jul 7 | DATABANK HOLDINGS 410-246-8834 TX AMT | 655.28 |
| 082 | Jul 7 | Jul 7 | 482.57 UNIT ED STATES DOL LAR<br>CREDIT VOUCHER/RETURN   DELL CANADA INC<br>800-WWWDELL ON | 1,624.45- |
| | | | SUB-TOTAL CREDITS - 4537 470 428 670 029 | $83,441.63- |
| | | | SUB-TOTAL DEBITS - 4537 470 428 670 029 | $69,176.25 |

## Interest charges

| | |
|---|---|
| Cash advances/cheques | $0.00 |
| Special rate offers | $0.00 |
| Purchases | $0.00 |

SBVREP-10100_D20189_A - 0029444    097922

THO000163

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12874



| | |
|---|---|
| **Statement Period** | Jun 5, 2020 - Jul 7, 2020 |
| **Statement date** | Jul 7, 2020 |
| **Account #** | ███████0 029 |
| Page | 5 of 5 |

# Scotiabank Passport
# Visa Infinite card

As per your instruction, the payment will be automatically debited from your designated account provided funds are available.

**Update to important notice about Fee and Other Changes:**
We recognize this is an uncertain time for everyone. As such, previously communicated changes to cash advance fees (and if applicable, *Scotia Rewards* point redemption requirements), described in your February statement, or your Welcome Package with your new Card, will not take effect in May 2020.
**However,** changes to the Revolving Credit Agreement **are still in effect as of May 1, 2020.** More details at:
www.scotiabank.com/revolvingcreditagreement

Your account has a credit balance. No payment is required. You may obtain your credit by transferring the amount to another Scotiabank account by using a Scotiabank ABM, TeleScotia or Scotia OnLine. You can also obtain your credit by completing a cash advance or by calling us at 1-800-4-SCOTIA. Some service fees may apply.

SBVRP_10100_D20109_A - 0029444  HRI - - 3 - 3 - 01 - - - 097923

THO000164

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12875



SB/REP_10100_D20189_A - 0029444    097924

THO000165

P



| | |
|---|---|
| **Statement Period** | Jul 8, 2020 - Aug 6, 2020 |
| **Statement date** | Aug 6, 2020 |
| **Account #** | ████████0 029 |
| **Page** | 1 of 6 |

## Scotiabank Passport™ Visa Infinite* card

**If you have any questions about this statement, call us at:**
1-888-999-2718 / 416-288-4676
TTY Service 1-800-645-0288

| **Payment due date** | **Aug 27, 2020** |
|---|---|
| **Total minimum payment** | **$10.00** |
| Current minimum payment | $10.00 |

| Previous balance, Jul 7/20 | | $18,083.05- |
|---|---|---|
| Interest | + | $0.00 |
| Payments/credits | - | $50,934.40 |
| Purchases/charges | + | $76,149.80 |
| **New balance** | **=** | **$7,132.35** |

| Credit limit | $30,000.00 |
|---|---|
| Credit available | $22,867.00 |

**Interest Information**
Annual interest rates as of statement date:
| Cash advances | 22.99% |
|---|---|
| Purchases | 19.99% |

260 - 61ST  AVENUE. S.W.
CALGARY, AB T2H 3A2

SBVREP_10100_D20219_A  E  S  52639

MR THOMAS H OLSON
16 MIDLAKE BLVD SE
SUITE 256
CALGARY, AB  T2X 2X7

**Borrowers on this account;**
MR THOMAS H OLSON

This statement covers transactions posted to your account during the Statement Period.

### *Scotia Rewards*® Summary

Based on your eligible purchases, please find below the *Scotia Rewards* points you have earned on your Scotiabank Passport Visa Infinite card for this statement period

| Beginning points balance | 1,782,802 |
|---|---|
| Points earned (2x earn rate**) | 2,024 |
| Points earned (1x earn rate**) | 71,010 |
| Bonus points earned | 12,000 |
| Points adjustments | -1,223 |
| Points redeemed† | 62,500 |
| **Ending points balance** | **1,804,113** |

† Points redeemed includes points that were transferred to another product or converted to another rewards currency

** when you use your Scotiabank Passport Visa Infinite card, you earn 2 points for every $1 spent on eligible everyday purchases at grocery stores, dining, entertainment purchases, and daily transit purchases (including buses, subways, taxis and more!) and 1 point for every $1 spent on all other eligible purchases.

® *Scotia Rewards* points earned, including any bonus points earned, points adjustments or points redeemed on the Statement Date may not be reflected.

For more information on your *Scotia Rewards* points, and to sign-up for email offers, visit www.scotiarewards.com or call 1-800-665-2582

### Transactions since your last statement

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT(S) |
|---|---|---|---|---|

*Continued on page 3*

THO000166

**Scotiabank**

**Scotiabank Passport Visa Infinite card**

## INFORMATION ABOUT YOUR SCOTIABANK STATEMENT

**Review your statement carefully:** If you believe there is an error, contact us through any branch or at any number listed on this statement **within 15 days** of your statement date. Otherwise it is considered correct (except any item or credit posted in error).
**Other Important Information:** This statement is a summary only. Review the Agreements that apply to your Account including: the Credit Agreement (if you entered into one when you applied), your Personal Credit Agreement Booklet (if you received one), the Revolving Credit Agreement (received with your Card) and the Disclosure Statement or other disclosures we send you (all the "Account Agreements") for more details about this Account.

1. **PAYMENTS:** The TOTAL MINIMUM PAYMENT on this statement includes your minimum payment and any amount(s) shown as overdue or overlimit. Overdue or overlimit amount(s) must be paid in full. We must receive your minimum payment by the PAYMENT DUE DATE shown on your statement. Your payment options are shown below.

   If your Account goes into default and we demand the balance in full, we will no longer send statements. However, we will continue to charge interest on your Account.

   We reserve the right to hold funds until your payment has cleared. This may temporarily affect your available credit.

   Please refer to your Account Agreements for information about the minimum payment or how your payments are applied to your Account.

2. **INTEREST CHARGES:** We calculate interest on the portion of your debt to which interest applies using the annual interest rate(s) shown on the front of this statement, or which we have notified you of separately.

   For Scotiabank Visa credit card accounts, we will not charge interest on any new purchases and interest-bearing fees (annual fees, dishonoured payment fee, dishonoured Scotia Credit Card Cheque fees, replacement fees and overlimit fees) if we receive payment, by the PAYMENT DUE DATE, of the entire balance on the statement on which they first appear. If your current balance on this statement is not paid in full, we will charge interest on all new purchases and interest-bearing fees from their transaction date to the date they are paid in full. Note that purchases made with your *ScotiaLine* access card are treated as advances.

   Interest is payable on each cash advance, balance transfer, Scotia® Credit Card Cheque and cash-like transaction on a Scotiabank credit card and all advances on a line of credit from the transaction date shown on the statement to the date it is repaid in full. **There is no interest-free grace period for cash advances, balance transfers, *Scotia* Credit Card Cheques and cash-like transactions on a credit card or advances on a line of credit.**

   We calculate interest on your debt daily but we only add it to your debt once a month on each statement. We calculate the amount of daily interest by adding any new transactions (including new advances) and subtracting any payments and then multiplying the unpaid balance of the debt on which interest is payable by the annual interest rate then dividing by 365 or 366 in a leap year. Interest is charged on a leap day in a leap year. Any unpaid interest on your current statement is added to the balance on your next statement. **However, we do not charge interest on interest.**

   Interest is charged at the rate(s) applicable under the Account Agreements both before and after the final payment date, maturity, default and judgment, until the account has been paid off in full.

   Interest appearing on this statement is calculated only to the statement date. We will continue to charge interest on the amounts you owe until we receive payment in full. This interest will be reflected on your next statement. To pay off the full amount you owe and stop interest from accruing, ask your branch for your payout balance and pay that amount at the branch the same day. This figure may not include insurance premiums and/or transactions not posted to your Account.

3. **INTEREST RATE CHANGES:** We will tell you the applicable interest rates on your Account. We may change these rates from time to time as described in our Account Agreements and as permitted by applicable law. For variable interest rate accounts, interest is composed of two factors: our prime rate and an adjustment factor. We will change our prime rate from time to time and will post a notice of this in our branches. We may also change the adjustment factor, but we will give you prior notice with the effective date of the change.

4. **TRANSACTION & POSTING DATES:** These dates are shown next to each transaction on your statement; "TRANS DATE" is the date the transaction occurred; and "POST DATE" is the date the transaction is applied (posted) to your Account.

5. **TRANSACTIONS IN FOREIGN CURRENCY:** See the section "Dealing with transactions in a foreign currency" in your Revolving Credit Agreement for full details about Transactions in a Foreign Currency and your Disclosure Statement or other disclosures for any foreign currency conversion mark-up(s) that may apply.
   **For Scotiabank U.S. Dollar Visa credit card accounts:** Transactions in a currency other than U.S. dollars are charged or credited to your Account in U.S. dollars.
   **For other Scotiabank Visa credit card accounts and ScotiaLine access cards:** Transactions in a foreign currency are charged or credited to your Account in Canadian dollars. The exchange rate is determined by Visa Inc. on our behalf on the date that the Transaction is settled with Visa Inc. This exchange rate may be different from the rate in effect on the transaction date. When the Transaction is posted to your Account, in addition to the exchange rate, you may be charged a foreign currency conversion mark-up for each transaction. The mark-up is disclosed in your Disclosure Statement and applies to both debit and credit transactions.

**For Scotiabank Visa credit card payments and Scotia Credit Card Cheques:** The exchange rate will be the posted rate charged to customers at any of our branches on the date the Transaction occurs. For any reversal of these Transactions, the exchange rate will be determined in the same manner as of the date the Transaction is reversed. The Bank's exchange rate may not be the same rate as the exchange rate set by Visa Inc.
**For Scotia Line of Credit accounts:** Foreign currency transactions are not permitted, except when using a ScotiaLine access card.

6. **HOW TO CONTACT US OR TO REPORT A LOST OR STOLEN CARD, PIN OR UNAUTHORIZED USE. If your Card, (including a Cheque), PIN or Password is LOST OR STOLEN or you suspect UNAUTHORIZED USE of your Card, PIN, Password or Account please contact us IMMEDIATELY at any of these numbers:**
   • Toronto area                                              416-288-1440
   • All other area codes within Canada         1-800-387-6466
   • Outside Canada (Collect)                         416-288-1440
   When you tell us that a Card, PIN or Password was lost or stolen, we will block the Account to prevent unauthorized use. As such, you will not be liable for any transactions made on the Account that occur *after* you tell us that a Card, PIN or Password was lost or stolen because we will consider that unauthorized use. Review your Account Agreements to learn more about how you can avoid unauthorized use on your Account.

   If you have general questions about your statement or your Account, you can write to us at:
   Scotiabank Contact Centres, P. O. Box 4100, Postal Station "A"
   Toronto, Ontario M5W 1T1

7. **PAYMENT OPTIONS:**
   • Option 1: Pay your Account at:
     - *Scotia OnLine®* Financial Services:
       www.scotiaonline.scotiabank.com
     - Scotiabank ABM in Canada (except *Scotiabank* U.S. Dollar VISA card)
     - *TeleScotia®* automated telephone banking at
       1-800-267-1234
   • Option 2: At any Scotiabank branch in Canada.
   • Option 3: Use the branch, ABM, telephone or mobile and online banking services of any other financial institution in Canada.
   • Option 4: By mail to the address shown above. Make your payment payable to Scotiabank. Complete and return the payment slip attached to your statement (if applicable) along with your payment.
   PLEASE WRITE YOUR ACCOUNT NUMBER ON THE FRONT OF YOUR CHEQUE OR MONEY ORDER (payable to Scotiabank).
   *For Options 3 or 4: Please allow time for your payment to reach us so that we have time to process it and apply it to your Account.*

8. **\*\*\* ESTIMATE OF THE TIME IT WILL TAKE TO PAY THE OUTSTANDING BALANCE FOR CREDIT CARD ACCOUNTS:** This calculation is approximate and for informational purposes only. The calculation assumes: (i) the outstanding balance on this statement is rounded up to the nearest $100; (ii) the first minimum payment is the amount shown in the TOTAL MINIMUM PAYMENT box, including any overlimit or overdue amount; (iii) each subsequent minimum payment is based on a declining balance and a declining minimum payment; (iv) each minimum payment will be received by us on its corresponding payment due date; (v) monthly interest is added to the Account using a constant interest rate equal to the current Preferred Rate for purchases, except that the higher Standard Rate for purchases is used if that rate is currently applicable to your Account; and (vi) monthly interest is calculated by multiplying the entire projected outstanding balance for each statement period by the annual interest rate(s), then dividing by 360, and then multiplying by 30. The actual time to pay your outstanding balance will depend on various factors including actual interest rate(s) that apply and amounts, timing and payment application, the nature of any transactions and any applicable grace periods.

®™Registered trademarks or trademarks of The Bank of Nova Scotia. *Visa Int./Lic. User.
All other marks are the respective property of their owners.

Date revised July 2019

097798

SBVREF_10100_D20219_A - 0029503

THO000167



| | |
|---|---|
| Statement Period | Jul 8, 2020 - Aug 6, 2020 |
| Statement date | Aug 6, 2020 |
| Account # | ▉▉▉▉▉▉0 029 |
| Page | 3 of 6 |

## Scotiabank Passport Visa Infinite card



## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 001 | Aug 4 | Aug 5 | CREDIT VOUCHER/RETURN   Scotia Rewards Points For Credit ON | 500.00- |
| | | | SUB-TOTAL CREDITS | $500.00- |
| | | | SUB-TOTAL DEBITS | $0.00 |

MR THOMAS H OLSON - 4537 470 428 670 029

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 002 | Jul 6 | Jul 8 | BELL MTS WINNIPEG MB | 229.68 |
| 003 | Jul 6 | Jul 8 | 800HEADSETS 4153515815 ON | 236.20 |
| 004 | Jul 6 | Jul 8 | 800HEADSETS 4153515815 ON | 251.95 |
| 005 | Jul 7 | Jul 8 | COMPANIES OFFICE WINNIPEG MB | 5.00 |
| 006 | Jul 7 | Jul 8 | OTI*OPEN TEXT INC 519-888-7111 TX AMT 300.00 UNIT ED STATES DOL LAR | 408.39 |
| 007 | Jul 7 | Jul 8 | CREDIT VOUCHER/RETURN   800HEADSETS 4153515815 ON | 251.95- |
| 008 | Jul 8 | Jul 9 | CARGILL AGHORIZONS 204-638-4033 MB | 7,629.20 |
| 009 | Jul 9 | Jul 9 | INFORMATION SERVICES C 866-275-4721 SK | 50.00 |
| 010 | Jul 9 | Jul 9 | INFORMATION SERVICES C 866-275-4721 SK | 90.00 |
| 011 | Jul 9 | Jul 9 | DELL CANADA INC 800-WWWDELL ON | 305.54 |
| 012 | Jul 9 | Jul 9 | DELL CANADA INC 800-WWWDELL ON | 340.19 |
| 013 | Jul 9 | Jul 9 | DELL CANADA INC 800-WWWDELL ON | 340.19 |
| 014 | Jul 9 | Jul 9 | DELL CANADA INC 800-WWWDELL ON | 340.19 |
| 015 | Jul 9 | Jul 9 | DELL CANADA INC 800-WWWDELL ON | 340.19 |
| 016 | Jul 9 | Jul 9 | DELL CANADA INC 800-WWWDELL ON | 505.04 |
| 017 | Jul 9 | Jul 9 | DELL CANADA INC 800-WWWDELL ON | 680.38 |
| 018 | Jul 9 | Jul 9 | DELL CANADA INC 800-WWWDELL ON | 2,097.99 |
| 019 | Jul 9 | Jul 9 | DELL CANADA INC 800-WWWDELL ON | 2,402.09 |
| 020 | Jul 10 | Jul 13 | WINNIPEGOSIS CLINIC PHARM WINNIPEGOSIS MB | 12.07 |
| 021 | Jul 10 | Jul 13 | BABYTEL INC MONTREAL QC | 44.10 |
| 022 | Jul 10 | Jul 13 | PETROCAN-HWY 5A WEST DAUPHIN MB | 3,288.35 |
| 023 | Jul 10 | Jul 13 | FITNESS TOWN ONLINE VANCOUVER BC | 5,139.24 |
| 024 | Jul 11 | Jul 13 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT       2.20 UNIT ED STATES DOL LAR | 3.00 |
| 025 | Jul 13 | Jul 14 | DYNAMIX USA WWW.DYNAMIXSO KS | 4.99 |
| 026 | Jul 13 | Jul 14 | QuickBooks 888-829-8589 AB | 113.00 |
| 027 | Jul 13 | Jul 14 | GODADDY.COM CANADA 480-5058855 BC | 437.24 |
| 028 | Jul 14 | Jul 15 | XPLORNET MARKHAM ON | 230.19 |
| 029 | Jul 14 | Jul 15 | SAMMY'S FARM SUPP  QPE DAUPHIN MB | 294.00 |
| 030 | Jul 14 | Jul 16 | 800HEADSETS 4153515815 ON | 251.95 |
| 031 | Jul 14 | Jul 16 | BELL MTS WINNIPEG MB | 340.13 |
| 032 | Jul 14 | Jul 16 | THOMPSON DORFMAN SWEATMAN WINNIPEG MB | 2,837.48 |
| 033 | Jul 15 | Jul 16 | AMZN Mktp CA*MV0AK2O30 WWW.AMAZON.CA ON | 45.38 |
| 034 | Jul 15 | Jul 16 | FIDO Mobile *876624263 888-481-3436 ON | 56.00 |
| 035 | Jul 15 | Jul 16 | DIRECT ENERGY REGULATED EDMONTON AB | 145.73 |
| 036 | Jul 15 | Jul 16 | MAINTENANCE WELDING PRODU WINNIPEG MB | 250.58 |
| 037 | Jul 15 | Jul 16 | DENRAY TIRE LTD. DAUPHIN MB | 332.85 |
| 038 | Jul 15 | Jul 17 | BELL MTS WINNIPEG MB | 261.30 |
| 039 | Jul 15 | Jul 20 | CALGARY OFFICE CONNECT CALGARY AB | 526.40 |
| 040 | Jul 16 | Jul 17 | TODOIST HTTPSTODOIST. CA AMT       6.00 UNIT ED STATES DOL LAR | 8.15 |
| 041 | Jul 16 | Jul 17 | NORTHERN RENTALS LTD SWAN RIVER MB | 106.87 |
| 042 | Jul 16 | Jul 17 | THOMSON WEST*TCD 800-328-4880 MN AMT 401.99 UNIT ED STATES DOL LAR | 546.02 |
| 043 | Jul 16 | Jul 17 | HANKS  PETERSON PC 801-3630940 UT AMT 3,778.00 UNIT ED STATES DOL LAR | 5,131.65 |
| 044 | Jul 16 | Jul 17 | ThinkTel 866-9284465 ON | 6,510.75 |
| 045 | Jul 16 | Jul 20 | ROUGH COUNTRY SPORTS SWAN RIVER MB | 116.54 |

*Continued on next page*

THO000168

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12879



| | | | | Statement Period | Jul 8, 2020 - Aug 6, 2020 |
|---|---|---|---|---|---|
| | | | | Statement date | Aug 6, 2020 |
| | | | | Account # | ████████0 029 |
| | | | | Page | 4 of 6 |

**Scotiabank Passport Visa Infinite card**

## Transactions - continued



| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 046 | Jul 16 | Jul 20 | HAWKSFORD SINGAPORE PL SINGAPORE  AMT 170.98 SINGAPORE DOLLAR | 167.29 |
| 047 | Jul 16 | Jul 20 | PETROCAN-HWY 5A WEST DAUPHIN MB | 3,116.32 |
| 048 | Jul 16 | Jul 16 | MB-CREDIT CARD/LOC PAY.  FROM – 62299025 1682 | 25,000.00- |
| 049 | Jul 17 | Jul 20 | APPLE.COM/BILL 866-712-7753 ON   (APPLE PAY) | 4.19 |
| 050 | Jul 17 | Jul 21 | BLS*SSPL OUTLOOK ADDIN LONDON  AMT 2,248.00 UNITED STATES DOLLAR | 3,057.95 |
| 051 | Jul 18 | Jul 20 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT      6.60 UNITED STATES DOLLAR | 8.97 |
| 052 | Jul 20 | Jul 21 | Amazon.ca*MV2KL5AN0 AMAZON.CA ON | 59.35 |
| 053 | Jul 20 | Jul 21 | QuickBooks 888-829-8589 AB | 73.52 |
| 054 | Jul 21 | Jul 21 | Amazon.ca Prime Member amazon.ca/pri BC | 8.39 |
| 055 | Jul 21 | Jul 22 | KUBRA/EPCOR EZ-PAY FEE 800-766-6616 ON | 10.58 |
| 056 | Jul 21 | Jul 22 | XPLORNET MARKHAM ON | 67.19 |
| 057 | Jul 21 | Jul 22 | CORPORATE FILINGS LLC 888-7898466 WY AMT      50.00 UNITED STATES DOLLAR | 67.70 |
| 058 | Jul 21 | Jul 22 | EPCORENERGY-PHONEPYMNT 800-667-2345 AB | 604.47 |
| 059 | Jul 22 | Jul 23 | JUSTICE-LEGAL REGISTRIES- YELLOWKNIFE NT | 4.00 |
| 060 | Jul 22 | Jul 23 | APPLE.COM/BILL 866-712-7753 ON   (APPLE PAY) | 11.54 |
| 061 | Jul 22 | Jul 23 | DNH*GODADDY.COM CAD 480-505-8855 BC | 199.98 |
| 062 | Jul 22 | Jul 24 | ARD PURCHASING OF PUBLICA EDMONTON AB | 16.28 |
| 063 | Jul 23 | Jul 23 | INFORMATION SERVICES C 866-275-4721 SK | 10.00 |
| 064 | Jul 23 | Jul 24 | KUBRA/EPCOR EZ-PAY FEE 800-766-6616 ON | 14.23 |
| 065 | Jul 23 | Jul 24 | J2  EFAX SERVICES 323-817-3205 CA AMT 15.95 UNITED STATES DOLLAR | 21.42 |
| 066 | Jul 23 | Jul 24 | EPCORENERGY-PHONEPYMNT 800-667-2345 AB | 812.96 |
| 067 | Jul 23 | Jul 27 | BAHAMAS GOV'T- USD (ECOMM NASSAU AMT      10.00 UNITED STATES DOLLAR | 13.45 |
| 068 | Jul 23 | Jul 27 | BAHAMAS GOV'T- USD (ECOMM NASSAU AMT      10.00 UNITED STATES DOLLAR | 13.45 |
| 069 | Jul 23 | Jul 27 | BAHAMAS GOV'T- USD (ECOMM NASSAU AMT      10.00 UNITED STATES DOLLAR | 13.45 |
| 070 | Jul 24 | Jul 24 | INFORMATION SERVICES C 866-275-4721 SK | 10.00 |
| 071 | Jul 24 | Jul 27 | PETROCAN-HWY 5A WEST DAUPHIN MB | 1,345.56 |
| 072 | Jul 25 | Jul 27 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT      5.50 UNITED STATES DOLLAR | 7.40 |
| 073 | Jul 25 | Jul 27 | BEAUTY AND THE BARBER DAUPHIN MB | 25.00 |
| 074 | Jul 25 | Jul 27 | CREDIT VOUCHER/RETURN  REIT-SYD EQUIPMENT LTD DAUPHIN MB | 182.45- |
| 075 | Jul 25 | Jul 28 | WAL-MART STORE#3022 DAUPHIN MB | 11.42 |
| 076 | Jul 25 | Jul 28 | WAL-MART STORE#3022 DAUPHIN MB | 195.84 |
| 077 | Jul 25 | Jul 28 | SAFEWAY #4833 DAUPHIN MB | 243.40 |
| 078 | Jul 25 | Jul 28 | SAFEWAY #4833 DAUPHIN MB | 262.71 |
| 079 | Jul 26 | Jul 27 | Amazon.ca*MV72L1QM0 AMAZON.CA ON | 395.66 |
| 080 | Jul 27 | Jul 28 | FLEETIO.COM HTTPSWWW.FLEE AL AMT 186.00 UNITED STATES DOLLAR | 250.13 |
| 081 | Jul 27 | Jul 28 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 4.45 |
| 082 | Jul 27 | Jul 29 | NORTH WEST DIAMOND DRILLI PINE RIVER MB | 40.82 |
| 083 | Jul 28 | Jul 29 | CHIEF MOUNTAIN GAS CO-OP CARDSTON AB | 69.29 |
| 084 | Jul 28 | Jul 29 | SAMMY'S FARM SUPP  QPE DAUPHIN MB | 2,718.75 |
| 085 | Jul 28 | Jul 30 | GILBERT PLAINS COOPQPE GILBERT PLAIN MB | 4,517.79 |
| 086 | Jul 30 | Jul 31 | APPLE.COM/BILL 866-712-7753 ON | 4.19 |
| 087 | Jul 30 | Jul 31 | AMZN Mktp CA*MF8HW0T51 WWW.AMAZON.CA ON | 53.82 |
| 088 | Jul 30 | Jul 31 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 1,723.25 |
| 089 | Jul 30 | Aug 3 | BC REGISTRIES - NRO VICTORIA BC | 31.50 |
| 090 | Jul 30 | Aug 3 | VCN*SALTLAKEVALLEYHEAL SALT LAKE CIT UT AMT     67.50 UNITED STATES DOLLAR | 90.77 |
| 091 | Jul 31 | Aug 3 | BC REGISTRY COLIN INTERNE VICTORIA BC | 44.89 |
| 092 | Jul 31 | Aug 3 | COMPANIES OFFICE WINNIPEG MB | 65.00 |
| 093 | Jul 31 | Aug 3 | COMPANIES OFFICE WINNIPEG MB | 65.00 |
| 094 | Jul 31 | Aug 3 | PETROCAN-HWY 5A WEST DAUPHIN MB | 3,182.74 |

