# EXHIBIT 14

# Filed Under Seal

CONFIDENTIAL

REDACTED

CONFIDENTIAL

OL Private Counsel-Ephraim Olson 0164