# EXHIBIT 16

# Filed Under Seal



REDACTED

CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 0428



REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 0429

REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 0430

REDACTED

CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 0431



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 0432

REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 0433



REDACTED



REDACTED

OL PRIVATE COUNSEL-EPHRAIM OLSON 0435

REDACTED

CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 0436

REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 0437

REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 0438

REDACTED

CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 0439

REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 0440