# EXHIBIT 19

# Filed Under Seal

REDACTED



CONFIDENTIAL



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2519

REDACTED



CONFIDENTIAL



REDACTED

CONFIDENTIAL



REDACTED

CONFIDENTIAL



REDACTED

CONFIDENTIAL



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2524



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2525



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2526



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2527



REDACTED

CONFIDENTIAL



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2529



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2530



REDACTED

CONFIDENTIAL



REDACTED

CONFIDENTIAL



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2533



REDACTED

CONFIDENTIAL



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2535



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2536



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2537



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 2538