# EXHIBIT 20

# Filed Under Seal

REDACTED (2)

CONFIDENTIAL

REDACTED



CONFIDENTIAL                                         OL PRIVATE COUNSEL-EPHRAIM OLSON 14201

REDACTED



CONFIDENTIAL                                                                OL PRIVATE COUNSEL-EPHRAIM OLSON 14202

REDACTED



CONFIDENTIAL                                                  OL PRIVATE COUNSEL-EPHRAIM OLSON 14203

REDACTED



CONFIDENTIAL                                      OL PRIVATE COUNSEL-EPHRAIM OLSON 14204

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14205

REDACTED

CONFIDENTIAL

REDACTED



CONFIDENTIAL                                   OL PRIVATE COUNSEL-EPHRAIM OLSON 14207

REDACTED



CONFIDENTIAL                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14208



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14209

CONFIDENTIAL                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14210

CONFIDENTIAL                                              OL PRIVATE COUNSEL-EPHRAIM OLSON 14211

REDACTED



CONFIDENTIAL                                                       OL PRIVATE COUNSEL-EPHRAIM OLSON 14212

REDACTED



CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14213



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14214

REDACTED



CONFIDENTIAL    OL PRIVATE COUNSEL-EPHRAIM OLSON 14215



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14216

REDACTED

OL PRIVATE COUNSEL-EPHRAIM OLSON 14217

REDACTED

CONFIDENTIAL

REDACTED



OL PRIVATE COUNSEL-EPHRAIM OLSON 14219

REDACTED



CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14220

REDACTED



CONFIDENTIAL

REDACTED



CONFIDENTIAL                                                 OL PRIVATE COUNSEL-EPHRAIM OLSON 14222

REDACTED



CONFIDENTIAL                                      OL PRIVATE COUNSEL-EPHRAIM OLSON 14223

REDACTED

CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 14828

REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14829