# EXHIBIT 23

# EXHIBIT 23

```
              THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT
                          SALT LAKE COUNTY, STATE OF UTAH


                          In the matter of the marriage of
                          THOMAS H OLSON and CAROLYN OLSON
CASE NUMBER 204904555 Divorce/Annulment                               **** PRIVATE ****
_____

CURRENT ASSIGNED JUDGE
        TERESA WELCH


CURRENT ASSIGNED COMMISSIONER
        JOANNA SAGERS


PARTIES
        Petitioner - THOMAS H OLSON
        Represented by: THOMAS BURNS
        Represented by: AARON HARRIS


        Respondent - CAROLYN OLSON
        Represented by: PATRICIA KUENDIG


        Third Pty Defendant - OLSON LEMONS PC
        Represented by: DAVID JORDAN
        Represented by: MONICA CALL
        Represented by: ELLEN OSTROW
        Represented by: DAVID MORTENSEN


        Third Pty Defendant - OL PRIVATE COUNSEL LLC
        Represented by: MONICA CALL
        Represented by: ELLEN OSTROW
        Represented by: DAVID MORTENSEN


        Third Pty Defendant - MOUNT ROYAL ESTATES LLC


        Third Pty Defendant - RUTH DOXEY FAMILY TRUST
        Represented by: CHASE ADAMS


        Third Pty Defendant - THE OLSON ESTATE TRUST
        Represented by: MONICA CALL
        Represented by: ELLEN OSTROW
        Represented by: DAVID MORTENSEN


        Third Pty Defendant - WATERTON LAND TRUST
        Represented by: DAVID JORDAN
        Represented by: MONICA CALL
        Represented by: ELLEN OSTROW
        Represented by: DAVID MORTENSEN


        Third Pty Defendant - THE THOMAS H OLSON TRUST - DISMISSED
        Represented by: DAVID JORDAN
        Represented by: MONICA CALL
        Represented by: ELLEN OSTROW
```

```
                Represented by: DAVID MORTENSEN


                Third Pty Defendant - THE CAROLYN OLSON SPOUSAL TRUS
                Represented by: CHASE ADAMS



ACCOUNT SUMMARY
                    Total Revenue Amount Due:         538.00
                               Amount Paid:           538.00
                             Amount Credit:             0.00
                                   Balance:             0.00
         REVENUE DETAIL - TYPE: DIVORCE/CUST&SU PETN
                        Original Amount Due:          325.00
                         Amended Amount Due:          325.00
                               Amount Paid:           325.00
                             Amount Credit:             0.00
                                   Balance:             0.00


         REVENUE DETAIL - TYPE: VITAL STATISTICS FEE
                        Original Amount Due:            8.00
                         Amended Amount Due:            8.00
                               Amount Paid:             8.00
                             Amount Credit:             0.00
                                   Balance:             0.00


         REVENUE DETAIL - TYPE: DIVORCE COUNTER
                        Original Amount Due:          130.00
                         Amended Amount Due:          130.00
                               Amount Paid:           130.00
                             Amount Credit:             0.00
                                   Balance:             0.00


         REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM
                        Original Amount Due:           15.00
                         Amended Amount Due:           15.00
                               Amount Paid:            15.00
                             Amount Credit:             0.00
                                   Balance:             0.00


         REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM
                        Original Amount Due:           15.00
                         Amended Amount Due:           15.00
                               Amount Paid:            15.00
                             Amount Credit:             0.00
                                   Balance:             0.00


         REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM
                        Original Amount Due:           15.00
                         Amended Amount Due:           15.00
                               Amount Paid:            15.00
                             Amount Credit:             0.00
                                   Balance:             0.00
```

```
REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM
            Original Amount Due:         15.00
            Amended Amount Due:          15.00
                   Amount Paid:          15.00
                 Amount Credit:           0.00
                       Balance:           0.00


REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM
            Original Amount Due:         15.00
            Amended Amount Due:          15.00
                   Amount Paid:          15.00
                 Amount Credit:           0.00
                       Balance:           0.00
```

CASE NOTE


PROCEEDINGS
```
08-07-2020   **** PRIVATE **** Filed: Petition for Divorce
08-07-2020   **** PRIVATE **** Filed: Vital Statistics/UDOH Certificate
08-07-2020   **** PRIVATE **** Filed: Petition
08-07-2020   Judge ROYAL I HANSEN assigned.
08-07-2020   Note: discovery tier set to 2
08-07-2020   Fee Account created Total Due: 325.00
08-07-2020   Fee Account created Total Due: 8.00
08-07-2020   DIVORCE/CUST&SU PETN Payment Received:  325.00
08-07-2020   VITAL STATISTICS FEE Payment Received:  8.00
08-07-2020   **** PRIVATE **** Filed: Return of Electronic Notification
08-07-2020   **** PRIVATE **** Filed: Notice of URCP Rule 26.1 Disclosure in
             Domestic Relations
08-07-2020   Issued: Domestic Relations Injunction
                     Judge MARK KOURIS
08-07-2020   **** PRIVATE **** Filed: Return of Electronic Notification
08-07-2020   **** PRIVATE **** Filed: Return of Electronic Notification
08-10-2020   Commissioner JOANNA SAGERS assigned.
08-10-2020   **** PRIVATE **** Filed return: Acceptance of Service (summons
             attached)
08-10-2020   **** PRIVATE **** Filed: Return of Electronic Notification
08-12-2020   **** PRIVATE **** Filed: Appearance of Counsel/Notice of
             Limited Appearance
08-12-2020   **** PRIVATE **** Filed: Return of Electronic Notification
08-31-2020   **** PRIVATE **** Filed: Answer and Counterclaim - Domestic
             Answer to Petition for Decree of Divorce and Counterpetition
             for Decree of Divorce, Related Equitable Relief and Declaratory
             Judgment
08-31-2020   Note: Certificate of Readiness for Trial due 08/14/2021
08-31-2020   Fee Account created Total Due: 130.00
08-31-2020   DIVORCE COUNTER Payment Received:  130.00
08-31-2020   Filed: NOTICE OF EVENT DUE DATES
08-31-2020   **** PRIVATE **** Filed: Return of Electronic Notification
09-01-2020   **** PRIVATE **** Filed: Request for Data Correction
09-01-2020   **** PRIVATE **** Filed: Return of Electronic Notification
```

