# EXHIBIT 24

# Filed Under Seal

REDACTED

CONFIDENTIAL OL PRIVATE COUNSEL-EPHRAIM OLSON 14855

REDACTED



CONFIDENTIAL

REDACTED



CONFIDENTIAL

REDACTED



CONFIDENTIAL                OL PRIVATE COUNSEL-EPHRAIM OLSON 14858

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14859

REDACTED



CONFIDENTIAL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14860

REDACTED



CONFIDENTIAL

REDACTED



CONFIDENTIAL                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 14862



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14863



CONFIDENTIAL
OL PRIVATE COUNSEL-EPHRAIM OLSON 14864



CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14865

REDACTED

CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14866

REDACTED



CONFIDENTIAL

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14868

REDACTED

CONFIDENTIAL

REDACTED



CONFIDENTIAL                                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 14870

REDACTED

CONFIDENTIAL

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14872

REDACTED



CONFIDENTIAL                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14873

REDACTED



CONFIDENTIAL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14874

REDACTED



CONFIDENTIAL                                                      OL PRIVATE COUNSEL-EPHRAIM OLSON 14875

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14876



CONFIDENTIAL                                      OL PRIVATE COUNSEL-EPHRAIM OLSON 14877

REDACTED



CONFIDENTIAL                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14878

CONFIDENTIAL                                              OL PRIVATE COUNSEL-EPHRAIM OLSON 14879

REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14880



CONFIDENTIAL                                            OL PRIVATE COUNSEL-EPHRAIM OLSON 14881

REDACTED



CONFIDENTIAL                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14882

CONFIDENTIAL

REDACTED

CONFIDENTIAL                                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14884

REDACTED

CONFIDENTIAL                                              OL PRIVATE COUNSEL-EPHRAIM OLSON 14885

REDACTED

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14886

REDACTED

CONFIDENTIAL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14887

REDACTED

OL PRIVATE COUNSEL-EPHRAIM OLSON 14888

REDACTED

CONFIDENTIALOL PRIVATE COUNSEL-EPHRAIM OLSON 14889

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14890

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14891



CONFIDENTIAL                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14892

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14893

REDACTED

CONFIDENTIAL

REDACTED

CONFIDENTIAL

REDACTED



CONFIDENTIAL



REDACTED

CONFIDENTIAL                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 14897

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14898

REDACTED



CONFIDENTIAL



CONFIDENTIAL

REDACTED



REDACTED

CONFIDENTIAL

REDACTED



CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 14903

REDACTED

CONFIDENTIAL                                        OL PRIVATE COUNSEL-EPHRAIM OLSON 14904

REDACTED



OL PRIVATE COUNSEL-EPHRAIM OLSON 14905

REDACTED

 OL PRIVATE COUNSEL-EPHRAIM OLSON 14906

# REDACTED



CONFIDENTIAL    OL PRIVATE COUNSEL-EPHRAIM OLSON 14907

REDACTED



CONFIDENTIAL                                                    OL PRIVATE COUNSEL-EPHRAIM OLSON 14908



CONFIDENTIAL