# EXHIBIT 5.1

# Filed Under Seal

# EXHIBIT 5.1

CONFIDENTIAL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13072