# EXHIBIT 5.2

Filed Under Seal

# EXHIBIT 5.2

CONFIDENTAIL          OL PRIVATE COUNSEL-EPHRAIM OLSON 13073.01

CONFIDENTAIL

OL PRIVATE COUNSEL-EPHRAIM OLSON 13073.02

CONFIDENTAIL                    OL PRIVATE COUNSEL-EPHRAIM OLSON 13073.03