THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| OL PRIVATE COUNSEL, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM OLSON, an individual,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-00455<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

That this matter is dismissed, each party to bear its own costs and attorney fees. The Clerk of Court is directed to close this case.

Signed July 2, 2025.

BY THE COURT

_____
David Barlow
United States District Judge