Scott M. Lilja #4231
Sarah C. Vaughn #14615
FABIAN VANCOTT
95 South State Street, Ste. 2300
Salt Lake City, UT 84111-2323
Telephone: (801) 531-8900
slilja@fabianvancott.com
svaughn@fabianvancott.com
*Attorneys for Defendant Ephraim Olson*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| OL PRIVATE COUNSEL, LLC, a Utah limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>EPHRAIM OLSON, an individual,<br><br>       Defendant. | **DEFENDANT EPHRAIM OLSON'S NOTICE OF NON-OPPOSITION TO UNSEALING MEMORANDUM AND DECISION ORDER (DKT. NO. 423)**<br><br>Case No. 2:21-cv-00455-DBB<br><br>Judge David Barlow<br>Magistrate Judge Daphne A. Oberg |

Defendant Ephraim Olson ("**Ephraim**") hereby gives notice that he does not oppose unsealing the *Memorandum Decision and Order Denying [373] Defendant's Motion to Exclude, Granting [368] Defendant's Motion for Summary Judgment, and Denying [372] Plaintiff's Motion for Summary Judgment* ("**Order,**" Dkt. No. 423) without redaction. Plaintiff OLPC did not submit a request seeking to either seal or redact the Order by July 9, 2025, as required by the Court. Dkt. No. 424. Thus, Ephraim respectfully requests that the Order be unsealed immediately and without redaction.

1

DATED this 11th day of July, 2025.

                          FABIAN VANCOTT

                          */s/ Sarah C. Vaughn*
                          Scott M. Lilja
                          Sarah C. Vaughn
                            *Attorneys for Ephraim Olson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2025, a true and correct copy of the foregoing **DEFENDANT EPHRAIM OLSON'S NOTICE OF NON-OPPOSITION TO UNSEALING MEMORANDUM AND DECISION ORDER (DKT. NO. 423)** was served via electronic mail on the following:

David J. Jordan
Monica S. Call
Hannah L. Andrews
Ellen E. Ostrow
FOLEY & LARDNER LLP
299 S. Main Street, Suite 2000
Salt Lake City, UT 84111
djordan@foley.com
mcall@foley.com
eostrow@foley.com
handrews@foley.com

/s/ Sarah C Vaughn