*Continued on next page*

THO000169

SBVREP_10100_D20219_A - 0029503     097900

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12880



Statement Period    Jul 8, 2020 - Aug 6, 2020
Statement date     Aug 6, 2020
Account #          0 029
Page               5 of 6

## Scotiabank Passport
## Visa Infinite card



### Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 095 | Aug 1 | Aug 3 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT     1.10 UNIT ED STATES DOL LAR | 1.48 |
| 096 | Aug 1 | Aug 3 | ONCORP 416-964-2677 ON | 170.57 |
| 097 | Aug 1 | Aug 3 | EX NETWORKS LIMITE RS  AMT      400.00 POUN D STERLING | 707.18 |
| 098 | Aug 2 | Aug 3 | HEXNODE  MITSOGO INC HTTPSWWW.HEXN CA AMT      100.30 UNIT ED STATES DOL LAR | 134.88 |
| 099 | Aug 2 | Aug 3 | Amazon.ca*MF8NN5XI1 AMAZON.CA ON | 189.65 |
| 100 | Aug 3 | Aug 4 | APPLE.COM/BILL TORONTO ON   (APPLE PAY) | 38.84 |
| 101 | Aug 4 | Aug 5 | COMPANIES OFFICE WINNIPEG MB | 5.00 |
| 102 | Aug 4 | Aug 5 | COMPANIES OFFICE WINNIPEG MB | 5.00 |
| 103 | Aug 4 | Aug 5 | COMPANIES OFFICE WINNIPEG MB | 5.00 |
| 104 | Aug 4 | Aug 5 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 22.88 |
| 105 | Aug 4 | Aug 5 | SRFAX 604-7138000 BC | 52.45 |
| 106 | Aug 4 | Aug 4 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 25,000.00- |
| 107 | Aug 5 | Aug 5 | 1PASSWORD TORONTO ON AMT       45.94 UNIT ED STATES DOL LAR | 61.67 |
| 108 | Aug 5 | Aug 5 | ONCORP 416-964-2677 ON | 170.57 |
| 109 | Aug 5 | Aug 5 | DATABANK HOLDINGS 410-246-8834 TX AMT 482.57 UNIT ED STATES DOL LAR | 647.80 |
| 110 | Aug 5 | Aug 6 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT     2.25 UNIT ED STATES DOL LAR | 3.00 |
| 111 | Aug 5 | Aug 6 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 35.60 |
| 112 | Aug 5 | Aug 6 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 72.29 |
| 113 | Aug 5 | Aug 6 | SOAK EDMONTON AB | 6,797.70 |
| 114 | Aug 6 | Aug 6 | INFORMATION SERVICES C 866-275-4721 SK | 6.00 |
| | | | SUB-TOTAL CREDITS - 4537 470 428 670 029 | $50,434.40- |
| | | | SUB-TOTAL DEBITS - 4537 470 428 670 029 | $76,149.80 |

### Interest charges

| | |
|---|---|
| Cash advances/cheques | $0.00 |
| Special rate offers | $0.00 |
| Purchases | $0.00 |

As per your instruction, the payment will be automatically debited from your designated account provided funds are available.

**Update to important notice about Fee and Other Changes:**
We recognize this is an uncertain time for everyone. As such, previously communicated changes to cash advance fees (and if applicable, *Scotia Rewards* point redemption requirements), described in your February statement, or your Welcome Package with your new Card, will not take effect in May 2020.
**However,** changes to the Revolving Credit Agreement **are still in effect as of May 1, 2020.** More details at: www.scotiabank.com/revolvingcreditagreement

SBVRP_10100_D20219_A - 0009503   HRI - - 3 - 3 - 04 - - 097001

THO000170

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12881



| | |
|---|---|
| **Statement Period** | Jul 8, 2020 - Aug 6, 2020 |
| **Statement date** | Aug 6, 2020 |
| **Account #** | 0 029 |
| Page | 6 of 6 |

**Scotiabank Passport Visa Infinite card**

Estimate of the time it will take to pay the "New Balance" shown on this statement, through minimum payments*** : 60 Years and 0 Months.



SBVREP_10100_D2019_A - 0029503    097802

THO000171



| | |
|---|---|
| Statement Period | Aug 7, 2020 - Sep 4, 2020 |
| Statement date | Sep 4, 2020 |
| Account # | ▇▇▇▇▇▇0 037 |
| Page | 1 of 5 |

260 - 61ST AVENUE. S.W.
CALGARY, AB T2H 3A2

# Scotiabank Passport™ Visa Infinite* card

SBVREP_10100_D20248_A E S 52639

MR THOMAS H OLSON
16 MIDLAKE BLVD SE
SUITE 256
CALGARY, AB T2X 2X7

**If you have any questions about this statement, call us at:**
1-888-999-2718 / 416-288-4676
TTY Service 1-800-645-0288

**Borrowers on this account;**
MR THOMAS H OLSON

| | |
|---|---|
| **Payment due date** | **Sep 25, 2020** |
| **Total minimum payment** | **$10.00** |
| Current minimum payment | $10.00 |

This statement covers transactions posted to your account during the Statement Period.

| | | |
|---|---|---|
| Previous balance, Aug 6/20 | | $7,132.35 |
| Interest | + | $0.00 |
| Payments/credits | - | $78,667.93 |
| Purchases/charges | + | $71,674.58 |
| **New balance** | **=** | **$139.00** |

## *Scotia Rewards*® Summary

Based on your eligible purchases, please find below the *Scotia Rewards* points you have earned on your Scotiabank Passport Visa Infinite card for this statement period

| | |
|---|---|
| Credit limit | $30,000.00 |
| Credit available | $29,861.00 |

## Interest Information

Annual interest rates as of statement date:

| | |
|---|---|
| Cash advances | 22.99% |
| Purchases | 19.99% |

| | |
|---|---|
| Beginning points balance | 1,804,113 |
| Points earned (2x earn rate**) | 1,415 |
| Points earned (1x earn rate**) | 78,756 |
| Bonus points earned | 20,000 |
| Points redeemed† | 73,710 |
| **Ending points balance** | **1,830,574** |

† Points redeemed includes points that were transferred to another product or converted to another rewards currency

** when you use your Scotiabank Passport Visa Infinite card, you earn 2 points for every $1 spent on eligible everyday purchases at grocery stores, dining, entertainment purchases, and daily transit purchases (including buses, subways, taxis and more!) and 1 point for every $1 spent on all other eligible purchases.

® *Scotia Rewards* points earned, including any bonus points earned, points adjustments or points redeemed on the Statement Date may not be reflected.

For more information on your *Scotia Rewards* points, and to sign-up for email offers, visit www.scotiarewards.com or call 1-800-665-2582

## Transactions since your last statement

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 001 | Sep 4 | Sep 4 | ANNUAL FEE | 139.00 |

*Continued on page 3*

THO000172

Case 2:21-cv-00455-DBB-DAO Document 368-13 Filed 01/06/25 PageID.7979 Page

**Scotiabank®**

| | |
|---|---|
| **Statement Period** | Aug 7, 2020 - Sep 4, 2020 |
| **Statement date** | Sep 4, 2020 |
| **Account #** | 0 037 |
| Page | 2 of 5 |

### Scotiabank Passport Visa Infinite card

## INFORMATION ABOUT YOUR SCOTIABANK STATEMENT

**Review your statement carefully:** If you believe there is an error, contact us through any branch or at any number listed on this statement **within 15 days** of your statement date. Otherwise it is considered correct (except any item or credit posted in error).
**Other Important Information:** This statement is a summary only. Review the Agreements that apply to your Account including: the Credit Agreement (if you entered into one when you applied), your Personal Credit Agreement Booklet (if you received one), the Revolving Credit Agreement (received with your Card) and the Disclosure Statement or other disclosures we send you (all the "Account Agreements") for more details about this Account.

1. **PAYMENTS:** The TOTAL MINIMUM PAYMENT on this statement includes your minimum payment and any amount(s) shown as overdue or overlimit. Overdue or overlimit amount(s) must be paid in full. We must receive your minimum payment by the PAYMENT DUE DATE shown on your statement. Your payment options are shown below.

   If your Account goes into default and we demand the balance in full, we will no longer send statements. However, we will continue to charge interest on your Account.

   We reserve the right to hold funds until your payment has cleared. This may temporarily affect your available credit.

   Please refer to your Account Agreements for information about the minimum payment or how your payments are applied to your Account.

2. **INTEREST CHARGES:** We calculate interest on the portion of your debt to which interest applies using the annual interest rate(s) shown on the front of your statement, or which we have notified you of separately.

   For Scotiabank Visa credit card accounts, we will not charge interest on any new purchases and interest-bearing fees (annual fees, dishonoured payment fee, dishonoured Scotia Credit Card Cheque fees, replacement fees and overlimit fees) if we receive payment, by the PAYMENT DUE DATE, of the entire balance on the statement on which they first appear. If your current balance on this statement is not paid in full, we will charge interest on all new purchases and interest-bearing fees from their transaction date to the date they are paid in full. Note that purchases made with your *ScotiaLine* access card are treated as advances.

   Interest is payable on each cash advance, balance transfer, Scotia® Credit Card Cheque and cash-like transaction on a Scotiabank credit card and all advances on a line of credit from the transaction date shown on the statement to the date it is repaid in full. **There is no interest-free grace period for cash advances, balance transfers, *Scotia* Credit Card Cheques and cash-like transactions on a credit card or advances on a line of credit.**

   We calculate interest on your debt daily but we only add it to your debt once a month on each statement. We calculate the amount of daily interest by adding any new transactions (including new advances) and subtracting any payments and then multiplying the unpaid balance of the debt on which interest is payable by the annual interest rate then dividing by 365 or 366 in a leap year. Interest is charged on a leap day in a leap year. Any unpaid interest on your current statement is added to the balance on your next statement. **However, we do not charge interest on interest.**

   Interest is charged at the rate(s) applicable under the Account Agreements both before and after the final payment date, maturity, default and judgment, until the account has been paid off in full.

   Interest appearing on this statement is calculated only to the statement date. We will continue to charge interest on the amounts you owe until we receive payment in full. This interest will be reflected on your next statement. To pay off the full amount you owe and stop interest from accruing, ask your branch for your payout balance and pay that amount at the branch the same day. This figure may not include insurance premiums and/or transactions not posted to your Account.

3. **INTEREST RATE CHANGES:** We will tell you the applicable interest rates on your Account. We may change these rates from time to time as described in our Account Agreements and as permitted by applicable law. For variable interest rate accounts, interest is composed of two factors: our prime rate and an adjustment factor. We will change our prime rate from time to time and will post a notice of this in our branches. We may also change the adjustment factor, but we will give you prior notice with the effective date of the change.

4. **TRANSACTION & POSTING DATES:** These dates are shown next to each transaction on your statement; "TRANS DATE" is the date the transaction occurred; and "POST DATE" is the date the transaction is applied (posted) to your Account.

5. **TRANSACTIONS IN FOREIGN CURRENCY:** See the section "Dealing with transactions in a foreign currency" in your Revolving Credit Agreement for full details about Transactions in a Foreign Currency and your Disclosure Statement or other disclosures for any foreign currency conversion mark-up(s) that may apply.
   **For Scotiabank U.S. Dollar Visa credit card accounts:** Transactions in a currency other than U.S. dollars are charged or credited to your Account in U.S. dollars.
   **For other Scotiabank Visa credit card accounts and ScotiaLine access cards:** Transactions in a foreign currency are charged or credited to your Account in Canadian dollars. The exchange rate is determined by Visa Inc. on our behalf on the date that the Transaction is settled with Visa Inc. This exchange rate may be different from the rate in effect on the transaction date. When the Transaction is posted to your Account, in addition to the exchange rate, you may be charged a foreign currency conversion mark-up for each transaction. The mark-up is disclosed in your Disclosure Statement and applies to both debit and credit transactions.

**For Scotiabank Visa credit card payments and Scotia Credit Card Cheques:** The exchange rate will be the posted rate charged to customers at any of our branches on the date the Transaction occurs. For any reversal of these Transactions, the exchange rate will be determined in the same manner as of the date the Transaction is reversed. The Bank's exchange rate may not be the same rate as the exchange rate set by Visa Inc.
**For Scotia Line of Credit accounts:** Foreign currency transactions are not permitted, except when using a ScotiaLine access card.

6. **HOW TO CONTACT US OR TO REPORT A LOST OR STOLEN CARD, PIN OR UNAUTHORIZED USE. If your Card, (including a Cheque), PIN or Password is LOST OR STOLEN or you suspect UNAUTHORIZED USE of your Card, PIN, Password or Account please contact us IMMEDIATELY at any of these numbers:**
   - Toronto area     416-288-1440
   - All other area codes within Canada    1-800-387-6466
   - Outside Canada (Collect)    416-288-1440

   When you tell us that a Card, PIN or Password was lost or stolen, we will block the Account to prevent unauthorized use. As such, you will not be liable for any transactions made on the Account that occur *after* you tell us that a Card, PIN or Password was lost or stolen because we will consider that unauthorized use. Review your Account Agreements to learn more about how you can avoid unauthorized use on your Account.

   If you have general questions about your statement or your Account, you can write to us at:

   Scotiabank Contact Centres, P. O. Box 4100, Postal Station "A"
   Toronto, Ontario M5W 1T1

7. **PAYMENT OPTIONS:**
   - Option 1: Pay your Account at:
     - *Scotia OnLine®* Financial Services: www.scotiaonline.scotiabank.com
     - Scotiabank ABM in Canada (except *Scotiabank* U.S. Dollar VISA card)
     - *TeleScotia®* automated telephone banking at 1-800-267-1234
   - Option 2: At any Scotiabank branch in Canada.
   - Option 3: Use the branch, ABM, telephone or mobile and online banking services of any other financial institution in Canada.
   - Option 4: By mail to the address shown above. Make your payment payable to Scotiabank. Complete and return the payment slip attached to your statement (if applicable) along with your payment.

   PLEASE WRITE YOUR ACCOUNT NUMBER ON THE FRONT OF YOUR CHEQUE OR MONEY ORDER (payable to Scotiabank).

   *For Options 3 or 4: Please allow time for your payment to reach us so that we have time to process it and apply it to your Account.*

8. **\*\*\* ESTIMATE OF THE TIME IT WILL TAKE TO PAY THE OUTSTANDING BALANCE FOR CREDIT CARD ACCOUNTS:** This calculation is approximate and for informational purposes only. The calculation assumes: (i) the outstanding balance on this statement is rounded up to the nearest $100; (ii) the first minimum payment is the amount shown in the TOTAL MINIMUM PAYMENT box, including any overlimit or overdue amount; (iii) each subsequent minimum payment is based on a declining balance and a declining minimum payment; (iv) each minimum payment will be received by us on its corresponding payment due date; (v) monthly interest is added to the Account using a constant interest rate equal to the current Preferred Rate for purchases, except that the higher Standard Rate for purchases is used if that rate is currently applicable to your Account; and (vi) monthly interest is calculated by multiplying the *entire* projected outstanding balance for each statement period by the annual interest rate(s), then dividing by 360, and then multiplying by 30. The actual time to pay your outstanding balance will depend on various factors including actual interest rate(s) that apply and amounts, timing and payment application, the nature of any transactions and any applicable grace periods.

®™Registered trademarks or trademarks of The Bank of Nova Scotia. *Visa Int./Lic. User.
All other marks are the respective property of their owners.

Date revised July 2019

SBVREF_10100_D20248_A - 0030516    101358

THO000173

CONFIDENTIAL

| | |
|---|---|
| Statement Period | Aug 7, 2020 - Sep 4, 2020 |
| Statement date | Sep 4, 2020 |
| Account # | ██████████ 0 037 |
| Page | 3 of 5 |

# Scotiabank®

## Scotiabank Passport Visa Infinite card



## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| | | | SUB-TOTAL CREDITS | $0.00 |
| | | | SUB-TOTAL DEBITS | $139.00 |

### MR THOMAS H OLSON - 4537 470 428 670 029

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 002 | Aug 6 | Aug 7 | MILEXA GROUP LTD. LIVERPOOL | 94.10 |
| 003 | Aug 6 | Aug 7 | RINGCENTRAL 650-4724100 CA | 245.37 |
| 004 | Aug 6 | Aug 7 | DYE & DURHAM (CB DIVISION NEW WESTMINST BC | 275.38 |
| 005 | Aug 7 | Aug 7 | ONCORP 416-964-2677 ON | 170.57 |
| 006 | Aug 7 | Aug 10 | AMZN Mktp CA*MF6UY5731 WWW.AMAZON.CA ON | 65.17 |
| 007 | Aug 7 | Aug 10 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 102.38 |
| 008 | Aug 8 | Aug 10 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT     4.40 UNIT ED STATES DOL LAR | 5.90 |
| 009 | Aug 8 | Aug 10 | ONCORP 416-964-2677 ON | 170.57 |
| 010 | Aug 8 | Aug 10 | ONCORP 416-964-2677 ON | 170.57 |
| 011 | Aug 9 | Aug 10 | NBX*www.naturesask.ca 306-7809273 SK | 75.94 |
| 012 | Aug 9 | Aug 11 | ARD PURCHASING OF PUBLICA EDMONTON AB | 96.60 |
| 013 | Aug 10 | Aug 11 | BABYTEL INC MONTREAL QC | 44.10 |
| 014 | Aug 10 | Aug 11 | EE TOP UP VESTA A91E934  AMT     95.00 POUN D STERLING | 166.64 |
| 015 | Aug 10 | Aug 12 | BC REGISTRY COLIN INTERNE VICTORIA BC | 21.50 |
| 016 | Aug 10 | Aug 12 | BC REGISTRY COLIN INTERNE VICTORIA BC | 44.89 |
| 017 | Aug 11 | Aug 13 | PETROCAN-HWY 5A WEST DAUPHIN MB | 3,390.49 |
| 018 | Aug 12 | Aug 13 | REIT-SYD EQUIPMENT LTD DAUPHIN MB | 99.33 |
| 019 | Aug 13 | Aug 14 | KUBRA/EPCOR EZ-PAY FEE 800-766-6616 ON | 4.64 |
| 020 | Aug 13 | Aug 14 | EDFENERGY.COM 03330096982  AMT     13.00 POUN D STERLING | 22.54 |
| 021 | Aug 13 | Aug 14 | DHL EXPRESS CANADA LTD BRAMPTON ON | 32.32 |
| 022 | Aug 13 | Aug 14 | QuickBooks 888-829-8589 AB | 113.00 |
| 023 | Aug 13 | Aug 14 | EPCORENERGY-PHONEPYMNT 800-667-2345 AB | 265.10 |
| 024 | Aug 13 | Aug 14 | HANKS & MORTENSEN 801-3630940 UT AMT     487.50 UNIT ED STATES DOL LAR | 646.57 |
| 025 | Aug 13 | Aug 14 | ADVIC BEARING & AUTO DAUPHIN MB | 1,414.38 |
| 026 | Aug 13 | Aug 14 | SAMMY'S FARM SUPP  QPE DAUPHIN MB | 3,360.00 |
| 027 | Aug 13 | Aug 14 | FIELD LAW CALGARY CALGARY AB | 4,962.30 |
| 028 | Aug 13 | Aug 17 | CALGARY OFFICE CONNECT CALGARY AB | 696.57 |
| 029 | Aug 13 | Aug 17 | PAYPAL *AGRONINJA 4029357733 ON AMT     519.00 EURO | 815.83 |
| 030 | Aug 13 | Aug 13 | PETROCAN-HWY 5A WEST DAUPHIN MB | 1,787.19 |
| 031 | Aug 13 | Aug 13 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 50,000.00- |
| 032 | Aug 14 | Aug 17 | AG WEST EQUIPMENT NEEPAWA NEEPAWA MB | 518.13 |
| 033 | Aug 14 | Aug 17 | THOMSON WEST*TCD 800-328-4880 MN AMT     651.32 UNIT ED STATES DOL LAR | 864.56 |
| 034 | Aug 14 | Aug 17 | MAZERGROUP STE ROSE DAUPHIN MB | 17,135.35 |
| 035 | Aug 15 | Aug 17 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT     3.30 UNIT ED STATES DOL LAR | 4.38 |
| 036 | Aug 15 | Aug 17 | DNH*GODADDY.COM CAD 480-505-8855 BC | 64.98 |
| 037 | Aug 15 | Aug 17 | TODOIST HTTPSTODOIST. CA AMT     6.00 UNIT ED STATES DOL LAR | 7.96 |
| 038 | Aug 16 | Aug 17 | ONLY DEALS DAUPHIN MB | 31.36 |
| 039 | Aug 16 | Aug 19 | SAFEWAY #4833 DAUPHIN MB | 101.80 |
| 040 | Aug 16 | Aug 19 | WAL-MART STORE#3022 DAUPHIN MB | 187.51 |
| 041 | Aug 16 | Aug 19 | SAFEWAY #4833 DAUPHIN MB | 191.43 |
| 042 | Aug 16 | Aug 19 | SAFEWAY #4833 DAUPHIN MB | 413.76 |
| 043 | Aug 17 | Aug 17 | Amazon.ca*MF8A73YY0 AMAZON.CA ON | 43.06 |
| 044 | Aug 17 | Aug 18 | APPLE.COM/BILL 866-712-7753 ON    (APPLE PAY) | 4.19 |
| 045 | Aug 17 | Aug 18 | TAYLOR MCCAFFREY LLP 204-9491312 MB | 6,996.64 |

*Continued on next page*

SBVREP_10100_D2024B_A-0030516  HRI--3-2-23- - 101359

THO000174



| | Statement Period | Aug 7, 2020 - Sep 4, 2020 |
|---|---|---|
| | Statement date | Sep 4, 2020 |
| | Account # | 0 037 |
| | Page | 4 of 5 |

**Scotiabank Passport Visa Infinite card**

## Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 046 | Aug 18 | Aug 19 | WWW.ALIEXPRESS.COM LONDON | 7.73 |
| 047 | Aug 18 | Aug 19 | MANITOBA COMPANIES OFFICE WINNIPEG MB | 45.00 |
| 048 | Aug 18 | Aug 19 | FIDO Mobile *876624263 888-481-3436 ON | 72.02 |
| 049 | Aug 18 | Aug 19 | WWW.ALIEXPRESS.COM LONDON | 259.68 |
| 050 | Aug 18 | Aug 19 | DNH*GODADDY.COM CAD 480-505-8855 BC | 725.98 |
| 051 | Aug 18 | Aug 19 | DENRAY TIRE LTD. DAUPHIN MB | 772.80 |
| 052 | Aug 18 | Aug 19 | ACCU SEARCH EDMONTON AB | 13,858.41 |
| 053 | Aug 19 | Aug 19 | AMZN Mktp CA*MM5MW7A62 WWW.AMAZON.CA ON | 164.10 |
| 054 | Aug 19 | Aug 19 | DATABANK HOLDINGS, LTD 214-646-1939 TX AMT   482.57 UNIT ED STATES DOL LAR | 638.63 |
| 055 | Aug 19 | Aug 20 | UPS*5169251088 888-520-9090 NB | 19.88 |
| 056 | Aug 19 | Aug 20 | CORPORATE FILINGS LLC 888-7898466 WY AMT   50.00 UNIT ED STATES DOL LAR | 66.15 |
| 057 | Aug 20 | Aug 21 | INFORMATION SERVICES C 866-275-4721 SK | 75.00 |
| 058 | Aug 20 | Aug 21 | SQ *MYPHONE gosq.com MB | 48.00 |
| 059 | Aug 20 | Aug 21 | COMPANIES OFFICE WINNIPEG MB | 65.00 |
| 060 | Aug 20 | Aug 21 | QuickBooks 888-829-8589 AB | 73.52 |
| 061 | Aug 20 | Aug 21 | NORTHERN SPECIALITIES LTD SWAN RIVER MB | 179.63 |
| 062 | Aug 21 | Aug 21 | Amazon.ca Prime Member amazon.ca/pri BC | 8.39 |
| 063 | Aug 21 | Aug 24 | XPLORNET MARKHAM ON | 75.60 |
| 064 | Aug 21 | Aug 24 | PETROCAN-HWY 5A WEST DAUPHIN MB | 2,157.78 |
| 065 | Aug 22 | Aug 24 | USZOOM I POSTAL1 USZOOM 8455795770 NY AMT   7.70 UNIT ED STATES DOL LAR | 10.19 |
| 066 | Aug 22 | Aug 24 | AMZN Mktp CA*MM4KU2VV2 WWW.AMAZON.CA ON | 94.00 |
| 067 | Aug 22 | Aug 24 | AMZN Mktp CA*MM0KE9VG2 WWW.AMAZON.CA ON | 196.00 |
| 068 | Aug 24 | Aug 25 | J2 EFAX SERVICES 323-817-3205 CA AMT 15.95 UNIT ED STATES DOL LAR | 21.12 |
| 069 | Aug 25 | Aug 26 | COMPANIES OFFC-PROV OF MB WINNIPEG MB | 175.00 |
| 070 | Aug 25 | Aug 26 | SWAN VALLEY CO-OP QPE SWAN RIVER MB | 3,414.44 |
| 071 | Aug 25 | Aug 27 | OTI*OPEN TEXT INC 519-888-7111 TX AMT 150.00 UNIT ED STATES DOL LAR | 198.12 |
| 072 | Aug 26 | Aug 27 | AMZN Mktp CA*MU1PY0FI1 WWW.AMAZON.CA ON | 546.61 |
| 073 | Aug 27 | Aug 27 | FLEETIO.COM HTTPSWWW.FLEE AL AMT 186.00 UNIT ED STATES DOL LAR | 245.67 |
| 074 | Aug 27 | Aug 31 | PETROCAN-HWY 5A WEST DAUPHIN MB | 1,396.08 |
| 075 | Aug 28 | Aug 28 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 1,396.08- |
| 076 | Aug 28 | Aug 28 | MB-CREDIT CARD/LOC PAY.  FROM - 62299025 1682 | 27,271.85- |
| SUB-TOTAL CREDITS - 4537 470 428 670 029 | | | | $78,667.93- |
| SUB-TOTAL DEBITS - 4537 470 428 670 029 | | | | $71,535.58 |

## Interest charges

| | |
|---|---|
| Cash advances/cheques | $0.00 |
| Special rate offers | $0.00 |
| Purchases | $0.00 |

As of November 1, 2020, the insurer for Travel Emergency Medical Insurance for travel in Cuba will change to American Bankers Life Assurance Company of Florida, under **Policy No. BNSL112017**. There are no other changes to the Certificate of Insurance and the terms and conditions of coverage and contact information for claims and inquiries remains the same.