| Date | Description |
|---|---|
| 09-02-2020 | **** PRIVATE **** Filed: Substitution of Counsel |
| 09-02-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-14-2020 | **** PRIVATE **** Filed return: Summons on Return - Mount Royal Estate, LLC upon JAKE NELSON - REGISTERED AGENTS INC. for |
| 09-14-2020 | **** PRIVATE **** Filed return: Summons on Return - OL Private Counsel, LLC upon JAKE NELSON OF REGISTERED AGENTS INC. for |
| 09-14-2020 | **** PRIVATE **** Filed return: Summons on Return - Olson Lemons, PC upon KERI J. HANZELKA - REGISTERED AGENT for |
| 09-14-2020 | **** PRIVATE **** Filed return: Summons on Return - The Olson Estate Trust upon BRUCE LEMONS for |
| 09-14-2020 | **** PRIVATE **** Filed return: Summons on Return - The Waterton Land Trust upon BRUCE LEMONS for |
| 09-14-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-14-2020 | **** PRIVATE **** Filed return: Acceptance of Service upon AND THE CAROLYN OLSON SPOUSAL TRUST for |
| 09-14-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-14-2020 | **** PRIVATE **** Filed: Appearance of Counsel/Notice of Limited Appearance Entry of Appearance |
| 09-14-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-14-2020 | **** PRIVATE **** Filed: Certificate of Service |
| 09-14-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-21-2020 | **** PRIVATE **** Filed: Answer to Respondents Counter Petition for Decree of Divorce, Related Equitable Relief, and Declaratory Judgment; and Provisional Cross-Claim |
| 09-21-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-25-2020 | **** PRIVATE **** Filed: Motion Thomas H. Olson Trust, Olson Estate Trust and Waterton Land Trusts Motion to Dismiss for Lack of Personal Jurisdiction |
| 09-25-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-25-2020 | **** PRIVATE **** Filed: Answer OL Private Counsels Answer to Third Party Complaint |
| 09-25-2020 | **** PRIVATE **** Filed: Answer Olson Lemons Answer to Third Party Complaint |
| 09-25-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-29-2020 | **** PRIVATE **** Filed: Motion to Have the Motion to Dismiss for Lack of Personal Jurisdiction Filed by the Thomas H. Olson Trust, Olson Estate Trust, and Waterson Land Trust Considered by the District Court Judge |
| 09-29-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-01-2020 | **** PRIVATE **** Filed: Request/Notice to Submit Notice of Non-Opposition/Joinder in Motion to Have Motion to Dismiss for Lack of Jurisdiction Considered by District Court Judge, and Request to Submit Motion as Ex Parte Motion |
| 10-01-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-02-2020 | **** PRIVATE **** Filed: Objection to - Notice of Objection Re: Request to Submit and Request to Consider Motion Ex Parte |
| 10-02-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-13-2020 | **** PRIVATE **** Filed: Certificate of Service of Respondents Initial Disclosures |
| 10-13-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-14-2020 | **** PRIVATE **** Filed: Certificate of Service |
| 10-14-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-14-2020 | **** PRIVATE **** Filed: Motion Stipulated Motion for Extension of Time to Answer Counterpetition for Decree of Divorce, Related Equitable Relief and Declaratory Judgment |
| 10-14-2020 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion for Extension of Time to Answer Counterpetition for Decree of Divorce, Related Equitable Relief and Declaratory Judgment |
| 10-14-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |

| Date | Entry |
|---|---|
| 10-16-2020 | **** PRIVATE **** Filed: Request/Notice to Submit for Decision: (1) Motion to Dismiss for Lack of Personal Jurisdiction (2) Motion to Have the Motion to Dismiss Considered by the District Court Judge |
| 10-16-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-17-2020 | **** PRIVATE **** Filed: Memorandum Objection to Request to Submit, Response to Motion to Have Motion to Dismiss Considered by District Court Judge and Response to Request to Submit Motion as Ex Party Motion |
| 10-17-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-22-2020 | **** PRIVATE **** Filed: Reply in Support of Request to Submit for Decision: (1) Motion to Dismiss for Lack of Personal Jurisdication (2) Motion to Have the Motion to Dismiss Considered by the District Court Judge |
| 10-22-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-26-2020 | **** PRIVATE **** Filed: Certificate of Service re OL Private Counsel and Olson Lemons Initial Disclosures |
| 10-26-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-27-2020 | Filed order: Order Granting Motion for Extension of Time to Answer Counterpetition for Decree of Divorce, Related Equitable Relief and Declaratory Judgment<br>    Judge ROYAL I HANSEN<br>    Signed October 27, 2020 |
| 10-27-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-29-2020 | NOTICE for Case 204904555 ID 21299936<br>    Judge: ROYAL I HANSEN<br>SCHEDULING CONFERENCE is scheduled.<br>    Date: 12/02/2020<br>    Time: 04:00 p.m.<br>    Location: FOURTH FLOOR-S45<br>    Before Judge: ROYAL I HANSEN<br>    THIRD DISTRICT COURT<br>    450 SOUTH STATE STREET<br>    SALT LAKE CITY, UT 84114-1860<br>If you experience issues or problems calling in, please feel free to contact a judicial assistant at 801-238-7310. CONFERENCE CALL NUMBER: (720)-279-0026 PASSCODE: 999508<br>Counsel and/or parties are responsible for calling in at the number identified and waiting for the conference call to start. THE COURT WILL NOT CALL YOU. If you do not call in on time, the court may proceed in your absence.<br>You will be placed on hold until the court joins the call. We will make every effort to begin the call on time, but if other matters before the court delay the start of the call, please wait on the line.<br>If you call in and another matter is being heard, please wait until that matter concludes before making an appearance. |
| 10-29-2020 | SCHEDULING CONFERENCE scheduled on December 02, 2020 at 04:00 PM in FOURTH FLOOR-S45 with Judge ROYAL I HANSEN |
| 10-29-2020 | Filed: Notice for Case 204904555 DA: Judge   ROYAL I HANSEN |
| 10-29-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 11-03-2020 | **** PRIVATE **** Filed: Certificate of Service of Respondents Supplemental Disclosures |
| 11-03-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 11-03-2020 | **** PRIVATE **** Filed: Motion For Leave to File Over-Length Brief |
| 11-03-2020 | **** PRIVATE **** Filed: Order (Proposed) Granting Leave to File Over-Length Brief |

```
11-03-2020  **** PRIVATE **** Filed: Request/Notice to Submit
11-03-2020  **** PRIVATE **** Filed: Return of Electronic Notification
11-09-2020  Filed order: Order Granting Leave to File Over-Length Brief
                Judge ROYAL I HANSEN
                Signed November 09, 2020
11-09-2020  **** PRIVATE **** Filed: Return of Electronic Notification
11-10-2020  **** PRIVATE **** Filed: Motion (Hearing Requested) - Verified
            Motion for Temporary Orders
11-10-2020  **** PRIVATE **** Filed: Return of Electronic Notification
11-10-2020  **** PRIVATE **** Filed: Financial Declaration - Petitioner
11-10-2020  **** PRIVATE **** Filed: Financial Declaration - Respondent
11-10-2020  **** PRIVATE **** Filed: Return of Electronic Notification
11-13-2020  RES MTO HEARING scheduled on February 23, 2021 at 09:00 AM in
            THIRD FLOOR - W36 with Commissioner JOANNA SAGERS
11-13-2020  **** PRIVATE **** Filed: Return of Electronic Notification
12-02-2020  Minute Entry - HEARING
                Judge: ROYAL I HANSEN
                Clerk: andrewe
                TELEPHONE CONFERENCE
            PRESENT
                Petitioner's Attorney: STEPHEN CLARK
                Other Parties: CAROL WARNICK
                Other Parties: MARK HINDLEY
                Other Parties: DAVID JORDAN
                Attorney for the Respondent: PATRICIA KUENDIG
                Audio
                Tape Number: S45 Tape Count: 4:02-4:34
            HEARING
                Counsel is present and gives status. Filings to be made by
                the 16th. Discovery to be made by the 12th of February.
                March 5 for any motions. Notice to submit to be filed when
                appropriate.
12-04-2020  Filed order: HEARING
                Judge ROYAL I HANSEN
                Signed December 04, 2020
12-04-2020  **** PRIVATE **** Filed: Return of Electronic Notification
12-10-2020  **** PRIVATE **** Filed: Order (Proposed) Proposed Scheduling
            Order
12-10-2020  **** PRIVATE **** Filed: Return of Electronic Notification
12-11-2020  **** PRIVATE **** Filed: Other - Not Signed Order (Proposed)
            Proposed Scheduling Order
12-11-2020  Note: Order (Proposed) [Proposed] Scheduling Order - filed not
            signed as 1) the word proposed cannot appear in the additional
            docket text box, and 2) the word proposed cannot appear in the
            title of the document. please correct and resubmit. HCL
12-11-2020  **** PRIVATE **** Filed: Return of Electronic Notification
12-11-2020  **** PRIVATE **** Filed: Order (Proposed) Scheduling Order
12-11-2020  **** PRIVATE **** Filed: Return of Electronic Notification
12-14-2020  Filed order: Order Scheduling Order
                Judge ROYAL I HANSEN
                Signed December 14, 2020
12-14-2020  **** PRIVATE **** Filed: Return of Electronic Notification
12-16-2020  **** PRIVATE **** Filed: Motion for Leave to Amend and Joint
            Parties
12-16-2020  **** PRIVATE **** Filed: Return of Electronic Notification
```