SB/REP-10100_D20248_A - 0030516   101360

THO000175

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12886



# Scotiabank Passport
# Visa Infinite card

As per your instruction, the payment will be automatically debited from your designated account provided funds are available.

**Update to important notice about Fee and Other Changes:**
We recognize this is an uncertain time for everyone. As such, previously communicated changes to cash advance fees (and if applicable, *Scotia Rewards* point redemption requirements), described in your February statement, or your Welcome Package with your new Card, will not take effect in May 2020.
**However,** changes to the Revolving Credit Agreement **are still in effect as of May 1, 2020.** More details at:
www.scotiabank.com/revolvingcreditagreement

Estimate of the time it will take to pay the "New Balance" shown on this statement, through minimum payments*** : 1 Years and 8 Months.

SBVRFP_10100_D20248_A - 0600516   HRI - - 3 - 3 - 24 - - - 10 136 1

THO000176



SB\REP_10100_D2024B_A - 0030516 - 101362

THO000177

This is Exhibit "10" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 12889

The electronic official copy of the message follows this message.

Please note that this is the only official copy we will issue.  We will not issue a
paper official copy.

CONFIDENTIAL                                           OL PRIVATE COUNSEL-EPHRAIM OLSON 12890

HM Land Registry



## Official copy of register of title

Title number NGL984802    Edition date 04.07.2019

- This official copy shows the entries on the register of title on 11 SEP 2020 at 13:31:18.
- This date must be quoted as the "search from date" in any official search application based on this copy.
- The date at the beginning of an entry is the date on which the entry was made in the register.
- Issued on 11 Sep 2020.
- Under s.67 of the Land Registration Act 2002, this copy is admissible in evidence to the same extent as the original.
- This title is dealt with by HM Land Registry, Croydon Office.

## A: Property Register

This register describes the land and estate comprised in the title. Except as mentioned below, the title includes any legal easements granted by the registered lease but is subject to any rights that it reserves, so far as those easements and rights exist and benefit or affect the registered land.

CITY OF WESTMINSTER

1        (11.01.2019) The Leasehold land demised by the lease referred to below
         which lies within the area shown edged with red on the plan of the
         above Title filed at the Registry and being Flat 75, 3 Whitehall Court,
         London (SW1A 2EL).

         NOTE: The flat is on the third floor.

2        (11.01.2019) Short particulars of the lease(s) (or under-lease(s))
         under which the land is held:
         Date        : 9 January 2019
         Term        : from and including 9 January 2019 to and including 24
         March
                       2176
         Parties     : (1) The Crown Estate Commissioners
                       (2) Hyrum Taylor Olson
                       (3) Her Majesty The Queen

3        (11.01.2019) The Lease prohibits or restricts alienation.

4        (11.01.2019) The title includes any legal easements referred to in
         clause LR11.1 of the registered lease but is subject to any rights that
         are granted or reserved by the lease and affect the registered land.

5        (11.01.2019) The registered lease was granted under the provisions of
         section 56 or 93(4) of the Leasehold Reform, Housing and Urban
         Development Act 1993.

## B: Proprietorship Register

This register specifies the class of title and identifies the owner. It contains any entries that affect the right of disposal.

Title absolute

1 of 2

CONFIDENTIAL                                OL PRIVATE COUNSEL-EPHRAIM OLSON 12891

Title number NGL984802

## B: Proprietorship Register continued

1    (11.01.2019) PROPRIETOR: HYRUM TAYLOR OLSON of Flat 75, 3 Whitehall
     Court, London SW1A 2EL and of SE28 3 30 W4, PO Box  2037, Pincher
     Creek, AB T0K 1WO, Canada.

## End of register

CONFIDENTIAL                                          OL PRIVATE COUNSEL-EPHRAIM OLSON 12892

This is Exhibit "11" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____
A Commissioner for Oaths in and for the
Province of Alberta

_____
PRINT NAME AND EXPIRY

CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 12893

**These are the notes referred to on the following official copy**


The electronic official copy of the title plan follows this message.

Please note that this is the only official copy we will issue.  We will not issue a paper official copy.

This official copy was delivered electronically and when printed will not be to scale.  You can obtain a paper official copy by ordering one from HM Land Registry.

This official copy is issued on 11 September 2020 shows the state of this title plan on 11 September 2020 at 13:22:43. It is admissible in evidence to the same extent as the original (s.67 Land Registration Act 2002). This title plan shows the general position, not the exact line, of the boundaries. It may be subject to distortions in scale. Measurements scaled from this plan may not match measurements between the same points on the ground.
This title is dealt with by the HM Land Registry, Croydon Office .

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12894

HM Land Registry
Official copy of
title plan

Title number **NGL885280**
Ordnance Survey map reference **TQ2879NW**
Scale **1:1250**
Administrative area **City of Westminster**

©Crown Copyright. Produced by HM Land Registry. Reproduction in whole or in part is prohibited without the prior written permission of Ordnance Survey. Licence Number 100026316

This is Exhibit "12" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 12896

Nature Conservancy of Canada / Société Canadienne Pour..., 2014 ABQB 303, 2014...

2014 ABQB 303, 2014 CarswellAlta 822, [2014] A.W.L.D. 2659, [2014] A.W.L.D. 2667...

2014 ABQB 303

Alberta Court of Queen's Bench

Nature Conservancy of Canada / Société Canadienne Pour
La Conservation De La Nature v. Waterton Land Trust Ltd.

2014 CarswellAlta 822, 2014 ABQB 303, [2014] A.W.L.D. 2659, [2014] A.W.L.D. 2667, [2014]
A.W.L.D. 2668, [2014] A.W.L.D. 2669, [2014] A.W.L.D. 2695, [2014] A.W.L.D. 2719, [2014] A.W.L.D.
2721, [2014] A.W.L.D. 2722, [2014] A.W.L.D. 2723, [2014] A.W.L.D. 2724, [2014] A.J. No. 539,
242 A.C.W.S. (3d) 969, 48 R.P.R. (5th) 157, 613 A.R. 205, 89 C.E.L.R. (3d) 1, 97 Alta. L.R. (5th) 1

# The Nature Conservancy of Canada/La Société Canadienne Pour La Conservation De La Nature [Plaintiff] and Waterton Land Trust Ltd., Waterton Land Trust, Wild West Buffalo Ranches Ltd., Waterton Land Trust Limited Partnership, Thomas H. Olson, Bruce Lemons, Kenneth Lukowiak and Moose Mountain Buffalo Ranch [Defendant] and Waterton Land Trust Ltd., Waterton Land Trust, Wild West Buffalo Ranches Ltd., Waterton Land Trust Limited Partnership, Thomas H. Olson and Moose Mountain Buffalo Ranch [Plaintiffs by Counter-claim] and The Nature Conservancy of Canada/La Société Canadienne Pour La Conservation De La Nature, Larry Simpson and Alberta Conservation Association [Defendants by Counter-claim]

P.R. Jeffrey J.

Heard: September 17, 2012-December 21, 2012

Judgment: May 16, 2014[*]

Docket: Calgary 0601-00089

Counsel: Peter T. Linder, Q.C. for Defendants / Plaintiffs by Counterclaim
Chris Simard, Brian Reid for Defendants / Plaintiffs by Counterclaim
Stanley Carscallen, Q.C., Izabela Strumik for Plaintiff / Defendant by Counterclaim

Subject: Civil Practice and Procedure; Contracts; Corporate and Commercial; Environmental; Evidence; Income Tax (Federal);
Property; Public; Torts

**Related Abridgment Classifications**

Civil practice and procedure

VI Actions

   VI.2 Cause of action

      VI.2.i Penal actions

Contracts

VII Construction and interpretation

   VII.8 Implied terms

      VII.8.f Miscellaneous

Contracts

VIII Rectification or reformation

   VIII.2 Prerequisites

      VIII.2.b Mistake

         VIII.2.b.i Mutual

Contracts

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12897

Nature Conservancy of Canada / Société Canadienne Pour..., 2014 ABQB 303, 2014...

2014 ABQB 303, 2014 CarswellAlta 822, [2014] A.W.L.D. 2659, [2014] A.W.L.D. 2667...

essentially, a "straw man" on this transaction and signed on behalf of the Trustee where he was told to do so without giving any real thought as to the significance of those legal documents.

253     Olson was paid $500,000 cash for the Property (which the Limited Partnership borrowed from the Olson Estate Trust), as well as given an interest in the Limited Partnership, and the Property remained subject to mortgages for close to $2 million: the FCC Mortgage and the Carolyn and Jack Mortgage. It also gave more than a $1 million limited partnership interest to Olson.

254     Section 10 of the LP Offer stated that the mortgages would stay on the Property and Olson (as Vendor) would be responsible for making all payments for them. Despite this provision, no security was taken from Olson to that effect, or granted to the Limited Partnership to that effect.

255     The NCC alleged impropriety by Olson proceeding with these steps when he knew of the fencing dispute remaining unresolved. It alleged he took these steps precisely to advantage his position in the fencing dispute and lock in for the benefit of a subsequent purchaser the current state of registration of the CE on the titles to the Property. The NCC alleged this behaviour constituted land titles fraud.

256     The Trust had been created in September 2004. This was before Olson had knowledge that the content of the missing page 5 of the caveat of the CE Amending Agreement differed from what Olson and Green had agreed on and that it was omitted from the registration of the CE Amending Agreement on titles. For this reason and others (for example the fact Olson already used this structure for other of his bison ranch lands), I accept that it was always part of Olson's tax and estate planning to transfer the Property to a trust holding arrangement.

257     Olson's preliminary discussions with Tingle regarding transferring the Property to a trust, as well as his first reaching out to Dr. Lukowiak about being a director of the Trustee, both occurred in early January 2005. Then, while Olson was overseas, Bryden and Tingle worked on preparing the documents for the conveyance of the Property to the Limited Partnership/Trustee.

258     I am satisfied that it was Olson's intent from the time he decided to acquire the Property that he would transfer it into a trust, just as he held his other ranch holdings. He chose to acquire the Property in his personal capacity to maximize the use that he could make of the charitable donation; otherwise it may have been acquired by a different entity in the first place.

259     Olson's plan was to hold the Property personally only until after the end of the calendar year. He planned the conveyance to proceed thereafter as soon as possible so that it would defensibly occur at his acquisition cost, rather than at some appreciated price for which there would be a tax consequence.

260     His December 2004 meetings with the NCC made it clear to him that, in his view, the NCC was changing the deal it struck and being unreasonable about it. His efforts towards compromise were ultimately rebuffed. He was about to embark on a business trip overseas and would very soon become pre-occupied with tax season work, so he put the wheels in motion to effect the conveyance. The sale of the Property would have closed four weeks earlier, he said, if he had not been overseas and if corporate lawyers were faster.

261     Olson did not accelerate the timing of his original plan. It took him almost three months after the December 21 2004 meeting to get it done; I find that the conveyance of the Property proceeded later than he originally planned when he purchased the Property in his own name the prior August. There was no obligation upon Olson to disrupt, defer or discontinue his originally planned timing just because of the NCC's public relations or other problems. The NCC's suggestion really is that Olson was obligated to suspend his original plans until the NCC had satisfaction or, at least, until the registrations on the titles were fixed. I disagree.

262     The NCC did nothing by way of filing a caveat on the titles to the Property, or any other such step, to protect its position against all third parties that may transact in respect of the Property.

*The Trust*

WestlawNext. CANADA  Copyright © Thomson Reuters Canada Limited or its licensors (excluding individual court documents). All rights reserved.                    45

CONFIDENTIAL                                                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 12898

263     As the Trustee was a corporation, the decisions of the Trustee were made by the corporate directors, Lemons and Dr. Lukowiak. Lemons, an American resident, and Dr. Lukowiak, a Canadian resident in Alberta, were both directors and officers of the Trustee. Lemons was involved in creating the Trust.

264     The Trust included the use of a protector role (the "**Protector**"), which position was held by Olson from inception of the Trust through to the time of trial. The Protector was not a trustee and did not bear the corresponding fiduciary obligations of a trustee,[66] but rather operated as a type of oversight mechanism with respect to the Trust. It oversees the management of the Trust by the Trustee.[67] It had the power to appoint, remove and replace trustees.[68] Most notably, the Protector had a "veto" power over decisions made by the Trustee: the Protector had the power to approve many of the functions served by the Trustee because the Trustee is required to give 30 days' advance written notice to the Protector of the Trustee's intended exercise of its authority for many of the Trustee's enumerated authorities under the Trust Settlement.[69] Olson testified that although the concept of a protector is not commonly used in Canadian trusts, it was a US trust concept that had been around for a while.

265     The Trust was referred to several times by both Olson and Lemons as a prototypical "asset protection trust". Both Olson and Lemons testified that they had created this type of "asset protection trust", utilizing the protector mechanism, for numerous clients to protect the assets in the trust from potential creditors. The intent was that an asset protection trust was protecting assets from potential creditors of beneficiaries; potential creditors of beneficiaries of the trust could not recover their claim from out of the property in the trust, by virtue of various mechanisms built into the trust. As Lemons testified:

> Fundamentally a creditor cannot take away from a debtor that which the debtor does not own. An asset protection is all about having assets available so that a debtor, if a claim by a creditor is made, the creditor is not able to attach or reach assets that are in trust solution, of which the debtor would be a beneficiary.

266     One of these "asset protection" mechanisms was the structuring of the Trust such that the Trust was also the 100 percent voting shareholder of the Trustee. In their testimony both Olson and Lemons referred to this arrangement colloquially as a "circular trust". That is, they said it is to prevent a scenario whereby a creditor of a beneficiary can seize the shares of a corporate trustee (if, for example, a beneficiary holds the shares of a corporate trustee), appoint himself as a director by virtue of becoming a shareholder and then cause a distribution of the trust assets. Thus the Trust was made the sole shareholder of the Trustee. Practically speaking, the shares held by the shareholder (in this case, the Trust) would be voted by the directors of the Trustee. This seems to create an intriguing situation whereby the shareholder of the corporate Trustee is the Trustee itself. Here the blurred lines between trustee and beneficiary, and between legal and equitable interests held, raises doubts on the validity of the trust.

267     A trust is a common law concept; it is generally regarded as being:[70]

> the relationship which arises whenever a person (called the trustee) is compelled in equity to hold property, whether real or personal, and whether by legal or equitable title, for the benefit of some persons (of whom he may be one, and who are termed beneficiaries) or for some object permitted by law, in such a way that the real benefit of the property accrues, not to the trustees, but to the beneficiaries or other objects of the trust.

268     A trust is not a legal person which holds rights;[71] it cannot vote its shares or take action on its own. The trustee acts in respect of the entrusted property for the benefit of the beneficiaries. By the shares of the corporate trustee being the entrusted property, the corporate trustee is shareholder of itself and, on behalf of the trust, would also seem to have shareholder rights against itself.

269     There is a general prohibition on a corporation holding shares in itself in section 32(1) of the *Business Corporations Act*, RSA 2000, c B-9 ("*ABCA*"). However it is permitted in certain circumstances, under the exception in section 33 of the *ABCA*, notably when "in the capacity of a legal representative".[72]

CONFIDENTIAL                                                                 OL PRIVATE COUNSEL-EPHRAIM OLSON 12899

270     There is no definition of "legal representative" in the *ABCA*. The corresponding exemption in section 31 of the *Canada Business Corporations Act*, RSC 1985, c C-44 ("*CBCA*"), uses the term "personal representative" and defines it to include a trustee. [73] The fact that the definition of "person" under the *ABCA* [74] includes both "trustee" and "legal representative" separately suggests that a legal representative under the *ABCA* would not include a trustee and therefore the permission in section 33 of the *ABCA* may not apply to trustees.

271     In this case perhaps the corporate trustee would be permitted to hold its own shares pursuant to subsection 34(1) of the *ABCA*, [75] which provides for limited exceptions where a corporation may permissibly purchase or otherwise acquire its own shares.

272     The legality of this "circular trust" arrangement was not specifically in issue, so I do not have the benefit of the parties addressing it by evidence and argument. I therefore make no findings in that regard. Given the above provisions of the *ABCA*, however, I do question whether, first, this particular arrangement is permissible under the *ABCA* and, second, how a corporation holding all of the shares in itself (as a trustee) might work in practice.

273     Insofar as the conveyance of the Property to the Trustee (via the Limited Partnership) is asserted to deny the NCC the relief it seeks as against the Property because the new owner took title without the NCC's Replacement Fence Height Restriction being registered on its titles, the NCC would have me look beyond what it described as a self-serving sham transaction which ensures Olson continues to exercise ultimate control over the Property.

274     The NCC alleged that Olson, as Protector of the Trust, had complete control over it by virtue of the fact that if the Trustee were ever to attempt to do anything without Olson's consent as Protector, Olson could effectively disallow it. The NCC noted that Olson as Protector had the power to remove and replace trustees and as such had *de facto* control over the Trust. Olson and Lemons both said that the use of a protector is a commonplace mechanism and that Olson's powers as Protector of the Trust were likewise nothing out of the ordinary.

275     Even if commonplace, I nevertheless agree with the NCC in respect of this particular trust and this particular transaction that Olson continued to have *de facto* control over the Trust and, consequently, over the Property, despite the sale of the Property to the Limited Partnership/Trustee.

### Olson's de facto Control over the Trust and the Property

276     First, I find that Olson's role as Protector under the Trust Settlement gave him broad powers over the Trust and granted to him the ability to effectively control it. In effect, the Trustee (or, practically speaking, the directors of the Trustee) could not make any significant decision or take any action related to the Trust without Olson's prior consent. His powers as Protector were nearly absolute. In practical terms, I accept the NCC's submission that the Trustee did not in reality have authority to exercise its discretion under the Trust Settlement. Ultimately authority for the Trust under the Trust Settlement rested exclusively with Olson as Protector, because as Protector Olson would have prior notice of most decisions, which he could veto, and he also had the authority to remove and replace trustees. I accept that this gave Olson *de facto* control over the Trust and by virtue of this particular transaction, over the Property.

277     Second, apart from the powers granted to Olson as Protector under the Trust Settlement, Olson retained control over the Trust also by virtue of the fact that Lemons and Dr. Lukowiak did not exercise independent discretion as directors of the Trustee with respect to the conveyance by Olson of the Property to the Limited Partnership/Trustee.

278     The conveyance of the Property to the Trust was orchestrated and effected by Olson. Dr. Lukowiak merely "formalized" the conveyance of the Property by executing the documents on behalf of the Trustee, not having properly reviewed or understood them. Neither did Lemons review or execute documents on behalf of the Trustee for this transaction — stating in his testimony that he delegated this transaction to Dr. Lukowiak and to their lawyer, Tingle.

CONFIDENTIAL                                                      OL PRIVATE COUNSEL-EPHRAIM OLSON 12900

Case 2:21-cv-00455-DBB Document 68-3 Filed 08/25/24 PageID.1296 Page 166 of 305

Nature Conservancy of Canada / Société Canadienne pour..., 2014 ABQB 303, 2014...

2014 ABQB 303, 2014 CarswellAlta 822, [2014] A.W.L.D. 2659, [2014] A.W.L.D. 2667...

279     Third, I accept the NCC's argument that Olson was not acting at arm's length to the Trustee/Trust for the conveyance of the Property. At the time of the conveyance of the Property to the Limited Partnership/Trustee, Olson held all of the shares of the Trustee, which also served on behalf of the Trust as the general partner of the Limited Partnership, of which he was the sole limited partner. Olson suggested that, although he held the shares of the Trustee, the beneficial owner of the shares was instead the Trust, and he only held the shares as bare trustee for the Trust.

280     Olson offered no documentation to support that statement. I am not persuaded of it and find, rather, that this was an additional incident of Olson's control over, and non-arm's length relationship to, the Trust. There were numerous facts which contradicted Olson's claim to be acting at arm's length from the Trust and the Property. For example: the Trustee company had the same registered office as Olson's law office in Calgary, Alberta, and Olson's law office was responsible for preparing and filing the annual returns and other documents required to be filed for the Trustee. As discussed, Olson held all of the shares of the Trustee at the time the conveyance was made to the Limited Partnership/Trustee and for the first few years after the conveyance of the Property. Olson was also the sole limited partner in the Limited Partnership. Indeed, it is difficult to imagine a situation in which Olson could be any less of a non-arm's length party with respect to the Trust and the transaction conveying the Property.

### March 16, 2005 Meeting

281     The next interaction between the NCC staff and Olson was at the offices of Bennett Jones LLP in Calgary on March 16, 2005, at a meeting attended by Olson and his counsel Richard Low from Bennett Jones LLP, and Simpson and Stanley Church from Beaumont Church LLP for the NCC.

282     The parties discussed the fencing issue and what would be considered "wildlife friendly". Church at no time disagreed with Low. Low expressed the view that the CE was *ultra vires* the enabling statute and unenforceable and further that Church may want to have that researched.