| Date | Entry |
|---|---|
| 12-23-2020 | **** PRIVATE **** Filed: Certificate of Service |
| 12-23-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 12-29-2020 | **** PRIVATE **** Filed: Notice of Hearing |
| 12-29-2020 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-12-2021 | **** PRIVATE **** Filed: Notice of Issuance of Subpoena Duces Tecum |
| 01-12-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-12-2021 | **** PRIVATE **** Filed: Acceptance of Service of Subpoena Duces Tecum (on behalf of Bruce Lemons and Stoel Rives) |
| 01-12-2021 | **** PRIVATE **** Filed: Notice of Amended Issuance of Subpoena Duces Tecum |
| 01-12-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-12-2021 | **** PRIVATE **** Filed: First Set of Interrogatories, RFP and RFA to Olson Estate Trust |
| 01-12-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-12-2021 | **** PRIVATE **** Filed: First Set of Requests for Production to OL Private Counsel, LLC |
| 01-12-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-12-2021 | **** PRIVATE **** Filed: Amended First Set of Interrogatories, RFP and RFA to Olson Estate Trust |
| 01-12-2021 | **** PRIVATE **** Filed: First Set of Interrogatories, RFP and RFA to Waterton Land Trust |
| 01-12-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-12-2021 | **** PRIVATE **** Filed: First Set of Interrogatories, RPD and RFA to Petitioner |
| 01-12-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-12-2021 | **** PRIVATE **** Filed: First Requests for Production to Olson Lemons |
| 01-12-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-13-2021 | **** PRIVATE **** Filed: Certificate of Service of Respondents 1st Set of Request for Production of Documents to Olson Lemons LLC |
| 01-13-2021 | **** PRIVATE **** Filed: Certificate of Service of Respondents 1st Set of Interrogatories, Request for Production of Documents and Request for Admissions to Thomas H. Olson |
| 01-13-2021 | **** PRIVATE **** Filed: Certificate of Service of Respondents 1st Set of Interrogatories, Request for Production of Documents to The Waterton Land Trust (a/k/a Waterton Land Trust) |
| 01-13-2021 | **** PRIVATE **** Filed: Certificate of Service of Respondents 1st Amended Set of Interrogatories, Request for Production of Document, and Requests for Admissions to The Olson Estate Trust (a/k/a Olson Estate Trust) |
| 01-13-2021 | **** PRIVATE **** Filed: Certificate of Service of Respondents 1st Set of Request for Production of Documents to OL Private Counsel, LLC |
| 01-13-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-20-2021 | **** PRIVATE **** Filed: Certificate of Service (Respondents discovery responses) |
| 01-20-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-28-2021 | **** PRIVATE **** Filed: Acceptance of Service of Subpoena Duces Tecum to Ephraim Olson (Custodian of Records for Olson Tax Consultants, Inc.) |
| 01-28-2021 | **** PRIVATE **** Filed return: Return of Service - Proof of Service of Subpoena Duces Tecum to OL, LLC upon SERVED TO  OL, LLC - ACCEPTED BY COLE AN for |
| 01-28-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 01-28-2021 | **** PRIVATE **** Filed: Certificate of Service |
| 01-28-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-01-2021 | **** PRIVATE **** Filed: Notice of Deposition (Bruce Lemons) |