283     The same day as this meeting with counsel, the "paper closing" of the sale of the Property by Olson to the Limited Partnership/Trustee took place. The NCC was not made aware of the sale until after this meeting.

### July 2005 Property Appraisal

284     Before completing the appraisal and sending it to the NCC, Smith sent Olson a draft appraisal via fax dated April 13, 2005. In the draft Smith estimated the fair market value of the Property unencumbered by the CE at $3,585,000 and value of the encumbered Property at $1,438,500. The draft appraisal used an effective date of September 30, 2003. Olson was pleased with the analysis, as it utilized the bundle of rights approach that Olson had promoted. However Olson believed that Smith reached the wrong conclusion, as Smith estimated the fair market value of the unencumbered Property at $3.5 million and subtracted the value of the encumbered Property to determine the value of the CE. The problem, Olson suggested, was that he only paid $3 million for the Property.

285     Smith's appraisal report was issued to the NCC on July 18, 2005 (the "**July 2005 Appraisal**"). The effective date for the appraisal was August 1, 2004. In the July 2005 Appraisal Smith estimated the fair market value of the land to be $1,588,500 while encumbered by the CE, and the value of Olson's charitable donation to be $1,351,000. [76] Olson testified that he did not receive a copy of this appraisal until a few months later. Hodgson explained the NCC did not review the July 2005 Appraisal, as by this time it was "pretty evident that we had some issues, and they needed to be dealt with before we spent a lot of time on this." [77]

### Olson's Request for the Tax Receipt

286     In a letter dated October 21, 2005, Olson wrote to John Lounds, President and CEO of the NCC, requesting the NCC issue the Tax Receipt. Olson testified that the intent of this letter was to bring to Lounds' attention that he had not received the Tax Receipt and his ability to use the Tax Receipt for the 2004 taxation year would soon "expire". Olson requested the NCC

CONFIDENTIAL                                                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12901

This is Exhibit "13" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 12902

The Order of the Court is stated below:
Dated: August 07, 2020 /s/ MARK KOURIS
04:00:08 PM District Court Judge



In the District Court of Utah

3RD DISTRICT COURT, SALT LAKE COUNTY

Court Address: 450 SOUTH STATE STREET, P O BOX 1860, SLC, UT 84114-1860

| THOMAS H OLSON | **Domestic Relations Injunction** |
| Petitioner | (Utah Rule of Civil Procedure 109) |
| | |
| v. | 204904555 |
| | Case Number |
| | |
| CAROLYN OLSON | Judge |
| Respondent | |
| | Commissioner |

Because this matter involves divorce, annulment, temporary separation, custody, parent-time, child support, or paternity, the court makes the following orders. These orders apply to the petitioner and respondent named above.

1. **The parties must not:**

   a. harass, intimidate or disturb the peace of the other party, by any means, including electronically.

   b. commit domestic violence or abuse against the other party or a child.

   c. use the other party's name, likeness, image, or identification to get credit, open an account for service, or obtain a service.

   d. cancel or interfere with telephone, utility, or other services used by the other party.

   e. cancel, modify, terminate, change the beneficiary, or allow to lapse for voluntary nonpayment of premiums (without the written consent of the other party or pursuant to further order of the court) any policy of

      i. health insurance,

      ii. homeowner's or renter's insurance,

      iii. automobile insurance, or

      iv. life insurance

2. **If the petition involves the division of property, personal property or debts, the parties must not:**

   transfer, encumber, conceal, or dispose of your property or the other party's property unless:

---

CONFIDENTIAL      OL PRIVATE COUNSEL-EPHRAIM OLSON 12903

    a.  you have the written consent of the other party or

    b.  you have a court order

except in the usual course of business or to provide for the necessities of life.

3.  **If the petition involves minor children, the parties must not:**

    a.  Take the children on non-routine travel unless:

        i.   you have the written consent of the other party or

        ii.  you have a court order, or

        iii.  the following information has been provided to the other party:

           •  an itinerary of travel dates and destinations;

           •  how to contact the children or traveling party; and

           •  the name and telephone number of an available third person who will know the children's location.

    b.  In the presence or hearing of the children:

        i.   demean or disparage (talk badly about) the other party;

        ii.  attempt to influence the children's preference regarding custody or parent time; or

        iii.  say or do anything that would negatively affect the love and affection of the children for the other party, or involve the children in the issues of the petition.

    c.  Make parent time arrangements through the children.

4.  When the children are under a party's care, that party must use best efforts to prevent others from doing anything described above, and if necessary remove the children from the situation.

5.  This domestic relations injunction is effective:

    •  for the **petitioner** when the petition is filed.

    •  for the **respondent** when they receive a copy of the injunction entered by the court.

6.  The domestic relations injunction is in effect until:

    •  the final decree is entered,

    •  the petition is dismissed,

    •  the parties otherwise agree in a writing signed by all parties, or

    •  the court orders otherwise.

7.  A party may ask to modify or dissolve the domestic relations injunction by filing a motion.

CONFIDENTIAL         OL PRIVATE COUNSEL-EPHRAIM OLSON 12904

- The motion will be decided as quickly as possible if it is filed **before** an answer to the petition or other responsive pleading is filed. The moving party must serve the nonmoving party at least 48 hours before a hearing.
- If the motion is filed **after** a responsive pleading is filed, Utah Rule of Civil Procedure 7 or Rule 101 apply.

8. If there is another order with conflicting provisions governing the parties or their minor children, the parties must comply with the provisions of the other order.

9. This domestic relations injunction does not apply to the Office of Recovery Services.

---

CONFIDENTIAL     OL PRIVATE COUNSEL-EPHRAIM OLSON 12905

### Certificate of Service

I certify that I filed with the court and am serving a copy of this Domestic Relations Injunction on the following people.

| Person's Name | Service Method | Service Address | Service Date |
|---|---|---|---|
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] EMail<br>[ ] Left at business (With person in charge or in receptacle for deliveries)<br>[ ] Left at home (With person of suitable age and discretion residing there) | | |
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] EMail<br>[ ] Left at business (With person in charge or in receptacle for deliveries)<br>[ ] Left at home (With person of suitable age and discretion residing there) | | |
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] EMail<br>[ ] Left at business (With person in charge or in receptacle for deliveries)<br>[ ] Left at home (With person of suitable age and discretion residing there) | | |

_____
Date

Signature ► _____

Printed Name _____

CONFIDENTIAL                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 12906

This is Exhibit "14" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 12907

Patricia C. Kuendig, #14061                 **PRIVATE DOCUMENT**
Roger J. Dodd , #13622
DODD & KUENDIG
750 Kearns Blvd., #280
P.O. Box 684079
Park City, UT 84068-4079
Telephone (435) 200-4961
Facsimile (904) 212-0563
Email patricia@kuendiglaw.com
Cc: kristyb@kuendiglaw.com
***Attorneys for Counterclaimant/Respondent***

---

IN THE THIRD DISTRICT COURT IN AND FOR
SALT LAKE COUNTY, STATE OF UTAH

---

| | |
|---|---|
| THOMAS H. OLSON, individually and as Protector of THE OLSON ESTATE TRUST, and WATERTON LAND TRUST, <br>       Petitioner, <br><br> v. <br><br> CAROLYN OLSON, <br>       Counterclaimant/Respondent. <br><br> and <br><br> THE OLSON ESTATE TRUST, THE CAROLYN OLSON SPOUSAL TRUST, THE THOMAS H. OLSON TRUST, WATERTON LAND TRUST, RUTH DOXEY FAMILY TRUST, OL PRIVATE COUNSEL, LLC, OLSON LEMONS, PC, and MOUNT ROYAL ESTATES, LLC, <br><br> Third Party Defendants. | **VERIFIED MOTION FOR TEMPORARY ORDERS** <br><br> Case No.: 204904555 <br><br> Judge: Royal I. Hansen <br> Commissioner: Joanna Sagers |

The Respondent, Carolyn Olson, by and through counsel, Dodd & Kuendig, pursuant to

Rule 101 of the Utah Rules of Civil Procedure, respectfully moves this Court for an Order

granting the following temporary relief during the pendency of this matter:

1

CONFIDENTIAL                               OL PRIVATE COUNSEL-EPHRAIM OLSON 12908

# TABLE OF CONENTS

I.      Statement of Facts ………………………………………..          2

        i.      Need/Marital Standard of Living ………………          2

        ii.     Ability to Pay …………………………………          3

        iii.    Mr. Olson's Continued Control of Trusts,
                Corporations and Partnerships ….……………          5

        iv.     Miscellaneous …………………………………          8

II.     Argument …………………………………………………..          9

        i.      Temporary Division of Assets and
                Family Support…………………………………          10

        ii.     Temporary Spousal Support …………………          10

        iii.    Repatriation of Funds and/or Equal Division
                Of Liquid Assets on a Temporary Basis……..          10

        iv.     Possession of the Marital Home ………………          11

        v.      Sale of 320 Acres in Alberta Canada …………          11

        vi.     Additional Relief ………………………………          11

III.    Conclusion ………………………………………………          12

IV.     Exhibits …………………………………………………          14

        A. Summary of Deposits and Withdrawals from
           Wells Fargo Account 4952………………………          14

        B. Summary of Carolyn's Expenses from Joint Wells
           Fargo Account 4952 …………………………          15

        C. Summary of Payments made to Tom Olson's
           Scotia Bank Credit Card …………………………          16

        D. Summary of Deposits into Tom Olson's Scotia
           Bank Checking Account …………………………          16

i

CONFIDENTIAL                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 12909

E.  Schedule A to Declaration of Interest of Directors
    And/or Chief Executive ………………………..      17

F.  Summary of Deposits into Joint Wells Fargo
    Account 4952 …………………………………..      18

G.  Bloomberg Exchange Rate Printout ……………….      20

H.  Certified Alberta Group Record for 1377823 Ltd ….      21

I.  Certified Record for West Buffalo Ranches Ltd……      30

J.  Email dated May 11, 2020 …………………………      33

K.  Email dated October 9, 2020 ………………………      34

L.  White Buffalo Trust pages ………………………...      35

## TABLE OF AUTHORIES

### RULES

Rule 101 of Utah Rules of Civil Procedure ……..…………………      1, 3

Rule 1006 of Utah Rules of Evidence …………………………..      3

### CASE LAW

Nature Conservancy of Canada v. Waterton Land Trust
Ltd., 2014 ABQB 303 ……………………………………………..      4

ii

## STATEMENT OF FACTS

I.    <u>Need/Marital Standard of Living</u>

1.   Bachelor's Degree in 1980 from Brigham Young University in nutrition/dietetics and she worked in the field for approximately 6 months.

2.   Carolyn was a stay-at-home wife and mother throughout the parties' 40 year marriage. She home-schooled 9 children.

3.   The parties had a lifestyle which included hundreds of thousands of acres of ranch land[1], and numerous houses. Within the last decade, the parties' shared homes in Utah, the Bahamas, Thailand, Alberta and Manitoba.

 

4.   Towards the end of their intact marriage, the parties were finalizing the design for their luxury condominium at the Ritz Carlton Residences Bangkok (MahaNakhon), which Carolyn estimates cost more than 8 million CAD.

---

[1] The overwhelming majority of this land is held in various trusts and corporations directly and indirectly controlled by the Petitioner, as discussed *infra*.

2

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12911



5.  In the last year of the intact marriage (2015), a review of one bank account (the parties' had multiple), shows the following:

    a.  $561,692.79 in total deposits or an average of $46,807.73 in deposits per month; and,

    b.  $546,789.43 in withdrawals and debits or an average of $45,565.79 in monthly spending from the account.

    *See* Summary[2] of deposits and withdrawals from Wells Fargo account 4952 attached as **Exhibit A**.

6.  Between January 1, 2016, and July 31, 2019, Carolyn spent an average of $19,521.29 per month on her own expenses and expenses related to only the Draper home.  *See* **Exhibit B,** Summary of Expenses from Joint WF Account.  These amounts do not include the costs to maintain and renovate the home in Bragg Creek, Alberta, which were paid from other accounts.

## II.  Ability to Pay

7.  The Petitioner, Thomas Olson ("Mr. Olson"), is an international tax planning and tax

---

[2] Summaries are being provided as Exhibits because the underlying documents are voluminous.  As required by Utah Rule of Civil Procedure 101(h)(3) and Utah Rule of Evidence 1006, copies of the underlying documents are already in the possession of Mr. Olson and/or are being provided along herewith.  The documents will also be available for examination by the commissioner at the time of the hearing.

3

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12912

litigation attorney. *See Nature Conservancy of Canada v. Waterton Land Trust Ltd.*, 2014 ABQB 303, ¶ 30.

8.   He also holds officer and/or director positions for numerous corporations, including, but not limited to:  Olson's Wild West Buffalo Ranches Ltd. (which, in turn is the general partner of Olson's High Country Bison Company and Moose Mountain Buffalo Ranch Limited Partnership); 5583293 Manitoba Ltd; .Balmoral Commercial Services, LLC; 847334 Alberta Ltd.; 1377823 Alberta Ltd.; Duck River Ranch, Ltd.; Knucklehead Gas Company Ltd.; Pine River Ranches, Ltd.; HS Professionals, LLC; OL Private Counsel, LLC; and, OL, LLC.  He has not disclosed these positions in his initial disclosures.

9.   Between April 7th, 2020 and September 4th, 2020, a span of only five (5) months, Mr. Olson charged $358,879.97 on his Scotia Bank credit card and he made payments towards that credit card in the amount of $371,594.05.  *See* Summary attached hereto as **Exhibit C**.

10. Between May 24, 2020 and August 22, 2020, a span of only three (3) months, Mr. Olson had deposits totaling $350,000 into his Scotia Bank checking account.  *See* **Exhibit D.** The majority of these deposits were from International Commercial Services Ltd.

11. According to a 2018 Declaration of Interest of Directors and/or Chief Executive Officer, Mr. Olson was the Director and President of International Commercial Services, Ltd. *See* Schedule A, Declaration attached hereto as **Exhibit E**.

12. In addition to the deposits from International Commercial Services, Ltd., Mr. Olson received deposits in recent months into the parties' joint Altabank account and joint Wells Fargo account from Olson Lemons, LLP.

13. In March, 2020, Mr. Olson also received deposits totaling $41,000 into the parties' joint Wells Fargo account from OL Private Counsel Pte Ltd.

4

OL PRIVATE COUNSEL-EPHRAIM OLSON 12913

14. Mr. Olson, according to his Financial Declaration, lives for free at a condominium in Thailand[3], which is paid for by OL Private Corporate Counsel International Ltd. In 2018, documentary evidence suggests that Mr. Olson was also a Director and President of that company. *See* Petitioner's Financial Declaration filed along herewith.

15. Mr. Olson has consistently been a high wage earner. Although he has not yet produced all of his various foreign tax returns and proof of wages, a review of the parties' joint Wells Fargo account between the years February 9, 2016 and August 5, 2019, show $1,898,370.00 (one million, eight hundred and ninety eight thousand, three hundred and seventy dollars) from Olson Lemons, LLP. *See* **Exhibit F.**

16. Mr. Olson has disclosed financial accounts in the United States, Canada, Bulgaria and Thailand. *See* Petitioner's Financial Declaration.

17. In various accounts at Eurobank Bulgaria, Mr. Olson has nine hundred, sixty thousand, one hundred and fifty-six Euro (€ 960,156). *See Id.* Given current exchange rates (1 € = $1.18[4]), Mr. Olson has approximately $1,132,984 USD in Bulgaria alone.

18. Mr. Olson also has 13,901,132 THB in his Thailand accounts. *See Id.* Using the same conversion rate as Mr. Olson discusses in his Financial Declaration, 13,901,132 THB is approximately $445,733.67 USD in Thailand.

### III.  Mr. Olson's Continued Control of Trusts, Corporations and Partnerships

19. Upon information and belief, marital assets have been contributed to entities, including, but not limited to the following:  847334 Alberta Ltd.; 900969 Alberta Ltd.; 910175 Alberta Ltd.; 1377823 Alberta Ltd.; 1482398 Alberta Ltd.; 1637660 Alberta Ltd.; 1838780

---

[3] This is the same condominium at the Ritz Carlton Residences that the parties jointly designed/decorated to be a marital residence before their separation.
[4] Pursuant to Utah Rule of Evidence 201, Respondent requests this Court take judicial notice of the current exchange rate as evidenced by the Bloomberg printout attached hereto as **Exhibit G**.

5

Alberta Ltd.; 1871086 Alberta Ltd.; Balmoral Commercial Services, LLC; Bay Street Custodians, Inc.; Bison Conservation Ranch, Ltd.; Blakiston Energy Partnership; Chief Mountain Buffalo Ranch, Ltd.; Chief Mountain Buffalo Ranch, Inc.; Chief Mountain Investments, Ltd.; Chief Mountain Ranches, Ltd.; Dungarvan Oil and Gas; Gas Company Ltd.; Genparis Investments Ltd.; Goal Line Enterprises, Inc.; High Country Buffalo, Ltd.; HS Professional Corporation; Indefatigable, Ltd.; Integrated Business Analysis; International Tax Advisors, LLC; Knucklehead Gas Company; Laga Management, Inc.; Majestic Investment Partnership; Maier Family Management, Ltd.; Moose Mountain Buffalo Ranches; OL Private Counsel PTE; OL Private Corporate Counsel, Ltd.; OL Private Counsel, LLC; Old Man on His Back Buffalo Ranch, Ltd.; Olson Bison Conservation Ranches, LP; Olson Buffalo Ranches, Ltd.; Olson Buffalo Company, Ltd.; Olson Legal Management, Inc.; Olson Lemons, LLP; Olson Oil and Gas Co, Ltd.; Olson Reid, LLP; Olson Reid, P.C.; Olson Reid Tax Consultants, Inc.; Olson's Wild West Buffalo Ranches, Ltd.; Pine River Ranches, Ltd.; Spionkop Investment Partnership; Sweet Grass Ranch, Ltd.; Thomas Olson, P.C.; Waterton Land Trust, L.P.; Waterton Land Trust, Ltd.; Waterton Bison Park Corp.; White Buffalo Energy Partnership; Wild Horse Buffalo Ranch; Wild Horse Ranch, Inc.; Wild Horse Ranch Production; Wild West Buffalo Company, Ltd.; Wild West Buffalo Ranches, Ltd.; Carolyn Olson Children's Trust; Carolyn Olson Spousal Trust; George Whitehead Trust; Jack Hardy Olson Estate Trust; Laga Management Trust; Melba Marlene Olson Estate Trust; Olson Estate Trust; Olson Manitoba Conservation Trust; Ruth Doxey Family Trust; Thomas H. Olson Trust; Waterton Land Trust; William Bell Hardy Trust.

     20. Mr. Olson states that the Trusts "were established for the benefit of [Carolyn] and the parties' children…", (Docket No. 31, ¶ 4), but the trusts are being controlled so that only he and/or the few adult children that work for him receive any benefits.

6

21. This is a family divided.  Mr. Olson employs three of their adult children – Joshua Olson, Hyrum Olson, and Ruth Olson (Bigler).  He has ceased all communication with Ephraim Olson and Naomi Olson (Burton) because they disagreed with his treatment of their mother, as well as several of their younger children.

22. It has come to light that Mr. Olson has used his positions as an attorney, father, director/officer, and trust protector to engage in divorce planning with respect to several entities.  Here are some examples:

a.  On January 9, 2020, Mr. Olson removed Ephraim Olson as a director of 1377823 Alberta Ltd. and appointed Joshua Olson in his stead.  *See* certified copy of Alberta Group record attached hereto as **Exhibit H.**

b.  Also, on January 9, 2020, Mr. Olson changed the director of Olson's Wild West Buffalo Ranches Ltd. in Manitoba.  He removed Ephraim as sole director and made himself and Joshua directors.  *See* **Exhibit I**.

c.  After the filing of Carolyn's Counterpetition joining the Ruth Doxey Family Trust, Mr. Olson has filed suit against their son, Ephraim, in Alberta with respect to the management of that trust.  (Docket No. 31, Tenth Defense).  Mr. Olson also now claims to be a co-trustee of that trust, yet on May 11, 2020, his former counsel stated "Currently, Ephraim is trustee of [the Carolyn Olson Spousal Trust and the Ruth Doxey Family Trust].  He will need to resign forthwith so that [Mr. Olson] can become trustee."  *See* redacted email attached as **Exhibit J.** Carolyn believes Tom is trying to prevent Ephraim from being able to help her with the use of trust assets (she is a beneficiary) so that she is less able to defend herself against her husband's actions.

d.  After the filing of Carolyn's Counterpetition joining the Waterton Land Trust,

7

The Olson Estate Trust, and the Thomas H. Olson Trust, according to affidavits filed with respect to the pending Motion to Dismiss (Docket No. 33), the following occurred:

       i.       On September 2, 2020, Bruce Lemons (a Utah resident and attorney) ceased being trustee of the Waterton Land Trust and the Olson Estate Trust.  Notably, Mr. Lemons had not yet been served and, pursuant to the trust terms would have had to provide 30-days notice of a resignation, so it appears that Mr. Olson, as protector of the trusts removed him.

       ii.      On September 4, 2020, Hyrum Olson (a Virginia resident) resigned as trustee of the Thomas H. Olson Trust and his brother Joshua (a Canadian resident) was appointed in his stead.

       e.   On October 9, 2020, Mr. Olson emailed Carolyn and stated "Thomas H Olson has ceased to be the protector of the White Buffalo Trust, the Waterton Land Trust and the Olson Estate Trust."  *See* **Exhibit K.**  Carolyn has a copy of the original White Buffalo Trust, which names her as the successor protector to Mr. Olson.  So, either Carolyn is now the protector or, prior to his resignation, Mr. Olson consented to an amendment of the trust or appointed a different success protector to maintain indirect control.  *See* **Exhibit L,** [5]White Buffalo Trust. Upon information and belief, the same applies to the Olson Estate Trust.

23. This Court should be aware of and take judicial notice of *Nature Conservancy of Canada v. Waterton Land Trust Ltd.*, 2014 ABQB 303.  In this opinion, Mr. Olson's indirect control over trusts and underlying family corporations and partnerships is discussed in detail.

**IV.**     **Miscellaneous**

24. There are two (2) one-hundred and sixty acre parcels of land in Alberta, Canada in

---

[5]  Only relevant pages of the Trust document have been provided.

8

CONFIDENTIAL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12917

Carolyn's name. The legal descriptions are as follows: 1) Lot - Meridian 4, Range 30, Township 3, Section 27, North Quarter West- Alberta Canada; and 2) Lot – The South West Quarter of Section 27 in Township 3, Range 30, West of the Fourth Meridian, Alberta Canada.

25. There is a home in Draper, Utah, which Carolyn has lived in exclusively since 2015, located at 14858 S Saddle Leaf Ct., Draper, UT 84020.

## ARGUMENT

The parties have been married for 40 years. During that time, the parties had ten children (one is deceased). Carolyn was a stay-at-home wife and mother and primarily responsible for homeschooling their nine (9) children. Their youngest, Hannah Olson, only turned eighteen (18) and graduated in high school in 2018, after being homeschooled by Carolyn. Mr. Olson, a prominent international tax attorney, was the breadwinner. Through his law and tax practices (various all over the world) and his extensive ranching activities and investments in oil and gas, this family acquired substantial assets. Mr. Olson orchestrated the creation and transfer of most of the parties' marital assets to trusts, corporations, and limited partnerships. He provided legal advice to his wife with respect to most transfers, but never explained that, upon divorce, he would cut her off financially and control the trusts indirectly to receive the benefit of the family fortune. The marital assets that he does include on his financial declaration are outside of this Court's jurisdiction, primarily in Bulgaria and Thailand. Carolyn has done everything for the children and family, has given all her talent and effort to the family and Mr. Olson, and in late, 2015, it came to light that Mr. Olson had been committing adultery against the marriage with his hired butler that lived in the home with Mr. Olson, Carolyn, and their youngest child. Temporary orders are necessary to protect Carolyn.

9

## I.     TEMPORARY DIVISION OF ASSETS AND FAMILY SUPPORT

To be clear, the Court, in entering Temporary Orders, does not need to make a finding at this time regarding revocability of trusts, value of corporations, or the like. However, it is crucial the Court understand this unusual context in order to properly consider temporary orders regarding temporary division of assets and family support.  Mr. Olson's financial records support his ability to pay a substantial sum, as he did until mid-2019.