| Date | Entry |
|---|---|
| 02-01-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-09-2021 | **** PRIVATE **** Filed: Ex Parte Motion for Leave to File Over-Length Memorandum |
| 02-09-2021 | **** PRIVATE **** Filed: Order (Proposed) Granting Ex Parte on Motion for Leave to File Over-Length Memorandum |
| 02-09-2021 | **** PRIVATE **** Filed: Request/Notice to Submit |
| 02-09-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-09-2021 | **** PRIVATE **** Filed: Memorandum Opposing Respondents Motion for Temporary Orders; Petitioners Counter-Motion for Temporary Orders |
| 02-09-2021 | **** PRIVATE **** Filed: Exhibit List |
| 02-09-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-09-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-09-2021 | **** PRIVATE **** Filed: Brief of the Defendant |
| 02-09-2021 | **** PRIVATE **** Filed: Notice of Lodging |
| 02-09-2021 | **** PRIVATE **** Filed: Order Setting Aside Mareva Order |
| 02-09-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-09-2021 | **** PRIVATE **** Filed: Declaration of Plamen Borissov |
| 02-09-2021 | **** PRIVATE **** Filed: Letter from Plamen Borissov |
| 02-09-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-09-2021 | **** PRIVATE **** Filed: Certificate of Service (Financial Declaration) |
| 02-09-2021 | **** PRIVATE **** Filed: Certificate of Service (Petitioners Responses to Requests for Admission) |
| 02-09-2021 | **** PRIVATE **** Filed: Financial Declaration |
| 02-09-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-10-2021 | **** PRIVATE **** Filed: Certificate of Service for OL Private Counsel, LLCs Objections and Responses to Respondents First Requests for Production to OL Private Counsel, LLC |
| 02-10-2021 | **** PRIVATE **** Filed: Certificate of Service for Olson Lemons, PCs Objections and Responses to Respondents First Requests for Production of Documents to Olson Lemons, PC |
| 02-10-2021 | **** PRIVATE **** Filed: Certificate of Service for The Olson Estate Trusts Objections and Responses to Respondents First Amended Set of Interrogatories, Requests for Production of Documents, and Request for Admission |
| 02-10-2021 | **** PRIVATE **** Filed: Certificate of Service for The Waterton Land Trusts Objections and Responses to Respondents First Set of Interrogatories and Requests for Production to The Waterton Land Trust |
| 02-10-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-16-2021 | **** PRIVATE **** Filed: Petitioners Answers To Respondents Requests For Admissions |
| 02-16-2021 | **** PRIVATE **** Filed: Respondents Verified Answer to Petitioners First Set of Interrogatories and Response to Request for Production of Documents |
| 02-16-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-16-2021 | **** PRIVATE **** Filed: Motion For Leave to File Over-Length Response to Counter Motion and Reply |
| 02-16-2021 | **** PRIVATE **** Filed: Order (Proposed) Granting Leave to File Over Length |
| 02-16-2021 | **** PRIVATE **** Filed: Request/Notice to Submit |
| 02-16-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-16-2021 | **** PRIVATE **** Filed: Reply - Verified Reply in Support of Motion for Temporary Orders; and Response to Counter Motion for Temporary Ordersr |
| 02-16-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-17-2021 | **** PRIVATE **** Filed: Other - Not Signed Order (Proposed) Granting Leave to File Over Length |

| Date | Entry |
|---|---|
| 02-17-2021 | Note: Re RTS filed 2/16: Order (Proposed) Granting Leave to File Over Length is filed not signed. Per Commissioner, filings are not to exceed 25 pages in length. |
| 02-17-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-18-2021 | **** PRIVATE **** Filed: Affidavit/Declaration of Kevin Zemp |
| 02-18-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-18-2021 | **** PRIVATE **** Filed: Reply Verified Reply Memorandum Supporting Petitioners Counter-Motion for Temporary Orders |
| 02-18-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-19-2021 | **** PRIVATE **** Filed: Reply Condensed Verified Reply in Support of Motion for Temporary Orders; and Response to Counter Motion for Temporary Orders |
| 02-19-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-23-2021 | TELEPHONIC MOT HEARING-CONT'D scheduled on March 16, 2021 at 11:00 AM in THIRD FLOOR - W36 with Commissioner JOANNA SAGERS |
| 02-23-2021 | Minute Entry - MOTION HEARING<br><br>    Commissioner: JOANNA SAGERS<br>    Clerk: cathiem<br>    TELEPHONE CONFERENCE<br>PRESENT<br>    Petitioner's Attorney: STEPHEN CLARK<br>    Attorney for the Respondent: PATRICIA KUENDIG<br>    Audio<br>    Tape Number: W-36 Tape Count: 8.45-8.49<br>HEARING<br>    On Record<br>    8.45.53. Telephonic hearing is held. Based on review of the file, Commissioner RECOMMENDS that this hearing should be CONTINUED to MARCH 16, 2021 in a special setting at 11:00 am. for additional time to address issues.<br>    END RECORD  8.49.20.<br>TELEPHONIC MOT HEARING-CONT'D is scheduled.<br>    Date: 03/16/2021<br>    Time: 11:00 a.m.<br>    Location: THIRD FLOOR - W36<br>    before Commissioner JOANNA SAGERS<br>    THIRD DISTRICT COURT<br>    450 SOUTH STATE STREET<br>    SALT LAKE CITY, UT 84114-1860 |
| 03-02-2021 | **** PRIVATE **** Filed: Motion Stipulated Motion to Dismiss With Prejudice All Claims Between Carolyn Olson and Olson Lemons, PC |
| 03-02-2021 | **** PRIVATE **** Filed: Order (Proposed) Granting Stipulated Motion to Dismiss With Prejudice All Claims Between Carolyn Olson and Olson Lemons, PC |
| 03-02-2021 | **** PRIVATE **** Filed: Request/Notice to Submit for Decision Stipulated Motion to Dismiss With Prejudice All Claims Between Carolyn Olson and Olson Lemons, PC |
| 03-02-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 03-03-2021 | Filed order: Order Granting Stipulated Motion to Dismiss With Prejudice All Claims Between Carolyn Olson and Olson Lemons, PC<br>    Judge ROYAL I HANSEN<br>    Signed March 03, 2021 |
| 03-03-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 03-09-2021 | Note: Re RTS filed 2/9/2021: Order (Proposed) Granting Ex Parte on Motion for Leave to File Over-Length Memorandum is filed not signed, documents not to exceed 25 pages in length. --cam |

```
03-09-2021   **** PRIVATE **** Filed: Other - Not Signed Order (Proposed)
             Granting Ex Parte on Motion for Leave to File Over-Length
             Memorandum
03-09-2021   Note: FILED NOT SIGNED: Order (Proposed) Granting Ex Parte on
             Motion for Leave to File Over-Length Memorandum is filed not
             signed, documents not to exceed 25 pages in length.
03-09-2021   **** PRIVATE **** Filed: Return of Electronic Notification
03-11-2021   **** PRIVATE **** Filed: Notice of Hearing - Hearing on Motion
             for Temporary Orders
03-11-2021   **** PRIVATE **** Filed: Return of Electronic Notification
03-11-2021   NOTICE for Case 204904555 ID 21643225
                 Commissioner: JOANNA SAGERS
             TELEPHONIC MOT HEARING-CONT'D is scheduled.
                 Date: 03/16/2021
                 Time: 11:00 a.m.
                 Location: THIRD FLOOR - W36
                 before Commissioner JOANNA SAGERS
                 THIRD DISTRICT COURT
                 450 SOUTH STATE STREET
                 SALT LAKE CITY, UT 84114-1860
                 COURT INITIATES THIS CALL.  PATRICIA KUENDIG: 1-435-200-
                 4961
03-11-2021   **** PRIVATE **** Filed: Notice for Case 204904555 DA: Judge
             HANSEN
03-12-2021   **** PRIVATE **** Filed: Return of Electronic Notification
03-16-2021   Minute Entry - MOTION HEARING
                 Commissioner: JOANNA SAGERS
                 Clerk: cathiem
                 TELEPHONE CONFERENCE
             PRESENT
                 Petitioner's Attorney: STEPHEN CLARK
                 Petitioner(s): THOMAS H OLSON
                 Other Parties: MARK HINDLEY
                 Other Parties: CAROL WARNICK
                 Attorney for the Respondent: PATRICIA KUENDIG
                 Respondent(s): CAROLYN OLSON
                 Audio
                 Tape Number: W-36 Tape Count: 11.55-1.06
             HEARING
```