### A.     TEMPORARY SPOUSAL SUPPORT

Carolyn should be awarded temporary monthly spousal support from Petitioner that in the amount of nineteen thousand, five hundred, twenty one dollar and twenty nine cents ($19,521.29).   Given the expansive wealth and income of Mr. Olson as evidenced by the deposits into his accounts from multiple undisclosed entities, the parties' marital standard of living, and Mr. Olson's lifestyle being subsidized in large part by entities that he claims no interest in, the Court should find that he has the ability to pay same.  This amount is not the full marital standard of living, but it would provide for the documented needs of Carolyn in the Draper, Utah home.

### B.     REPATRIATION OF FUNDS AND/OR EQUAL DIVISION OF LIQUID ASSETS ON A TEMPORARY BASIS

Carolyn had $19,184 available to her, as of recently, compromised of cash and securities. She also has $2,307.10 in Canadian Dollars.  To the contrary, Mr. Olson has cash and securities with an equivalent value in U.S. Dollars of over $1,500,000.00. All of those assets, however, are located in Bulgaria or Thailand.   Carolyn is extremely concerned that those funds are out of the jurisdiction, especially given Mr. Olson's direct and indirect control over the web of trusts, corporations and partnerships that he established to house the majority of the marital estate.  The

10

OL PRIVATE COUNSEL-EPHRAIM OLSON 12919

Court has the discretion and should order Mr. Olson to repatriate those funds into accounts in the U.S. and then freeze them for later distribution.  In the alternative, half of the assets should be temporarily awarded to the control of Carolyn.  If Mr. Olson contests this request for any reason, the Court should order him to obtain a judicial surety bond to protect Carolyn.

### C.    POSSESSION OF THE MARITAL HOME

Carolyn should be awarded sole use and possession of the Draper home during the pendency of this action.  Mr. Olson has not spent any time at the home since 2015.

### D.    SALE OF 320 ACRES IN ALBERTA, CANADA

Carolyn requests this Court enter an order to allow her to sell the two (2) 160-acre parcels of land deeded to her in Alberta, Canada.  She agrees to hold the funds in an account to be frozen pending a final resolution of this case or a future court order.  This would allow her to bring additional marital assets within the United States and minimize the cost of seeking a later court order in Canada to give full faith and credit to a division of assets.  Neither party resides on these parcels, so there is no prejudice in entering such an order.

## II.    ADDITIONAL RELIEF

Carolyn requests the following additional temporary order:

1.      No party, directly or indirectly, shall cause any documents, files, records, or logs to be destroyed, altered, disabled, erased, encrypted, altered or otherwise made unavailable with respect to any marital assets, trusts listed hereinabove, corporations and partnerships listed hereinabove.  This shall include electronic data or electronic evidence such as text filed, financial data, spreadsheets, e-mail files and information concerning e-mail files, databases, calendar and scheduling information, task lists, voice mail, instant messaging or other electronic communications, telephone logs, contact managers, computer system activity logs and all file

11

OL PRIVATE COUNSEL-EPHRAIM OLSON 12920

fragments, internet usage files, offline storage or information contained on servers, networks, laptops, computer, other portable divisions, and network access information and backup files containing electronic data. All applicable documentation and evidence shall be retained in its native, electronic format with all metadata intact. The parties have an affirmative duty to prevent spoliation of evidence, whether in their personal or official capacities, as trustee, protector, beneficiary, or as an attorney for any such entities or trustees.

## **CONCLUSION**

For the foregoing reasons, Respondent respectfully requests the Court enter the temporary orders as requested.

DATED this 10th day of November 2020.


/s/ Patricia C. Kuendig
Attorney for Respondent


I hereby declare under criminal penalty of Utah Code Annotated §78B-5-705 that the information in this declaration is true and correct.



Dated this 10th day of November 2020.


/s/ Carolyn Olson
(signed with permission)
Carolyn Olson

12

OL PRIVATE COUNSEL-EPHRAIM OLSON 12921

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2020, I caused a true and correct copy of the foregoing **VERIFIED MOTION FOR TEMPORARY ORDERS** to be served on the following as follows:

Stephen C. Clark
Janelle E. Bauer
Jones Waldo Holbrook & McDonough
Attorneys for Petitioner
sclark@joneswaldo.com
jbauer@joneswaldo.com
**Via Court's Electronic Notification System**

David J. Jordan
Mark E. Hindley
Jordan C. Hilton
Stoel Reeves, LLP
Attorneys for the Thomas H. Olson Trust
The Olson Estate Trust, Waterton Land Trust,
OL Private Counsel, LLC, & Olson and Lemons, PC
201 S. Main Street, Suite 1100
Salt Lake City, Utah 84111
David.jordan@stoel.com
Mark.hindley@stoel.com
**Via Court's Electronic Notification System**

Carol Warnick
Rebecca Klock Schroer
Holland & Hart, LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
Attorneys for Ephraim Olson, Trustee of
The Ruth Doxey Family Trust and
Carolyn Olson Spousal Trust
cwarnick@hollandandhart.com

/s/ Kristy Brown_____

Paralegal

13

CONFIDENTIAL                                              OL PRIVATE COUNSEL-EPHRAIM OLSON 12922

EXHIBIT A

| Wells Fargo Premier Checking Account | | |
|---|---|---|
| Account No. xxxx-4952 | | |
| Account Holders: Thomas Olson & Carolyn Olson | | |
| Month, Year | Deposits/Additions | Withdrawals/Subtractions |
| January, 2015 | $45,210.37 | ($38,968.72) |
| February, 2015 | $30,000.52 | ($38,117.53) |
| March, 2015 | $80,211.82 | ($45,661.75) |
| April, 2015 | $1.18 | ($22,756.86) |
| May, 2015 | $50,948.08 | ($25,190.66) |
| June, 2015 | $51,330.96 | ($56,631.52) |
| July, 2015 | $1,104.89 | ($20,880.36) |
| August, 2015 | $39,980.70 | ($43,079.35) |
| September, 2015 | $100,001.37 | ($96,977.66) |
| October, 2015 | $49,981.39 | ($27,050.61) |
| November, 2015 | $49,980.98 | ($71,062.02) |
| December, 2015 | $62,940.53 | ($60,412.39) |
| | | |
| Total: | $561,692.79 | ($546,789.43) |

14

OL PRIVATE COUNSEL-EPHRAIM OLSON 12923

EXHIBIT B

| Wells Fargo Premier Checking Account | | | | |
|---|---|---|---|---|
| Account No. xxx-4952 | | | | |
| Account Holders: Thomas Olson & Carolyn Olson | | | | |
| | 2019 (7 mos.) | 2018 | 2017 | 2016 |
| Carolyn | $127,039.98 | $212,477.88 | $234,313.10 | $129,132.68 |
| Draper House | $20,735.45 | $18,192.66 | $43,158.26 | $46,417.92 |
| Total | $147,775.43 | $230,670.54 | $277,471.36 | $175,550.60 |

| Average Monthly | 2019 (7 mos.) | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| Carolyn | $18,148.57 | $17,706.49 | $19,526.09 | $10,761.06 |
| Draper House | $2,962.21 | $1,516.06 | $3,596.52 | $3,868.16 |
| Total | $21,110.78 | $19,222.55 | $23,122.61 | $14,629.22 |

| Carolyn's Base Monthly Average need with Draper house |
|---|
| $19,521.29 |

15

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12924

# EXHBITS C & D

## EXHIBIT C

| Scotia Bank Credit Card Account XXX-0029 | | |
|---|---|---|
| Account Holder:   Thomas H. Olson | | |
| | Payments/Credits | Purchases/New Charges |
| April 7 - May 6, 2020 | $52,044.60 | $54,908.06 |
| May 7, 2020 - June 4, 2020 | $106,505.49 | $86,971.28 |
| June 5 - July 7, 2020 | $83,441.63 | $69,176.25 |
| July 8 - August 6, 2020 | $50,934.40 | $76,149.80 |
| August 7 - September 4, 2020 | $78,667.93 | $71,674.58 |
| | $371,594.05 | $358,879.97 |

## EXHIBIT D

| Scotiabank Checking xxxx-1682 Mr. Thomas H. Olson | Deposits |
|---|---|
| | |
| May 24, 2020 - June 23, 2020 | 100,000 CAD |
| | |
| June 24, 2020 - July 23, 2020 | 150,000 CAD |
| | |
| July 24, 2020 - August 22, 2020 | 100,000 CAD |

16

CONFIDENTIAL                                                OL PRIVATE COUNSEL-EPHRAIM OLSON 12925

Exhibit E

**Schedule A**
**The DIRECTOR'S AND/OR CEO DISCLOSURE OF INTERESTS IN TRANSACTIONS, PROPERTY, OFFICES ETC.**

| Name of Company/Firm/Limited Liability Partnership | Nature (whether officer, member or partner) & Extent of Interest |
|---|---|
| 1377823 Alberta Ltd. | Director, President, Secretary |
| 1439632 Alberta Ltd. | President, Secretary |
| 5583293 Manitoba Ltd. | Director, Secretary |
| Bison Conservation Ranch Ltd. | Director, Secretary, Vice-President |
| Chief Mountain Ranches Ltd. | Director, President, Secretary |
| Duck River Ranch Ltd. | Director |
| Goal Line Enterprises Inc. | Director, President, Secretary |
| Indefatigable Ltd. | Director, President |
| International Commercial Services Ltd. | Director, President |
| North American Gas Futures Inc. | Director, President |
| OL Private Corporate Counsel International Ltd. | Director, President |
| OL Private Corporate Counsel Ltd. | Director, President, Secretary |
| OL Private Counsel Ltd. | Director |
| White Buffalo Energy Partnership | Managing Partner |

17

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12926

| Wells Fargo Premier Checking Account | | | |
|---|---|---|---|
| Account No. xxxx-4952 | | | |
| Account Holders: Thomas Olson & Carolyn Olson | | | |
| Date: | Amount: | | Source of Deposit: |
| 8/5/2019 | $7,990.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 7/8/2019 | $7,990.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 6/12/2019 | $19,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 6/11/2019 | $23,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 4/30/2019 | $19,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 4/2/2019 | $29,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 3/29/2019 | $39,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 3/8/2019 | $39,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 2/26/2019 | $2,490.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 2/20/2019 | $19,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 2/19/2019 | $11,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 2/1/2019 | $14,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 1/14/2019 | $19,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 12/4/2018 | $34,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 11/19/2018 | $14,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 11/13/2018 | $19,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 11/8/2018 | $19,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 10/29/2018 | $29,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 10/15/2018 | $29,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 9/27/2018 | $29,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 9/24/2018 | $14,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 9/11/2018 | $19,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 7/31/2018 | $39,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 7/13/2018 | $29,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 6/20/2018 | $39,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 5/29/2018 | $39,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 5/3/2018 | $49,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 2/8/2018 | $59,975.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 1/17/2018 | $69,975.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 11/30/2017 | $49,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 11/10/2017 | $24,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 11/2/2017 | $19,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 10/10/2017 | $24,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 8/31/2017 | $29,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 7/17/2017 | $79,975.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 5/31/2017 | $79,975.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 4/18/2017 | $69,975.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 3/24/2017 | $49,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 3/6/2017 | $39,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 1/23/2017 | $49,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 12/12/2016 | $39,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 11/4/2016 | $49,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 10/26/2016 | $19,980.00 | | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |

18

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12927

| | | | |
|---|---|---|---|
| 10/20/2016 | | $19,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 9/26/2016 | | $29,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 8/26/2016 | | $59,975.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 8/9/2016 | | $24,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 7/29/2016 | | $49,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 6/30/2016 | | $19,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 5/27/2016 | | $29,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 5/5/2016 | | $69,975.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 4/13/2016 | | $19,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 3/29/2016 | | $19,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 3/10/2016 | | $19,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 2/24/2016 | | $59,975.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |
| 2/9/2016 | | $39,980.00 | THE BANK OF NOVA /ORG=OLSON LEMONS LLP |

**$1,898,370.00**

19

OL PRIVATE COUNSEL-EPHRAIM OLSON 12928

**Menu**     Search       **Bloomberg**       Sign In    **Subscribe**

## EURUSD:CUR
## EUR-USD X-RATE

# 1.1716 USD    +0.0008   +0.07% ▲

AS OF 02:01 PM EDT 10/16/2020 EDT

| OPEN | PREV CLOSE | YTD RETURN | DAY RANGE | 52 WEEK RANGE |
|------|-----------|-----------|-----------|---------------|
| 1.1708 | 1.1708 | 4.37% | 1.1694 – 1.1746 | 1.0636 – 1.2011 |

**1D**   1M   1Y   5Y                    ↗ VIEW FULL CHART



1.1736
1.1721
1.1705

p   8p   11p   2a   5a   8a   11a   2p


+ ADD TO WATCHLIST

AS OF 02:01 PM EDT 10/16/2020 EDT

**1D**   1M   1Y   5Y                    ↗ VIEW FULL CHART



1.1736
1.1721
1.1705

p   8p   11p   2a   5a   8a   11a   2p

# News

## Sterling Likely Loses 5-10% vs. Euro If No Deal: Juckes (Radio)     20

an hour ago

CONFIDENTIAL                              OL PRIVATE COUNSEL-EPHRAIM OLSON 12929

EXHIBIT H

# *Certified Copy*

## Change Director / Shareholder - Proof of Filing

## Alberta Amendment Date: 2020/01/17

Service Request Number: 32344324
Corporate Access Number: 2013778234
Business Number:
Legal Entity Name: 1377823 ALBERTA LTD.
Legal Entity Status: Active
Min Number Of Directors: 1
Max Number Of Directors: 10

This confirms the Directors/Shareholders are amended/updated as of 2020/01/17

Director / Shareholder

Status: Inactive
Director / Shareholder Type: Director
Individual / Legal Entity Type: Individual
Last Name / Legal Entity Name: WALKER
First Name: C.
Middle Name: WAYNE
Street/Box Number: 10TH FLOOR, 744 - 4TH AVENUE, S.W.
City: CALGARY
Province: ALBERTA
Postal Code: T2P3T4
Appointment Date: 2008/01/29
Cessation Date: 2008/12/01

Status: Active
Director / Shareholder Type: Director
Individual / Legal Entity Type: Individual
Last Name / Legal Entity Name: OLSON
First Name: THOMAS
Middle Name: H.
Street/Box Number: P.O. BOX 10

21

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12930

| | |
|---|---|
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2008/12/01 |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 287 LIBERTY BLD., 21ST FLR. 2102, 2103 SILOM ROAD |
| City: | SURIYAWONG, BANGRAK |
| Postal Code: | 10500 |
| Country: | THAILAND |
| Percent of Voting Shares: | 100 |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | C. |
| Middle Name: | WAYNE |
| Street/Box Number: | SUITE 200, 5810 - 2ND STREET, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Appointment Date: | 2011/01/01 |
| Cessation Date: | 2013/01/29 |
| Resident Canadian: | Y |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | BRYDEN |
| First Name: | DEBBIE |
| Street/Box Number: | 5810 - 2ND STREET S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Appointment Date: | 2013/01/29 |

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12931

| | |
|---|---|
| Cessation Date: | 2014/07/23 |
| Resident Canadian: | Y |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | EPHRAIM |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2014/07/23 |
| Cessation Date: | 2020/01/09 |
| Resident Canadian: | Y |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | JOSHUA |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2020/01/09 |
| Resident Canadian: | Y |

**Attachment**

| Attachment Type | Microfilm Bar Code | Date Recorded |
|---|---|---|
| Other Rules or Provisions | ELECTRONIC | 2008/01/29 |
| Share Structure | ELECTRONIC | 2008/01/29 |
| Restrictions on Business | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2014/07/02 |

23

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12932

**Registration Authorized By:** RUTH OLSON

AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this proof of filing is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



24

*Certified Copy*

## Change Director / Shareholder – Registration Statement

## Alberta Amendment Date: 2020/01/17

| | |
|---|---|
| Service Request Number: | 32344324 |
| Corporate Access Number: | 2013778234 |
| Business Number: | |
| Legal Entity Name: | 1377823 ALBERTA LTD. |
| Legal Entity Status: | Active |
| Number of Directors: | |
| Min Number Of Directors: | 1 |
| Max Number Of Directors: | 10 |
| Current Annual Return Being Amended: N | |

Director / Shareholder

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | C. |
| Middle Name: | WAYNE |
| Street/Box Number: | 10TH FLOOR, 744 - 4TH AVENUE, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2P3T4 |
| Country: | |
| Appointment Date: | 2008/01/29 |
| Cessation Date: | 2008/12/01 |
| Percent of Voting Shares: | |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |



25

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12934

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Country: | |
| Appointment Date: | 2008/12/01 |
| Cessation Date: | |
| Percent of Voting Shares: | |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 287 LIBERTY BLD., 21ST FLR. 2102, 2103 SILOM ROAD |
| City: | SURIYAWONG, BANGRAK |
| Province: | |
| Postal Code: | 10500 |
| Country: | THAILAND |
| Appointment Date: | |
| Cessation Date: | |
| Percent of Voting Shares: | 100 |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |

CONFIDENTIAL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12935

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | WALKER |
| **First Name:** | C. |
| **Middle Name:** | WAYNE |
| **Street/Box Number:** | SUITE 200, 5810 - 2ND STREET, S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2H0H2 |
| **Country:** | |
| **Appointment Date:** | 2011/01/01 |
| **Cessation Date:** | 2013/01/29 |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | Y |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |



| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | BRYDEN |
| **First Name:** | DEBBIE |
| **Middle Name:** | |
| **Street/Box Number:** | 5810 - 2ND STREET S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2H0H2 |
| **Country:** | |
| **Appointment Date:** | 2013/01/29 |
| **Cessation Date:** | 2014/07/23 |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | Y |
| **Stat Dec Director Notice Error:** | |

27

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12936

Letter Spelling Error:
Letter - For Legal Name Change:

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | EPHRAIM |
| Middle Name: | |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Country: | |
| Appointment Date: | 2014/07/23 |
| Cessation Date: | 2020/01/09 |
| Percent of Voting Shares: | |
| Resident Canadian: | Y |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |



| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | JOSHUA |
| Middle Name: | |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Country: | |
| Appointment Date: | 2020/01/09 |
| Cessation Date: | |
| Percent of Voting Shares: | |
| Resident Canadian: | Y |

28

CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 12937

Stat Dec Director Notice Error:
Letter Spelling Error:
Letter - For Legal Name Change:

Attachment

| Attachment Type | Microfilm Bar Code | Date Recorded |
|---|---|---|
| Other Rules or Provisions | ELECTRONIC | 2008/01/29 |
| Share Structure | ELECTRONIC | 2008/01/29 |
| Other Rules or Provisions | ELECTRONIC | 2008/12/19 |
| Restrictions on Business | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2014/07/02 |

**Registration Authorized By:** RUTH OLSON

AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this statement is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



29

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12938

# *Certified Copy*

## Change Director / Shareholder - Proof of Filing

## Alberta Amendment Date: 2020/02/20

Service Request Number:  32790274
Corporate Access Number: 2114097898
Business Number:
Legal Entity Name:     OLSON'S WILD WEST BUFFALO RANCHES LTD.
Legal Entity Status:     Active

---

**This confirms the Directors/Shareholders are amended/updated as of 2020/02/20**

---

### Director / Shareholder

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 10TH FLOOR, 744 - 4TH AVENUE, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2P3T4 |
| Appointment Date: | 2008/06/23 |
| Cessation Date: | 2010/12/31 |



| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 138 BOONMITR BLDG, 8TH FLR.,SILON, SURIYAWONG |
| City: | BANGRAK, BANGKOK |
| Postal Code: | 10500 |

30

OL PRIVATE COUNSEL-EPHRAIM OLSON 12939

| Country: | THAILAND |
| Percent of Voting Shares: | 100 |

| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | EPHRAIM |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2010/12/31 |
| Cessation Date: | 2020/01/09 |

| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | JOSHUA |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2020/01/09 |

| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | HOWARD |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2020/01/09 |



**Attachment**

31

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12940

No Records returned

**Registration Authorized By:** RUTH OLSON

AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this proof of filing is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



32

EXHIBIT J

**From:** James Hanks <jhanks@hplawslc.com>
**Date:** Monday, May 11, 2020 at 7:19 PM
**To:** Patricia Kuendig <Patricia@kuendiglaw.com>



Currently Ephraim is the trustee of both trusts. He will need to resign forthwith so that Tom can become trustee.



Jim

33

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12942

EXHIBIT K

**From:** Thomas Olson <tom@oltax.com>
**Subject: Notice**
**Date:** October 9, 2020 at 3:55:52 AM MDT
**To:** 'Carolyn Olson' <carolynrwo@gmail.com>

Thomas H Olson has ceased to be the protector of the White Buffalo Trust, the Waterton Land Trust and the Olson Estate Trust.

Thomas Olson
General Counsel
Phone: +1 (403) 974-3409
Email: Tom@oltax.com

This message is intended for use of the addressee, contains information that is private and confidential and is subject to solicitor client privilege.  If you are not the intended recipient, please notify me at once by reply e-mail and then permanently delete the original and your reply immediately. You are prohibited from reviewing, copying, disseminating, using any of the information contained in this email or taking any other action respecting this communication.  Thank you for your cooperation.

1

Respondent 003842

34

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12943

# EXHIBIT L

THIS SETTLEMENT made this 15th day of March, 2005.

BETWEEN:

<div align="center">

**BRUCE LEMONS**

(the "**Settlor**")

</div>

<div align="right">OF THE ONE PART</div>

<div align="center">- and -</div>

<div align="center">

**BRUCE LEMONS**

(the "**Original Trustee**")

</div>

<div align="right">OF THE OTHER PART</div>

WHEREAS the Settlor has transferred the property described in the First Schedule hereto to the Original Trustee to be held on the trusts of this document (the "**Settlement**").

NOW THIS SETTLEMENT WITNESSETH as follows:

1. **DEFINITIONS AND INTERPRETATION**

   1.1. Capitalized terms used in this Agreement shall have the meanings ascribed thereto as follows:

      (a) "**Beneficiary**" means any person described in the Second Schedule hereto and includes any person named as a Beneficiary pursuant to this Settlement, subject to such restrictions or exclusions as may be placed upon a particular Beneficiary pursuant to Clause 11.2 and "**Beneficiaries**" means any two or more of such persons;

      (b) "**Contingent Beneficiary**" means any person described in the Fourth Schedule hereto and includes any person named as a Contingent Beneficiary pursuant to this Settlement, subject to such restrictions or exclusions as may be placed upon a particular Contingent Beneficiary pursuant to Clause 11.2 and "**Contingent Beneficiaries**" means any two or more of such persons;

      (c) "**Excluded Person**" means a person specified in the Third Schedule;

      (d) "**Protector**" shall be the first person specified in the Sixth Schedule, until such person ceases to be a Protector pursuant to Clause 9 and, if replaced, shall thereafter mean the person appointed as successor Protector pursuant to Clause 9 until that person ceases to be a Protector;

      (e) "**Qualified Person**", if an individual, means any individual whose status would not cause such person to cease to be a Trustee pursuant to Clause 8.1 and if a corporation, means any corporation who is both authorized by the legislation of its governing jurisdiction to conduct trust business and whose status would not cause such person to cease to be a Trustee pursuant to Clause 8.1:

      (f) "**Successor Protector**" means the person appointed to be a successor protector under Clause 9.2;

Respondent 003488

35

- 8 -

7.4. The indemnities under this Clause shall extend in favour of each current and former Trustee, and each current and former director, officer or employee of any Trustee, and in favour of any director or officer employed or otherwise provided by any Trustee, to serve in such capacity for any corporation, partnership or other entity whose shares or ownership interests are comprised directly or indirectly in the Trust Fund.

7.5. An outgoing Trustee shall forthwith upon his resignation or removal be entitled to receive an indemnity and release from the continuing Trustees and where relevant, from any or all Beneficiaries, together with security therefor where the outgoing Trustee has exposure to taxes or like charges, in addition to payment of all fees owing to him including those related to the termination of his appointment. The outgoing Trustee shall be entitled to refrain from transferring any Trust property to the continuing or replacement Trustees until these matters are completed.

7.6. A Trustee shall have a lien on all documents of the Trust in its possession and shall be entitled to retain possession of these until satisfaction is made of its entitlement under Clause 7.5 above. If there shall be any dispute as to the outgoing Trustee's entitlement, then in the case of a dispute about fees, the Trustee shall be entitled to payment of that part which is not disputed and to have proper security deposited for the balance pending resolution

7.7. Where a claim against a Trustee or former Trustee arises from circumstances where any asset included in the Trust Fund is found not to have been properly transferred into the Trust Fund, or if properly transferred such transfer is subsequently avoided and the Trustee has already exercised any of the Trusts or powers hereof in relation to that property in favour of any Beneficiary, then the Trustee or former Trustee may require such Beneficiary to indemnify him to the extent of the value of the benefit received by such Beneficiary, in addition to or in-substitution for any other rights of indemnification contained in this Clause.