|  |  |
|---|---|
|  | On Record<br>11.55.27. Telephonic hearing is held. The Court is informed that a mediation is scheduled for April 9, 2021 with Karin Hobbs and (Ret) Judge William Bohling. Based on review of the file, Court finds:<br>- Parties have been separated since 2016.<br>- No credibility is found regarding Petitioner's assertion that he had no ability to access accounts.<br>12.29.33. Commissioner RECOMMENDS:<br>1. This Court is not inclined to impute income for the three months paid.<br>1.02.35  No finding of credibility regarding international tax attorney fees and payments and transfers as stated on the record.<br>Commissioner FURTHER RECOMMENDS:<br>2. Petitioner should PAY to Respondent the sum of $7.932.00 per month as and for alimony, effective March 1, 2021.<br>3. This hearing should be CONTINUED to JUNE 15, 2021 at 1:30 pm.<br>Respondent's counsel to prepare an appropriate Order from this alimony analysis hearing.<br>END RECORD  1.06.45.<br>HEARING is scheduled.<br>    Date: 06/15/2021<br>    Time: 01:30 p.m.<br>    Location: THIRD FLOOR - W36<br>    before Commissioner JOANNA SAGERS<br>    THIRD DISTRICT COURT<br>    450 SOUTH STATE STREET<br>    SALT LAKE CITY, UT 84114-1860 |
| 03-17-2021 | Fee Account created Total Due: 15.00 |
| 03-17-2021 | NOTICE for Case 204904555 ID 21658988<br>    Commissioner: JOANNA SAGERS<br>HEARING is scheduled.<br>    Date: 06/15/2021<br>    Time: 01:30 p.m.<br>    Location: THIRD FLOOR - W36<br>    before Commissioner JOANNA SAGERS<br>    THIRD DISTRICT COURT<br>    450 SOUTH STATE STREET<br>    SALT LAKE CITY, UT 84114-1860<br>    COURT INITIATES THIS CALL, PLEASE REMAIN ON STANDBY |
| 03-17-2021 | Cancelled: HEARING scheduled on June 15, 2021 at 01:30 PM in THIRD FLOOR - W36 with Commissioner JOANNA SAGERS |
| 03-17-2021 | \*\*\*\* PRIVATE \*\*\*\* Filed: Notice for Case 204904555 DA: Judge HANSEN |
| 03-17-2021 | NOTICE for Case 204904555 ID 21659433 |
| 03-17-2021 | NOTICE for Case 204904555 ID 21659434<br>    Date:<br>    The reason for the change is For Calendaring Purposes |
| 03-17-2021 | Note: HEARING calendar modified. |
| 03-17-2021 | \*\*\*\* PRIVATE \*\*\*\* Filed: Return of Electronic Notification |
| 03-18-2021 | ELEC STORAGE MEDIUM Payment Received:  15.00 |
| 03-23-2021 | Fee Account created Total Due: 15.00 |
| 03-23-2021 | ELEC STORAGE MEDIUM Payment Received:  15.00 |
| 03-29-2021 | \*\*\*\* PRIVATE \*\*\*\* Filed: Substitution of Counsel for Ephriam Olson, Trustee of the Carolyn Olson Spousal Trust and Trustee of the Ruth Doxey Family Trust |
| 03-29-2021 | \*\*\*\* PRIVATE \*\*\*\* Filed: Return of Electronic Notification |