7.8. Any Trustee continuing to act in good faith without actual knowledge of his removal as a Trustee shall be indemnified hereunder as a Trustee notwithstanding such removal, and no third party dealing with any Trustee in good faith, shall be bound to enquire as to whether any notice of the removal of that Trustee has been given as aforesaid.

7.9. Notwithstanding any of the foregoing provisions of the Trust, whether as to the obligations of the Trustee to make distributions or otherwise, the Trustee shall not be obliged to distribute, pay, transfer, apply or otherwise part with any or all of any Trust Fund or the income thereof save to the extent that, in the opinion of the Trustee, the balance of any Trust Fund is sufficient or other adequate provision is made for meeting the liabilities (whether or not contingent) and the expenses (whether or not accrued) of such Trust Fund or chargeable against such Trust Fund or the income thereof.

7.10. Notwithstanding the rights of an outgoing trustee set out above, in the event that any Trustee shall be removed following as event of duress or an event described in Clause 8.1(f) the new Trustee shall forthwith act to ensure the outgoing Trustee receives proper indemnities and security for fees.

## 8. APPOINTMENT AND RETIREMENT OF TRUSTEE

8.1. A Trustee shall automatically cease to be a Trustee hereunder in the event:

(a) the Protector issues a notice that states that the Trustee is removed;

(b) the Trustee dies;

Respondent 003495

35

- 9 -

(c)     the Trustee is struck, dissolved or otherwise ceases to exist as a corporate entity;

(d)     the Trustee is unable, by reason of mental incapacity or physical infirmity, to fulfill the Trustee's duties as Trustee for a period exceeding three consecutive months;

(e)     the Trustee commits an act of insolvency or otherwise takes steps under any protection of creditor legislation;

(f)     any of the following circumstances prevail in the jurisdiction in which any Trustee is then principally resident:

    (i)     the invasion or occupation by foreign or hostile armed forces of any part of the jurisdiction or the overthrow of the government of such jurisdiction by force or coup d'etat or other unlawful manner; or

    (ii)    the enactment of any laws, or any action by or on behalf of any governmental or judicial authority, agency or officer of such jurisdiction, or by or on behalf of any person claiming to be such, the purpose or effect or which is to:

        (A)     acquire, expropriate or confiscate any Trust Property or to assume control of the Trustee's affairs;

        (B)     restrict, suspend or abrogate, in whole or in part, this Settlement or any contract in relation to the Trust to which the Trustee is a party;

        (C)     compel the Trustee to sell, convert or change investments, or otherwise dispose of the Trust Property;

        (D)     prohibit, delay or restrict in any manner the free and immediate transfer of the Trust Property into or out of such territory;

        (E)     abrogate or substantially interfere with the exercise of any power or authority under this Settlement to appoint a successor Trustee or to direct the management and disposition of Trust Property; or

        (F)     require the exercise of any power or authority under this Settlement including but not limited to a power of authority to amend or revoke the Trust hereunder or to withdraw any of the Trust Property.

8.2.    Subject to Clause 8.1, a Trustee may, at any time, resign upon thirty days' prior written notice to the Protector and, if there is no Protector, to all Beneficiaries who are twenty-one years of age or older, or upon such shorter notice period as such persons will accept as sufficient.

8.3.    The Protector shall have the power at any time, by written instrument to appoint a Qualified Person to act as Trustee. Such Qualified Person's appointment as Trustee shall be effective immediately and if the appointment is to replace a retiring or disqualified Trustee such appointment shall be effective prior to any Trustee Vacancy.

Respondent 003496

CONFIDENTIAL     OL PRIVATE COUNSEL-EPHRAIM OLSON 12946

- 10 -

8.4. If no appointment of Qualified Persons to act as Trustee has been made pursuant to Clause 8.3, the Trustee shall have the power, by written instrument, to appoint a Qualified Person to act as Trustee, such Qualified Person's appointment as a Trustee to be effective immediately prior to any Trustee Vacancy.

8.5. If no appointment of Qualified Persons to act as Trustee has been made pursuant to Clauses 8.3 or 8.4, the next person listed in order of the priority specified in the Fifth Schedule shall be appointed as a Trustee to be effective immediately prior to any Trustee Vacancy.

8.6. If no appointment of Qualified Persons to act as Trustee has been made pursuant to Clauses 8.3, 8.4 or 8.5, the majority of the Beneficiaries who are twenty-one years of age or older shall have the power, by written instrument, to appoint a Qualified Person to act as Trustee, such Qualified Person's appointment as a Trustee to be effective immediately prior to any Trustee Vacancy.

8.7. If no appointment of Trustee has been made pursuant to Clauses 8.3, 8.4, 8.5 or 8.6, Cook Islands Trust Ltd. or its successor shall act as Trustee to be effective immediately prior to any Trustee Vacancy.

8.8. Every Qualified Person shall, upon being appointed as a Trustee pursuant to this Clause and upon written acceptance of such appointment, be vested with the Trust Fund and with all the trusts, powers and authorities herein contained without further assignment transfer or conveyance of any kind or any order of any court of tribunal whatsoever.

8.9. Each Qualified Person ceasing to be a Trustee hereunder shall execute all documentation and take such further steps to effect the Trustee's cessation hereunder.

9. **APPOINTMENT, DUTIES AND RETIREMENT OF PROTECTOR**

9.1. The Protector shall automatically cease to be a Protector hereunder if the Protector:

(a) dies;

(b) is unable, by reason of mental incapacity or physical infirmity to fulfill the Protector's duties as Protector for a period exceeding three consecutive months;

(c) provides notice of its resignation to the Trustee and to all Beneficiaries who are twenty-one years of age or older; or

(d) is made subject to proceedings that could result in the Protector being forced to either take action or cease to take action with respect to the Trustee, the Settlement or the Trust Fund, and, in such event, the Protector shall be deemed to have resigned effective immediately prior to any such proceedings being initiated against the Protector.

9.2. The Protector shall have the power, by written instrument, to appoint a person to be a Successor Protector.

9.3. If no appointment of Successor Protector has been made pursuant to Clause 9.2, the next person listed in order of the priority specified in the Sixth Schedule shall be the Successor Protector, unless the prior Protector has by written instrument, indicated that no Successor Protector is to be appointed.

Respondent 003497    37

- 11 -

9.4.    The Protector may, by instrument, limit any of the powers granted hereunder that may be exercised by any Successor Protector.

9.5.    The Protector shall owe no fiduciary duty toward nor be accountable to any person as a result of its position of Protector irrespective of any personal interest or conflict of interest held by the Protector.

**10.    FORUM OF ADMINISTRATION AND PROPER LAW OF THE TRUST**

10.1.   Subject to Clause 10.2, the Trust is established under and the Trust shall be exclusively administered and governed under the laws of the Cook Islands.

10.2.   The Trustee shall have power to move the whole or any part of the Trust Fund and the administration of this Trust at any time to any other jurisdiction in the world and the Trustee may, at any time and from time to time by instrument in writing declare that the rights of all parties hereto and of all Beneficiaries hereunder and the construction and effect of each and every provisions hereof shall thenceforth be governed by the other jurisdiction.

**11.    AMENDMENT OF THE TRUST**

11.1.   Subject to Clause 11.4, the Trustee may, at any time or times during the Trust Period by writing, make any alterations or additions to the provisions of this Trust, which the Trustee considers in the Trustee's absolute discretion to be for the benefit of all or any one or more of the Beneficiaries.

11.2.   An Excluded Person shall not be a Beneficiary or Contingent Beneficiary at the time that they are an Excluded Person.

11.3.   Subject to Clause 11.2 and 11.4, the Trustee may declare:

(a)    any person other than an Excluded Person to be a Beneficiary or a Contingent Beneficiary under this Settlement;

(b)    that a person shall:

(i)    be wholly or partially excluded from future benefit;

(ii)    irrevocably or revocably cease to be a Beneficiary; or

(iii)    irrevocably or revocably that a person shall cease to be a Contingent Beneficiary;

11.4.   The Trustee may exercise its authority under Clauses 11.1 and 11.3 only if:

(a)    the Protector is an individual listed in Schedule 6; and

(b)    the Protector has granted its written consent.

**12.    IRREVOCABILITY**

12.1.   This Settlement is irrevocable.

Respondent 003498

CONFIDENTIAL                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12948

**SIXTH SCHEDULE**

(The Protector)

The Protector shall be the following persons who are willing and able to serve, in order of priority listed below:

1.    Thomas Olson

2.    Carolyn Olson

3.    Empower Trust Company Limited (a Turks and Caicos company) or its successor in title

4.    Bedell Cristin Trust Company Limited (a Switzerland company) or its successor in title

5.    Mauritius International Trust Company Limited (a Mauritius company) or its successor in title

6.    Maitland Trust Limited (an Isle of Man company) or its successor in title

CONFIDENTIAL    OL PRIVATE COUNSEL-EPHRAIM OLSON 12949

This is Exhibit "15" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 12950



‹ 11

HO

Hyrum ›

Sun, Dec 22, 4:49 PM

Did you receive the documents Tim sent you?  If so, do you have any questions about them?

I'm not sure who Tim is, but I saw a docusign email from the other day. What is it about?

Dad is making some changes on the various internal trusts and corporations.  I have not seen the documents that were sent to you. You should look at them and let me know if you have any questions or concerns.  If you don't have questions or concerns after reviewing them, then you should sign them soon.  If you are not removed and you become a US citizen in 2020, you could have reporting requirements and personal penalties for not reporting some of the corporate bank accounts and trust distributions.

  iMessage 

       

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12951

 

🔒 eu.docusign.net

☰    Select Start to begin    **START**

RESOLUTION THE TRUSTEE

OF

**OLSON MANITOBA CONSERVATION TRUST**

("Trust")

PASSED as of December 19, 2019

BE IT RESOLVED THAT:

The trustee hereby adds as a trustee of the Trust the following person: Joshua Tanner Olson.

APPROVED AND CONSENTED TO by the sole trustee of the Trust.

Olson Manitoba Conservation Trust by its trustee

Per:_____
Naomi Burton

Naomi Burton.pdf                                                           3 of 3

  

CONFIDENTIAL                                                OL PRIVATE COUNSEL-EPHRAIM OLSON 12952




🔒 eu.docusign.net ↻

≡      Select Start to begin      **START**

**TRUSTEE RESIGNATION**

**OLSON MANITOBA CONSERVATION TRUST**

**("Trust")**

To:     Jack Hardy Olson

        Joshua Tanner Olson

And to: the Adult Beneficiaries of the Trust

The undersigned hereby resigns as a trustee of the Trust effective as of December 24, 2019.

Dated as of December 19, 2019

                                      Sign
                                        ⬇
_____

Naomi Burton

Naomi Burton.pdf                                    2 of 3





CONFIDENTIAL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12983

 

🔒 eu.docusign.net ↻

≡  Select Start to begin  **START**

**R E S I G N A T I O N**

TO:  **WATERTON LAND TRUST LTD.** (the "**Corporation**")

AND TO:  The Directors and Shareholders thereof

    I, the undersigned, hereby tender my resignation as a Director and Officer of the above Corporation, which resignation is to take effect as and from December 20, 2019.

    DATED as of December 20, 2019.

Sign
⬇
_____  _____
**Naomi Burton**

Naomi Burton.pdf  1 of 3

  

CONFIDENTIAL  OL PRIVATE COUNSEL-EPHRAIM OLSON 12954

This is Exhibit "16" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12955

# *Certified Copy*

## Change Director / Shareholder - Proof of Filing

## Alberta Amendment Date: 2020/01/17

Service Request Number: 32344324
Corporate Access Number: 2013778234
Business Number:
Legal Entity Name: 1377823 ALBERTA LTD.
Legal Entity Status: Active
Min Number Of Directors: 1
Max Number Of Directors: 10

This confirms the Directors/Shareholders are amended/updated as of 2020/01/17

Director / Shareholder

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | C. |
| Middle Name: | WAYNE |
| Street/Box Number: | 10TH FLOOR, 744 - 4TH AVENUE, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2P3T4 |
| Appointment Date: | 2008/01/29 |
| Cessation Date: | 2008/12/01 |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | P.O. BOX 10 |



Respondent 004068

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12956

| | |
|---|---|
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2008/12/01 |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 287 LIBERTY BLD., 21ST FLR. 2102, 2103 SILOM ROAD |
| City: | SURIYAWONG, BANGRAK |
| Postal Code: | 10500 |
| Country: | THAILAND |
| Percent of Voting Shares: | 100 |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | C. |
| Middle Name: | WAYNE |
| Street/Box Number: | SUITE 200, 5810 - 2ND STREET, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Appointment Date: | 2011/01/01 |
| Cessation Date: | 2013/01/29 |
| Resident Canadian: | Y |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | BRYDEN |
| First Name: | DEBBIE |
| Street/Box Number: | 5810 - 2ND STREET S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Appointment Date: | 2013/01/29 |

Respondent 004069

OL PRIVATE COUNSEL-EPHRAIM OLSON 12957

| | |
|---|---|
| Cessation Date: | 2014/07/23 |
| Resident Canadian: | Y |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | EPHRAIM |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2014/07/23 |
| Cessation Date: | 2020/01/09 |
| Resident Canadian: | Y |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | JOSHUA |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2020/01/09 |
| Resident Canadian: | Y |

Attachment

| Attachment Type | Microfilm Bar Code | Date Recorded |
|---|---|---|
| Other Rules or Provisions | ELECTRONIC | 2008/01/29 |
| Share Structure | ELECTRONIC | 2008/01/29 |
| Restrictions on Business | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2014/07/02 |

Respondent 004070

**Registration Authorized By:** RUTH OLSON

AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this proof of filing is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



CONFIDENTIAL                                                                OL PRIVATE COUNSEL-EPHRAIM OLSON 12959

# *Certified Copy*

## Change Director / Shareholder - Registration Statement

## Alberta Amendment Date: 2020/01/17

| | |
|---|---|
| Service Request Number: | 32344324 |
| Corporate Access Number: | 2013778234 |
| Business Number: | |
| Legal Entity Name: | 1377823 ALBERTA LTD. |
| Legal Entity Status: | Active |
| Number of Directors: | |
| Min Number Of Directors: | 1 |
| Max Number Of Directors: | 10 |
| Current Annual Return Being Amended: | N |

### Director / Shareholder

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | C. |
| Middle Name: | WAYNE |
| Street/Box Number: | 10TH FLOOR, 744 - 4TH AVENUE, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2P3T4 |
| Country: | |
| Appointment Date: | 2008/01/29 |
| Cessation Date: | 2008/12/01 |
| Percent of Voting Shares: | |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12960

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Country: | |
| Appointment Date: | 2008/12/01 |
| Cessation Date: | |
| Percent of Voting Shares: | |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |



| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 287 LIBERTY BLD., 21ST FLR. 2102, 2103 SILOM ROAD |
| City: | SURIYAWONG, BANGRAK |
| Province: | |
| Postal Code: | 10500 |
| Country: | THAILAND |
| Appointment Date: | |
| Cessation Date: | |
| Percent of Voting Shares: | 100 |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |

Respondent 004073

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | C. |
| Middle Name: | WAYNE |
| Street/Box Number: | SUITE 200, 5810 - 2ND STREET, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Country: | |
| Appointment Date: | 2011/01/01 |
| Cessation Date: | 2013/01/29 |
| Percent of Voting Shares: | |
| Resident Canadian: | Y |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | BRYDEN |
| First Name: | DEBBIE |
| Middle Name: | |
| Street/Box Number: | 5810 - 2ND STREET S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Country: | |
| Appointment Date: | 2013/01/29 |
| Cessation Date: | 2014/07/23 |
| Percent of Voting Shares: | |
| Resident Canadian: | Y |
| Stat Dec Director Notice Error: | |



Respondent 004074

Letter Spelling Error:
Letter - For Legal Name Change:

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | EPHRAIM |
| **Middle Name:** | |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |
| **Country:** | |
| **Appointment Date:** | 2014/07/23 |
| **Cessation Date:** | 2020/01/09 |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | Y |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | JOSHUA |
| **Middle Name:** | |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |
| **Country:** | |
| **Appointment Date:** | 2020/01/09 |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | Y |



Respondent 004075

OL PRIVATE COUNSEL-EPHRAIM OLSON 12963

Stat Dec Director Notice Error:
Letter Spelling Error:
Letter - For Legal Name Change:

Attachment

| Attachment Type | Microfilm Bar Code | Date Recorded |
|---|---|---|
| Other Rules or Provisions | ELECTRONIC | 2008/01/29 |
| Share Structure | ELECTRONIC | 2008/01/29 |
| Other Rules or Provisions | ELECTRONIC | 2008/12/19 |
| Restrictions on Business | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2014/07/02 |

Registration Authorized By: RUTH OLSON
AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this statement is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



Respondent 004076

CONFIDENTIAL                                                                OL PRIVATE COUNSEL-EPHRAIM OLSON 12964

## *Certified Copy*

## Change Director / Shareholder - Registration Statement

## Alberta Amendment Date: 2020/01/17

| | |
|---|---|
| Service Request Number: | 32344324 |
| Corporate Access Number: | 2013778234 |
| Business Number: | |
| Legal Entity Name: | 1377823 ALBERTA LTD. |
| Legal Entity Status: | Active |
| Number of Directors: | |
| Min Number Of Directors: | 1 |
| Max Number Of Directors: | 10 |
| Current Annual Return Being Amended: N | |

### Director / Shareholder

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | C. |
| Middle Name: | WAYNE |
| Street/Box Number: | 10TH FLOOR, 744 - 4TH AVENUE, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2P3T4 |
| Country: | |
| Appointment Date: | 2008/01/29 |
| Cessation Date: | 2008/12/01 |
| Percent of Voting Shares: | |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |



Respondent 004077

CONFIDENTIAL                                   OL PRIVATE COUNSEL-EPHRAIM OLSON 12965

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Country: | |
| Appointment Date: | 2008/12/01 |
| Cessation Date: | |
| Percent of Voting Shares: | |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 287 LIBERTY BLD., 21ST FLR. 2102, 2103 SILOM ROAD |
| City: | SURIYAWONG, BANGRAK |
| Province: | |
| Postal Code: | 10500 |
| Country: | THAILAND |
| Appointment Date: | |
| Cessation Date: | |
| Percent of Voting Shares: | 100 |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 12966

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | C. |
| Middle Name: | WAYNE |
| Street/Box Number: | SUITE 200, 5810 - 2ND STREET, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Country: | |
| Appointment Date: | 2011/01/01 |
| Cessation Date: | 2013/01/29 |
| Percent of Voting Shares: | |
| Resident Canadian: | Y |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | BRYDEN |
| First Name: | DEBBIE |
| Middle Name: | |
| Street/Box Number: | 5810 - 2ND STREET S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Country: | |
| Appointment Date: | 2013/01/29 |
| Cessation Date: | 2014/07/23 |
| Percent of Voting Shares: | |
| Resident Canadian: | Y |
| Stat Dec Director Notice Error: | |



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12967

Letter Spelling Error:
Letter - For Legal Name Change:

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | EPHRAIM |
| Middle Name: | |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Country: | |
| Appointment Date: | 2014/07/23 |
| Cessation Date: | 2020/01/09 |
| Percent of Voting Shares: | |
| Resident Canadian: | Y |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | JOSHUA |
| Middle Name: | |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Country: | |
| Appointment Date: | 2020/01/09 |
| Cessation Date: | |
| Percent of Voting Shares: | |
| Resident Canadian: | Y |



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12968

Stat Dec Director Notice Error:

Letter Spelling Error:

Letter - For Legal Name Change:

Attachment

| Attachment Type | Microfilm Bar Code | Date Recorded |
|---|---|---|
| Other Rules or Provisions | ELECTRONIC | 2008/01/29 |
| Share Structure | ELECTRONIC | 2008/01/29 |
| Other Rules or Provisions | ELECTRONIC | 2008/12/19 |
| Restrictions on Business | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2014/07/02 |

Registration Authorized By: RUTH OLSON

AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this statement is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



CONFIDENTIAL

## *Certified Copy*

## Change Director / Shareholder - Proof of Filing

## Alberta Amendment Date: 2020/01/17

Service Request Number: 32344324
Corporate Access Number: 2013778234
Business Number:
Legal Entity Name: 1377823 ALBERTA LTD.
Legal Entity Status: Active
Min Number Of Directors: 1
Max Number Of Directors: 10

This confirms the Directors/Shareholders are amended/updated as of **2020/01/17**

Director / Shareholder

Status: Inactive
Director / Shareholder Type: Director
Individual / Legal Entity Type: Individual
Last Name / Legal Entity Name: WALKER
First Name: C.
Middle Name: WAYNE
Street/Box Number: 10TH FLOOR, 744 - 4TH AVENUE, S.W.
City: CALGARY
Province: ALBERTA
Postal Code: T2P3T4
Appointment Date: 2008/01/29
Cessation Date: 2008/12/01

Status: Active
Director / Shareholder Type: Director
Individual / Legal Entity Type: Individual
Last Name / Legal Entity Name: OLSON
First Name: THOMAS
Middle Name: H.
Street/Box Number: P.O. BOX 10



Respondent 004082

| | |
|---|---|
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2008/12/01 |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 287 LIBERTY BLD., 21ST FLR. 2102, 2103 SILOM ROAD |
| City: | SURIYAWONG, BANGRAK |
| Postal Code: | 10500 |
| Country: | THAILAND |
| Percent of Voting Shares: | 100 |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | C. |
| Middle Name: | WAYNE |
| Street/Box Number: | SUITE 200, 5810 - 2ND STREET, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Appointment Date: | 2011/01/01 |
| Cessation Date: | 2013/01/29 |
| Resident Canadian: | Y |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | BRYDEN |
| First Name: | DEBBIE |
| Street/Box Number: | 5810 - 2ND STREET S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Appointment Date: | 2013/01/29 |

Respondent 004083

OL PRIVATE COUNSEL-EPHRAIM OLSON 12971

| | |
|---|---|
| Cessation Date: | 2014/07/23 |
| Resident Canadian: | Y |

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | EPHRAIM |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2014/07/23 |
| Cessation Date: | 2020/01/09 |
| Resident Canadian: | Y |

| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | JOSHUA |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2020/01/09 |
| Resident Canadian: | Y |

**Attachment**

| Attachment Type | Microfilm Bar Code | Date Recorded |
|---|---|---|
| Other Rules or Provisions | ELECTRONIC | 2008/01/29 |
| Share Structure | ELECTRONIC | 2008/01/29 |
| Restrictions on Business | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2008/12/19 |
| Other Rules or Provisions | ELECTRONIC | 2014/07/02 |

Respondent 004084

 OL PRIVATE COUNSEL-EPHRAIM OLSON 12972

**Registration Authorized By:** RUTH OLSON
AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this proof of filing is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



Respondent 004085

This is Exhibit "17" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____
A Commissioner for Oaths in and for the
Province of Alberta


_____
PRINT NAME AND EXPIRY

*Certified Copy*

## Change Director / Shareholder - Proof of Filing

## Alberta Amendment Date: 2020/01/17

| | |
|---|---|
| **Service Request Number:** | 32344339 |
| **Corporate Access Number:** | 205913338 |
| **Business Number:** | |
| **Legal Entity Name:** | KNUCKLEHEAD GAS COMPANY LTD. |
| **Legal Entity Status:** | Active |
| **Min Number Of Directors:** | 1 |
| **Max Number Of Directors:** | 10 |