| Date | Entry |
|---|---|
| 03-30-2021 | **** PRIVATE **** Filed: Ex Parte Motion to Extend Time to Object to Commissioners Recommendation |
| 03-30-2021 | **** PRIVATE **** Filed: Order (Proposed) Granting Ex Parte Motion Extend Time to Object to Commissioners Recommendation |
| 03-30-2021 | **** PRIVATE **** Filed: Request/Notice to Submit for Decision on Ex Parte Motion to Extend Time to Object to Commissioners Recommendation |
| 03-30-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 03-30-2021 | **** PRIVATE **** Filed: Audio recording request completed- CU |
| 03-30-2021 | **** PRIVATE **** Filed: Audio recording request completed- CU |
| 03-31-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 04-08-2021 | **** PRIVATE **** Filed: Certificate of Service of Respondents Supplemental Responses to Petitioners First Set of Requests for Production of Documents |
| 04-08-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 04-15-2021 | Filed order: Order Granting Ex Parte Motion Extend Time to Object to Commissioners Recommendation<br>Judge ROYAL I HANSEN<br>Signed April 15, 2021 |
| 04-15-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 05-24-2021 | **** PRIVATE **** Filed: Affidavit/Declaration of Service upon Naomi Burton |
| 05-24-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 05-24-2021 | **** PRIVATE **** Filed: Appearance of Counsel/Notice of Limited Appearance |
| 05-24-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 06-14-2021 | **** PRIVATE **** Filed: Order (Proposed) Stipulated Order on Respondents Motion for Leave to Amend and to Join Parties |
| 06-14-2021 | **** PRIVATE **** Filed: Request/Notice to Submit |
| 06-14-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 06-14-2021 | **** PRIVATE **** Filed: Notice of Withdrawal of Counsel (Janelle Bauer) |
| 06-14-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 06-14-2021 | Cancelled: HEARING scheduled on June 15, 2021 at 01:30 PM in THIRD FLOOR - W36 with Commissioner JOANNA SAGERS<br>Reason: Stipulation of counsel |
| 06-15-2021 | Filed order: Order Stipulated Order on Respondents Motion for Leave to Amend and to Join Parties<br>Judge ROYAL I HANSEN<br>Signed June 15, 2021 |
| 06-15-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 06-16-2021 | **** PRIVATE **** Filed: Motion The Thomas H. Olson Trust, Olson Estate Trust, and Waterton Land Trusts Renewed Motion to Dismiss for Lack of Personal Jurisdiction |
| 06-16-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-09-2021 | **** PRIVATE **** Filed: Answer OL Private Counsel, LLCs Answer to Affirmative Defenses to First Amended Third-Party Complaint |
| 07-09-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-09-2021 | **** PRIVATE **** Filed: Motion to Intervene/Join |
| 07-09-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-13-2021 | **** PRIVATE **** Filed: Memorandum in Opposition to Motion to Dismiss |
| 07-13-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-13-2021 | **** PRIVATE **** Filed: Respondent Exhibits in Support of Memorandum in Opposition to Dismiss A-F |
| 07-13-2021 | **** PRIVATE **** Filed: Respondent Exhibits in Support of Memorandum in Opposition to Dismiss G-M |

| Date | Entry |
|---|---|
| 07-13-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-13-2021 | **** PRIVATE **** Filed: Ex Parte Order (Proposed) Granting Leave to File Overlength Response |
| 07-13-2021 | **** PRIVATE **** Filed: Motion For Leave to File Overlength Response to Motion to Dismiss for Lack of Personal Jurisdiction |
| 07-13-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-13-2021 | **** PRIVATE **** Filed: Request/Notice to Submit |
| 07-13-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-16-2021 | Filed order: Ex Parte Order Granting Leave to File Overlength Response<br>    Judge ROYAL I HANSEN<br>    Signed July 16, 2021 |
| 08-05-2021 | Judge AMY OLIVER assigned. |
| 09-13-2021 | **** PRIVATE **** Filed: Opposition to The Waterton Land Trusts Memorandum in Opposition to Naomi Burtons Motion to Intervene |
| 09-13-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 12-10-2021 | **** PRIVATE **** Filed: Notice of Withdrawal |
| 12-10-2021 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 12-30-2021 | Judge SU CHON assigned. |
| 02-09-2022 | **** PRIVATE **** Filed: Notice of Change of Address |
| 02-09-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-24-2022 | **** PRIVATE **** Filed: Appearance of Counsel/Notice of Limited Appearance Notice of Appearance (Monica S. Call) |
| 02-24-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 02-24-2022 | **** PRIVATE **** Filed: Notice of Change of Address |
| 02-24-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 03-01-2022 | **** PRIVATE **** Filed: Notice of Withdrawal as Counsel of Mark E. Hindley and Jordan C. Hilton |
| 03-01-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 03-17-2022 | **** PRIVATE **** Filed: Notice of Deposition - Carolyn Olson |
| 03-17-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 03-29-2022 | **** PRIVATE **** Filed: Appearance of Counsel/Notice of Limited Appearance |
| 03-29-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 06-07-2022 | **** PRIVATE **** Filed: Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction |
| 06-07-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 06-29-2022 | **** PRIVATE **** Filed: Request/Notice to Submit The Trusts Motion to Dismiss for Lack of Personal Jurisdiction |
| 06-29-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-01-2022 | Note: Emailed to schedule motion to dismiss. KF |
| 07-06-2022 | Fee Account created Total Due: 15.00 |
| 07-06-2022 | ELEC STORAGE MEDIUM Payment Received: 15.00 |
| 07-14-2022 | **** PRIVATE **** Filed: Motion Stipulated Motion to Dismiss All Claims Between Carolyn Olson and The Thomas H. Olson Trust |
| 07-14-2022 | **** PRIVATE **** Filed: Order (Proposed) Granting Stipulated Motion to Dismiss All Claims Between Carolyn Olson and The Thomas H. Olson Trust Due to Lack of Personal Jurisdiction |
| 07-14-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-22-2022 | Filed order: Order Granting Stipulated Motion to Dismiss All Claims Between Carolyn Olson and The Thomas H. Olson Trust Due to Lack of Personal Jurisdiction<br>    Judge HEATHER BRERETON<br>    Signed July 22, 2022 |
| 07-22-2022 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 07-22-2022 | Case Disposition is Dismissed |