**This confirms the Directors/Shareholders are amended/updated as of 2020/01/17**

Director / Shareholder

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Last Name / Legal Entity Name:** | WALKER |
| **First Name:** | THOMAS |
| **Middle Name:** | E. |
| **Street/Box Number:** | 21086 - 78A AVENUE |
| **City:** | LANGLEY |
| **Province:** | BRITISH COLUMBIA |
| **Postal Code:** | V2Y0H8 |
| **Appointment Date:** | 1995/04/28 |
| **Cessation Date:** | 2017/09/27 |
| **Resident Canadian:** | Y |



| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |

Respondent 004112

| | |
|---|---|
| **Street/Box Number:** | P.O. BOX 256, 16 MIDLAKE BLVD. SE |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Appointment Date:** | 1995/04/28 |
| **Cessation Date:** | 2017/09/27 |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Last Name / Legal Entity Name:** | ORTH |
| **First Name:** | KIM |
| **Street/Box Number:** | SUITE 414, 751 - 3 STREET SW |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P4K8 |
| **Appointment Date:** | 1995/04/28 |
| **Cessation Date:** | 2017/09/27 |
| **Resident Canadian:** | Y |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Individual |
| **Last Name / Legal Entity Name:** | WALKER INC. |
| **First Name:** | DR. THOMAS |
| **Middle Name:** | E. |
| **Street/Box Number:** | 147 WEST 16 ST N |
| **City:** | VANCOUVER |
| **Province:** | BRITISH COLUMBIA |
| **Postal Code:** | V7M1T3 |
| **Percent of Voting Shares:** | 30 |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Individual |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |
| **Street/Box Number:** | 602, 734 - 7TH AVE. S. W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |

Respondent 004113

| | |
|---|---|
| Postal Code: | T2P3P8 |
| Percent of Voting Shares: | 45 |
| | |
| Status: | Inactive |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | ORTH |
| First Name: | KIM |
| Street/Box Number: | 12 DOUGLAS WOODS VIEW SE |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2Z2A2 |
| Percent of Voting Shares: | 25 |
| | |
| Status: | Inactive |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Other |
| Last Name / Legal Entity Name: | WILD WEST BUFFALO COMPANY |
| Street/Box Number: | BOX 250 |
| City: | BRAGG CREEK |
| Province: | ALBERTA |
| Postal Code: | T0L0K0 |
| Percent of Voting Shares: | 45 |
| | |
| Status: | Inactive |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Other |
| Last Name / Legal Entity Name: | ORTH CAPITAL COMPANY |
| Street/Box Number: | 12 DOUGLAS WOODS VIEW SE |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2Z2A2 |
| Percent of Voting Shares: | 25 |
| | |
| Status: | Inactive |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | LINDA |
| Street/Box Number: | 5414 MOLINA ROAD |
| City: | NORTH VANCOUVER |

Respondent 004114

| | |
|---|---|
| **Province:** | BRITISH COLUMBIA |
| **Postal Code:** | V7R4R3 |
| **Percent of Voting Shares:** | 30 |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Legal Entity |
| **Corporate Access Number:** | 207720517 |
| **Business Number:** | 873619795 |
| **Last Name / Legal Entity Name:** | 772051 ALBERTA LTD. |
| **Street/Box Number:** | #577, 717 - 7TH AVENUE S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P0Z3 |
| **Percent of Voting Shares:** | 25 |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Legal Entity |
| **Corporate Access Number:** | 206232498 |
| **Business Number:** | 888195336 |
| **Last Name / Legal Entity Name:** | 623249 ALBERTA LTD. |
| **Street/Box Number:** | 1576 EVERGREEN HILL S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2Y2R7 |
| **Percent of Voting Shares:** | 30 |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Other |
| **Last Name / Legal Entity Name:** | THE RUTH DOXEY FAMILY TRUST, BY ITS TRUSTEE |
| **Street/Box Number:** | SUITE 200, 5810 - 2ND STREET, S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2H0H2 |
| **Percent of Voting Shares:** | 45 |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Other |

Respondent 004115

| | |
|---|---|
| **Last Name / Legal Entity Name:** | GEORGE WHITEHEAD TRUST, BY ITS TRUSTEES |
| **Street/Box Number:** | P.O. BOX 256, 16 MIDLAKE BLVD. S.E. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Percent of Voting Shares:** | 45 |

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Other |
| **Last Name / Legal Entity Name:** | HYRUM OLSON AS TRUSTEE OF GEORGE WHITEHEAD FAMILY TRUST |
| **Street/Box Number:** | P.O. BOX 256 16 MIDLAKE BLVD SE |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Percent of Voting Shares:** | 100 |

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | HYRUM |
| **Street/Box Number:** | 256, 16 MIDLAKE BLVD. SE |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Appointment Date:** | 2017/09/27 |

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | HOWARD |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |

Respondent 004116

OL PRIVATE COUNSEL-EPHRAIM OLSON 12979

**Appointment Date:**        2017/09/27

**Resident Canadian:**        Y

**Attachment**

| Attachment Type | Microfilm Bar Code | Date Recorded |
|---|---|---|
| Other Rules or Provisions | ELECTRONIC | 2008/01/25 |
| Share Structure | ELECTRONIC | 2008/01/25 |

**Registration Authorized By:** RUTH OLSON

AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this proof of filing is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



CONFIDENTIAL                OL PRIVATE COUNSEL-EPHRAIM OLSON 12980

# *Certified Copy*

## Change Director / Shareholder - Registration Statement

## Alberta Amendment Date: 2020/01/17

| | |
|---|---|
| Service Request Number: | 32344339 |
| Corporate Access Number: | 205913338 |
| Business Number: | |
| Legal Entity Name: | KNUCKLEHEAD GAS COMPANY LTD. |
| Legal Entity Status: | Active |
| Number of Directors: | |
| Min Number Of Directors: | 1 |
| Max Number Of Directors: | 10 |
| Current Annual Return Being Amended: | N |

### Director / Shareholder

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | WALKER |
| First Name: | THOMAS |
| Middle Name: | E. |
| Street/Box Number: | 21086 - 78A AVENUE |
| City: | LANGLEY |
| Province: | BRITISH COLUMBIA |
| Postal Code: | V2Y0H8 |
| Country: | |
| Appointment Date: | 1995/04/28 |
| Cessation Date: | 2017/09/27 |
| Percent of Voting Shares: | |
| Resident Canadian: | Y |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |



Respondent 004118

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |
| **Street/Box Number:** | P.O. BOX 256, 16 MIDLAKE BLVD. SE |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Country:** | |
| **Appointment Date:** | 1995/04/28 |
| **Cessation Date:** | 2017/09/27 |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | ORTH |
| **First Name:** | KIM |
| **Middle Name:** | |
| **Street/Box Number:** | SUITE 414, 751 - 3 STREET SW |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P4K8 |
| **Country:** | |
| **Appointment Date:** | 1995/04/28 |
| **Cessation Date:** | 2017/09/27 |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | Y |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12982

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | WALKER INC. |
| **First Name:** | DR. THOMAS |
| **Middle Name:** | E. |
| **Street/Box Number:** | 147 WEST 16 ST N |
| **City:** | VANCOUVER |
| **Province:** | BRITISH COLUMBIA |
| **Postal Code:** | V7M1T3 |
| **Country:** | |
| **Appointment Date:** | |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | 30 |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |
| **Street/Box Number:** | 602, 734 - 7TH AVE. S. W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P3P8 |
| **Country:** | |
| **Appointment Date:** | |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | 45 |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12983

Letter Spelling Error:
**Letter - For Legal Name Change:**

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | ORTH |
| **First Name:** | KIM |
| **Middle Name:** | |
| **Street/Box Number:** | 12 DOUGLAS WOODS VIEW SE |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2Z2A2 |
| **Country:** | |
| **Appointment Date:** | |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | 25 |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Other |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | WILD WEST BUFFALO COMPANY |
| **First Name:** | |
| **Middle Name:** | |
| **Street/Box Number:** | BOX 250 |
| **City:** | BRAGG CREEK |
| **Province:** | ALBERTA |
| **Postal Code:** | T0L0K0 |
| **Country:** | |
| **Appointment Date:** | |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | 45 |
| **Resident Canadian:** | |

Respondent 004121

OL PRIVATE COUNSEL-EPHRAIM OLSON 12984

**Stat Dec Director Notice Error:**
**Letter Spelling Error:**
**Letter - For Legal Name Change:**

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Other |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | ORTH CAPITAL COMPANY |
| **First Name:** | |
| **Middle Name:** | |
| **Street/Box Number:** | 12 DOUGLAS WOODS VIEW SE |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2Z2A2 |
| **Country:** | |
| **Appointment Date:** | |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | 25 |
| **Resident Canadian:** | |

**Stat Dec Director Notice Error:**
**Letter Spelling Error:**
**Letter - For Legal Name Change:**

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | WALKER |
| **First Name:** | LINDA |
| **Middle Name:** | |
| **Street/Box Number:** | 5414 MOLINA ROAD |
| **City:** | NORTH VANCOUVER |
| **Province:** | BRITISH COLUMBIA |
| **Postal Code:** | V7R4R3 |
| **Country:** | |
| **Appointment Date:** | |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | 30 |

CONFIDENTIAL

**Resident Canadian:**
**Stat Dec Director Notice Error:**
**Letter Spelling Error:**
**Letter - For Legal Name Change:**

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Legal Entity |
| **Corporate Access Number:** | 207720517 |
| **Business Number:** | 873619795 |
| **Last Name / Legal Entity Name:** | 772051 ALBERTA LTD. |
| **First Name:** | |
| **Middle Name:** | |
| **Street/Box Number:** | #577, 717 - 7TH AVENUE S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P0Z3 |
| **Country:** | |
| **Appointment Date:** | |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | 25 |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Legal Entity |
| **Corporate Access Number:** | 206232498 |
| **Business Number:** | 888195336 |
| **Last Name / Legal Entity Name:** | 623249 ALBERTA LTD. |
| **First Name:** | |
| **Middle Name:** | |
| **Street/Box Number:** | 1576 EVERGREEN HILL S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2Y2R7 |
| **Country:** | |
| **Appointment Date:** | |
| **Cessation Date:** | |

Respondent 004123

| | |
|---|---|
| Percent of Voting Shares: | 30 |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |
| | |
| Status: | Inactive |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Other |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | THE RUTH DOXEY FAMILY TRUST, BY ITS TRUSTEE |
| First Name: | |
| Middle Name: | |
| Street/Box Number: | SUITE 200, 5810 - 2ND STREET, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2H0H2 |
| Country: | |
| Appointment Date: | |
| Cessation Date: | |
| Percent of Voting Shares: | 45 |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |
| | |
| Status: | Inactive |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Other |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | GEORGE WHITEHEAD TRUST, BY ITS TRUSTEES |
| First Name: | |
| Middle Name: | |
| Street/Box Number: | P.O. BOX 256, 16 MIDLAKE BLVD. S.E. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2X2X7 |
| Country: | |
| Appointment Date: | |

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12987

**Cessation Date:**
**Percent of Voting Shares:** 45
**Resident Canadian:**
**Stat Dec Director Notice Error:**
**Letter Spelling Error:**
**Letter - For Legal Name Change:**

**Status:** Active
**Director / Shareholder Type:** Shareholder
**Individual / Legal Entity Type:** Other
**Corporate Access Number:**
**Business Number:**
**Last Name / Legal Entity Name:** HYRUM OLSON AS TRUSTEE OF GEORGE WHITEHEAD FAMILY TRUST
**First Name:**
**Middle Name:**
**Street/Box Number:** P.O. BOX 256 16 MIDLAKE BLVD SE
**City:** CALGARY
**Province:** ALBERTA
**Postal Code:** T2X2X7
**Country:**
**Appointment Date:**
**Cessation Date:**
**Percent of Voting Shares:** 100
**Resident Canadian:**
**Stat Dec Director Notice Error:**
**Letter Spelling Error:**
**Letter - For Legal Name Change:**

**Status:** Active
**Director / Shareholder Type:** Director
**Individual / Legal Entity Type:** Individual
**Corporate Access Number:**
**Business Number:**
**Last Name / Legal Entity Name:** OLSON
**First Name:** HYRUM
**Middle Name:**
**Street/Box Number:** 256, 16 MIDLAKE BLVD. SE

Respondent 004125

| | |
|---|---|
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Country:** | |
| **Appointment Date:** | 2017/09/27 |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | HOWARD |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |
| **Country:** | |
| **Appointment Date:** | 2017/09/27 |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | Y |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |

**Attachment**

| Attachment Type | Microfilm Bar Code | Date Recorded |
|---|---|---|
| Other Rules or Provisions | ELECTRONIC | 2008/01/25 |
| Share Structure | ELECTRONIC | 2008/01/25 |

Respondent 004126

**Registration Authorized By:** RUTH OLSON

AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this statement is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



Respondent 004127

This is Exhibit "18" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12991

 Innovation, Science and
Economic Development Canada
Corporations Canada

Innovation, Sciences et
Développement économique Canada
Corporations Canada

**Form 6**
**Changes Regarding Directors**
*Canada Business Corporations Act*
*(CBCA) (s. 106 and 113)*

**Formulaire 6**
**Changements concernant les administrateurs**
*Loi canadienne sur les sociétés par actions (LCSA) (art. 106 et 113)*

Received Date (YYYY-MM-DD): 2020-02-19
Date de réception (AAAA-MM-JJ):

**1** Corporate name
Dénomination sociale

OLSON'S WILD WEST BUFFALO RANCHES LTD.

**2** Corporation number
Numéro de la société

678910-2

**3** Members of the Board of Directors (new directors in bold)
Membres du conseil d'administration (les nouveaux administrateurs sont indiqués en caractère gras)

| Name Nom | Start Date YYYY-MM-DD Date d'entrée en fonction AAAA-MM-DD | Address Adresse | Resident Canadian Résident Canadien |
|---|---|---|---|
| **THOMAS OLSON** | **2020-01-09** | **P.O. BOX 10, PINE RIVER MB R0L 1M0, Canada** | Yes |
| **JOSHUA OLSON** | **2020-01-09** | **P.O. BOX 10, PINE RIVER MB R0L 1M0, Canada** | Yes |

**4** The following individuals are no longer directors
Les individus suivants ont cessé d'être administrateur de la société

| Name Nom | End Date YYYY-MM-DD Date de fin de mandat AAAA-MM-DD |
|---|---|
| EPHRAIM OLSON | 2020-01-09 |

**5** Declaration: I certify that I have relevant knowledge of the corporation and that I am authorized to sign this form.
Déclaration: J'atteste que je possède une connaissance suffisante de la société et que je suis autorisé(e) à signer le présent formulaire.

Original signed by / Original signé par
THOMAS

THOMAS
403-974-3409

Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).

Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5 000 $ et d'un emprisonnement maximal de six mois, ou l'une de ces peines (paragraphe 250(1) de la LCSA).

You are providing information required by the CBCA. Note that both the CBCA and the Privacy Act allow this information to be disclosed to the public. It will be stored in personal information bank number IC/PPU-049.

Vous fournissez des renseignements exigés par la LCSA. Il est à noter que la LCSA et la Loi sur les renseignements personnels permettent que de tels renseignements soient divulgués au public; ils seront stockés dans la banque de renseignements personnels numéro IC/PPU-049.

Canada

IC 3103 (2008/04)

This is Exhibit "19" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____
A Commissioner for Oaths in and for the
Province of Alberta

_____
PRINT NAME AND EXPIRY

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12993

# *Certified Copy*

## Change Director / Shareholder - Proof of Filing

## Alberta Amendment Date: 2020/02/20

| | |
|---|---|
| Service Request Number: | 32790274 |
| Corporate Access Number: | 2114097898 |
| Business Number: | |
| Legal Entity Name: | OLSON'S WILD WEST BUFFALO RANCHES LTD. |
| Legal Entity Status: | Active |

This confirms the Directors/Shareholders are amended/updated as of 2020/02/20

### Director / Shareholder

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 10TH FLOOR, 744 - 4TH AVENUE, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2P3T4 |
| Appointment Date: | 2008/06/23 |
| Cessation Date: | 2010/12/31 |



| | |
|---|---|
| Status: | Active |
| Director / Shareholder Type: | Shareholder |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 138 BOONMITR BLDG, 8TH FLR.,SILON, SURIYAWONG |
| City: | BANGRAK, BANGKOK |
| Postal Code: | 10500 |

Respondent 004153

| | |
|---|---|
| Country: | THAILAND |
| Percent of Voting Shares: | 100 |
| | |
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | EPHRAIM |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2010/12/31 |
| Cessation Date: | 2020/01/09 |
| | |
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | JOSHUA |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2020/01/09 |
| | |
| Status: | Active |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | HOWARD |
| Street/Box Number: | P.O. BOX 10 |
| City: | PINE RIVER |
| Province: | MANITOBA |
| Postal Code: | R0L1M0 |
| Appointment Date: | 2020/01/09 |



**Attachment**

Respondent 004154

**No Records returned**

**Registration Authorized By:** RUTH OLSON
AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this proof of filing is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 12996

# *Certified Copy*

## Change Director / Shareholder - Registration Statement

## Alberta Amendment Date: 2020/02/20

| | |
|---|---|
| Service Request Number: | 32790274 |
| Corporate Access Number: | 2114097898 |
| Business Number: | |
| Legal Entity Name: | OLSON'S WILD WEST BUFFALO RANCHES LTD. |
| Legal Entity Status: | Active |
| Number of Directors: | |
| Min Number Of Directors: | |
| Max Number Of Directors: | |
| Current Annual Return Being Amended: N | |

### Director / Shareholder

| | |
|---|---|
| Status: | Inactive |
| Director / Shareholder Type: | Director |
| Individual / Legal Entity Type: | Individual |
| Corporate Access Number: | |
| Business Number: | |
| Last Name / Legal Entity Name: | OLSON |
| First Name: | THOMAS |
| Middle Name: | H. |
| Street/Box Number: | 10TH FLOOR, 744 - 4TH AVENUE, S.W. |
| City: | CALGARY |
| Province: | ALBERTA |
| Postal Code: | T2P3T4 |
| Country: | |
| Appointment Date: | 2008/06/23 |
| Cessation Date: | 2010/12/31 |
| Percent of Voting Shares: | |
| Resident Canadian: | |
| Stat Dec Director Notice Error: | |
| Letter Spelling Error: | |
| Letter - For Legal Name Change: | |

Respondent 004156

 OL PRIVATE COUNSEL-EPHRAIM OLSON 12997

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |
| **Street/Box Number:** | 138 BOONMITR BLDG, 8TH FLR.,SILON, SURIYAWONG |
| **City:** | BANGRAK, BANGKOK |
| **Province:** | |
| **Postal Code:** | 10500 |
| **Country:** | THAILAND |
| **Appointment Date:** | |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | 100 |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |



| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | EPHRAIM |
| **Middle Name:** | |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |
| **Country:** | |
| **Appointment Date:** | 2010/12/31 |
| **Cessation Date:** | 2020/01/09 |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |

Respondent 004157

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | JOSHUA |
| **Middle Name:** | |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |
| **Country:** | |
| **Appointment Date:** | 2020/01/09 |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |
| **Letter Spelling Error:** | |
| **Letter - For Legal Name Change:** | |



| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | HOWARD |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |
| **Country:** | |
| **Appointment Date:** | 2020/01/09 |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | |
| **Stat Dec Director Notice Error:** | |

Respondent 004158

Letter Spelling Error:

**Letter - For Legal Name Change:**

---

**Attachment**

**No Records returned**

**Registration Authorized By:** RUTH OLSON

AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this statement is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



Respondent 004159

This is Exhibit "20" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 13001

# Government of Alberta ■

# Trade Name / Partnership Search
## Corporate Registration System

| | |
|---|---|
| Date of Search: | 2020/09/02 |
| Time of Search: | 03:54 PM |
| Search provided by: | ELDOR-WAL REGISTRATIONS (1987) LTD |
| Service Request No: | 34008230 |
| Customer Reference No: | |

**Registration No:**  LP5862495
**Current Business Name:** MOOSE MOUNTAIN BUFFALO RANCH

**Name History:**

| Previous Name | Date of Name Change (YYYY/MM/DD) |
|---|---|
| BRAGG CREEK BUFFALO RANCH | 1994/03/02 |

| | |
|---|---|
| **Status of Business Name:** | Active |
| **Trade Name / Partnership Type:** | Limited Partnership |
| **Date of Registration:** | 1993/11/12 YYYY/MM/DD |
| **Home Jurisdiction:** | ALBERTA |
| **Termination Date:** | 2030/12/31 YYYY/MM/DD |

**Current General Partner:**

| | |
|---|---|
| **Last/Legal Entity Name:** | OLSON'S WILD WEST BUFFALO RANCHES LTD. |
| **Street:** | 71 EDENWOLD PLACE N.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T3A3T8 |

**Other Information:**

**Filing History:**

| List Date | Type of Filing |
|---|---|
| 1999/12/16 | Service Provider Correct Trade Name / Partnership |
| 2013/12/30 | Update Declarant / Partners / Attorneys |
| 2017/12/29 | Amend Limited Partnership |

**Attachments:**

| Attachment Type | Microfilm Barcode | Date Recorded (YYYY/MM/DD) |
|---|---|---|
| Amendment of TN/PT/LP | | 1994/03/02 |

 OL PRIVATE COUNSEL-EPHRAIM OLSON 13002

| Registration of TN/PT/LP | | 1993/11/12 |
|---|---|---|
| Notice to Amend | 10000698000040688 | 1997/12/23 |
| Notice to Amend | 10000098000397426 | 1999/12/13 |
| Notice to Amend | 10000498000397429 | 1999/12/13 |
| Notice to Amend | 10000898000397432 | 1999/12/13 |
| Notice to Amend | 10000298000397562 | 2004/04/08 |
| Notice to Amend | 10000598000397551 | 2005/08/31 |
| Notice to Amend | 10000305101371198 | 2006/12/28 |
| Notice to Amend | 10000198000397666 | 2008/09/03 |
| Notice to Amend | 10000398000397707 | 2009/12/16 |
| Notice to Amend | 10000198000397708 | 2010/12/31 |
| Notice to Amend | 10000407108994188 | 2011/12/28 |
| Notice to Amend | 10000107108996688 | 2013/01/01 |
| Notice to Amend | 10000407122083062 | 2017/12/29 |

The Registrar of Corporations certifies that, as of the date of this search, the above information is an accurate reproduction of data contained in the official public records of Corporate Registry.



OL PRIVATE COUNSEL-EPHRAIM OLSON 13003

This is Exhibit "21" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 13004



CONFIDENTIAL



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13006



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13007



CONFIDENTIAL



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13009



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13010

This is Exhibit "22" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

# Trade Name / Partnership Search

## Corporate Registration System

| | |
|---|---|
| Date of Search: | 2020/11/12 |
| Time of Search: | 09:14 AM |
| Search provided by: | ELDOR-WAL REGISTRATIONS (1987) LTD |
| Service Request No: | 34373851 |
| Customer Reference No: | |

| | |
|---|---|
| **Registration No:** | LP10165686 |
| **Current Business Name:** | OLSON OIL & GAS COMPANY |
| **Status of Business Name:** | Active |
| **Trade Name / Partnership Type:** | Limited Partnership |
| **Date of Registration:** | 2002/11/08 YYYY/MM/DD |
| **Home Jurisdiction:** | ALBERTA |
| **Termination Date:** | 2030/12/31 YYYY/MM/DD |

**Current General Partner:**

| | |
|---|---|
| **Last/Legal Entity Name:** | WILD WEST BUFFALO RANCHES LTD. |
| **Street:** | #577, 717 - 7TH AVENUE S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P0Z3 |

**Other Information:**

**Filing History:**

| List Date | Type of Filing |
|---|---|
| 2002/11/08 | Register Limited Partnership |
| 2013/12/30 | Update Declarant / Partners / Attorneys |

**Attachments:**

| Attachment Type | Microfilm Barcode | Date Recorded (YYYY/MM/DD) |
|---|---|---|
| Certificate of Limited Partnership (AB) | 10000498000397486 | 2002/11/08 |

The Registrar of Corporations certifies that, as of the date of this search, the above information is an accurate reproduction of data contained in the official public records of Corporate Registry.

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13012

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13013

This is Exhibit "23" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 13014

# Government of Alberta ■

# Corporation/Non-Profit Search
## Corporate Registration System

| | |
|---|---|
| Date of Search: | 2020/09/02 |
| Time of Search: | 03:53 PM |
| Search provided by: | ELDOR-WAL REGISTRATIONS (1987) LTD |
| Service Request Number: | 34008227 |
| Customer Reference Number: | |

**Corporate Access Number:** 208178160
**Business Number:** 871506952
**Legal Entity Name:** WILD WEST BUFFALO RANCHES LTD.