| Date | Entry |
|---|---|
| | Disposition Judge is CORAL SANCHEZ |
| 07-22-2022 | Case Disposition is Dismissed |
| | Disposition Judge is CORAL SANCHEZ |
| 08-01-2022 | \*\*\*\* PRIVATE \*\*\*\* Filed: Notice of Change of Address |
| 08-01-2022 | \*\*\*\* PRIVATE \*\*\*\* Filed: Return of Electronic Notification |
| 08-02-2022 | \*\*\*\* PRIVATE \*\*\*\* Filed: Appearance of Counsel/Notice of Limited Appearance of Ellen E. Ostrow |
| 08-02-2022 | \*\*\*\* PRIVATE \*\*\*\* Filed: Return of Electronic Notification |
| 01-12-2023 | Judge CORAL SANCHEZ assigned. |
| 03-16-2023 | Case Disposition is Set aside/Withdrawn |
| | Disposition Judge is CORAL SANCHEZ |
| 03-16-2023 | Dismissed party - THE THOMAS H OLSON TRU |
| 04-14-2023 | NOTICE for Case 204904555 ID 23638102<br>    Judge: CORAL SANCHEZ<br>HEARING is scheduled.<br>    Date: 09/07/2023<br>    Time: 02:00 p.m.<br>    Before Judge: CORAL SANCHEZ<br>    https://utcourts.webex.com/meet/3rdsanchezteam<br>    This hearing will not take place at the courthouse. It will be conducted remotely.<br>    Contact the court to provide your current email address.<br>    If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 04-14-2023 | Cancelled: HEARING scheduled on September 07, 2023 at 02:00 PM in FOURTH FLOOR-W45 with Judge CORAL SANCHEZ<br>Reason: Bumped by a high priority case. |
| 04-14-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Notice for Case 204904555 DA Judge: CORAL SANCHEZ |
| 04-14-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Notice of Withdrawal |
| 04-14-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Return of Electronic Notification |
| 04-14-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Return of Electronic Notification |
| 04-18-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Appearance of Counsel/Notice of Limited Appearance |
| 04-18-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Return of Electronic Notification |
| 05-06-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Notice of Change of Address and Firm Affiliation |
| 05-06-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Return of Electronic Notification |
| 08-16-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Motion for Leave to File Supplemental Memorandum in Support of The Trusts Renewed Motion to Dismiss for Lack of Personal Jurisdiction |
| 08-16-2023 | \*\*\*\* PRIVATE \*\*\*\* Filed: Return of Electronic Notification |
| 08-23-2023 | Cancelled: MOTION HEARING/WEBEX scheduled on October 27, 2023 at 02:00 PM in FOURTH FLOOR-W43 with Judge TERESA WELCH<br>Reason: Request of Counsel |
| 08-23-2023 | NOTICE for Case 204904555 ID 23950363<br>    Judge: CORAL SANCHEZ<br>MOTION HEARING/WEBEX is re-scheduled.<br>    Date: 10/27/2023<br>    Time: 02:00 p.m.<br>    Before Judge: CORAL SANCHEZ<br>    The reason for the change is Bumped by a high priority case.<br>    .<br>    https://utcourts.webex.com/meet/3rdsanchezteam |

| | |
|---|---|
| | This hearing will not take place at the courthouse. It will be conducted remotely. |
| | Contact the court to provide your current email address. |
| | If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 08-23-2023 | **** PRIVATE **** Filed: Notice for Case 204904555 DA Judge: CORAL SANCHEZ |
| 08-23-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 08-24-2023 | **** PRIVATE **** Filed: Notice of Supplemental Authority in Support of the Trusts Renewed Motion to Dismiss for Lack of Personal Jurisdiction |
| 08-24-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 08-31-2023 | **** PRIVATE **** Filed: Memorandum Carolyn Olsons Response to Motion for Leave to File Supplemental Memorandum in Support of the Olson Estate Trust, and Waterton Land Trusts Renewed Motion to Dismiss for Lack of Personal Jurisdiction |
| 08-31-2023 | **** PRIVATE **** Filed: Order (Proposed) Granting Leave to File Supplemental Memorandum |
| 08-31-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-08-2023 | Filed order: Order Granting Leave to File Supplemental Memorandum |
| | Judge CORAL SANCHEZ |
| | Signed September 08, 2023 |
| 09-08-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-11-2023 | **** PRIVATE **** Filed: Memorandum Supplemental Memorandum in Support of The Trusts Renewed Motion to Dismiss for Lack of Personal Jurisdiction |
| 09-11-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 09-11-2023 | Judge TERESA WELCH assigned. |
| 10-06-2023 | **** PRIVATE **** Filed: Memorandum in Opposition to the Olson Estate Trust and Waterton Land Trusts Supplemental Memorandum |
| 10-06-2023 | **** PRIVATE **** Filed: Motion (Hearing Requested) to Stay Dismissal to Ensure Fair Adjudication of Claims with Respect to Trusts and Marital Division |
| 10-06-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-11-2023 | **** PRIVATE **** Filed: Order (Proposed) Granting Petitioners Statement of Discovery Issues |
| 10-11-2023 | **** PRIVATE **** Filed: Petitioners Statement of Discovery Issues |
| 10-11-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-11-2023 | **** PRIVATE **** Filed: Other - Not Signed Order (Proposed) Granting Petitioners Statement of Discovery Issues |
| 10-11-2023 | Note: NOT SIGNED - Please reach out to Commissioner Sagers' team to schedule hearing for SODI. -JQ |
| 10-11-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-17-2023 | Ruling Entry - MINUTE ENTRY |
| | Judge: TERESA WELCH |
| | This case is set for argument before Judge Welch on October 27, 2023 at 2:00pm. The Court (Judge Welch) now CLARIFIES that she will hear arguments on the following Motions: (1) the Motion to Dismiss, and (2) the Motion to Stay. Judge Welch also requests that a courtesy copy of the briefing for these Motions be delivered to her by Friday, October 20, 2023 at 5:00pm (the courtesy copy to be delivered to Judge Welch's Clerks at room W41 located at the Matheson Courthouse). |
| 10-17-2023 | Filed order: MINUTE ENTRY |
| | Judge TERESA WELCH |
| | Signed October 17, 2023 |
| 10-17-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |

| | |
|---|---|
| 10-20-2023 | **** PRIVATE **** Filed: Opposition to Carolyn Olsons Motion to Stay Dismissal to Ensure Fair Adjudication of Claims with Respect to Trusts and Marital Division |
| 10-20-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-25-2023 | **** PRIVATE **** Filed: Objection to Petitioners Statement of Discovery Issues |
| 10-25-2023 | **** PRIVATE **** Filed: Motion (Hearing Requested) Statement of Discovery Issues/Motion for Discovery Protective Order |
| 10-25-2023 | **** PRIVATE **** Filed: Order (Proposed) on Statement of Discovery Issues/Discovery Protective Order |
| 10-25-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-26-2023 | **** PRIVATE **** Filed: Other - Not Signed Order (Proposed) on Statement of Discovery Issues/Discovery Protective Order |
| 10-26-2023 | Note: NOT SIGNED - Please reach out to Commissioner's team to schedule hearing for the Statement of Discovery Issues. -JQ |
| 10-26-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-26-2023 | **** PRIVATE **** Filed: Ex Parte Order (Proposed) Continuing October 27, 2023 Hearing |
| 10-26-2023 | **** PRIVATE **** Filed: Motion to Continue October 27, 2023 Hearing |
| 10-26-2023 | **** PRIVATE **** Filed: Request/Notice to Submit |
| 10-26-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-26-2023 | Filed order: Ex Parte Order Continuing October 27, 2023 Hearing<br>    Judge TERESA WELCH<br>    Signed October 26, 2023 |
| 10-26-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 10-26-2023 | NOTICE for Case 204904555 ID 24110528<br>    Commissioner: JOANNA SAGERS<br>STATEMENT OF DISCOV ISSUES is scheduled.<br>    Date: 02/01/2024<br>    Time: 02:00 p.m.<br>    Before Commissioner: JOANNA SAGERS<br>    This hearing will not take place at the courthouse. It will be conducted remotely.<br>    Contact the court to provide your current email address.<br>    If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 10-26-2023 | Cancelled: STATEMENT OF DISCOV ISSUES scheduled on February 01, 2024 at 02:00 PM in THIRD FLOOR - W36 with Commissioner JOANNA SAGERS<br>Reason: Counsel's request. |
| 10-26-2023 | NOTICE for Case 204904555 ID 24110546<br>    Judge: TERESA WELCH<br>MOTION HEARING/WEBEX is re-scheduled.<br>    Date: 11/06/2023<br>    Time: 03:00 p.m.<br>    Before Judge: TERESA WELCH<br>    The reason for the change is Request of Counsel<br>    .<br>    This hearing will be set for 2 hrs and webex.<br>    https://utcourts.webex.com/meet/twelch<br>    This hearing will not take place at the courthouse. It will be conducted remotely.<br>    Contact the court to provide your current email address.<br>    If you do not have access to a phone or other electronic device to appear remotely, notify the court. |