**Legal Entity Status:** Dissolved
**Alberta Corporation Type:** Named Alberta Corporation
**Registration Date:** 1999/02/08 YYYY/MM/DD
**Dissolution Date:** 2017/03/28 YYYY/MM/DD

**Upon Dissolution, Records Located At:**

| | |
|---|---|
| **Last Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |
| **Street:** | 71 EDENWOLD PLACE N.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T3A3T8 |

**Registered Office:**

| | |
|---|---|
| **Street:** | #577, 717 - 7TH AVENUE S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P0Z3 |

**Records Address:**

| | |
|---|---|
| **Street:** | #577, 717 - 7TH AVENUE S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P0Z3 |

**Directors:**

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13015

| | |
|---|---|
| **Last Name:** | OLSON |
| **First Name:** | EPHRAIM |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |

| | |
|---|---|
| **Last Name:** | OLSON |
| **First Name:** | THOMAS |
| **Middle Name:** | H. |
| **Street/Box Number:** | 138 BOONMITR BUILDING, 8TH FLR., ROOM C1, SILOM |
| **City:** | BANGKOK |
| **Postal Code:** | 10500 |
| **Country:** | THAILAND |

**Voting Shareholders:**

| | |
|---|---|
| **Legal Entity Name:** | 910175 ALBERTA LTD. |
| **Corporate Access Number:** | 209101757 |
| **Street:** | 577, 717 - 7TH AVENUE S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P0Z3 |
| **Percent Of Voting Shares:** | 100 |

# Details From Current Articles:

**The information in this legal entity table supersedes equivalent electronic attachments**

| | |
|---|---|
| **Share Structure:** | SEE SCHEDULE A ATTACHED TO THESE ARTICLES |
| **Share Transfers Restrictions:** | NO TRANSFER, ASSIGNMENT OR CONVEYANCE OF ANY SECURITIES OF THE CORPORATION SHALL BE MADE OR REGISTERED IN THE SECURITIES REGISTER OF THE CORPORATION WITHOUT THE APPROVAL OF THE DIRECTORS |
| **Min Number Of Directors:** | 1 |
| **Max Number Of Directors:** | 7 |
| **Business Restricted To:** | NONE |
| **Business** | NONE |

OL PRIVATE COUNSEL-EPHRAIM OLSON 13016

| | |
|---|---|
| **Restricted From:** | |
| **Other Provisions:** | SEE SCHEDULE B ATTACHED TO THESE ARTICLES |

**Associated Registrations under the Partnership Act:**

| Trade Partner Name | Registration Number |
|---|---|
| OLD-MAN-ON-HIS-BACK BUFFALO RANCH | LP10316768 |
| OLSON OIL & GAS COMPANY | LP10165686 |
| OLSON'S HIGH COUNTRY BUFFALO | TN9981432 |
| WILD HORSE BUFFALO RANCH | LP10308641 |
| WILD WEST BUFFALO COMPANY | LP7110141 |

# Other Information:

**Last Annual Return Filed:**

| File Year | Date Filed (YYYY/MM/DD) |
|---|---|
| 2015 | 2015/12/08 |

**Outstanding Returns:**

Annual returns are outstanding for the 2020, 2019, 2018 and 2 previous file year(s).

**Filing History:**

| List Date (YYYY/MM/DD) | Type of Filing |
|---|---|
| 1999/02/08 | Incorporate Alberta Corporation |
| 2008/01/24 | Change Director / Shareholder |
| 2009/08/02 | Status Changed to Struck for Failure to File Annual Returns |
| 2010/06/03 | Initiate Revival of Alberta Corporation |
| 2010/06/03 | Complete Revival of Alberta Corporation |
| 2013/12/30 | Change Address |
| 2014/04/02 | Status Changed to Start for Failure to File Annual Returns |
| 2014/06/11 | Service Provider Correct Legal Entity |
| 2015/12/08 | Enter Annual Returns for Alberta and Extra-Provincial Corp. |
| 2017/03/28 | Dissolution |
| 2020/02/17 | Update BN |

OL PRIVATE COUNSEL-EPHRAIM OLSON 13017

**Attachments:**

| Attachment Type | Microfilm Bar Code | Date Recorded (YYYY/MM/DD) |
|---|---|---|
| Share Structure | ELECTRONIC | 1999/02/08 |
| Other Rules or Provisions | ELECTRONIC | 1999/02/08 |

The Registrar of Corporations certifies that, as of the date of this search, the above information is an accurate reproduction of data contained in the official public records of Corporate Registry.



OL PRIVATE COUNSEL-EPHRAIM OLSON 13018

This is Exhibit "24" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 13019

**From:** James Hanks <jhanks@hplawslc.com>
**Sent:** Friday, August 14, 2020 11:53 AM
**To:** Patricia Kuendig <Patricia@kuendiglaw.com>
**Cc:** Thomas Olson <tom@oltax.com>; Tauni Cancilla <tauni@hplawslc.com>
**Subject:** Domestic Relations Injunction

Patricia – Tom has informed me that Carolyn is attempting to sell their grand piano which is worth in excess of $100,000. As you know, the Court entered a Domestic Relations Injunction in their divorce case on August 7, 2020. The injunction prohibits the parties from disposing their assets without the consent of the other party or a court order. Carolyn has obtained neither. I would appreciate your help in assuring that Carolyn abides by this order. Thank you for your help.   Jim

1

CONFIDENTIAL

This is Exhibit "25" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 13021

*Certified Copy*

CORPORATE ACCESS NUMBER: 2014829309

**Government
of Alberta** ■

BUSINESS CORPORATIONS ACT

# CERTIFICATE

# OF

# DISSOLUTION

**1482930 ALBERTA LTD.**
VOLUNTARILY DISSOLVED ON 2020/09/30.

 

Respondent 004089

OL PRIVATE COUNSEL-EPHRAIM OLSON 13022

# *Certified Copy*

## Dissolution - Registration Statement

## Alberta Amendment Date: 2020/09/30

| | |
|---|---|
| **Service Request Number:** | 34120334 |
| **Corporate Access Number:** | 2014829309 |
| **Business Number:** | 831621313 |
| **Legal Entity Name:** | 1482930 ALBERTA LTD. |
| **French Equivalent Name:** | |
| **Legal Entity Status:** | Dissolved |
| **No Shares Issued, No Property or Liabilities:** | |
| **No Property and Liabilities:** | Y |
| **Liabilities:** | |
| **Future Dating Required:** | |
| **Dissolution Date:** | 2020/09/30 |

**Directors / Shareholders / Record Keepers**

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder / Record Keeper Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | EPHRAIM |
| **Middle Name:** | |
| **Street / Box Number:** | SUITE 256, 16 MIDLAKE BLVD, S.E. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Country:** | |
| **Appointment Date:** | 2010/01/01 |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | Y |
| **Letter - Spelling Error:** | |

Respondent 004090

OL PRIVATE COUNSEL-EPHRAIM OLSON 13023

| | |
|---|---|
| **Status:** | Inactive |
| **Director / Shareholder / Record Keeper Type:** | Director |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | WALKER |
| **First Name:** | C. WAYNE |
| **Middle Name:** | |
| **Street / Box Number:** | 10TH FLOOR, 744 - 4TH AVENUE, S.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2P3T4 |
| **Country:** | |
| **Appointment Date:** | 2009/07/31 |
| **Cessation Date:** | 2010/01/01 |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | Y |
| **Letter - Spelling Error:** | |

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder / Record Keeper Type:** | Shareholder |
| **Individual / Legal Entity Type:** | Individual |
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | EPHRAIM |
| **Middle Name:** | |
| **Street / Box Number:** | SUITE 256, 16 MIDLAKE BLVD, S.E. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Country:** | |
| **Appointment Date:** | |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | 100 |
| **Resident Canadian:** | |
| **Letter - Spelling Error:** | |

| | |
|---|---|
| **Status:** | Active |
| **Director / Shareholder / Record Keeper Type:** | Record Keeper |
| **Individual / Legal Entity Type:** | Individual |

Respondent 004091

OL PRIVATE COUNSEL-EPHRAIM OLSON 13024

| | |
|---|---|
| **Corporate Access Number:** | |
| **Business Number:** | |
| **Last Name / Legal Entity Name:** | OLSON |
| **First Name:** | EPHRAIM |
| **Middle Name:** | |
| **Street / Box Number:** | PO BOX 256, 16 MIDLAKE BLVD. SE |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Country:** | |
| **Appointment Date:** | 2020/09/30 |
| **Cessation Date:** | |
| **Percent of Voting Shares:** | |
| **Resident Canadian:** | |
| **Letter - Spelling Error:** | |

**Attachment**

| Attachment Type | Microfilm Bar Code | Date Recorded |
|---|---|---|
| Other Rules or Provisions | ELECTRONIC | 2009/07/31 |
| Share Structure | ELECTRONIC | 2009/07/31 |

**Registration Authorized By:** RUTH OLSON

AGENT OF CORPORATION

The Registrar of Corporations certifies that the information contained in this statement is an accurate reproduction of the data contained in the specified service request in the official public records of Corporate Registry.



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13025

This is Exhibit "26" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.


_____
A Commissioner for Oaths in and for the
Province of Alberta




_____
PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 13026





File Summary

| | |
|---|---|
| Registry No : | 10020774 |
| Entity Name : | DUCK RIVER RANCH LTD. |
| | As of : 11-Sep-2020 |

| | |
|---|---|
| Entity Name : | DUCK RIVER RANCH LTD. |
| Registry No : | 10020774 |
| Business No : | 746657683MC0001 |
| Current Status : | Active (New Name) |
| Entity Type : | BUSINESS CORPORATION |
| Entity Sub Type : | MB SHARE CORPORATION |
| Incorp/Amalg Date : | 04-Jul-2018 |
| Home Jurisdiction : | MANITOBA |
| Annual Return/Renewal Date : | 31-Aug-2020 |
| Year of Last A/R - Renewal : | 2019 |
| Nature of Business : | RANCHING |
| NAICS Code : | 11 |

**Registered Office Address :**

| | |
|---|---|
| Address : | BOX 10 |
| City/Province : | PINE RIVER, MB |
| Country/Postal Code : | CANADA, R0L 1M0 |

**Mailing Address :**

| | |
|---|---|
| Name : | EPHRAIM OLSON |
| Address : | SUITE 256-16, MIDLAKE BLVD SE. |
| City/Province : | CALGARY, AB |
| Country/Postal Code : | CANADA, T2X 2X7 |

**Director Information :**

| | |
|---|---|
| Name : | OLSON, EPHRAIM |
| Address : | PO BOX 10 |
| City/Province : | PINE RIVER, MB |
| Country/Postal Code : | CANADA, R0L 1M0 |
| Date Became : | 24-Apr-2019 |
| Name : | OLSON, THOMAS HOWARD |
| Address : | BOX 10 |
| City/Province : | PINE RIVER, MB |
| Country/Postal Code : | CANADA, R0L 1M0 |

**Officer Information :**

| | |
|---|---|
| Name : | OLSON, EPHRAIM |
| Address : | PO BOX 10 |
| City/Province : | PINE RIVER, MB |
| Country/Postal Code : | CANADA, R0L 1M0 |
| Position Held as Officer : | SECRETARY |
| Name : | OLSON, EPHRAIM C. |
| Address : | PO BOX 10 |
| City/Province : | PINE RIVER, MB |
| Country/Postal Code : | CANADA, R0L 1M0 |
| Position Held as Officer : | PRESIDENT |

**Shareholders Information (holders of 10% or more of Issued Voting Shares) :**

| | |
|---|---|
| Name : | OLSON, EPHRAIM |
| Class Name : | Class A |
| Shares Held : | 100.00 |

**Share Structure :**

| Class | Authorized Number |
|---|---|
| Class A | UNLIMITED |
| Class B | UNLIMITED |
| Class C | UNLIMITED |
| Class D | UNLIMITED |
| Class E | UNLIMITED |
| Class F | UNLIMITED |
| Class G | UNLIMITED |
| Class H | UNLIMITED |
| Class I | UNLIMITED |
| Class J | UNLIMITED |
| Class K | UNLIMITED |
| Class L | UNLIMITED |
| Class M | UNLIMITED |
| Class N | UNLIMITED |
| Class O | UNLIMITED |
| Class P | UNLIMITED |
| Class Q | UNLIMITED |
| Class R | UNLIMITED |
| Class S | UNLIMITED |
| Class T | UNLIMITED |
| Class U | UNLIMITED |
| Class V | UNLIMITED |
| Class W | UNLIMITED |
| Class X | UNLIMITED |
| Class Y | UNLIMITED |
| Class Z | UNLIMITED |

Shares are distributed to the public : No

**Name History :**

| | |
|---|---|
| Previous Name : | 10020774 MANITOBA LTD. |
| Date of Change : | 18-Sep-2018 |

**Event History :**

| Event | Date : | Filing Year : |
|---|---|---|
| INCORPORATION (Filed on the Web) | 04-Jul-2018 | |
| HUB: ASSIGN BN | 04-Jul-2018 | |
| NATURE OF BUSINESS | 10-Jul-2018 | |
| AMENDMENT | 23-Aug-2018 | |
| NAME CHANGE (Filed on the Web) | 18-Sep-2018 | |
| CHANGE OF DIRECTORS/OFFICERS (Filed on the Web) | 01-May-2019 | |
| ANNUAL RETURN (Filed on the Web) | 19-Aug-2019 | 2019 |

The accuracy of this information is not guaranteed. In particular, it is possible that certain filings have been received which have not yet been updated onto the system. You should consult original documents or obtain appropriate certificates when you need to be certain of information.

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13027

This is Exhibit "27" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 13028

Schedule B
to the Resolution of the Trustee
of
THE RUTH DOXEY FAMILY TRUST
(the "Trust")

Passed as of December 26, 2010

DECLINE TO ACT AS TRUSTEE

TO:        The Trustee of the Ruth Doxey Family Trust

AND TO:     The Beneficiaries thereof

The undersigned hereby declines to act as Trustee of the Trust.

Dated as of December 26, 2010.

Thomas H. Olsen

    OL PRIVATE COUNSEL-EPHRAIM OLSON 13029

The Ruth Doxey Family Trust
(the "Trust")
dated December 26, 2010

## NOTICE

To:   Beneficiaries of the Ruth Doxey Family Trust
      Ephraim Olson

1.      Pursuant to Article 4.4(c) of the Trust settlement dated February 28, 1992, the undersigned is empowered to appoint any person or corporation as a replacement trustee of the Trust to fill the vacancy

    1.1      created by the resignation of the trustee; and

    1.2      the decline of the replacement trustees namely Thomas H. Olson, C. Wayne Walker and Bradley J. Olson to accept their appointment as trustees.

2.      NOW, THEREFORE, Pursuant to Article 4.4(c) of the Trust Settlement dated February 28, 1992, Ephraim Olson is hereby appointed to act as trustee of the Trust.

APPROVED AND CONSENTED TO as of December 26, 2010.


*Carolyn R. W. Olson*
Carolyn R. W. Olson

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13030

This is Exhibit "28" referred to in the Affidavit of Carolyn Olson sworn before me on November 13, 2020.

_____

A Commissioner for Oaths in and for the Province of Alberta

_____

PRINT NAME AND EXPIRY

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13031

# Corporation/Non-Profit Search

**Government of Alberta ■**

## Corporate Registration System

| | |
|---|---|
| Date of Search: | 2020/10/15 |
| Time of Search: | 09:18 AM |

| | |
|---|---|
| Service Request Number: | 34224231 |
| Customer Reference Number: | 113782 |

**Corporate Access Number:** 2010309116
**Business Number:** 893651406
**Legal Entity Name:** WATERTON LAND TRUST LTD.

**Name History:**

| Previous Legal Entity Name | Date of Name Change (YYYY/MM/DD) |
|---|---|
| 1030911 ALBERTA LTD. | 2005/03/09 |

**Legal Entity Status:** Active
**Alberta Corporation Type:** Named Alberta Corporation
**Registration Date:** 2003/02/10 YYYY/MM/DD
**Date of Last Status Change:** 2014/06/24 YYYY/MM/DD

**Registered Office:**
| | |
|---|---|
| **Street:** | 71 EDENWOLD PLACE N.W. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T3A3T8 |

**Mailing Address:**
| | |
|---|---|
| **Post Office Box:** | P.O. BOX 256, 16 MIDLAKE BLVD. S.E. |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |

**Directors:**

| | |
|---|---|
| **Last Name:** | BURTON |
| **First Name:** | NAOMI |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |

Respondent 004167

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13032

| | |
|---|---|
| **Postal Code:** | R0L1M0 |
| | |
| **Last Name:** | OLSON |
| **First Name:** | EPHRAIM |
| **Street/Box Number:** | P.O. BOX 10 |
| **City:** | PINE RIVER |
| **Province:** | MANITOBA |
| **Postal Code:** | R0L1M0 |

**Voting Shareholders:**

| | |
|---|---|
| **Last Name:** | THOMAS H. OLSON, AS TRUSTEE OF THE WATERTON LAND TRUST |
| **Street:** | P.O. BOX 256 MIDLAKE BLVD SE |
| **City:** | CALGARY |
| **Province:** | ALBERTA |
| **Postal Code:** | T2X2X7 |
| **Percent Of Voting Shares:** | 100 |

# Details From Current Articles:

### The information in this legal entity table supersedes equivalent electronic attachments

| | |
|---|---|
| **Share Structure:** | SEE SCHEDULE A ATTACHED TO THESE ARTICLES |
| **Share Transfers Restrictions:** | NO TRANSFER, ASSIGNMENT OR CONVEYANCE OF ANY SECURITIES OF THE CORPORATION SHALL BE MADE OR REGISTERED IN THE SECURITIES REGISTER OF THE CORPORATION WITHOUT THE APPROVAL OF THE DIRECTORS |
| **Min Number Of Directors:** | 1 |
| **Max Number Of Directors:** | 10 |
| **Business Restricted To:** | NONE |
| **Business Restricted From:** | NONE |
| **Other Provisions:** | SEE SCHEDULE B ATTACHED TO THESE ARTICLES |

Respondent 004168

OL PRIVATE COUNSEL-EPHRAIM OLSON 13033

## Other Information:

### Last Annual Return Filed:

| File Year | Date Filed (YYYY/MM/DD) |
|---|---|
| 2019 | 2019/07/30 |

### Outstanding Returns:

Annual returns are outstanding for the 2020 file year(s).

### Filing History:

| List Date (YYYY/MM/DD) | Type of Filing |
|---|---|
| 2003/02/10 | Incorporate Alberta Corporation |
| 2005/03/09 | Name Change Alberta Corporation |
| 2014/04/02 | Status Changed to Start for Failure to File Annual Returns |
| 2015/02/12 | Change Director / Shareholder |
| 2017/02/13 | Change Address |
| 2019/07/30 | Enter Annual Returns for Alberta and Extra-Provincial Corp. |
| 2020/02/18 | Update BN |

### Attachments:

| Attachment Type | Microfilm Bar Code | Date Recorded (YYYY/MM/DD) |
|---|---|---|
| Share Structure | ELECTRONIC | 2003/02/10 |
| Other Rules or Provisions | ELECTRONIC | 2003/02/10 |

The Registrar of Corporations certifies that, as of the date of this search, the above information is an accurate reproduction of data contained in the official public records of Corporate Registry.



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13034

This is Exhibit "29" referred to in the
Affidavit of Carolyn Olson sworn before
me on November 13, 2020.

_____

A Commissioner for Oaths in and for the
Province of Alberta

_____

PRINT NAME AND EXPIRY

OL PRIVATE COUNSEL-EPHRAIM OLSON 13035

# ALBERTA GOVERNMENT SERVICES
## LAND TITLES OFFICE

### IMAGE OF DOCUMENT REGISTERED AS:

# 061348135

## ORDER NUMBER: 40508735

**ADVISORY**

This electronic image is a reproduction of the original document registered at the Land Titles Office. Please compare the registration number on this coversheet with that on the attached document to ensure that you have received the correct document. Note that Land Titles Staff are not permitted to interpret the contents of this document.

Please contact the Land Titles Office at (780) 422-7874 if the image of the document is not legible.

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13036

25/08/06
EM

# THE LAND TITLES ACT
## TRANSFER OF LAND

WE, **WILLIAM E THORPE AND LYNN CAMERON-THORPE BOTH OF: PO BOX 82 WATERTON ALBERTA T0K 2M0 AS JOINT TENANTS**, being registered owners of an estate in fee simple, subject, however, to such encumbrances, liens or interests as are notified by memorandum underwritten, or endorsed thereon in all that certain tract of land situate in the Province of Alberta, being composed of

### Parcel One

**THE SOUTH WEST QUARTER OF SECTION 27
IN TOWNSHIP 3
RANGE 30
WEST OF THE FOURTH MERIDIAN
CONTAINING 65.2 HECTARES (161 ACRES) MORE OR LESS
EXCEPTING THE ROADWAY ON PLAN 897 LK CONTAINING
0.109 HECTARE (0.27 ACRE) MORE OR LESS
EXCEPTING THEREOUT ALL MINES AND MINERALS**

### Parcel Two

**MERIDIAN 4 RANGE 30 TOWNSHIP 3
SECTION 27
QUARTER NORTH WEST
EXCEPTING THEREOUT ALL MINES AND MINERALS
AREA: 64.7 HECTARES (160 ACRES) MORE OR LESS**

do hereby in consideration of the sum of **SIX HUNDRED AND FORTY TWO THOUSAND ($642,000.00) DOLLARS** paid to us by the Transferee hereunder, the receipt of which sum is hereby acknowledged, transfer to the said Transferee,

**CAROLYN OLSON OF 10TH FLOOR 744,4TH AVENUE SW CALGARY, ALBERTA T2P 3T4**

all our estate and interest in the piece of land.

In witness whereof, we, the Transferors, have subscribed our names on the date specified below.

Signed by the said **WILLIAM E THORPE AND LYNN CAMERON-THORPE** this **20** day of JULY, 2006.

Witness: _____

**WILLIAM E THORPE**

Witness: _____

**LYNN CAMERON-THORPE**

We, the undersigned Vendors certify that we are residents of Canada for all purposes arising under The Income Tax Act of Canada including but not limited to Section 116 thereof.

**WILLIAM E THORPE**

**LYNN CAMERON-THORPE**

{W:\DOCS\3119.001\63\00088178.DOC /}

# AFFIDAVIT of execution

CANADA               )    I, REBECCA FELLER
PROVINCE OF ALBERTA   )    of the Town of Pincher Creek,
TO WIT             )    in the Province of Alberta

**MAKE OATH AND SAY:**

1.    THAT I was personally present and did see **WILLIAM E THORPE AND LYNN CAMERON-THORPE** named in the within instrument who are personally known to me to be the persons named therein, duly sign and execute the same for the purposes named therein;

2.    THAT the same was executed at the City of Calgary in the Province of Alberta, and that I am the subscribing witness thereto.

3.    THAT I know the said **WILLIAM E THORPE AND LYNN CAMERON-THORPE** and each is in my belief of the full age of eighteen years.

**SWORN** before me at the Town       )
of Pincher Creek in the Province of Alberta,   )
this _10_ day of July, A.D. 2006.     )
                             )
                             )

A COMMISSIONER FOR OATHS IN AND FOR THE PROVINCE OF ALBERTA

**R. ROY DAVIDSON
BARRISTER & SOLICITOR**

{W:\DOCS\3119.001\63\00088178.DOC /}

**LAND TITLES ACT**
**(Section 164)**

**AFFIDAVIT RE VALUE OF LAND**

I, Debbie Bryden, of Calgary, Alberta, make oath and say:

1. That I am the agent of the transferee named in the within transfer and I know the land therein described;

2. I know the circumstances of the transfer and true consideration paid by me as follows:

   $642,000.00

3. The current value* of the land**, in my opinion is $642,000.00

   * "value" means the dollar amount that the land might be expected to realize if it were sold on the open market by a willing seller to a willing buyer
   ** "land" includes buildings and all other improvements affixed to the land.

| | |
|---|---|
| SWORN before me at the City<br>of Calgary in the Province<br>of Alberta, this _1st_ day of August,<br>2006 | )<br>)<br>)<br>)<br>)<br>) |

_____
A Commissioner for Oaths in and for
the Province of Alberta.

**C. WAYNE WALKER**
**BARRISTER & SOLICITOR**

_____
Debbie Bryden

DATED THIS _____ DAY OF JULY, A.D. 2006.

**WILLIAM E THORPE AND LYNN CAMERON-THORPE**

TO

**CAROLYN OLSON**

# TRANSFER OF LAND

I certify that the within instrument is duly Entered and Registered in the Land Titles Office for the South Alberta Land Registration District at Calgary, in the Province of Alberta.

_____ Registrar

061348135    REGISTERED 2006 08 25
TFLA - TRANSFER OF LAND
DOC  1 OF  1 DRR#: 3698248 ADR./PFLAROW
LINC/S:
0021495586  +

{W:\DOCS\3119.001\63\00088178.DOC /}