| Date | Entry |
|---|---|
| 10-26-2023 | **** PRIVATE **** Filed: Notice for Case 204904555 DA Commissioner: JOANNA SAGERS |
| 10-26-2023 | Cancelled: MOTION HEARING/WEBEX scheduled on November 06, 2023 at 03:00 PM in VIRTUAL HEARING with Judge TERESA WELCH |
| | Reason: Court Ordered |
| 10-26-2023 | **** PRIVATE **** Filed: Notice for Case 204904555 DA Judge: TERESA WELCH |
| 10-26-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 11-06-2023 | MOTION HEARING/WEBEX scheduled on November 06, 2023 at 03:00 PM in FOURTH FLOOR-W43 with Judge TERESA WELCH |
| 11-06-2023 | Cancelled: MOTION HEARING/WEBEX scheduled on November 13, 2023 at 03:00 PM in FOURTH FLOOR-W43 with Judge TERESA WELCH |
| | Reason: Request of Counsel |
| 11-06-2023 | Minute Entry - MOTION HEARING |
| | Judge: TERESA WELCH |
| | Clerk: amylh |
| | PRESENT |
| | Other Parties: DAVID JORDAN |
| | Attorney for the Respondent: PATRICIA KUENDIG |
| | Audio |
| | Tape Number: W43 |
| | HEARING |
| | We had audio issues with the record for todays hearing. This case has been continued to November 13, 2023 at 3:00 - 5:00. |
| | MOTION HEARING/WEBEX is scheduled. |
| | Date: 11/13/2023 |
| | Time: 03:00 p.m. |
| | Before Judge: TERESA WELCH |
| | https://utcourts.webex.com/meet/twelch1-408-418-9388 |
| | This hearing will not take place at the courthouse. It will be conducted remotely. |
| | Contact the court to provide your current email address. |
| | If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 11-06-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 11-10-2023 | **** PRIVATE **** Filed: Petitioners Objection to Statement of Discovery Issues |
| 11-10-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 11-10-2023 | **** PRIVATE **** Filed: Opposition to Carolyn Olsons Statement of Discovery Issues / Motion for Discovery Protective Order |
| 11-10-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 11-13-2023 | **** PRIVATE **** Filed: Motion to Continue November 13, 2023 Hearing |
| 11-13-2023 | **** PRIVATE **** Filed: Ex Parte Order (Proposed) Continuing November 13, 2023 Hearing |
| 11-13-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 11-13-2023 | **** PRIVATE **** Filed: Request/Notice to Submit |
| 11-13-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 11-13-2023 | Filed order: Ex Parte Order Continuing November 13, 2023 Hearing |
| | Judge TERESA WELCH |
| | Signed November 13, 2023 |
| 11-13-2023 | NOTICE for Case 204904555 ID 24147637 |
| | Judge: TERESA WELCH |
| | MOTION HEARING/WEBEX is re-scheduled. |

| | |
|---|---|
| | Date: 12/11/2023 |
| | Time: 10:00 a.m. |
| | Before Judge: TERESA WELCH |
| | The reason for the change is Request of Counsel . |
| | This hearing will not take place at the courthouse. It will be conducted remotely. |
| | Contact the court to provide your current email address. |
| | If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 11-13-2023 | Modified: MOTION HEARING/WEBEX scheduled on December 11, 2023 at 10:00 AM in FOURTH FLOOR-W43 with Judge TERESA WELCH |
| 11-13-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 11-13-2023 | **** PRIVATE **** Filed: Notice for Case 204904555 DA Judge: TERESA WELCH |
| 12-11-2023 | Filed order: MOTION HEARING<br>    Judge TERESA WELCH<br>    Signed December 11, 2023 |
| 12-11-2023 | Minute Entry - MOTION HEARING<br>    Judge: TERESA WELCH<br>    Clerk: amylh<br>PRESENT<br>    Other Parties: DAVID JORDAN<br>    Attorney for the Respondent: PATRICIA KUENDIG<br>    Audio<br>    Tape Number: w43 Tape Count: 10:01-11:58<br>HEARING<br>    This case is before the Court on the matter of Third Parties motion to Dismiss and Respondent Carolyn Olson's Motion to Stay, All Parties are present. Arguments are heard. The Court denies the Third Parties motion to dismiss for reasons as stated on the record. The Court grants Respondent's motion to stay for reasons as stated on the record. Ms. Kuendig is to prepare an order. |
| 12-11-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 12-13-2023 | Fee Account created Total Due: 15.00 |
| 12-13-2023 | ELEC STORAGE MEDIUM Payment Received:  15.00 |
| 12-13-2023 | **** PRIVATE **** Filed: Request for Audio Recording 12-11-2023 Hearing |
| 12-13-2023 | Fee Account created Total Due: 15.00 |
| 12-13-2023 | ELEC STORAGE MEDIUM Payment Received:  15.00 |
| 12-13-2023 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 12-20-2023 | Note: Audio recording of 12/11/23 sent to kristyb@kuendiglaw.com |
| 02-07-2024 | **** PRIVATE **** Filed: TRANSADMIN TRANSCRIPT for Hearing 12-11-2023 |
| 02-07-2024 | **** PRIVATE **** Filed: Return of Electronic Notification |